IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ABBOTT LABORATORIES and ABBOTT RESPIRATORY LLC, <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC., AND TEVA PHARMACEUTICAL INDUSTRIES LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) Civ. No. 10-57-SLR-MPT ) (CONSOLIDATED) ) ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 19, 2011 copies of (1) Expert Report of William F. Elmquist, Pharm. D., Ph. D.; (2) Expert Report of Joseph M. Keenan, M.D.; and (3) Expert Report of Michael B. Maurin, R. Ph., Ph. D. were served on the following as indicated:

<u>Via Fedex</u>

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, Delaware 19801

Kevin S. Prussia
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109

Christopher J. Sorenson
Merchant & Gould PC
3200 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402

Courtesy copies of the foregoing were sent on August 19, 2011 to the following counsel in the manner indicated below:

<u>Via E-Mail</u>
Mary B. Graham
Erich Struble
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, Delaware 19801
mgraham@mnat.com
estruble@mnat.com

John W. Shaw
Karen E. Keller
Young Conaway Stargatt & Taylor LLP
The Brandywine Building, 17th Floor
1000 West Sreet
Wilmington, DE 19801
jshaw@ycst.com
kkeller@ycst.com

Kevin Prussia
Allen Nunnally
Vinita Ferrera
Andrew Danford
Wyley Proctor
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Allen.Nunnally@wilmerhale.com
Vinita.ferrera@wilmerhale.com
Andrew.Danford@wilmerhale.com
Kevin.prussia@wilmerhale.com
Wyley.proctor@wilmerhale.com

Christopher J. Sorenson
Aaron M. Johnson
Merchant & Gould PC
3200 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402
csorenson@merchantgould.com
Ajohnson@merchantgould.com

Shane A. Brunner

Merchant & Gould PC
10 East Doty Street, Suite 600
Madison, WI 53703
sbrunner@merchantgould.com

Dated: August 22, 2011

**PHILLIPS, GOLDMAN & SPENCE, P.A.**

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (Bar No. 110)
Megan C. Haney (Bar No. 5016)
1200 North Broom Street
Wilmington, DE 19806
Tel: (302) 655-4200
Fax: (302) 655-4210
jcp@pgslaw.com

-and-

Mark D. Schuman (admitted *pro hac vice*)
Todd S. Werner (admitted *pro hac vice*)
James R. Hietala (admitted *pro hac vice*)
Carlson, Caspers, Vandenburgh & Lindquist
225 South Sixth Street, Suite 3200
Minneapolis, Minnesota 55402
Telephone: (612) 436-9600
Facsimile: (612) 436-9605