IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES and ABBOTT RESPIRATORY LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., AND TEVA PHARMACEUTICAL INDUSTRIES LTD.,<br><br>    Defendants. | ) ) ) ) ) ) ) Civ. No. 10-57-SLR-MPT ) (CONSOLIDATED) ) ) ) ) ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on September 19, 2011 copies of (1) Rebuttal Expert Report of William F. Elmquist, Pharm. D., Ph. D.; (2) Supplemental Expert Report Concerning Invalidity of William F. Elmquist, Pharm. D., Ph. D.; (3) Rebuttal Expert Report of Joseph M. Keenan, M.D.; (4) Supplemental Expert Report of Joseph M. Keenan, M.D.; (5) Rebuttal Expert Report of Micahel B. Maurin, R.Ph., Ph. D.; and (6) Supplemental Expert Report Concerning Invalidity of Michael B. Maurin, R. Ph., Ph. D. were served on the following as indicated:

<u>Via Email</u>

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, Delaware 19801
mgraham@mnat.com

John W. Shaw
Karen E. Keller
Young Conaway Stargatt & Taylor LLP
The Brandywine Building, 17th Floor
1000 West Sreet

Wilmington, DE 19801
jshaw@ycst.com
kkeller@ycst.com

Kevin Prussia
Allen Nunnally
Vinita Ferrera
Andrew Danford
Wyley Proctor
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Allen.Nunnally@wilmerhale.com
Vinita.ferrera@wilmerhale.com
Andrew.Danford@wilmerhale.com
Kevin.prussia@wilmerhale.com
Wyley.proctor@wilmerhale.com

Christopher J. Sorenson
Aaron M. Johnson
Merchant & Gould PC
3200 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402
csorenson@merchantgould.com
Ajohnson@merchantgould.com

Shane A. Brunner
Merchant & Gould PC
10 East Doty Street, Suite 600
Madison, WI 53703
sbrunner@merchantgould.com

PHILLIPS, GOLDMAN & SPENCE, P.A.

Dated: September 20, 2011

/s/ John C. Phillips, Jr.
John C. Phillips, Jr. (Bar No. 110)
Megan C. Haney (Bar No. 5016)
1200 North Broom Street

2

Wilmington, DE 19806
Tel: (302) 655-4200
Fax: (302) 655-4210
jcp@pgslaw.com

-and-

Mark D. Schuman (admitted *pro hac vice*)
Todd S. Werner (admitted *pro hac vice*)
James R. Hietala (admitted *pro hac vice*)
Carlson, Caspers, Vandenburgh & Lindquist
225 South Sixth Street, Suite 3200
Minneapolis, Minnesota 55402
Telephone: (612) 436-9600
Facsimile: (612) 436-9605