IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES and ABBOTT RESPIRATORY LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TEVA PHARMACEUTICAL INDUSTRIES, LTD. and TEVA PHARMACEUTICALS USA, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| ABBOTT LABORATORIES and ABBOTT RESPIRATORY LLC, <br><br> Plaintiffs, <br><br> v. <br><br> WATSON LABORATORIES, INC. - FLORIDA, <br><br> Defendant. | ) C.A. No. 10-57 (SLR)(MPT) <br> ) CONSOLIDATED <br> ) ) ) ) ) ) ) ) ) ) ) |

**PLAINTIFFS' NOTICE OF DEPOSITION OF
<u>WILLIAM F. ELMQUIST, PHARM.D., PH.D.</u>**

PLEASE TAKE NOTICE that on November 3 and 4, 2011, Plaintiffs Abbott Laboratories and Abbott Respiratory LLC (collectively, "Abbott") will take the oral deposition of William F. Elmquist, Pharm.D., Ph.D. The deposition will commence at 9:00 A.M. at the offices of Merchant & Gould, P.C., 3200 IDS Center, 80 South 8th Street, Minneapolis, MN 55402, or at some other time and place agreed to by the parties, and shall continue thereafter until completed. All counsel are invited to attend.

The deposition will be taken in accordance with the Federal Rules of Civil Procedure before an official authorized to administer oaths under the laws of the United States,

and shall continue from day to day until completed. This deposition may be recorded by any means permitted under the Federal Rules of Civil Procedure, including audio, audio-visual, and/or stenographic means.

You are invited to attend and cross-examine.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Mary B. Graham*

Mary B. Graham (#2256)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
mgraham@mnat.com

*Attorneys for Abbott Laboratories
and Abbott Respiratory LLC*

OF COUNSEL:

William F. Lee
Vinita Ferrera
Kevin S. Prussia
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109
(617) 526-6000

Heath Brooks
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6000

October 13, 2011

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2011, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF which will send electronic notification of such filing to all registered participants.

Additionally, I hereby certify that true and correct copies of the foregoing were caused to be served on October 13, 2011 upon the following individuals in the manner indicated:

**BY E-MAIL**

John C. Phillips, Jr.
Megan C. Haney
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE  19806
**jcp@pgslaw.com**
**mch@pgslaw.com**

*Counsel for Teva Pharmaceutical Industries, Ltd. and Teva Pharmaceuticals USA, Inc.*

John W. Shaw
Karen E. Keller
YOUNG, CONAWAY,
STARGATT & TAYLOR LLP
The Brandywine Building
1000 West Street, 17th Floor
Wilmington , DE 19899-0391
**jshaw@ycst.com**
**kkeller@ycst.com**

*Counsel for Watson Laboratories, Inc. - Florida*

**BY E-MAIL**

CARLSON, CASPERS,
VANDENBURGH & LINDQUIST

Mark D. Schuman
**mschuman@ccvl.com**

Todd S. Werner
**twerner@ccvl.com**

James R. Hietala, Jr.
**jhietala@ccvl.com**

Thomas R. Johnson
**tjohnson@ccvl.com**

Jennell Bilek
**jbilek@ccvl.com**

MERCHANT & GOULD

Christopher J. Sorenson
**csorenson@merchantgould.com**

Shane A. Brunner
**sbrunner@merchantgould.com**

Edward J. Pardon
**epardon@merchantgould.com**

*/s/ Mary B. Graham*
_____
Mary B. Graham (#2256)