IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ABBOTT LABORATORIES and ABBOTT RESPIRATORY LLC,<br><br>    Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC., AND TEVA PHARMACEUTICAL INDUSTRIES LTD.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civ. No. 10-57-SLR-MPT<br>) (CONSOLIDATED)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 17, 2011 copies of (1) Reply Expert Report of William F. Elmquist, Pharm. D., Ph. D.; and (2) Reply Expert Report of Joseph M. Keenan, M.D. were served on the following as indicated:

<u>Via Email</u>

Mary B. Graham
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, Delaware  19801
mgraham@mnat.com

John W. Shaw
Karen E. Keller
Young Conaway Stargatt & Taylor LLP
The Brandywine Building, 17th Floor
1000 West Sreet
Wilmington, DE 19801
jshaw@ycst.com
kkeller@ycst.com

Kevin Prussia
Allen Nunnally

Vinita Ferrera
Andrew Danford
Wyley Proctor
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA 02109
Allen.Nunnally@wilmerhale.com
Vinita.ferrera@wilmerhale.com
Andrew.Danford@wilmerhale.com
Kevin.prussia@wilmerhale.com
Wyley.proctor@wilmerhale.com

Christopher J. Sorenson
Aaron M. Johnson
Merchant & Gould PC
3200 IDS Center
80 S. Eighth Street
Minneapolis, MN 55402
csorenson@merchantgould.com
Ajohnson@merchantgould.com

Shane A. Brunner
Merchant & Gould PC
10 East Doty Street, Suite 600
Madison, WI 53703
sbrunner@merchantgould.com

                                      **PHILLIPS, GOLDMAN & SPENCE, P.A.**

Dated: October 18, 2011          /s/ John C. Phillips, Jr.
                                            John C. Phillips, Jr. (Bar No. 110)
                                            Megan C. Haney (Bar No. 5016)
                                            1200 North Broom Street
                                            Wilmington, DE 19806
                                            Tel: (302) 655-4200
                                            Fax: (302) 655-4210
                                            jcp@pgslaw.com

                                                -and-

Mark D. Schuman (admitted *pro hac vice*)
Todd S. Werner (admitted *pro hac vice*)
James R. Hietala (admitted *pro hac vice*)
Carlson, Caspers, Vandenburgh & Lindquist
225 South Sixth Street, Suite 3200
Minneapolis, Minnesota 55402
Telephone:  (612) 436-9600
Facsimile: (612) 436-9605