IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT LABORATORIES and ABBOTT RESPIRATORY LLC | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| TEVA PHARMACEUTICAL INDUSTRIES, LTD. and TEVA PHARMACEUTICALS USA, INC., | ) ) ) ) | |
| Defendants. | ) ) ) | |
| ——————————————— | ) ) | C.A. No. 10-57 (SLR)(MPT) CONSOLIDATED |
| ABBOTT LABORATORIES and ABBOTT RESPIRATORY LLC | ) ) ) | **REDACTED PUBLIC VERSION FILED 1/13/12** |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| WATSON LABORATORIES, INC. - FLORIDA, | ) ) ) | |
| Defendant. | ) ) ) | |
| ——————————————— | ) | |

## JOINT APPENDIX OF INTRINSIC AND EXTRINSIC EVIDENCE

### VOLUME VI
### (JA004361-JA005113)

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Mary B. Graham (#2256)
Jeremy A. Tigan (#5239)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
mgraham@mnat.com
jtigan@mnat.com

SHAW KELLER LLP
John W. Shaw (#3362)
Karen E. Keller (#4489)
300 Delaware Ave
Suite 1120
Wilmington, DE 19801
(302) 476-2050
jshaw@shawkeller.com
kkeller@shawkeller.com

OF COUNSEL:

William F. Lee
Vinita Ferrera
Kevin Prussia
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109

Heath Brooks
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
    *Attorneys for Abbott Laboratories and
    Abbott Respiratory LLC*

December 30, 2011

OF COUNSEL:

Christopher J. Sorenson
MERCHANT & GOULD PC
3200 IDS Center
80 S. Eighth Street
Minneapolis, MN  55402

Shane A. Brunner
MERCHANT & GOULD PC
10 East Doty Street
Suite 600
Madison, WI  53703
    *Attorneys for Watson Laboratories, Inc. -
    Florida*

### JOINT APPENDIX OF INTRINSIC AND EXTRINSIC EVIDENCE

| DOCUMENT DESCRIPTION | JOINT APPENDIX PAGE NUMBER | |
|---|---|---|
| | START | END |
| *Volume I* | | |
| Joint Claim Construction Chart (D.I. 150) | JA000001 | JA000015 |
| Claim Term Groupings | JA000016 | JA000026 |
| U.S. Patent No. 6,080,428 | JA000027 | JA000040 |
| U.S. Patent No. 6,129,930 | JA000041 | JA000058 |
| U.S. Patent No. 7,011,848 | JA000059 | JA000071 |
| U.S. Patent No. 6,406,715 | JA000072 | JA000097 |
| U.S. Patent No. 6,818,229 | JA000098 | JA000128 |
| U.S. Patent No. 6,676,967 | JA000129 | JA000158 |
| U.S. Patent No. 6,746,691 | JA000159 | JA000186 |
| U.S. Patent No. 6,469,035 | JA000187 | JA000209 |
| File History for U.S. Patent No. 6,080,428 | JA000210 | JA000736 |
| *Volume II* | | |
| File History for U.S. Patent No. 6,129,930 | JA000737 | JA001539 |
| File History for U.S. Patent No. 7,011,848 | JA001540 | JA001806 |
| *Volume III* | | |
| File History for U.S. Patent No. 6,406,715 | JA001807 | JA002408 |
| File History for U.S. Patent No. 6,818,229 | JA002409 | JA002777 |
| *Volume IV* | | |
| File History for U.S. Patent No. 6,676,967 | JA002778 | JA003239 |
| File History for U.S. Patent No. 6,746,691 | JA003240 | JA003828 |
| *Volume V* | | |
| File History for U.S. Patent No. 6,469,035 | JA003829 | JA004170 |
| Patent Application Serial No. 08/124,392 | JA004171 | JA004360 |

| DOCUMENT DESCRIPTION | JOINT APPENDIX PAGE NUMBER | |
| --- | --- | --- |
| | START | END |
| *Volume VI* | | |
| Rebuttal Expert Report of Dr. Sacks (September 19, 2011) | JA004361 | JA004488 |
| Expert Report of Dr. Keenan (August 19, 2011) | JA004489 | JA004685 |
| Deposition Transcript of Dr. Keenan (November 10, 2011) | JA004686 | JA004756 |
| Declaration of Frank Sacks in Support of Plaintiffs' Opening Claim Construction Brief | JA004757 | JA004780 |
| Declaration of Robert O. Williams, III, Ph.D. in Support of Plaintiffs' Opening Claim Construction Brief | JA004781 | JA004794 |
| Declaration of Michael B. Bottorff in Support of Plaintiffs' Opening Claim Construction Brief | JA004795 | JA004807 |
| Report of the National Cholesterol Education Program Expert Panel On Detection, Evaluation, and Treatment of High Blood Cholesterol In Adults | JA004808 | JA004842 |
| Second Report of the Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults | JA004843 | JA005025 |
| Keenan, "A Physicians Guide to Niacin Therapy" | JA005026 | JA005030 |
| NIASPAN® Label | JA005031 | JA005040 |
| Teva's Label for Proposed Generic SIMCOR® Product | JA005041 | JA005072 |
| Watson's Label for Proposed Generic SIMCOR® Product | JA005073 | JA005113 |
| *Volume VII* | | |
| Deposition Transcript of David Bova (December 17, 2009) | JA005114 | JA005115 |
| Remington Pharmaceutical Science, pp. 1605-06 (1985) | JA005116 | JA005119 |
| L. Lachman, et al., "The Theory and Practice of Industrial Pharmacy," 3d ed., pp. 320-21 (1986) | JA005120 | JA005123 |
| R. Khankari et al., "Binders and Solvents," Handbook of Pharmaceutical Granulation Technology, 1st ed., p. 60 (1997) | JA005124 | JA005126 |
| Handbook of Pharmaceutical Excipients, 2d ed., pp. 229-32, 280-82, 392-99, 494-97 (1994) | JA005127 | JA005149 |
| V. Buhler, Polyvinylpyrrolidone Excipients for Pharmaceuticals: Povidone, Crospovidone and Copovidone, p. 113 (2005) | JA005150 | JA005155 |

| DOCUMENT DESCRIPTION | JOINT APPENDIX PAGE NUMBER | |
| --- | --- | --- |
| | START | END |
| Faber, "Faber on Mechanics of Patent Claim Drafting" (6th Ed. 2011) | JA005156 | JA005160 |
| Manual of Patent Examining Procedure (6th Ed. 2011) | JA005161 | JA005170 |
| Drug Information for the Health Care Professional (U.S. Pharmacopeial Convention, Inc. 1989) | JA005171 | JA005176 |
| Rader, et al., Hepatotoxicity of Unmodified and Time-Release Preparation of Niacin (Am. J. Med., pp. 77-81 (1992)) | JA005177 | JA005182 |
| Goldberg, Clinical Trial Experience with Extended-Release Naicin (Niaspan): Dose-Escalation Study (Am. J. Cardiol., pp. 35U-38U (1998)) | JA005183 | JA005190 |
| Protocol 91/15: A Double-Blind Placebo-Controlled Mutli-Center Trial of the Safety and Efficacy of NiaspanTM—a Dose-Escalation Study, (ABB_SIM 00530316-468) | JA005191 | JA005343 |
| Alderman, et al., Effect of a Modified, Well-Tolerated Niacin Regimen on Serum Total Cholesterol, High Density Lipoprotein Cholesterol and the Cholesterol to High Density Lipoprotein Ratio (Am. J. Cardiol., pp 725-729 (1989)) | JA005344 | JA005350 |
| Keenan, et al., A Clinical Trial of Oat Bran and Niacin in the Treatment of Hyperlipidemia (J. Fam. Pract., pp. 313-319 (1992)) | JA005351 | JA005358 |
| Squires, et al., Low-Dose, Time-Release Nicotinic Acid Effects in Selected Patients With Low Concentrations of High-Density Lipoprotein Cholesterol (Mayo Clin. Proc., pp. 855-860 (1992)) | JA005359 | JA005365 |
| USLT000084 | JA005366 | |
| Physicians' Desk Reference (1992) | JA005367 | JA005371 |
| Deposition Transcript of Thomas W. Ferder (October 28, 2003) | JA005372 | JA005375 |
| Ex. 184 to Ferder Deposition | JA005376 | |
| Deposition Transcript of David Bruce Kropp (October 30, 2003) | JA005377 | JA005379 |
| Ex. 311 to Kropp Deposition | JA005380 | |
| Ex. 312 to Kropp Deposition | JA005381 | JA005383 |
| Deposition Transcript of Kevin J. Lanigan (October 30, 2002) | JA005384 | JA005385 |
| Ex. 305 to Lanigan Deposition | JA005386 | |
| Deposition Transcript of Joseph Errigo. (July 8, 2011) | JA005387 | JA005391 |

| DOCUMENT DESCRIPTION | JOINT APPENDIX PAGE NUMBER | |
| --- | --- | --- |
| | START | END |
| Ex. 78 to Errigo Deposition | JA005392 | |
| Ex. 76 to Errigo Deposition | JA005393 | |
| Ex. 63 to Errigo Deposition | JA005394 | |
| Deposition Transcript of Frank Sacks, MD (November. 30, 2011) | JA005395 | JA005404 |
| Deposition Transcript of Frank Sacks, MD (December 1, 2011) | JA005405 | JA005407 |
| Joseph M. Keenan, M.D. Expert Report (August 19, 2011) | JA005408 | JA005415 |
| Deposition Transcript of Joseph M. Keenan (November 11, 2011) | JA005416 | JA005417 |
| Frank Sacks Declaration (March 1, 2010) | JA005418 | JA005426 |
| Michael B. Bottorff Rebuttal Report (September 19, 2011) | JA005427 | JA005428 |
| Deposition Transcript of Michael B. Bottorff (November 15, 2010) | JA005429 | JA005434 |
| Michael B. Bottorff Expert Report (August 19, 2011) | JA005435 | JA005436 |
| Joseph M. Keenan Rebuttal Report (September 19, 2011) | JA005437 | JA005437 |
| Thomas S. Foster Declaration (March 1, 2010) | JA005441 | JA005443 |
| Michael B. Maurin Rebuttal Report (September 19, 2011) | JA005444 | JA005449 |
| USP XXII, The United States Pharmacopeia (Lupin Claim Construction Appendix at LA0000003) | JA005450 | JA005467 |
| Plaintiffs' Answering Claim Construction Brief (C.A. No. 09-cv-152-JJF, D.I. 58) | JA005468 | JA005471 |
| Supplemental Declaration of Thomas S. Foster, Pharm.D. in Support of Plaintiffs' Responsive Claim Construction Brief (C.A. No. 09-cv-152-JJF, D.I. 66) | JA005472 | JA005476 |
| Declaration of James W. McGinity, Ph.D. in Support of Plaintiffs' Opening Claim Construction Brief (C.A. No. 09-cv-152-JJF, D.I. 56) | JA005477 | JA005479 |
| William F. Elmquist Expert Report (August 19, 2011) | JA005480 | JA005484 |
| Deposition Transcript of David Joseph Bova (June 20, 2011) | JA005485 | JA005486 |
| Notice of Allowability (February 25, 2001) | JA005487 | JA005492 |
| Deposition Transcript of Michael B. Bottorff (February 18, 2011) | JA005493 | JA005496 |
| Deposition Transcript of Michael B. Bottorff (November 16, 2011) | JA005497 | JA005499 |

| DOCUMENT DESCRIPTION | JOINT APPENDIX PAGE NUMBER | |
| --- | --- | --- |
| | START | END |
| Deposition Transcript of Joseph M. Keenan (November 11, 2011) | JA005500 | JA005501 |
| Rebuttal Expert Report of Michael B. Maurin, R.Ph., Ph.D. (September 19, 2011) | JA005502 | JA005510 |
| Deposition Transcript of Michael B. Maurin, R.Ph., Ph.D. (October 28, 2011) | JA005511 | JA005512 |
| Deposition Transcript of Michael B. Bottorff, Pharm.D. (November 16, 2011) | JA005513 | JA005514 |
| Deposition Transcript of Frank Sacks (December 1, 2011) | JA005515 | JA005576 |
| Deposition Transcript of Frank Sacks (November 30, 2011) | JA005577 | JA005706 |
| Opening Expert Report of Robert O. Williams III, Ph.D. Regarding Infringement by Watson's Proposed Generic Simcor® Product (August 19, 2011) | JA005707 | JA005812 |
| Protocol 95/05: The Effect of Manufacturing Variables on the Bioavailability of Niaspan 1000mg Tablets; Final Report (ABB_SIM00780356 – ABB_SIM00780375) | JA005813 | JA005832 |
| Deposition Transcript of David Bova (October 23, 2003) | JA005833 | JA005926 |
| Protocol 95/05: The Effect of Manufacturing Variables on the Bioavailability of Niaspan 1000mg Tablets; Appendix C (ABB_SIM00780428 – ABB_SIM00780432) | JA005927 | JA005931 |

4784279

REDACTED

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ABBOTT LABORATORIES and ABBOTT RESPIRATORY LLC<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES, LTD. and TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| ABBOTT LABORATORIES and ABBOTT RESPIRATORY LLC<br><br>Plaintiffs,<br><br>v.<br><br>WATSON LABORATORIES, INC. - FLORIDA,<br><br>Defendant. | )  C.A. No. 10-57 (SLR)(MPT)<br>)  CONSOLIDATED<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF FRANK SACKS IN SUPPORT OF PLAINTIFFS'
OPENING CLAIM CONSTRUCTION BRIEF**

I, Frank Sacks M.D., submit this declaration in support of the Opening Claim Construction Brief of Plaintiffs Abbott Laboratories and Abbott Respiratory LLC (collectively, "Abbott").

**I.    INTRODUCTION**

1.    I have been retained by Abbott to provide expert opinions and testimony in the above-captioned case.  I understand that Abbott has filed suit against Teva Pharmaceuticals

USA, Inc. and Teva Pharmaceutical Industries, Ltd. (collectively, "Teva") and Watson

Laboratories, Inc.-Florida ("Watson") (collectively "Defendants") and has alleged that

Defendants' filing of certain Abbreviated New Drug Applications ("ANDAs") for the approval

of generic versions of Abbott's drug SIMCOR® infringes certain identified claims of U.S. Patent

Nos. 6,080,428 ("the '428 patent"), 6,129,930 ("the '930 patent"), 7,011,848 ("the '848 patent"),

6,818,229 ("the '229 patent"), 6,406,715 ("the '715 patent"), 6,676,967 ("the '967 patent"), and

6,746,691 ("the '691 patent") (collectively, the "Patents-in-Suit").  I have been asked to provide

some background regarding hyperlipidemia and the treatment of hyperlipidemia, and, in

particular, the use of niacin to treat hyperlipidemia in the early to mid-1990s.  In addition, I have

been asked to comment on the meaning of certain terms in the claims of the Patents-in-Suit from

the perspective of one of ordinary skill in the art in the early to mid-1990s.

**A.      Background**

2.      I am a Professor of Cardiovascular Disease Prevention at the Harvard School of

Public Health, a Professor of Medicine at Harvard Medical School, and a Senior Physician at the

Channing Laboratory and Cardiology Division of Brigham & Women's Hospital.  My

responsibilities include teaching, practicing at the Hyperlipidemic Clinic in the Cardiovascular

Division at Brigham and Women's Hospital from 1984 to 2010, and participating as a member,

chair or fellow in numerous professional societies, committees and editorial boards.

3.      I am a fully licensed physician in the State of Massachusetts.

4.      My professional interests include research and public policy in nutrition,

cholesterol disorders, hypertension, and cardiovascular disease.  I have 179 peer-reviewed

publications of original research, plus over 70 reviews, editorials and chapters relating to these

interests.  In addition, I am the editor or co-editor of three books relating to cardiovascular disease, cholesterol disorders, and nutrition.

5.      In 1970, I received a Bachelor of Science degree in Biology with an emphasis on biochemistry from Brown University.  In 1977, I received the Doctor of Medicine degree from Columbia University College of Physicians and Surgeons.  From 1977 to 1978, I was a Resident in Surgery at University Hospital in Madison, Wisconsin.  From 1977 to 1993, I held appointments at various hospitals and institutions, including Harvard Medical School, Brigham and Women's Hospital, Children's Hospital, and Beth Israel Hospital, all in Boston.

6.      I have specialized in treating patients suffering from hyperlipidemia since 1982, when I began a two-year training (1982-84) in the Lipid Clinic, Children's Hospital, with a renowned lipidologist, Jan Breslow.  This training was part of a fellowship grant called a Clinician-Scientist Award from the American Heart Association, which was designed to bridge the transition from fellowship training to first faculty position.  In 1984, I returned to Brigham & Women's Hospital and was appointed Associate Physician, and Assistant Professor of Medicine at Harvard Medical School.

7.      In 1984, I was given an attending physician appointment at Brigham & Women's Hospital in the newly formed Vascular Medicine Division to serve as the hospital's expert in hyperlipidemia as a cause of heart disease.  I practiced in this clinic, which is now part of the Cardiology Division, until September, 2010.

8.      From 1993 to 2000, I was an Associate Professor in the Department of Nutrition at the Harvard School of Public Health; in 2000, I became a full tenured professor at Harvard University at the Harvard School of Public Health.

JA004759

9.      In addition to my appointment at the Harvard School of Public Health, I have a second professional appointment as full professor at Harvard Medical School.  I became a full professor of medicine in 2004 following my position as an Associate Professor of Medicine, from 1992 to 2004, and Assistant Professor of Medicine from 1984 to 1992.  In these capacities, I conducted research in lipid disorders, trained medical students and residents in internal medicine and primary care, and trained fellows subspecializing in cardiology or endocrinology in the diagnosis and treatment of lipid disorders, as well as continued to treat patients in the area of lipid disorders in the Cardiology Clinic.

10.     Finally, since 2004, I have served as a Senior Physician at Brigham & Women's Hospital, conducting research in hyperlipidemia, teaching as mentioned above, and treating patients for dyslipidemia, hyperlipidemia, and cholesterol disorders.  My clinical activities are in the Cardiology Division, and my research activities are in the Channing Laboratory, a research division at Brigham & Women's Hospital.  In particular, as a practicing physician, I have treated patients suffering from dyslipidemia with various formulations of extended and immediate release niacin from 1984 through September, 2010.

11.     In addition to treating patients suffering from lipid disorders, in connection with my teaching responsibilities, I regularly lecture on hyperlipidemia treatment in particular to medical students and practitioners at Harvard Medical School, the Harvard School of Public Health and Brigham and Women's Hospital.

12.     I am teaching or have taught the following classes at the Harvard School of Public Health:

> Nutritional Epidemiology (1986-1998);
>
> Nutritional Aspects of Human Disease (1986-1992);
>
> Cardiovascular Disease Epidemiology (1988-2011);

- 4 -

The Science of Human Nutrition; Nutritional Biochemistry (Course Director, 1998-2009); and

Scientific Writing (Course Director, 2004-2011).

13.    I am teaching, or have taught the following classes at Harvard Medical School:

Principles of Pharmacology.  Lecturer on hyperlipidemia treatment (1990-2006, Full First-year MD and PhD classes);

Clinical Epidemiology.  Lecturer on cardiovascular disease epidemiology and clinical trials (2000-2005, Full first-year MD class);

Preventive Medicine and Nutrition (2000-2003, Full second-year MD class); and

Cardiovascular Division Clinic: clinical teaching of HMS students and house staff in hyperlipidemia (1984-2010).

14.    I have been teaching Continuing Medical Education classes at Harvard Medical School on the management of hyperlipidemia since 1986.

15.    I have acted as a guest lecturer or panelist at over 70 regional, national or international symposiums and seminars since 1999 alone, most of which focused on the diagnosis and treatment of lipid disorders.

16.    I have also served as Principal Investigator in numerous clinical trials relating to heart disease and hyperlipidemia, including:

| | |
|---|---|
| 2008-10 | Effect on apolipoprotein C-III, of mipomersen, a novel antisense oligonucleotide drug that suppresses the production in the liver of apolipoprotein B and its associated lipoproteins, VLDL and LDL, in hypercholesterolemia. Apolipoprotein C-III has a detrimental effect on VLDL and LDL metabolism, and the results showed that the drug suppresses it. (Grant from ISIS Pharmaceuticals to Harvard University: F. Sacks, Principal Investigator); |
| 2009-10 | Establishing a platform for evaluating the effects of diet and drugs on the function of human HDL. (Harvard Catalyst Grant for innovative research with translational potential: F. Sacks, Principal Investigator); |
| 2010-15 | Diet and human HDL metabolism. A grant from National Heart. Lung and Blood Institute to determine how dietary fat and |

- 5 -

carbohydrate affect the principal function of HDL in removing cholesterol from the body (F. Sacks, Principal Investigator);

1996-2002    Dietary Approaches to Stop Hypertension ("DASH") and Sodium Trial - a multicenter trial on blood pressure and lipids of dietary patterns and sodium reduction (Grant from National Heart, Lung, and Blood Institute: F. Sacks Principal Investigator);

2003-07    VLDL and LDL particle types as CHD risk factors (NIH: R01 HL070159) (Grant from National Heart, Lung, and Blood Institute: F. Sacks Principal Investigator);

2002-06    Apo A2, Cl and C2 and diet in human apoB metabolism (NIH: 1R01 HL69376) (Grant from National Heart, Lung, and Blood Institute: F. Sacks, Principal Investigator);

1997-2002    "Kinetics of human postprandial lipoprotein metabolism" (NIH RO1HL56210) (Grant from National Heart, Lung, and Blood Institute: F. Sacks, Principal Investigator);

1997-2001    "Lipoprotein ancillary project in the CARE trial," study of lipoprotein subtractions to predict cardiovascular events, and differential response to treatment (Grant from Bristol-Myers Squibb to Brigham & Women's Hospital: F. Sacks, Principal Investigator);

1988-96    "Cholesterol and Recurrent Events (CARE) trial": a study in 4,159 patients in 80 centers in the US and Canada that proved that cholesterol lowering by a statin, pravastatin, in patients who had average cholesterol levels prevented heart attacks and strokes. (Grant from Bristol-Myers Squibb to Brigham & Women's Hospital: F. Sacks, Principal Investigator); and

1986-97    "Postmenopausal estrogens and atherosclerosis"; study of effect of sex hormones on lipoprotein metabolism (NIH: RO1 HL34980) (Grant from National Heart, Lung, and Blood Institute: F. Sacks, Principal Investigator).

In addition, I served as co-investigator on many other grants from NIH and other organizations.

17.    I have also conducted or participated in clinical trials regarding niacin treatment, including time-release, sustained release, and immediate release formulations of niacin.  The results of several of these studies have been published as follows:

Helen L. Figge, *et al*., "Comparison of Excretion of Nicotinuric Acid After Ingestion of Two Controlled Release Nicotinic Acid Preparations in Man," J CLIN PHARMACOL 1988; 28:1136-1140;

- 6 -

James D. Alderman, *et al.*, "Effect of Modified, Well Tolerated Niacin Regimen on Serum Total Cholesterol, High Density Lipoprotein Cholesterol, and the Cholesterol to High Density Lipoprotein Ratio," AM J CARDIO. 1989; 64:725-729;

Frank M. Sacks, *et al.* for the Harvard Atherosclerosis Reversibility Project (HARP) Group, "The Effect on Coronary Atherosclerosis of Decrease in Plasma Cholesterol Concentrations in Normocholesterolemic Patients," LANCET 1994; 344:1182-86; and

Richard Pasternak, *et al.*, "Effect of Combination Therapy with Lipid-Reducing Drugs in Patients with Coronary Heart Disease and 'Normal' Cholesterol Levels," ANN. INTERN. MED. 1996; 125:529-540.

18.     During my career, I have been a member, chair or speaker with numerous

professional committees.  Some of my major committee assignments include:

2000-2011 Organizing Committee and Co-Chair, Lipoprotein Kinetics Conference, Satellite Meeting to the Arteriosclerosis, Thrombosis and Vascular Biology Council Meeting, American Heart Association

2001     National Cholesterol Education Program, Adult Treatment Panel III, Reviewer of Year 2002 guidelines

2006     NIH, NHLBI: Consultant group on clinical trial design for lipid drugs

2000-    American Heart Association, Nutrition Committee, Member, Vice-Chair, Chair 2010-12

2008-2011 American Heart Association, Leadership Committee, Council on Nutrition Physical Activity and Metabolism

2008-2011 NHLBI Clinical Guidelines for Cardiovascular Risk Reduction, National Cholesterol Education Program Adult Treatment Panel IV ("ATP IV") Expert Panel member

2008-    NHLBI Clinical Guidelines for Cardiovascular Risk Reduction, Lifestyle Working Group member

2009     Institute of Medicine, National Academy of Sciences, consultant on treatments for hypertension

2010-    Endocrine Society, Guidelines Panel on Treatment of High Triglycerides

2010-    National Kidney Foundation, KDIGO (Kidney Disease Improving Global Outcomes) Guidelines Committee for Treatment of Dyslipidemia

- 7 -

19.     I am a fellow in several professional societies relating to my field.  Since 1983, I have been a fellow with the Council on Arteriosclerosis for the American Heart Association. Since 1983, I have also been a fellow with the Council on Epidemiology for the American Heart Association.  Since 1994, I have been a fellow with the American Society of Clinical Nutrition. Since 2000, I have been a fellow with the Council on Nutrition, Metabolism, and Physical Activity for the American Heart Association.

20.     I am a member of the editorial boards of the Journal of Lipid Research; and Associate Editor of the Journal of Clinical Lipidology.  I was Associate Editor of the American Journal of Clinical Nutrition from 2007-2010.

21.     I have acted as a guest lecturer or panelist at over 60 regional, national, or international symposiums and seminars since 2004 alone, most of which focused on the diagnosis and treatment of lipid disorders.

22.     During my career, I have received honors and awards, including:

| | |
|---|---|
| 1974 | Annual Prize for Predoctoral Research, Society for Epidemiologic Research |
| 1980-1982 | Individual Postdoctoral Research Award, United States Public Health Service |
| 1982-87 | Clinician Scientist Award, American Heart Association |
| 1986 | Travenol Award Lecture, American College of Nutrition |
| 1987-1992 | Established Investigator Award, American Heart Association, Eugene Braunwald, Sponsor |
| 1999 | Pierre Bois Lecturer, McGill University and the University of Montreal |
| 2002 | Myant Lecturer, British Hyperlipidemia Society |
| 2011 | American Heart Association 2011 Research Achievement Award for lifetime research accomplishments |

23.     My complete *curriculum vitae* is attached as Exhibit A.

- 8 -

II.     BACKGROUND OF THE INVENTION

   A.     Hyperlipidemia

   24.     Hyperlipidemia (or dyslipidemia as it is sometimes also called) refers to the presence of raised or abnormal levels of lipids and/or lipoproteins in the blood.  Although it is most often associated with elevated low density lipoprotein cholesterol ("LDL cholesterol"), hyperlipidemia can also describe elevated total cholesterol ("TC") or triglycerides ("TG"), or lipoprotein(a) ("Lp(a)"); or abnormally low levels of high density lipoprotein cholesterol ("HDL cholesterol").

   25.     We often characterize cholesterol as "bad cholesterol," "good cholesterol," and "total cholesterol."  "Bad cholesterol" includes cholesterol contained in low density lipoproteins ("LDL"); in very low density lipoproteins that are measured commonly by the blood triglycerides concentration; and lipoprotein(a) ("Lp(a)").  "Good cholesterol" refers to the cholesterol contained in high density lipoproteins ("HDL").  "Total cholesterol" is measured directly in blood and is the sum of cholesterol in VLDL, LDL, Lp(a), and HDL.

   26.     Hyperlipidemia is associated with an increased risk of atherosclerosis, characterized by excessive cholesterol accumulation forming plaque in the arterial walls; and inflammation in the arterial walls; blocking the flow of blood in the heart, brain and other organs and causing heart attacks and strokes.

   27.     Atherosclerosis is the leading cause of heart attacks, strokes, and peripheral vascular disease.  For example, in the United States alone, 13 million adults have been diagnosed with coronary heart disease, a condition that can often lead to heart attacks, 8 million people have been diagnosed with peripheral arterial disease, and approximately 4.8 million people in the United States have had a stroke.

JA004765

28.     Treatment of atherosclerosis may require invasive, dangerous and expensive procedures.  For example, each year, there are over 1 million angioplasties (operations to unblock a coronary artery) and over 500,000 coronary bypass surgeries (open-heart surgeries to bypass the blocked section of the coronary artery).

**B.     Niacin and the Treatment of Hyperlipidemia**

29.     Niacin has been used for fifty years to treat both blood cholesterol disorders and triglyceride disorders.

30.     In effective doses, niacin decreases the amount of "bad cholesterol" in the bloodstream.  Niacin blocks the breakdown of fats in the body's adipose (fatty) tissue, decreasing the amount of fatty acids in the bloodstream.  With less free fatty acids in the bloodstream, the liver secretes less bad cholesterol.

31.     In effective doses, niacin also increases HDL cholesterol by increasing the liver's synthesis of HDL and by reducing the rate of removal of HDL from the blood.

32.     The first niacin formulations to be used for the treatment of cholesterol disorders were "immediate release" formulations – *i.e.*, products formulated without the intent to modify the rate of release of the drug after ingestion.

33.     When provided at therapeutic daily doses, immediate release niacin was effective in lowering total cholesterol, LDL cholesterol, triglycerides and Lp(a), and increasing HDL cholesterol.

34.     Immediate release formulations, typically administered several times per day, are commonly associated with "flushing" – redness, warmth, tingling and/or itching of the skin.

35.     In my experience prescribing immediate release niacin to hyperlipidemic patients and observing their responses to it, the vast majority of patients experience flushing.

- 10 -

The degree of flushing experienced varies from mild to severe.  The typical niacin flush is extremely uncomfortable and disturbing, and it may take several weeks or months for a patient to develop a tolerance to a dose of immediate release niacin that is enough to be therapeutic for dyslipidemia.  In some cases, patients experiencing flushing – especially for the first time – may panic and sometimes end up in the emergency room.

36.     As a result of the prevalence of flushing with immediate release niacin at therapeutically effective doses, many doctors are reluctant to prescribe immediate release niacin and many patients are unwilling to take it or discontinue treatment, notwithstanding its effectiveness in treating hyperlipidemia.

37.     "Sustained release" formulations of niacin were designed to avoid or reduce the flushing associated with immediate release niacin.  Sustained release formulations slow the rate of absorption of niacin by the body and reduce the peak level of the drug in the blood.

38.     However, clinical studies showed that early sustained release formulations were not as effective at lowering triglycerides or raising HDL as immediate release niacin.

39.     Worse, clinical studies showed (and my personal experience prescribing sustained release niacin formulations confirmed) that sustained release formulations produced adverse side effects, including hepatotoxicity (liver damage), increased fasting glucose levels (dangerous for patients also suffering from diabetes), increased levels of uric acid (which can lead to gout), activation of stomach ulcer with hemorrhage, and body odor.  As a result of this decreased efficacy and increased potential for serious side-effects, many clinicians, including me, avoided prescribing sustained release niacin to patients for treatment of hyperlipidemia, except in cases of severe hyperlipidemia or very high risk of heart attack and stroke where other treatments were not effective.

- 11 -

40.     Because of the unique effectiveness of niacin at certain doses to increase HDL and lower triglycerides, and the unique effectiveness of statins to decrease LDL, it might have been desirable to combine the two therapies to achieve maximum potential to treat dyslipidemia.  However, the combination of statin therapy with niacin increases the risk of developing the side effects typically associated with statin therapy, such as myopathy and rhabdomyolysis.  In addition, because statin therapy is also associated with increases in liver enzymes, combination of niacin therapy with a statin increases the risk of developing the hepatotoxicity associated with sustained release niacin therapy.

41.     At the time of the inventions of the Patents-in-Suit, there was a need for an alternative hyperlipidemia treatment – one that retained the benefits of niacin while avoiding the side effects associated with the existing immediate release and sustained release forms of niacin.  By offering a means of achieving the lipid-altering effects of immediate release niacin as well as the reduced flushing obtainable with other formulations of sustained release niacin, but without the dangerous side effects associated with prior sustained release niacin formulations, the methods of treatment and compositions claimed by the Patents-in-Suit solved the problems experienced with prior immediate release and sustained release forms of niacin which limited their utility in the treatment of hyperlipidemia.

## III.    OPINION

### A.    Ordinary Skill in the Art

42.     I understand that for the purposes of construing the disputed claim terms, it is necessary to examine those terms from the viewpoint of a person of ordinary skill in the art at the time of the invention.

JA004768

43.     The arts relevant to the Patents-in-Suit are the design, formulation, and testing of oral solid dosage forms; biopharmaceutics and pharmacokinetics; and the treatment of patients with lipid disorders.

44.     In my opinion, a person of ordinary skill in the art with respect to the Patents-in-Suit in the early to mid-1990s would have basic knowledge of solid oral dosage formulation, biopharmaceutics and pharmacokinetics, and the treatment of lipid disorders, either through experience working in drug development and formulation or through training (such as a degree in pharmacy or a medical degree), and several years of experience or training in one or more of the relevant arts.

### B.     Disputed Claim Terms

45.     I have been asked to provide my opinion regarding the understanding of a person of ordinary skill in the art in the early to mid-1990s regarding the following terms:

- "effective antihyperlipidemic amount" ('428 patent, claim 1; '930 patent, claims 18, 51, 115, 133; '848 patent, claim 1); "effective amount of an intermediate release nicotinic acid formulation" ('967 patent, claim 1, 16);
- "effective lipid-altering amount" ('035 patent, claims 1, 2, 21);
- "little or no serious liver damage" ('428 patent, claim 3); "minimum liver damage, uric acid increases, or elevations in fasting glucose levels" ('848 patent, claim 3);
- "without causing treatment-limiting (i) hepatotoxicity and (ii) abnormalities in uric acid levels or glucose levels or both … which would require said treatment to be discontinued by the patient" ('930 patent, claim 115), and related terms ('930 patent, claims 18, 51, 133;   '229 patent, claims 9, 17, 25; '715 patent, clam 1, 5, 9; '691 patent, claim 13; '967 patent, claim 16; '035 patent, claim 1, 2, 21);
- "significant increase in HDL cholesterol" ('848 patent, claim 1); and
- "whereby the capacity of the extended release nicotinic acid to provoke a flushing reaction . . . is reduced or prevented" ('035 patent, claims 1, 21)

### 1.     *"effective antihyperlipidemic amount" ('428 patent, claim 1; '930 patent, claims 18, 51, 115, 133; '848 patent, claim 1); "effective*

*amount of an intermediate release nicotinic acid formulation" ('967*
*patent, claim 1, 16)*

46.    In my opinion, a person of ordinary skill in the art in the early to mid-1990s

would have understood the claim terms "effective antihyperlipidemic amount" and "effective

amount of an intermediate release nicotinic acid formulation" to refer to a therapeutic dose of

the drug , *i.e.*, a dose that will have a beneficial effect upon the patient by lowering total

cholesterol, LDL cholesterol, triglycerides, and Lp(a) and raising HDL cholesterol.

47.    Indeed, the Patents-in-Suit define "effective antihyperlipidemic amount" and

"effective amount of an intermediate release nicotinic acid formulation" in terms of niacin's

balanced effect on several lipid parameters, which is only obtained when niacin is provided at

therapeutic doses:

> an amount which when orally administered to a patient to be
> treated, will have a beneficial effect upon the physiology of the
> patient, to include at least some lowering of total cholesterol, LDL
> cholesterol, triglycerides and Lp(a) and at least some increase in
> HDL cholesterol in the patient's blood stream.

('428 patent, 3:58-64; '930 patent, 4:7-13; '848 patent, 4:14-20; '967 patent, 17:15-21.)

48.    There is no one-size-fits-all dose that produces the desired results in every

patient.  A physician in the early to mid-1990s would have understood that each patient has to

be evaluated individually, and the appropriate dose selected based on his or her age, weight,

prior experience with lipid-altering agents, medical history and potential for experiencing side

effects, among other things.  Nevertheless, a person of ordinary skill in the art in the early to

mid-1990s (and subsequently) would have understood that to produce such a beneficial effect

upon several lipid parameters in the vast majority of patients would require a daily dose of at

least 1 g, and usually more, but not typically more than 3 g.  Indeed, the treatment guidelines

for physicians set forth in the National Institute of Health's first report of the Expert Panel on

- 14 -

Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults ("ATP I"),

published in 1988, stated that a "first-level therapeutic dose" of niacin is between 1.5 g/day and

2 g/day.  ATP I, at 55; *see also* National Institutes of Health, "Second Report of the Expert

Panel on Detection, Evaluation and Treatment of High Cholesterol in Adults (Adult Treatment

Panel II)" (1993), at III-6.  The ATP reports were the work of a panel of recognized experts in

the field of lipid disorders, and as such were widely regarded as setting the standard of care for

treatment of such disorders.  Moreover, the label for NIASPAN®, a commercial embodiment of

the patents-in-suit, which was approved by the FDA for treatment of hyperlipidemia in 1997,

recommends a minimum maintenance dose of 1 g/day.

49.     Although the typical therapeutic dose of niacin was 1-3 g/day, it was common

practice in the early to mid-1990s to use lower doses of niacin either for nutritional

supplementation or, for a short period of time at the outset of niacin therapy, to minimize

niacin-induced flushing.  As mentioned above, at doses effective for treating hyperlipidemia,

niacin causes flushing.  Typically, the flushing response is less strong at lower doses of niacin.

To manage the flushing response, and to get patients acclimated to the therapy, it is customary

to start patients at lower doses of niacin that are sub-therapeutic but that allow them to get used

to the flushing response.  The daily dose is slowly increased (*i.e.*, titrated) over the course of

several weeks to a therapeutic, or maintenance dose.  For example, ATP I specifically disclosed

that "[n]icotinic acid therapy is generally initiated with a single dose of 100-250 mg/day.  This

initial dose is usually given after dinner to minimize problems with flushing."  ATP I, at 55.

Such an initial low titration dose would be gradually escalated in both dose amount and dose

frequency to achieve the patient's lipid goal.  ATP I, at 55.  While the lower doses required for

titration may affect some lipid levels in some individuals, it was understood as of 1990 that

- 15 -

such effects were not clinically meaningful.  Rather, it was understood that to have a beneficial

effect on the physiology of the patient, niacin therapy had to be continued at higher

maintenance levels.  Therefore, it is my opinion that a person of ordinary skill in the art in the

early to mid-1990s would not have understood the use of such sub-therapeutic doses for

purposes of minimizing flushing to constitute use of an "effective antihyperlipidemic amount"

or an "effective amount of an intermediate release nicotinic acid formulation."

50.      I understand that Defendants contend that the terms "effective

antihyperlipidemic amount" and "effective amount of an intermediate release nicotinic acid

formulation" mean "from about 250 mgs to about 3000 mgs of nicotinic acid."  In my opinion,

this proposed construction is inconsistent with what a person of ordinary skill in the art in the

early to mid-1990s would have understood to be the amount of niacin necessary to produce a

beneficial effect across several lipid parameters, including total cholesterol, LDL cholesterol,

triglycerides, Lp(a), and HDL cholesterol.  As set forth above, the contemporaneous teachings

in the literature at that time clearly taught that the usual dose was at least 1 g/day, and that

lower doses were to be used for the initial titration stage only, but generally were not sufficient

to maintain the beneficial lipid effects of niacin.

### 2.      *"effective lipid-altering amount" ('035 patent, claims 1, 2, 21)*

51.      In my opinion, a person of ordinary skill in the art in the early to mid-1990s

would have understood the claim term "effective lipid-altering amount" as used in the '035

patent in much the same way as "effective antihyperlipidemic amount" and "effective amount

of an intermediate release nicotinic acid formulation" are used in the '428, '930, '848, and '967

patents (*i.e.*, an amount of niacin that produces a beneficial effect across the several lipid

parameters).  Thus, a person of ordinary skill in the art in the early to mid-1990s would have

understood the term "effective lipid-altering amount" exactly as the '035 patent defines the

term:

> an amount which when orally administered to a patient to be
> treated, will have a beneficial effect upon the physiology of the
> patient, to include at least some lowering of; one or more of the
> following, total cholesterol, LDL-cholesterol, triglycerides and
> Lp(a) and at least some increase in HDL-cholesterol, and more
> particularly an increase in, e.g., $HDL_2$-cholesterol and/or $HDL_3$-
> cholesterol, in the patient's blood stream.  The beneficial effect will
> also include some decreases in the total cholesterol to HDL-
> cholesterol ratio and in the LDL-cholesterol- HDL-cholesterol
> ratio in the patient's blood stream.  In some individuals, the
> beneficial effect may also include reduction in apolipoprotein B,
> reduction in apolipoprotein E and/or an increase in apolipoprotein
> A-I

'035 patent, 12:14-29.  Indeed, the only difference between this definition and the definitions of

"effective antihyperlipidemic amount" and "effective amount of an intermediate release nicotinic

acid formulation" as used in the '428, '930, '848, and '967 patents is the level of detail at which

the inventors indentified the affected lipid parameters.

　　　　52.　　　I understand that Defendants again contend that this term means "from about

250 mgs to about 3000 mgs of nicotinic acid."  I disagree.  As discussed above, a person of

ordinary skill in the art in the early to mid-1990s (and subsequently) would have recognized

that doses of niacin below 1 g/day generally would not have been "effective" at producing a

beneficial effect across several lipid parameters.  Such doses were used as nutritional

supplements or to titrate a patient onto niacin therapy.  Defendants' proposed construction for

this term, which includes doses less than 1 g/day, is inconsistent with what a person of ordinary

skill in the art in the early to mid-1990s would have understood to be necessary to produce a

beneficial effect across several lipid parameters that is "effective" in treating hyperlipidemia..

3.   *"little or no serious liver damage" ('428 patent, claim 3); "minimum liver damage, uric acid increases, or elevations in fasting glucose levels" ('848 patent, claim 3)*

53.     In my opinion, persons of ordinary skill in the art in the early to mid-1990s, reading the phrase "little or no serious liver damage," would have understood that "*serious* liver damage" is a side effect requiring discontinuation in treatment (*i.e.*, treatment-limiting hepatotoxicity); otherwise, a person of ordinary skill in the art would not have considered such liver damage "serious."

54.     Similarly, a person of ordinary skill in the art in the early to mid-1990s would have understood that "*minimum* liver damage, uric acid increases, or elevations in fasting glucose levels" to refer to hepatotoxicity (*i.e.*, liver damage) or elevations in uric acid or blood glucose that are not so severe that they require discontinuation of treatment (*i.e.*, no treatment-limiting hepatotoxicity or elevations in uric acid levels or glucose levels which would require effective treatment to be discontinued by the patient); otherwise, a person of ordinary skill in the art would have considered those side effects more serious than "minimum."

55.     Of course, "little or no serious liver damage" or "minimum liver damage, uric acid increases, or elevations in fasting glucose levels" does not mean that no such side effects can occur in those using the methods of treatment claimed in the '428 and '848 patents.  As an initial matter, these terms are qualified (*i.e.*, "*little* or no" and "*minimum*"), not absolute, meaning that they contemplate some incidence of these side effects.  Moreover, a person of ordinary skill in the art at in the early to mid-1990s (or now) would have understood that no course of therapy is without side effects.  Indeed, most therapeutically effective FDA-approved drugs have the possibility of causing an adverse side effect in at least one patient.  Anti-cholesterol agents, including statins and fibrates, are particularly known for presenting a risk of liver toxicity. ATP I at 57 (noting "persistent elevations in transaminase levels of greater than

- 18 -

three times the upper limit of normal" for patients taking lovastatin); *id.* at 57-58 ("occasional

changes … in liver function tests" have been observed for patients taking gemfibrozil).

Accordingly, a person of ordinary skill in the art during the early to mid-1990s would have

understood that these claim terms do not require the complete elimination of these side effects.

56.     I understand that Defendants contend that these claim terms are indefinite. I

disagree. Even though these terms are not susceptible to rigid quantification, a person of

ordinary skill in the art in the early to mid-1990s would have understood how to assess whether

these side effects were so severe as to be treatment-limiting and require discontinuation of

treatment, without undue experimentation.

57.     In particular, in light of the long-standing concerns regarding the incidence of

liver damage (*i.e.*, hepatotoxicity), increases in uric acid, and elevations in blood glucose,

physicians use routine diagnostic tests as benchmarks to assess whether patients taking niacin

are experiencing any of these side effects.

58.     For example, routine liver function tests, which examine the levels of liver

enzymes in a patient's blood, provide a useful benchmark for determining whether a patient is

suffering liver damage as a result of niacin therapy. A common endpoint used by the U.S. Food

and Drug Administration and clinicians for assessing potential hepatotoxicity is if these liver

enzymes exceed three times the upper limit of normal ("ULN"). However, this measure is

merely a guidepost, and neither a minimum threshold nor a maximum limit in all cases. On the

one hand, a liver function test showing elevations above three times ULN might not necessarily

indicate hepatotoxicity requiring discontinuation of niacin treatment. For example, if an

individual consumed alcohol prior to testing, it might result in elevated liver enzymes. For this

reason, if a patient's liver function test reveals elevated liver enzymes, the doctor is likely to

request additional tests to confirm the results (particularly in the absence of other symptoms of hepatotoxicity). On the other hand, a patient may have liver enzymes lower than three times ULN and yet have other symptoms indicative of hepatotoxicity that may warrant discontinuation of niacin treatment.

59.     The tolerable level of liver enzymes for any individual patient depends upon the unique characteristics of that patient, including factors such as the patient's starting level of liver enzymes before treatment, other medical conditions, and personal and family medical history. Based on the results of such tests along with an understanding of these other factors, a clinician experienced in the treatment of lipid disorders would have been able to exercise his or her judgment, guided by training and experience, in deciding whether or not to continue niacin treatment.

60.     As with liver function tests, physicians conduct routine blood tests on patients taking niacin to determine whether their uric acid or blood glucose levels are outside the range of normal. The results of these tests are benchmarks for (but not dispositive of) whether the patient is experiencing side effects so severe that treatment should be discontinued. The doctor must evaluate the data in the context of other factors, such as the patient's baseline levels, age, gender, ethnicity, other medical conditions and personal and family medical history, and make a judgment, based on his or her education and training, as to whether or not to discontinue treatment. For example, the doctor may decide, based on all of these factors, that the elevations in uric acid or glucose may be managed through other medications or treatment, and that the disadvantages of withdrawing the patient from niacin treatment outweigh the potential risks posed by the elevated uric acid or glucose levels. It is my opinion that a clinician with

JA004776

experience in the field of lipid disorders would have been able to exercise his or her judgment, guided by training and experience, in order to make these determinations.

61.     Accordingly, a person of ordinary skill in the art would have understood "little or no serious liver damage" to mean "no treatment-limiting hepatotoxicity requiring discontinuation of treatment" (*i.e.*, withdrawal of niacin treatment altogether or a change in the dose administered).  Likewise, a person of ordinary skill in the art in the early to mid-1990s would have understood "minimum liver damage, uric acid increases, or elevation in fasting glucose levels" to mean "no treatment-limiting hepatotoxicity or elevations in uric acid levels or glucose levels which would require treatment to be discontinued by the patient."

### 4.     *"without causing treatment-limiting (i) hepatotoxicity and (ii) abnormalities in uric acid levels or glucose levels or both … which would require said treatment to be discontinued by the patient" ('930 patent, claim 115)*

62.     In my opinion, a person of ordinary skill in the art in the early to mid-1990s would have understood the term "without causing treatment-limiting (i) hepatotoxicity and (ii) abnormalities in uric acid levels or glucose levels or both … which would require said treatment to be discontinued by the patient" to refer to hepatotoxicity or abnormalities (*i.e.*, elevations) in uric acid or blood glucose to a level that are significant enough to require discontinuation of treatment.  In particular, a person of ordinary skill in the art in the early to mid-1990s would have had a similar understanding of this term as the related terms in the '428 and '848 patents (discussed above).  All of these claim terms concern the severity of the side effects caused by niacin therapy, and the only relevant metric for assessing the severity of these various side effects is whether they are so severe as to require the discontinuation of treatment.  Accordingly, a person of ordinary skill in the art in the early to mid-1990s would have understood this term to mean "elevations in liver enzymes (AST, ALT and/or alkaline

JA004777

phosphatase) and either uric acid levels, glucose levels or both to a level that requires discontinuation of current treatment."

63.     A person of ordinary skill in the art in the early to mid-1990s (or now) would not have understood that this claim term requires the elimination of the **_risk_** of certain side effects. All drug therapies carry the risk of side effects, and a person of ordinary skill in the art in the early to mid-1990s would have understood that it is not possible to eliminate the risk of side effects entirely.  For niacin, in particular, a person of ordinary skill in the art in the early to mid-1990s would have understood that it is not possible to eliminate the risk of hepatotoxicity or abnormalities in uric acid or glucose levels.

64.     I understand that Defendants contend that this claim term also is indefinite.  I disagree.  As discussed above, while there are not quantitative measures that determine definitively whether a patient is experiencing hepatotoxicity or abnormalities in uric acid or glucose that require discontinuation of treatment, a person of ordinary skill in the art in the early to mid-1990s would have used routine tests as a benchmark to assess whether a patient's liver function enzymes, uric acid levels, or blood glucose levels fell outside the range of normal.   Based upon the results of these tests, in combination with other factors (*e.g.*, the patient's baseline levels, other medical conditions, family and personal medical history), a person of ordinary skill in the art in the early to mid-1990s would have understood how to determine whether a particular patient is experiencing a treatment-limiting side effect requiring discontinuation of treatment, without undue experimentation.

JA004778

65.     For the same reasons, a person of ordinary skill in the art would have understood the other related claim terms[1] in the Patents-in-Suit concerning "treatment-limiting" side effects to refer to side effect requiring discontinuation of treatment.

### 5.     "significant increase in HDL cholesterol" ('848 patent, claim 1)

66.     In my opinion, one of ordinary skill in the art in the early to mid-1990s would have understood that a "significant increase in HDL cholesterol" is any increase that results in a meaningful decrease in the individual's risk of developing cardiovascular disease.

67.     Because numerous patient-specific factors influence the onset of cardiovascular disease, whether an individual patient's increase in HDL is "significant" or not will vary from patient to patient. These patient-specific factors include the baseline from which the increase is being measured, the patient's other medical conditions, the patient's personal and family medical history, and any other factors affecting the patient's overall risk of heart disease. As a result, there is no fixed percentage that is recognized in the field as constituting a "significant" increase in HDL. Nevertheless, a person of ordinary skill in the art during the early to mid-

---

[1]     *E.g.*, "without causing drug-induced hepatotoxicity to a level which would require use of said intermediate release nicotinic acid formulation to be discontinued" ('229 patent, claims 9, 17, 25; '715 patent, claim 5); "without causing abnormalities in uric acid levels or glucose levels or both to an extent which would require the use of said release composition by the patient to be discontinued" ('930 patent, claim 18); "without causing abnormalities in either uric acid or glucose levels or both to an extent which would require said daily treatment to be discontinued by the patient" ('930 patent, claim 51); "without causing treatment-limiting myopathy and rhabdomyolysis" ('035 patent, claim 2); "without causing abnormalities in liver function tests and uric acid levels or glucose levels or both to an extent which would require the use of said sustained release composition by the patient to be discontinued" ('930 patent, claim 133); "without causing drug-induced [(i)] hepatotoxicity and (ii) elevations in uric acid or glucose or both, to levels which would require use of said intermediate release nicotinic acid formulation to be discontinued" ('715 patent, claims 1, 9; '691 patent, claim 13); "without causing treatment-limiting hepatotoxicity and treatment-limiting elevations in uric acid or glucose levels or both in the individual to a level which would require use of the intermediate nicotinic acid formulation by the individual to be discontinued" ('967 patent, claim 16); "without causing treatment-limiting hepatotoxicity and elevations in glucose and/or uric acid levels" ('035 patent, claim 1); "without causing treatment-limiting hepatotoxicity, myopathy, rhabdomyolysis and elevations in glucose and/or uric acid levels in the individual" ('035 patent, claim 21).

- 23 -

1990s would have been able to use his or her skill, training, and experience to determine whether an increase in HDL is "significant" for a particular patient.

68.     Accordingly, in my opinion, a person of ordinary skill in the art in the early to mid-1990s would have understood that the term a "significant increase in HDL cholesterol" means "an increase that results in a meaningful decrease in an individual's risk of developing cardiovascular disease."

      **6.     *"whereby the capacity of the extended release nicotinic acid to provoke a flushing reaction . . . is reduced or prevented" ('035 patent, claims 1, 21)***

69.     In my opinion, a person of ordinary skill in the art in the early to mid-1990s would have understood the term "whereby the capacity of the extended release nicotinic acid to provoke a flushing reaction . . . is reduced or prevented" to mean whereby there is a reduction in the frequency, duration, or intensity of flushing episodes following administration of the extended release nicotinic acid. In particular, I disagree with defendants' argument that this phrase is indefinite because "flushing is an inherently subjective phenomenon and is also very specific to the individual." (Keenan Rep. ¶ 392.)  In my opinion, a person of ordinary skill in the art would have understood the bounds of the claim without undue experimentation.

70.     As this case is ongoing, I may supplement the opinions expressed herein at a later date based upon further information provided to me.

I declare under the penalty of perjury that the above is true and correct.

Dated: November 15, 2011

_____

Frank Sacks, M.D.

CURRICULUM VITAE          (September 9, 2011)

NAME:              Frank M. Sacks

ADDRESS:              129 Leonard Street, Belmont, Massachusetts 02478

PLACE OF BIRTH:  Jersey City, New Jersey


EDUCATION:

      1970              Biology, Sc.B. Brown University
      1970-1972        Music, New England Conservatory of Music
      1977              M.D. Columbia University, College of Physicians and Surgeons


POSTDOCTORAL TRAINING:

    Internship and Residency:

    1977-1978        Resident in Surgery, University Hospital, Madison, Wisconsin

    Research Fellowship:

    1980-1982        Research Fellow in Medicine, Harvard Medical School and Brigham and
                      Women's Hospital

    LICENSURE: 2010-              Endocrine Society, Guidelines Panel on treatment of high
             triglycerides

    2010-              National Kidney Foundation, KDIGO (Kidney Disease Improving Global
                  Outcomes) Guidelines Committee for treatment of dyslipidemia


    1980              Massachusetts


CURRENT APPOINTMENTS:

    2000-  Professor of Cardiovascular Disease Prevention, Department of Nutrition,
           Harvard School of Public Health
    2004-  Professor of Medicine, Harvard Medical School
    2004-  Senior Physician, Channing Laboratory and Cardiology Division, Brigham &
           Women's Hospital

PAST APPOINTMENTS

| 1992-2004 | Associate Professor of Medicine, Harvard Medical School |
| 1992-2004 | Physician, Brigham and Women's Hospital |
| 1993-2000 | Associate Professor in the Department of Nutrition, Harvard School of Public Health |
| 1992-1993 | Assistant Professor in the Department of Nutrition, Harvard School of Public Health |
| 1982-1991 | Associate Physician, Brigham and Women's Hospital |
| 1984-1993 | Assistant in Medicine, Beth Israel Hospital, Boston |
| 1984-1992 | Assistant Professor of Medicine, Harvard Medical School |
| 1982-1984 | Instructor in Medicine, Harvard Medical School |
| 1980-1982 | Research Fellow in Medicine, Harvard Medical School |
| 1979-1980 | Clinical Assistant Professor of Family Practice, University of Wisconsin School of Medicine |
| 1978-1979 | Staff Physician, Migrant Health Services, Wild Rose, Wisconsin |
| 1979-1980 | Attending Physician, St. Mary's Hospital, Madison, Wisconsin |

## HONORS AND DISTINCTIONS:

| 1972 | Rockefeller Foundation Award for teaching philosophy of science in the Department of Humanities, New England Conservatory of Music |
| 1974 | Annual Prize for Predoctoral Research, Society for Epidemiologic Research |
| 1980-1982 | Individual Postdoctoral Research Award, United States Public Health Service |
| 1982-87 | Clinician Scientist Award, American Heart Association, Jan Breslow-Preceptor; Edward Kass-Sponsor |
| 1986 | Travenol Award Lecture, American College of Nutrition |
| 1987-1992 | Established Investigator Award, American Heart Association, Eugene Braunwald, Sponsor |
| 1999 | Pierre Bois Lecturer, McGill University and the University of Montreal |
| 2002 | Myant Lecturer, British Hyperlipidemia Society |
| 2011 | American Heart Association 2011 Research Achievement Award for lifetime research accomplishments |

## MAJOR PROFESSIONAL SERVICE

| 1993-97 | National Heart, Lung and Blood Institute.  Chair, Design and Analysis Committee, Dietary Approaches to Stop Hypertension (DASH) Trial, a multicenter trial on dietary patterns and blood pressure. |
| 1996-2000 | National Institutes of Health.  Nutrition Study Section |
| 1997-2001 | National Heart, Lung, and Blood Institute.  Chair, Steering Committee, the Dietary Patterns, Sodium Intake and Blood Pressure trial (DASH2), a multicenter trial. |

Sacks 2

| | |
|---|---|
| 2000-2011 | Organizing Committee and Co-Chair, Lipoprotein Kinetics Conference, Satellite Meeting to the Arteriosclerosis, Thrombosis and Vascular Biology Council Meeting, American Heart Association. |
| 2001 | National Cholesterol Education Program, Adult Treatment Panel III, Reviewer of Year 2002 guidelines |
| 2002 | NIH, NHLBI: Speaker, Workshop on Lipoprotein (a) |
| 2002 | NIH, NHLBI: Workshop participant, Diet and Congestive Heart Failure |
| 2003 | NIH, NHLBI: Chair, Committee on 5-year nutrition research agenda |
| 2003 | NIH, NHLBI: Member, Committee on 5-year obesity research agenda |
| 2003-07 | NIH, NHLBI: Member, DSMB, Gene Environment Interaction Project |
| 2004 | NIH, NHLBI: Working group on future clinical research directions on omega-3 fatty acids and cardiovascular disease. |
| 2006 | NIH, NHLBI: Consultant group on clinical trial design for lipid drugs |
| 2007-10 | American Journal of Clinical Nutrition, Associate Editor |
| 2000- | American Heart Association, Nutrition Committee, Member. |
| 2010-12 | American Heart Association, Nutrition Committee, Chair |
| 2008-11 | American Heart Association, Leadership Committee, Council on Nutrition Physical Activity and Metabolism |
| 2008- | NCEP ATP-IV: NHLBI Clinical Guidelines for Cardiovascular Risk Reduction, National Cholesterol Education Program ATP-IV Expert Panel member |
| 2008- | Lifestyle Working Group member, NHLBI Clinical Guidelines for Cardiovascular Risk Reduction. |
| 2009 | Institute of Medicine, National Academy of Sciences, consultant on treatments for hypertension. |
| 2009 | Institute of Medicine, National Academy of Sciences, panel on salt reduction; presented position of the American Heart Association. |
| 2009 | United States Dietary Guidelines Panel, invited presentation on diet treatment of obesity and sodium reduction goals. |

2009-        Residual Risk Reduction Institute: Trustee

2010-        Endocrine Society, Guidelines Panel on treatment of high triglycerides

2010-        National Kidney Foundation, KDIGO (Kidney Disease Improving Global
             Outcomes) Guidelines Committee for treatment of dyslipidemia

EDITORIAL BOARDS
    Journal of Clinical Lipidology (Associate Editor)
    Journal of Lipid Research

MAJOR RESEARCH INTERESTS:

Human lipoprotein metabolism: Kinetic and cell studies on lipoprotein particles that are likely to protect against or to promote atherosclerosis. Effects of diet, apolipoproteins CIII and E. Identification of metabolic pathways in plasma and cells affected by human lipoproteins. Identification of dysfunctional HDL metabolism in humans.

Epidemiology of lipoprotein risk factors for cardiovascular disease: Studies of new lipoprotein subfractions in populations to improve the prediction of cardiovascular disease. These epidemiological studies are linked in scientific scope to the metabolism studies.

Nutritional control of blood pressure and lipid levels: multi-center NIH-NHLBI diet trials. Chair of the DASH-Sodium Steering Committee: "Effects of dietary patterns and sodium intake on blood pressure."  Co-Chair, "Macronutrients and Cardiovascular Risk" (OMNI Heart), a trial of protein, carbohydrate and unsaturated fat to optimize cardiovascular risk factors. Chair of Omni-CARB: "Carbohydrate, type and amount affecting risk of CVD and diabetes".

Dietary treatment of obesity. PI of multicenter NIH trial (POUNDS LOST) that compared dietary strategies for weight loss.

RESEARCH FUNDING

2003-2009, NIH: 1 UO1 HL073286, F Sacks, PI. Dietary macronutrients and weight loss.

2007-2012, NIH: 1R01 HL084568, F Sacks, PI. Carbohydrate amount and type affecting risk of CVD and diabetes.

2010-2015: NIH, Dietary Fat and HDL Metabolism in Humans. F Sacks, PI.

2009-2010: Harvard Catalyst Program, CTSC NIH award for innovative and translational research: Human HDL metabolism in obesity and dyslipidemia

2009-2011: R3i Foundation grant for an international case-control study of dyslipidemia and both macrovascular and microvascular disease.

PRINCIPAL CLINICAL AND HOSPITAL SERVICE RESPONSIBILITIES:

1984-2010    Hyperlipidemia Clinic, Cardiovascular Division, Brigham and Women's Hospital.

PROFESSIONAL SOCIETIES:

1983-   Fellow, Council on Arteriosclerosis, American Heart Association
1983-   Fellow, Council on Epidemiology, American Heart Association
1994-   Fellow, American Society of Clinical Nutrition
2000-   Fellow, Council on Nutrition, Metabolism and Physical Activity, American Heart Association

TEACHING

HARVARD SCHOOL OF PUBLIC HEALTH

1998-2010    The Science of Human Nutrition; Nutritional Biochemistry (NUT202); Course director

2004-2010    Scientific Writing (IS 206), Course director

HARVARD MEDICAL SCHOOL AND TEACHING HOSPITALS
(HMS = Harvard Medical School; BWH = Brigham & Women's Hospital)

1984-2010    Cardiovascular Division Clinic, BWH: clinical teaching of treatment of hyperlipidemia to students, house staff, cardiology fellows and endocrinology fellows

2004-2010    BWH General Internal Medicine faculty: Lectures on hyperlipidemia
1986-2010    BWH CME: Office Practice of Primary Care; Lectures on hyperlipidemia

2005-09    Harvard School of Public Health and Culinary Institute of America, "World of Healthy Eating", workshop for management in the food industry, St.Helena, California

2008    BWH, Cardiovascular Grand Rounds: Apolipoproteins and CVD

2009    BWH, Cardiovascular Grand Rounds: Diet composition to treat obesity

REGIONAL, NATIONAL, OR INTERNATIONAL TEACHING

**2011**

Tokyo Medical and Dental University: Lecture on diet and cardiovascular disease

National Defense Medical University, Tokorozawa, Japan: Lecture on apoC-III

National Lipid Association, New York: Lecture on diet and weight loss

Gordon Conference on Atherosclerosis, Newport, RI: Lecture on apoC-III

**2010**

Keystone Conference on Triglycerides: Lecture on apolipoprotein C-III

Quebec Lipidology Society: Lecture on dyslipidemia and residual risk

Beaumont Hospital, Royal Oak, Michigan: Lecture on diet to prevent CVD

American Heart Association Conference on Added Sugars: Lecture on added sugar

Japan Diabetes Association, Okayama, Japan: Lecture on lipid risk factors in diabetes

Karolinska Institute, Stockholm, Sweden: Lecture on diet and cardiovascular disease

Nagoya University, Japan: Lecturer, Conference on Sodium and Hypertension

**2009**

Medstar CRT symposium, Washington DC, lecture on hypertriglyceridemia

MSDA conference, Berlin, Germany: lecture on apolipoproteins

International Symposium on Atherosclerosis, Boston: lectures on nutrition and obesity

School of Medicine, Universidad de los Andes, Bogota, Columbia: visiting professor

European Society of Cardiology, Barcelona: lecture on lipoprotein risk factors

Metabolic Syndrome Institute conference, Joslin Diabetes Center, Boston

Bari, Puglia, Italy: Conference on Mediterranean diet and health; Lecture on recent science

The Heart.org: Roundtable on genetic markers of cardiovascular risk and response to theapy

**2008**

Northeast Lipid Association annual meeting, Lecture on hyperlipidemia

American College of Cardiology annual meeting, Lecture on hyperlipidemia

American Diabetes Association annual meeting, Lecture on hyperlipidemia

University of Sydney, Australia, NHMRC clinical trials unit, Lecture on hyperlipidemia

American Heart Association Scientific Sessions, Lecture on postprandial lipoproteins

**2007**

American Heart Association Scientific Sessions, presenter

Australian Atherosclerosis Society annual meeting, Perth, visiting lecturer

Drugs Affecting Lipid Metabolism conference, New York City, speaker

Metabolic Syndrome Institute meeting, St Petersburg Russia, speaker

University of Texas Southwestern, Dallas, visiting professor

National Lipid Association annual meeting, speaker

European Atherosclerosis Society meeting, Helsinki, speaker

Metabolic Syndrome Diabetes and Atherosclerosis Congress, Lisbon, speaker

American Heart Association, Arteriosclerosis Council meeting, abstract presentation

Insulin Resistance conference, International Diabetes Federation, Barcelona, speaker

American College of Cardiology, annual meeting, speaker

American Heart Association, Epidemiology Council meeting, speaker

Ottawa Heart Institute, grand rounds

St. Michael's Hospital, Toronto, grand rounds

University of California Davis, cardiology grand rounds

National Institutes of Health, inter-institute endocrine grand rounds

**2006**

American Heart Association, Obesity Conference, 1/2006, speaker

IBC Life Sciences, Metabolic Syndrome Conference, Boston, 3/2006, speaker

University of Washington, Seattle, Cardiovascular Grand Rounds, 4/2006

Columbia University, conference on hypertriglyceridemia, speaker, 4/2006

American Heart Association, Arteriosclerosis Council meeting, presenter, 4/2006

International Atherosclerosis Society meeting, Rome, speaker, 6/2006

European Society of Cardiology meeting, Barcelona, speaker, 9/2006

Biomarkers conference, U Montreal and FDA, Bethesda, panel discussant, 9/2006

NIH, NHLBI, Cardiovascular Knowledge Networks meeting, participant, 9/2006

American Heart Association, Trans Fat conference, Washington, speaker, 10/2006

Cleveland Clinic, conference on obesity, speaker, 10/2006

Cardiometabolic Institute conference, Boston, speaker, 10/2006

American Heart Association, Scientific Sessions, speaker, 11/2006

NIH, NHLBI, Lipid Advisory Panel, participant, 11/2006

American College of Cardiology conference, NYC, speaker, 12/2006

New York Lipid and Vascular Biology Club annual meeting, speaker, 12/2006

**BIBLIOGRAPHY:**

**Peer-Reviewed Journals:**

1.   Sacks FM, Rosner B, Kass EH.  Blood pressure in vegetarians.  Am J Epidemiol 1974;100:390-394.

2.   Zinner SH, Martin LF, Sacks FM, Rosner B, Kass EH.  A longitudinal study of blood pressure in childhood.  Am J Epidemiol 1974;100:437-442.

3.   Sacks FM, Castelli WP, Donner A, Kass EH.  Plasma lipids and lipoproteins in vegetarians and controls.  New Engl J Med 1975; 292:1148-1151.

4.   Sacks FM, Donner A, Castelli WP, Gronemeyer J, Pletka P, Margolius HS, Landsberg L, Kass EH.  Effect of ingestion of meat on plasma cholesterol of vegetarians.  JAMA 1981;246:640-644.

5.   Sacks FM, Breslow JL, Wood PG, Kass EH.  Lack of an effect of dairy protein (casein) and soy protein on plasma cholesterol of strict vegetarians.  An experiment and a critical review.  J Lipid Res 1983; 24:1012-1020.

6.   Sacks FM, Marais GE, Handysides G, Salazar J, Miller L, Foster JM, Rosner B, Kass EH.  Lack of an effect of dietary saturated fat and cholesterol on blood pressure in normotensives.  Hypertension 1984;  6:193-198.

7.   Sacks FM, Wood PG, Kass EH.  Stability of blood pressure levels in vegetarians receiving dietary protein supplements.  Hypertension 1984; 6:199-201.

8.   Sacks FM, Salazar J, Miller L, Foster JM, Sutherland M, Samonds KW, Albers JJ, Kass EH.  Ingestion of egg raises plasma low density lipoproteins in free-living subjects.  Lancet 1984;i:647-649.

9.   Sacks FM, Ornish D, Rosner B, McLanahan S, Castelli W, Kass EH.  Plasma lipoprotein levels in vegetarians. The effect of ingestion of fats from dairy products.  JAMA 1985;254:1337-1341.

10.   Sacks FM, Handysides GH, Marais GE, Rosner B, Kass EH.  The effect of a low fat diet on plasma lipoproteins in normal adults.  Arch Intern Med 1986;146:1573-1577.

11.  Sacks FM, Breslow JL.  Very low density lipoproteins stimulate cholesteryl ester formation in U937 macrophages.  Heterogeneity and biologic variation among normal humans.  Arteriosclerosis 1987;7:35-46.

12.  Sacks FM, Stampfer MJ, Munoz A, McManus K, Canessa M, Kass EH.  Effect of linoleic and oleic acids on blood pressure, blood viscosity and erythrocyte cation transport.  J Am College Nutr 1987;6:179-185.

13.  Sacks, FM, Rouse IL, Stampfer MS, Bishop LM, Lenherr C, Walther RJ. Effect of dietary fats and carbohydrate on blood pressure of mildly hypertensive patients.  Hypertension 1987;10:452-460.

14.  Sacks FM, Kass EH.  Low blood pressure in vegetarians. The effects of specific foods and nutrients.  Am J Clin Nutr 1988;48:795-800.

15.  Kushi LH, Samonds KW, Lacey JM, Brown PT, Bergan JG, Sacks FM. The association of dietary fat with serum cholesterol in vegetarians: the effect of dietary assessment on the correlation coefficient.  Am J. Epidemiol 1988;128:1054-64.

16.  Figge HL, Figge J, Souney PF, Sacks FM, Shargel L, Janosik J, Kaul AF.  Comparison of excretion of nicotinuric acid after ingestion of two controlled release nicotinic acid preparations.  J Clin Pharmacol 1988; 28:1136-40.

17.  Sacks FM, Creager MA, Gallagher SJ, Loscalzo J, Dzau VJ.  Effects of alpha- and beta-adrenergic antagonists on plasma apolipoproteins and forearm blood flow in patients with mild hypertension.  Am J Med 1989;86(1B):8-13.

18.  Alderman JD, Pasternak RC, Sacks FM, Smith HS, Monrad ES, Grossman W. Effect of a modified, well-tolerated niacin regimen on serum total cholesterol, high density lipoprotein cholesterol and the cholesterol to high density lipoprotein ratio. Am J Cardiol 1989;64:725-9.

19.  Reis GJ, Boucher TM, Sipperly ME, Silverman DI, McCabe CH, Baim DS, Sacks FM, Grossman W, Pasternak RC. Fish oil for the prevention of restenosis after coronary angioplasty: results of a randomized placebo-controlled trial. Lancet 1989;2:177-181.

20.  Witteman JC, Willett WC, Stampfer MJ, Colditz GA, Sacks FM, Rosner B, Speizer FE, Hennekens CH.  Dietary calcium and magnesium and hypertension; a prospective study. Circulation 1989;80:1320-1327.

21.  Hankinson SE, London SJ, Chute CG, Barbieri RL, Jones L, Kaplan LA, Sacks FM, Stampfer MJ.  Effect of transport conditions on the stability of biochemical markers in blood.  Clin Chem 1989;35:2313-2316.

22.  Swain JF, Rouse IL, Curley CB, Sacks FM. Comparison of the effects of oat bran and low fiber wheat on serum lipoproteins and blood pressure. New Engl J Med 1990;332:147-152.

23. Witteman JC, Willett WC, Stampfer MJ, Colditz GA, Sacks FM, Rosner, B, Speizer FE, Hennekens CH.  Relation of moderate alcohol consumption and risk of systemic hypertension in women.  Am J Cardiol 1990;65:633-637.

24. Reis GJ, Silverman DI, Boucher TM, Sipperly ME, Horowitz GL, Sacks FM, Pasternak RC. Effects of two types of fish oil supplements on serum lipids and plasma phospholipid fatty acids in coronary artery disease. Am J Cardiol 1990: 66:1171-1175.

25. Silverman DI, Reis GJ, Sacks FM, Boucher TM, Pasternak RC. Usefulness of plasma phospholipid n-3 fatty acid levels in predicting dietary fish intake in patients with coronary artery disease. Am J Cardiol 1990:66:860-862.

26. Silverman DI, Ware JA, Sacks FM, Pasternak RC. Comparison of the absorption and effect of platelet function of a single dose of n-3 fatty acids given as fish or fish oil. Am J Clin Nutr 1991;53:1165-70.

27. Stampfer MJ, Sacks FM, Salvini S, Willett WC, Hennekens CH. A prospective study of lipids, apolipoproteins and risks of myocardial infarction. New Engl J Med 1991;325:373-81.

28. Walsh BW, Schiff I, Rosner B, Greenberg L, Ravnikar V, Sacks FM. Effects of postmenopausal estrogen replacement on the concentrations and metabolism of plasma lipoproteins. New Engl J Med 1991;325:1196-1204.

29. London SJ, Sacks FM, Caesar J, Stampfer MJ, Siguel E, Willett WC. Fatty acid composition of subcutaneous adipose tissue and diet in postmenopausal US women. Am J Clin Nutr 1991;54:340-345.

30. Sacks FM, Pfeffer MA, Moye L, Brown LE, Hamm P, Cole TG, Hawkins CM, Braunwald E.  Rationale and design of a secondary prevention trial of lowering normal plasma cholesterol levels after acute myocardial infarction. The Cholesterol and Recurrent Events Trial (CARE).  Am J Cardiol 1991;68:1436-46.

31. Hunter DJ, Rimm EB, Sacks FM, Stampfer MJ, Colditz GA, Litin LB, Willett WC. Comparison of measures of fatty acid intake by subcutaneous fat aspirate, food frequency questionnaire, and diet records. Am J Epidemiol 1992;135:418-427.

32. Gibson CM, Sandor T, Stone PH, Pasternak RC, Rosner B, Sacks FM. Quantitative angiographic and statistical methods to assess serial changes in coronary luminal diameter and implications for atherosclerosis regression trials. Am J Cardiol 1992;69:1286-1290.

33. Caine YG, Bauer KA, Barzegar S, ten Cate H, Sacks FM, Walsh BW, Schiff I, Rosenberg RD. Coagulation activation following estrogen administration to postmenopausal women. Thrombosis Haemostasis 1992;68:392-395.

34. Ascherio A, Rimm EB, Giovannucci EL, Colditz GA, Rosner B, Willett WC, Sacks FM, Stampfer MJ. A prospective study of nutritional factors and hypertension among US men. Circulation 1992;86:1475-1484.

35.    Morris MC, Taylor JO, Stampfer MJ, Rosner B, Sacks FM. The effect of fish oil on blood
       pressure in mild hypertensives: a randomized clinical trial. Am J Clin Nutr 1993;57:59-64.

36.    Gibson CM, Diaz L, Kandarpa K, Sacks FM, Pasternak RC, Sandor T, Feldman C, Stone
       PH. The relationship of vessel wall shear stress to atherosclerosis progression in coronary
       arteries. Arteriosclerosis and Thrombosis 1993;13:310-315.

37.    Stone PH, Gibson CM, Pasternak RC, McManus K, Diaz L, Boucher T, Spears JR, Sandor
       T, Rosner B, Sacks FM. The natural history of coronary atherosclerosis using quantitative
       angiography: implications for clinical trials of coronary regression. Am J Cardiol
       1993;71:766-772.

38.    Campos H, Sacks FM, Walsh BW, Schiff I, O'Hanesian MA, Krauss RM. Differential
       effects of estrogen on low density lipoprotein subclasses in healthy postmenopausal
       women. Metabolism 1993;42:1153-1158.

39.    Walsh BW, Sacks FM. The effect of low dose oral contraceptives on very low density and
       low density lipoprotein metabolism. J Clin Invest 1993;91:2126-2132.

40.    London SJ, Sacks FM, Stampfer MJ, Henderson IC, Maclure M, Tomita A, Wood WC,
       Remine S, Robert NJ, Dmochowski JR, Willett WC. Fatty acid composition of the
       subcutaneous adipose tissue and risk of proliferative benign breast disease and breast
       cancer. J Nat Cancer Inst 1993;85:785-793.

41.    Morris MC, Sacks FM, Rosner B. Does fish oil lower blood pressure? A meta-analysis of
       controlled trials. Circulation 1993;88:523-533.

42.    Ridker PM, Vaughan DE, Stampfer MJ, Sacks FM, Hennekens CH. A cross-sectional
       study of endogenous tissue plasminogen activator, total cholesterol, HDL cholesterol, and
       apolipoproteins A-I, A-II, and B-100. Arterioscler Thromb 1993;13:1587-1592.

43.    Sacks FM, McPherson R, Walsh BW. Effect of postmenopausal estrogen replacement on
       plasma lipoprotein(a) concentrations. Arch Intern Med 1994;154:1106-1110.

44.    Sacks FM, Hebert P, Appel LJ, Borhani NO, Applegate WB, Cohen JD, Cutler JA,
       Kirchner KA, Kuller LH, Roth KJ, Taylor JO, Hennekens CH for the TOHP Collaborative
       Research Group.  The effect of fish oil on blood pressure and high density lipoprotein
       cholesterol levels in Phase I of the Trials of Hypertension Prevention (TOHP). J Hypertens
       1994;12:209-213.

45.    Gann PH, Hennekens CH, Sacks FM, Grodstein F, Giovanucci E, Stampfer MJ. A
       prospective study of plasma fatty acids and risk of prostate cancer. J Nat Cancer Inst
       1994;86:281-286.

46.    Walsh BW, Li HJ, Sacks FM. The effect of postmenopausal estrogens on the metabolism
       of apolipoprotein A-I. J Lipid Res 1994;35:2083-93.

47.   Sacks FM, Pasternak RC, Gibson CM, Rosner B, Stone PH for the Harvard Atherosclerosis Reversibility Project (HARP) Group. The effect on coronary atherosclerosis of decrease in plasma cholesterol concentrations in normocholesterolemic patients. Lancet 1994;344:1182-86.

48.   Sacks FM, Obarzanek E, Windhauser MM, Svetkey LP, Vollmer WM, McCullough M, Karanja N, Lin PH, Steele P, Proschan MA, Evans MA, Appel LJ, Bray GA, Vogt TM, and Moore TJ for the DASH Investigators. Rationale and design of the dietary approaches to stop hypertension trial (DASH): A multicenter controlled feeding study of dietary patterns to lower blood pressure. Ann Epidemiol 1995;5:108-18.

49.   Whelton PK, Buring J, Borhani NO, Cohen JD, Cook N, Cutler JA, Kiley JE, Kuller LH, Satterfield S, Sacks FM, Taylor JO for the TOHP Collaborative Research Group. The effect of potassium supplementation in persons with a high normal blood pressure: Results from the Phase I of the Trials of Hypertension Prevention (TOHP). Ann Epidemiol 1995;5:85-95.

50.   Yamamoto ME, Applegate WB, Klag MJ, Borhani NO, Cohen JD, Kirchner KA, Lakatos E, Sacks FM, Taylor JO, Hennekens CH for the TOHP Collaborative Research Group. Ann Epidemiol 1995;5:96-107.

51.   Sacks FM, Rouleau JL, Moye LA, Pfeffer MA, Warnica JW, Arnold MJ, Nash DT, Brown LE, Sestier F, Rutherford J, Davis BR, Hawkins CM, Braunwald E for the CARE investigators. Baseline characteristics in the Cholesterol and Recurrent Events (CARE) trial of secondary prevention in patients with average serum cholesterol levels. Am J Cardiol 1995;75:621-623.

52.   Sacks FM, Stone PH, Gibson CM, Silverman DI, Rosner B, Pasternak RC for the Harvard Atherosclerosis Reversibility Project (HARP) Group. Controlled trial of fish oil for regression of human coronary atherosclerosis. J Am Coll Cardiol 1995;25:1492-8.

53.   Guillar E, Hennekens CH, Sacks FM, Willett WC, Stampfer MJ. A prospective study of plasma fish oil levels  and incidence of myocardial infarction in U.S. male physicians. J Am Coll Cardiol 1995;25:387-394.

54.   Sacks FM, Brown LE, Appel L, Borhani N, Evans D, Whelton P. The effect of combinations of dietary potassium, calcium and magnesium on blood pressure in mildly hypertensive patients.  Hypertension 1995;26:950-956.

55.   Sacks FM, Gibson CM, Rosner B, Pasternak RC, Stone PH. The influence of pretreatment LDL cholesterol concentrations on the effect of hypocholesterolemic therapy on coronary atherosclerosis in angiographic trials. Am J Cardiol 1995;76:78C-85C.

56.   Sacks FM, Krukonis GP. The influence of apolipoprotein E on the interactions between normal human VLDL and U937 macrophages: heterogeneity among persons. Vascular Medicine 1996;1:9-18.

57.  Wilt TJ, Davis BR, Meyers DG, Rouleau JL, Sacks FM. Prevalence and correlates of symptomatic peripheral atherosclerosis in individuals with coronary heart disease and cholesterol levels less than 240 mg/dl: Baseline results from the Cholesterol and Recurrent Events (CARE) study. Angiology 1996; 47:533-40.

58.  O'Hanesian MA, Rosner B, Bishop LM, Sacks FM. Inherent dietary responsiveness of plasma lipoproteins, and the contribution of random dietary variation to day to day variations of plasma lipoproteins. Am J Clin Nutr 1996;64:53-59.

59.  Ascherio A, Hennekens CH, Willett WC, Sacks FM, Rosner B, Manson J, Witteman J, Stampfer MJ. A prospective study of nutritional factors, blood pressure, and hypertension among US women. Hypertension 1996; 27:1065-72.

60.  Stampfer MJ, Krauss RM, Ma J, Blanche PJ, Holl LG, Sacks FM, Hennekens CH. A prospective study of triglycerides, LDL particle diameter, and risk of myocardial infarction. JAMA 1996;276:882-8.

61.  Moye LA, Davis BR, Sacks FM, Cole T, Brown L, Crawford B, Hawkins CM. Decision rules for predicting future values in a cholesterol reduction clinical trial. Controlled Clin Trials 1996;17:536-46.

62.  de Oliveira e Silva E, Seidman CE, Tian J, Sacks FM, Breslow JL. Shrimp consumption does not adversely affect the plasma lipoprotein profile. Am J Clin Nutr 1996;64:712-7.

63.  Pasternak RC, Brown LE, Stone PH, Silverman DI, Sacks FM. Combined hypolipidemic drug therapy in normocholesterolemic patients with coronary heart disease: a stepped-care algorithm with four agents. Ann Intern Med 1996;125:529-40.

64.  Sacks FM, Pfeffer MA, Moye LA, Rouleau JL, Rutherford JD, Cole T, Brown L,  Theroux P,  Warnica JW, Arnold JM, Nash DT, Wun CC, Davis BR, Hawkins CM, Braunwald E. The effect of pravastatin on coronary events after myocardial infarction in patients with average cholesterol levels. N Engl J Med 1996;335:1001-9.

65.  Appel LJ, Moore TJ, Obarzanek E, Vollmer WM, Svetkey LP, Sacks FM, Bray GA, Vogt TM, Cutler JA, Simons-Morton D, Lin PH, Karanja N. The effect of dietary patterns on blood pressure: Results from the Dietary Approaches to Stop Hypertension trial. N Engl J Med 1997;336:1117-24.

66.  Campos H, Walsh BW, Judge H, Sacks FM. Effect of estrogen on VLDL and LDL subclass metabolism in postmenopausal women. J Clin Endocrinol Metab 1997;82:3955-63.

67.  Sacks FM, Willett WC, Smith A, Brown LE, Rosner B, Moore TJ. Effect on blood pressure of potassium, calcium, magnesium in women with low habitual intake. Hypertension 1998;31:131-8.

68.    Garland M, Sacks FM, Colditz GA, Rimm EB, Sampson LA, Willett WC, Hunter DJ. The relation between dietary intake and adipose tissue composition of selected fatty acids in US women. Am J Clin Nutr 1998;67:25-30.

69.    Sacks FM, Moye LA, Davis BR, Cole TG, Rouleau JL, Nash D, Pfeffer MA, Braunwald E. Relationship between plasma LDL concentrations during treatment with pravastastin and recurrent coronary events in the Cholesterol and Recurrent Events trial. Circulation 1998;97:1446-52.

70.    Lewis SJ, Sacks FM, Mitchell JS, East C, Glasser S, Kell S, Letterer R, Limacher M, Moye LA, Rouleau JL, Pfeffer MA, Braunwald E. Effect of pravastatin on cardiovascular events in women after myocardial infarction: The Cholesterol and Recurrent Events trial. J Am Coll Cardiol 1998;32:140-146.

71.    Su W, Campos H, Judge H, Walsh BW, Sacks FM. Metabolism of apo(a) and apoB100 of lipoprotein(a) in women: effect of postmenopausal estrogen replacement. J Clin Endocrinol Metab 1998;83;3267-3276.

72.    Goldberg RB, Mellies MJ, Sacks FM, Moye LA, Howard BV, Howard WJ, Davis BR, Cole TG, Pfeffer MA, Braunwald E. Cardiovascular events and their reduction with pravastatin in diabetic and glucose intolerant myocardial infarction survivors with average cholesterol levels: subgroup analysis in the CARE trial. Circulation 1998;98:2515-2519.

73.    Ridker PM, Rifai N, Pfeffer MA, Sacks FM, Moye LA, Goldman S, Flaker GC, Braunwald E. Inflammation, pravastatin, and the risk of coronary events after myocardial infarction in patients with average cholesterol levels. Circulation 1998;98:839-844.

74.    Lewis SJ, Moye LA, Sacks FM, Johnstone DE, Timmis G, Mitchell J, Limacher J, Kell S, Glasser SP, Grant J, Davis BR, Pfeffer MA, Braunwald E. Effect of pravastatin on cardiovascular events in post-myocardial infarction patients aged 65-75 with cholesterol levels in the average range: results from the Cholesterol and Recurrent Events trial. Ann Intern Med 1998;129:681-689.

75.    Gebara OC, Mittleman MA, Walsh BW, Lipinska I, Welty FK, Bellotti G, Muller JE, Sacks FM, Tofler TH. Fibrinolytic potential is significantly increased by estrogen therapy in postmenopausal women with mild dyslipidemia. Heart 1998;80:235-9.

76.    Plehn JF, Davis BR, Sacks FM, Rouleau JL, Pfeffer MA, Bernstein V, Cuddy TE, Moye LA, Piller LB, Rutherford J, Simpson LM, Braunwald E. Reduction in stroke incidence following myocardial infarction with pravastatin: The Cholesterol and Recurrent Events Study. Circulation 1999;99:216-223.

77.    Brown L, Rosner B, Willett WC, Sacks FM. Cholesterol lowering effects of dietary fiber: a meta-analysis. Am J Clin Nutr 1999;69:30-42.

78.    Pfeffer MA, Sacks FM, Moye LA, East C, Goldman S, Nash DT, Rouleau J, Rouleau JL, Sussex BA, Theroux P, VandenBelt RJ, Braunwald E. Influence of baseline lipids on effectiveness of pravastatin in the CARE trial. J Am Coll Cardiol 1999;33:125-130

79.   Khoo C, Campos H, Judge H, Sacks FM. Effects of estrogenic oral contraceptives on the lipoprotein B particle system defined by apolipoproteins E and CIII. J Lipid Res 1999;40:202-212.

80.   Walsh BW, Spiegelman D, Morrissey M, Sacks FM. The relationship between serum estradiol levels and the increases in high-density lipoprotein levels in postmenopausal women treated with oral estradiol. J Clin Endocrinol Metab 1999;84:985-989.

81.   Hu FB, Stampfer MJ, Rimm EB, Manson JE, Ascherio A, Colditz GA, Rosner BA, Spiegelman D, Speizer FE, Sacks FM, Hennekens CH, Willett WC. A prospective study of egg consumption and risk of cardiovascular disease in men and women. JAMA 1999;281:1387-94.

82.   Gann PH, Ma J, Giovannucci E, Willett W, Sacks FM, Hennekens CH, Stampfer MJ. Lower prostate cancer risk in men with elevated plasma lycopene levels: results of a prospective analysis. Cancer Research 1999;59:1225-1230.

83.   Flaker GC, Warnica JW, Sacks FM, Moye LA, Davis BR, Rouleau JL, Webel RR, Pfeffer MA, Braunwald E. Pravastatin prevents clinical events in revascularized patients with average cholesterol concentrations. J Am Coll Cardiol 1999;34:106-112.

84.   Moore TJ, Vollmer WM, Appel LJ, Sacks FM, Svetkey LP, Vogt TM, Conlin PR, Simons-Morton DG, Carter-Edwards L, Harsha DW. Effect of dietary patterns on ambulatory blood pressure: results from the Dietary Approaches to Stop Hypertension (DASH) Trial. Hypertension 1999;34:472-7.

85.   Ridker PM, Rifai N, Pfeffer MA, Sacks F, Braunwald E. Long-term effects of pravastatin on plasma concentration of C-reactive protein. Circulation 1999;100:230-235.

86.   Cook NR, Stampfer MJ, Ma J, Manson JE, Sacks FM, Buring JE, Hennekens CH. Beta-carotene supplementation for patients with low baseline levels and decreased risks of total and prostate carcinoma. Cancer 1999;86:1783-92.

87.   Svetkey LP, Sacks FM, Obarzanek E, Vollmer WM, Appel LJ, Lin PH, Karanja NM, Harsha DW, Bray GA, Aickin M, Proschan MA, Windhauser MM, Swain JF, McCarron PB, Rhodes DG, Laws RL. The DASH diet, Sodium Intake and Blood Pressure Trial (DASH-Sodium): rationale and design. J Am Diet Assoc 1999;8 Suppl: S96-104.

88.   Conlin PR, Chow D, Miller ER, Svetkey LP, Lin PH, Harsha DW, Moore TJ, Sacks FM, Appel LJ. The effect of dietary patterns on blood pressure control in hypertensive patients: results from the DASH trial. Am J Hypertens 2000;13:949-55

89.   Sacks FM, Alaupovic P, Moye LA, Cole TG, Sussex B, Stampfer MJ, Pfeffer MA, Braunwald E. Very Low Density Lipoproteins, Apolipoproteins B, CIII, and E and Risk of Recurrent Coronary Events in the Cholesterol and Recurrent Events (CARE) Trial. Circulation 2000;102:1886-1892.

90.  Sacks FM, Tonkin AM, Shepherd J, Braunwald E, Cobbe S, Hawkins CM, Keech A, Packard C, Simes J, Byington R, Furberg CD, for the The Prospective Pravastatin Pooling Project Investigators Group. The Effect of Pravastatin on Coronary Disease Events in Subgroups Defined by Coronary Risk Factors. The Prospective Pravastatin Pooling Project. Circulation 2000;102:1893-1900.

91.  Ridker PM, Rifai N, Pfeffer M, Sacks F, Lepage S, Braunwald E. Elevation of tumor necrosis factor-alpha and increased risk of recurrent coronary events after myocardial infarction. Circulation 2000;101:2149-53.

92.  Tsevat J, Kuntz KM. Orav EJ, Weinstein MC, Sacks FM, Goldman L. Cost-effectiveness of pravastatin therapy for survivors of myocardial infarction with average cholesterol levels. Am Heart J 2001;141:727-34.

93.  Sacks FM, Svetkey LP, Vollmer WM, Appel LJ, Bray GA, Harsha D, Obarzanek E, Conlin PR, Miller ER, Simons-Morton D, Karanja N, Lin PH.  Effects on blood pressure of reduced dietary sodium and the Dietary Approaches to Stop Hypertension (DASH) diet. N Engl J Med 2001;344:3-10.

94.  Hines LM, Stampfer MJ, Ma J, Gaziano JM, Ridker PM, Hankinson SE, Sacks F, Rimm EB, Hunter DJ. Genetic variation in alcohol dehydrogenase and the beneficial effect of moderate alcohol consumption on myocardial infarction. N Engl J Med 2001;344:549-55.

95.  Obarzanek E, Sacks FM, Vollmer WM, Bray GA, Miller ER, Lin PH, Karanja NM, Most-Windhauser M, Moore TJ, Swain JF, Bales CW, Proschan MA. Effects on blood lipids of a blood pressure lowering diet: the Dietary Approaches to Stop Hypertension (DASH) Trial. Am J Clin Nutr 2001;74: 80-89.

96.  Lai D, Moye LA, Davis BR, Brown LE, Sacks FM. Brownian motion and long-term clinical trial recruitment. J Statist Planning Inference 2001;93:239-46.

97.  Bray PF, Cannon CP, Goldschmidt-Clermont P, Moye LA, Pfeffer MA, Sacks FM, Braunwald E. The platelet PI(A2) and angiotensin-converting enzyme (ACE) D allele polymorphisms and the risk of recurrent events after acute myocardial infarction. Am J Cardiol 2001;88:347-52.

98.  Vollmer W, Sacks FM, Ard J, Appel LJ, Bray GA, Simons-Morton DG, Conlin PR, Svetkey LP, Erlinger TP, Moore TJ, Karanja N. Effects of dietary patterns and sodium intake on blood pressure: subgroup analysis of the DASH-Sodium trial. Ann Intern Med 2001;135:1019-28.

99.  McManus K, Antinoro L, Sacks F. A randomized controlled trial of a moderate-fat, low-energy diet compared with a low fat, low-energy diet for weight loss in overweight adults. Int J Obesity 2001; 25: 1503-11.

100. Campos H, Perlov D, Khoo C, Sacks FM. Distinct patterns of lipoproteins with apoB defined by presence of apoE or apoC-III in hypercholesterolemia and hypertriglyceridemia. J Lipid Res 2001; 42: 1239-49.

101.  Tomiyasu K, Walsh BW, Ikewaki K, Judge H, Sacks FM. Differential metabolism of human VLDL according to content of apolipoprotein E and CIII. Arterioscler Thromb Vasc Biol 2001; 21:1494-1500.

102.  Svetkey LP, Moore TJ, Simons-Morton DG, Appel L, Bray GA, Sacks FM, Ard J, Mortensen RM, Mitchell SR, Conlin PR, Kesari M. Angiotensinogen Genotype and BP Response in the Dietary Approaches to Stop Hypertension (DASH) study. J Hypertension 2001; 19:1949-56.

103.  Campos H,  Moye L, Glasser S, Sacks FM. Low density lipoprotein size, pravastatin treatment, and coronary events. JAMA 2001; 286:1468-74.

104.  Lin YS, Smith TJ, Wypij D, Kelsey KT, Sacks FM. Association of the blood/air partition coefficient of 1,3 butadiene with blood lipids and albumin. Environ Health Perspective 2002; 110:165-8.

105.  Sacks FM, Tonkin AM, Craven T, Pfeffer MA, Shepherd J, Keech A, Furberg CD, Braunwald E. Coronary heart disease in patients with low LDL cholesterol: benefit of pravastatin in diabetics and enhanced role of HDL-cholesterol and triglycerides as risk factors. Circulation 2002; 105:1424-8.

106.  Liu S, Schmitz C, Stampfer MJ, Sacks F, Hennekens CH, Lindpaintner K, Ridker PM. A prospective study of Taq1B polymorphism in the gene coding for cholesteryl ester transfer protein and risk of myocardial infarction in men. Atherosclerosis 2002;161:469-79.

107.  Pfeffer MA, Keech A, Sacks FM, Cobbe SM, Tonkin A, Byington RP, Davis BR, Friedman CP, Braunwald E. Safety and tolerability of pravastatin in long-term clinical trials. Prospective Pravastatin Pooling (PPP) Project. Circulation 2002;105; 2341-6.

108.  Sacks FM, Alaupovic P, Moye LA. Effect of pravastatin on apolipoproteins B and C-III in very-low-density lipoproteins and low-density lipoproteins. Am J Cardiol 2002;90:165-7.

109.  Jehn M, Appel LJ, Sacks FM, Miller ER. The effect of ambient temperature and barometric pressure on ambulatory blood pressure variability. Am J Hypertens 2002;15:941-5.

110.  Tonelli M, Moye L, Sacks FM, Kiberd B, Curhan G. Pravastatin for secondary prevention of cardiovascular events in persons with mild chronic renal insufficiency. Ann Intern Med 2003;138:98-104.

111.  Lin PH, Aickin M, Champagne C, Craddick S, Sacks FM, McCarron P, Rukenbrod F, Haworth L.  Food group sources of nutrients in the dietary patterns of the Dash-Sodium Trial.  J Am Diet Assoc 2003;103:488-96.

112.  Lee SJ, Campos H, Moye LA, Sacks FM. LDL particles containing apolipoprotein CIII are independent risk factors for coronary events in diabetic patients. Arterioscl Thromb Vasc Biol 2003;23:853-8.

113. Akita S, Sacks FM, Svetkey LP, Conlin PR, Kimura G. Effects of the Dietary Approaches to Stop Hypertension (DASH) diet on pressure-natriuresis relationship. Hypertension 2003; 42:8-13.

114. Lee SJ, Campos H, Williams GH, Moye LA, Sacks FM. Hypertriglyceridemia but not diabetes status is associated with VLDL containing apolipoprotein CIII in patients with coronary heart disease. Atherosclerosis 2003;167:293-302.

115. Tonelli M, Moye LA, Sacks FM, Cole T, Curhan G. The effect of pravastatin on loss of renal function in patients with moderate chronic renal insufficiency and cardiovascular disease. J Am Soc Nephrol 2003;14:1605-13.

116. Obarzanek E, Proschan MA, Vollmer WM, Moore TJ, Sacks FM, Appel LJ, Svetkey LP, Most-Windhauser MM, Cutler JA. Individual blood pressure responses to changes in salt intake: results from the DASH-Sodium trial. Hypertension 2003;42:459-67.

117. Lee SJ, Sacks FM. Effect of pravastatin on intermediate-density and low-density lipoproteins containing apolipoprotein CIII in patients with diabetes mellitus. Am J Cardiol 2003;92:121-124.

118. Lewis EF, Moye LA, Rouleau JL, Sacks FM, Arnold JM, Warnica JW, Flaker GC, Braunwald E, Pfeffer MA. Predictors of late development of heart failure in stable survivors of myocardial infarction. The CARE study. J Am Coll Cardiol 2003;42:1446-53.

119. Seeger JD, Walker AM, Williams PL, Saperia GM, Sacks FM. A propensity score-matched cohort study of the effect of statins, mainly fluvastatin, on the occurrence of acute myocardial infarction. Am J Cardiol 2003;92:6-10.

120. Harsha DW, Sacks FM, Obarzanek, E, Svetkey LP, Lin PH, Bray GA, Aickin M, Conlin PR, Miller ER, Appel LJ. Effect of dietary sodium intake on blood lipids. Results from the DASH-Sodium Trial. Hypertension 2004;43[part 2]:393-8.

121. Hennekens CH, Sacks FM, Tonkin A, Jukema JW, Byington RP, Pitt B, Berry DA, Berry SM, Ford NF, Walker AJ, Natarajan K, Sheng-Lin C, Fiedorek FT, Belder R. Additive benefits of pravastatin and aspirin to decrease risks of cardiovascular disease: randomized and observational comparisons of secondary prevention trials and their meta-analyses. Arch Intern Med 2004;164:40-4.

122. De Grooth GJ, Zerba KE, Huang SP, Tsuchihashi Z, Kirchgessner T, Belder R, Vishnupad P, Hu B, Klerkx AH, Zwinderman AH, Jukema JW, Sacks FM, Kastelien JJ, Kuivenhoven JA. The cholesteryl ester transfer protein (CETP) Taq1B polymorphism in the Cholesterol and Recurrent Events study: no interaction with the response to pravastatin therapy and no effects on cardiovascular outcome. J Am Coll Cardiol 2004;43:854-7.

123. Chiuve S, Martin LA, Campos H, Sacks FM. Effect of the combination of methyltestosterone and esterifed estrogens compared with esterified estrogens alone on apolipoprotein CIII and other apolipoproteins in VLDL, LDL, and HDL in surgically postmenopausal women. J Clin Endocr Metab 2004; 89:2207-2213.

124. Svetkey LP, Simons-Morton DG, Proschan MA, Sacks FM, Conlin PR, Harsha D, Moore TJ. Effects of the Dietary Approaches to Stop Hypertension (DASH) diet and reduced sodium intake on blood pressure control. J Clin Hypertens 2004;6:373-381.

125. Bray GA, Vollmer WM, Sacks FM, Appel LJ, Svetkey LP, Obarzanek E. A further subgroup analysis of the effects of the DASH diet and three dietary sodium levels on blood pressure. Am J Cardiol 2004; 94:222-227.

126. Rifai N, Ma J, Sacks FM, Ridker PM, Hernandez WJ, Stampfer MJ, Marcovina SM. Apolipoprotein (a) size and lipoprotein(a) concentration and future risk of angina pectoris with evidence of severe coronary atherosclerosis in men: The Physicians Health Study. Clin Chem 2004; 50:1364-71.

127. Tonelli M, Isles C, Curhan GC, Tonkin A, Pfeffer MA, Shepherd J, Sacks FM, Furbers C, Cobbe SM, Simes J, Craven T, West M. Effect of pravastatin on cardiovascular events in people with chronic kidney disease. Circulation 2004;110:1557-63.

128. Boekholdt SM, Sacks FM, Jukema JW, Shepherd J, Freeman DJ, McMahon AD, Cambien F, Nicaud V, de Grooth GJ, Talmud PJ, Humphries SE, Miller GJ, Eiriksdottir G, Gudnason V, Kauma H, Kakko S, Savolainen MJ, Arca M, Montali A, Liu S, Lanz HJ, Zwinderman AH, Kuivenhoven JA, Kastelein JJ. Cholesteryl ester transfer protein TaqIB variant, high-density lipoprotein cholesterol levels, cardiovascular risk, and efficacy of pravastatin treatment: individual patient meta-analysis of 13,677 subjects. Circulation. 2005 111:278-87.

129. Campos H, Khoo C, Sacks FM. Diurnal and Acute Patterns of Postprandial Apolipoprotein B-48 in VLDL, IDL, and LDL from Normolipidemic Humans. Atherosclerosis 2005;181:345-51.

130. Miller ER, Erlinger TP, Sacks FM, Svetkey LP, Charleston J, Lin PH, Appel LJ. A dietary pattern that lowers oxidative stress increases antibodies to oxidized LDL: Results from a randomized controlled feeding study. Atherosclerosis 2005;183:175-82.

131. Ray KK, Cannon CP, McCabe CH, Cairns R, Tonkin AM, Sacks FM, Jackson G, Braunwald E. Early and late benefits of high-dose atorvastatin in patients with acute coronary syndromes: results from the PROVE IT-TIMI 22 trial. J Am Coll Cardiol 2005;46:1405-10.

132. Ranade K, Kirschgessner TG, Iacoubova OA, Devlin JJ, DelMonte T, Vishnupad P, Hui L, Tsuchihashi Z, Sacks FM, Sabatine MS, Braunwald E, White TJ, Shaw PM, Dracopoli NC. Evaluation of the paraoxonases as candidate genes for stroke: Gln192Arg polymorphism in the paraoxonase 1 gene is associated with increased risk of stroke. Stroke 2005;36:2346-50.

133. Tonelli M, Isles C, Craven T, Tonkin A, Pfeffer MA, Shepherd J, Sacks FM, Furberg C, Cobbe S, Simes J, West M, Packard C, Curhan G. Effect of pravastatin on rate of kidney function loss in people with or at risk for coronary disease. Circulation 2005;112:171-8.

134. Tonelli M, Sacks F, Pfeffer M, Gao Z, Curhan G. Relation between serum phosphate level and cardiovascular event rate in people with coronary disease. Circulation 2005;112:2627-33.

135. Tonelli M, Keech A, Shepherd J, Sacks F, Tonkin A, Packard C, Pfeffer M, Simes J, Isles C, Furberg C, West M, Craven T, Curhan G. Effect of pravastatin in people with diabetes and chronic kidney disease. J Am Soc Nephrol 2005;16:3748-54.

136. Van den Elzen P, Garg S, Leon L, Brigl M, Leadbetter EA, Gumperz JE, Dascher CC, Cheng TY, Sacks FM, Illarionov PA, Besra GS, Kent SC, Moody DB, Brenner MB. Apolipoprotein-mediated pathways of lipid antigen presentation. Nature 2005;437:906-10.

137. Carey VJ, Bishop L, Charleston J, Conlin P, Erlinger T, Laranjo N, McCarron P, Miller E, Rosner B, Swain J, Sacks FM, Appel LJ. Rationale and design of the Optimal Macro-Nutrient Intake Heart Trial to prevent heart disease (OMNI-Heart). Clin Trials 2005;2:529-37.

138. Appel LJ, Sacks FM, Carey VJ, Obarzanek E, Swain JF, Miller ER, Conlin PR, Erlinger TP, Rosner B, Laranjo NM, Charleston J, McCarron P, Bishop LM. Effects of Protein, Monounsaturated Fat, and Carbohydrate Intake on Blood Pressure and Serum Lipids: Results of the OmniHeart Randomized Trial. JAMA 2005;294:2455-64.

139. Pischon T, Girman CJ, Sacks FM, Rifai N, Stampfer MJ, Rimm EB. Non-high-density lipoprotein cholesterol and apolipoprotein B in the prediction of coronary heart disease in men. Circulation 2005;112:3375-83.

140. Zheng CY, Murdoch SJ, Brunzell JD, Sacks FM. Lipoprotein lipase bound to apolipoprotein B lipoproteins accelerates clearance of postprandial lipoproteins in humans. Arterioscler Thromb Vasc Biol 2006;26:891-6.

141. Kawakami A, Aikawa M, Libby P, Alcaide P, Luscinskas FW, Sacks FM. Apolipoprotein CIII in apoB lipoproteins enhances the adhesion of human monocytic cells to endothelial cells Circulation 2006;113:691-700.

142. Tonelli M, Sacks F, Pfeffer M, Lopez-Jimenez, Jhangri GS, Curhan G. Effect of pravastatin on blood pressure in people with cardiovascular disease. J Human Hypertens 2006;20:560-5.

143. Tonelli M, Jose P, Curhan G, Sacks F, Braunwald E, Pfeffer M. Proteinuria, impaired kidney function, and adverse outcomes in people with coronary disease: analysis of a previously conducted clinical trial. BMJ 2006;332:1426.

144. Chiuve SE, McCullough ML, Sacks FM, Rimm EB. Healthy lifestyle factors in the primary prevention of CHD among men: benefits among users and non-users of lipid-lowering and antihypertensive medications. Circulation 2006; 114:160-7.

145. Kawakami A, Aikawa M, Alcaide P, Luscinskas FW, Libby P, Sacks FM. Apolipoprotein CIII induces expression of vascular cell adhesion molecule-1 in vascular endothelial cells and increases adhesion of monocytic cells. Circulation 2006;114:681-7.

146. Zheng CY, Ikewaki K, Walsh BW, Sacks FM. Metabolism of apoB lipoproteins of intestinal and hepatic origin during constant feeding of small amounts of fat. J Lipid Res 2006; 47:1171-9.

147. Iakoubova OA, Tong CH, Chokkalingam AP, Rowland CM, Kirchgessner TG, Louie JZ, Ploughman LM, Sabatine MS, Campos H, Catanese JJ, Leong DU, Young BA, Lew D, Tsuchihashi Z, Luke MM, Packard CJ, Zerba KE, Shaw PM, Shepherd J, Devlin JJ, Sacks FM. Asp92Asn polymorphism in the myeloid IgA Fc receptor is associated with myocardial infarction in two disparate populations, CARE and WOSCOPS. Arterioscler Thromb Vasc Biol 2006; 26:2763-8.

148. Kawakami A, Aikawa M, Nitta N, Yoshida M, Libby P, Sacks FM. Apolipoprotein CIII-induced THP-1 cell adhesion to endothelial cells involves pertussis toxin-sensitive G-protein- and protein kinase Cα-mediated nuclear factor-κB activation. Arterioscler Thromb Vasc Biol 2007; 27:219-25.

149. Zheng CY, Khoo C, Ikewaki K, Sacks FM. Rapid turnover of apolipoprotein C-III-containing triglyceride-rich lipoproteins contributing to the formation of LDL subfractions. J Lipid Res. 2007;48:1190-203.

150. Bansal S, Buring JE, Rifai N, Mora S, Sacks FM, Ridker PM. Fasting compared with nonfasting triglycerides and risk of cardiovascular events in women. JAMA 2007;298:309-16.

151. Karanja N, Lancaster KJ, Vollmer WM, Lin PH, Most MM, Ard JD, Swain JF, Sacks FM, Obarzanek E. Acceptability of sodium-reduced research diets, including the Dietary Approaches To Stop Hypertension diet, among adults with prehypertension and stage 1 hypertension. J Am Diet Assoc 2007;107:1530-8.

152. Tonelli M, Sacks F, Arnold M, Moye L, Davis B, Pfeffer M. Relation between red blood cell distribution width and cardiovascular event rate in people with coronary disease. Circulation 2008;117:163-8.

153. Sabatine MS, Ploughman L, Simonsen KL, Iakoubova OA, Kirchgessner TG, Ranade K, Tsuchihashi A, Zerba KE, Long DU, Tong CH, Packard DJ, Pfeffer MA, Dracopoli NC, Devlin JJ, Shepherd J, Campos H, Sacks FM, Braunwald E. Association Between ADAMTS1 Matrix Metalloproteinase Gene Variation, Coronary Heart Disease, and Benefit of Statin Therapy. Arterioscler Thromb Vasc Biol. 2008;28:562-7.

154. Iakoubova OA, Tong CH, Rowland CM, Kirchgessner TG, Young BA, Arellano AR, Shiffman D, Sabatine MS, Campos H, Packard CJ, Pfeffer MA, White TJ, Braunwald E, Shepherd J, Devlin JJ, Sacks FM. Association of the Trp719Arg polymorphism in kinesin-like protein 6 with myocardial infarction and coronary heart disease in 2 prospective trials: the CARE and WOSCOPS trials.J Am Coll Cardiol. 2008; 29;51:435-43.

155. Swain JF, McCarron PB, Hamilton EF, Sacks FM, Appel LJ. Characteristics of the dietary patterns tested in the Optimal Macronutrient Intake Trial to Prevent Heart Disease (Omni Heart). Options for a heart-healthy diet. J Am Diet Assoc 2008;108:257-65.

156. Zheng C, Khoo C, Furtado J, Ikewaki K, Sacks FM. Dietary monounsaturated fat activates pathways for triglyceride-rich lipoproteins that involve apolipoproteins E and C-III. Am J Clin Nutr 2008;88:272-81.

157. DeSouza RJ, Swain JF, Appel LJ, Sacks FM. Alternatives for macronutrient intake and chronic disease: a comparison of OmniHeart diets with popular diets and with dietary recommendations. Am J Clin Nutr 2008;88:1-11.

158. Furtado JD, Campos H, Appel LJ, Miller ER, Laranjo N, Carey VJ, Sacks FM. Effect of protein, unsaturated fat, and carbohydrate intakes on plasma apolipoprotein B and VLDL and LDL containing apolipoprotein C-III: results from the OmniHeart trial. Am J Clin Nutr 2008;87:1623-30.

159. Ruiz-Narvaez EA, Sacks FM, Campos H. Abdominal obesity and hyperglycemia mask the effect of a common APOC3 haplotype on risk of myocardial infarction. Am J Clin Nutr 2008;87:1932-8.

160. Kawakami A, Osaka M, Tani M, Azuma H, Sacks FM, Shimokado K, Yoshida M. Apolipoprotein C-III links hyperlipidemia with vascular endothelial cell dysfunction. Circulation 2008;118:731-42.

161. Kawakami A, Osaka M, Aikawa M, Uematsu S, Akira S, Libby P, Shimokado K, Sacks FM, Yoshida M. Toll-like 2 receptor mediates apolipoprotein CIII-induced monocyte activation. Circ Res 2008;103:1402-9.

162. Beasley JM, Ange BA, Anderson CA, Miller ER 3rd, Erlinger TP, Holbrook JT, Sacks FM, Appel LJ. Associations between macronutrient intake and self-reported appetite and fasting levels of appetite hormones: results from the Optimal Macronutrient Intake Trial to Prevent Heart Disease. Am J Epidemiol 2009;169:893-900.

163. Jacobs DR Jr, Gross MD, Steffen L, Steffes MW, Yu X, Svetkey LP, Appel LJ, Vollmer WM, Bray GA, Moore T, Conlin PR, Sacks F. The effects of dietary patterns on urinary albumin excretion: results of the Dietary Approaches to Stop Hypertension (DASH) Trial. Am J Kidney Dis. 2009;53:638-46.

164. Tonelli M, Curhan G, Pfeffer M, Sacks F, Thadhani R, Melamed ML, Wiebe N, Muntner P. Relation between alkaline phosphatase, serum phosphate, and all-cause or cardiovascular mortality. Circulation. 2009;120:1784-92…

165. Sacks FM, Rudel L, Connor A, Akeefe H, Kostner G, Baki T, Rothblat R, Llera-Moya M, Asztalos B, Perlman T, Zheng C, Alaupovic P, Maltais J, Brewer HB. Selective delipidation of plasma HDL enhances reverse cholesterol transport, in vivo. J Lipid Res 2009;50:894-907.

166. Sacks FM, Bray GA, Carey VJ, Smith SR, Ryan DH, Anton SD, McManus K, Champagne CM, BishopLM, Laranjo N, Leboff MS, Rood JC, deJonge L, Greenway FL, Loria CM, Obarzanek E, Williamson DA. Comparison of weight-loss diets with different compositions of fat, protein, and carbohydrates. N Engl J Med 2009;360:859-73.

167. Mendivil C, Zheng C, Furtado J, Lel J, Sacks FM. Metabolism of VLDL and LDL containing apolipoprotein C-III and not other small apolipoproteins. Arterioscler Thromb Vasc Biol 2010;30:239-45.

168. Williamson DA, Anton SD, Han H, Champagne CM, Allen R, LeBlanc E, Ryan DH, McManus K, Laranjo N, Carey VJ, Loria CM, Bray GA, Sacks FM. Adherence is a multi-dimensional construct in the POUNDS LOST trial. J Behav Med. 2010;33:35-46.

169. Zheng C, Furtado J, Khoo C, Sacks FM. Apolipoprotein C-III and the metabolic basis for hypertriglyceridemia and the dense LDL phenotype. Circulation 2010;121:1722-34.

170. Williamson DA, Anton SD, Han H, Champagne CM, Allen R, Leblanc E, Ryan DH, Rood J, McManus K, Laranjo N, Carey VJ, Loria CM, Bray GA, Sacks FM. Early behavioral adherence predicts short and long-term weight loss in the POUNDS LOST study. J Behav Med. 2010;33:305-14

171. Micha R, King IB, Lemaitre RN, Rimm EB, Sacks F, Song X, Siscovick DS, Mozaffarian D. Food sources of individual plasma phospholipid trans fatty acid isomers: the Cardiovascular Health Study. Am J Clin Nutr. 2010;91:883-93.

172. Shiffman D, Sabatine MS, Louie JZ, Kirchgessner TG, Iakoubova OA, Campos H, Devlin JJ, Sacks FM. Effect of pravastatin therapy on coronary events in carriers of the KIF6 719Arg allele from the cholesterol and recurrent events trial. Am J Cardiol. 2010;105:1300-5.

173. Carey VJ, Bishop L, Laranjo N, Harshfield BJ, Kwiat C, Sacks FM. Contribution of high plasma triglycerides and low high-density lipoprotein cholesterol to residual risk of coronary heart disease after establishment of low-density lipoprotein cholesterol control. Am J Cardiol. 2010;106:757-63.

174. Furtado JD, Campos H, Sumner AE, Appel LJ, Carey VJ, Sacks FM. Dietary interventions that lower lipoproteins containing apolipoprotein C-III are more effective in whites than in blacks: results of the OmniHeart trial. Am J Clin Nutr. 2010;92:714-22.

175. Abe Y, Kawakami A, Osaka M, Uematsu S, Akira S, Shimokado K, Sacks FM, Yoshida M. Apolipoprotein CIII Induces Monocyte Chemoattractant Protein-1 and Interleukin 6 Expression Via Toll-Like Receptor 2 Pathway in Mouse Adipocytes. Arterioscler Thromb Vasc Biol. 2010;30:2242-8.

176. Bare LA, Ruiz-Narvaez EA, Tong CH, Arellano AR Rowland CM, Catanese JJ, Sacks FM, Devlin JJ, Campos H. Investigation of KIF6 Trp719Arg in a case-control study of myocardial infarction: a Costa Rican population. PLoS One 2010; Sep 29;5(9).pii:e13081.

177.  Hermans MP, Sacks FM, Ahn SA, Rousseau MF. Non-HDL-cholesterol as valid surrrogate to apolipoprotein B100 measurement in diabetes: Discriminant Ratio and unbiased equivalence. Cardiovaasc Diabetol 2011;10:20.

178.  Mozaffarian D, Lemaitre RN, King IB, Song X, Spiegelman D, Sacks FM, Rimm EB, Siscovick DS. Circulating long-chain omega-3 fatty acids and incidence of congestive heart failure in older adults : The Cardiovascular Health Study : a cohort study. Ann Intern Med 2011 ;155 :160-70.

179.  Qi Q, Bray GA, Smith SR, Hu FB, Sacks FM, Qi L. Insulin receptor substrate 1 gene vaiation modifies insulin resistance response to weight-loss diets in a 2-year randomized trial : The Preventing Overweight Using Novel Dietary Stretegies (POUNDS LOST)_ Trial. Circulation 2011;124 :563-71.

Books and Monographs

1.  Sacks FM ed. Dietary fats and coronary heart disease. J Cardiovasc Risk 1994;1:1-70.

2.  Sacks FM, Pfeffer MA, Braunwald E, eds. Cholesterol-lowering trials: new results and emerging issues (monograph). Am J Cardiol 1995;76:1C-126C.

3.  Sacks FM, editor. Dietary fat, the Mediterranean diet and health: reports from scientific exchanges, 1998, 2000. Am J Med 2002;113 Suppl 9B: 1S – 89S.

Reviews, reports, letters, and editorials

1.  Sacks FM.  A literature review of Phaseolus angularis - the adsuki bean. Econ Bot 1977; 31:9-15.

2.  Sacks FM.  Vegetarian diets and cardiovascular risk factors.  In: Anderson J, ed. Vegetarianism.  Chapel Hill:  Health Sciences Consortium, 1982, pp 134-142.

3.  Sacks FM, Dzau VJ.  Adrenergic effects on plasma lipoprotein metabolism: speculation on mechanisms of action.  Am J Med 1986; 80 (2A):71-81.

4.  Dzau VJ, Sacks FM.  Regulation of lipoprotein metabolism by adrenergic mechanisms. J. Cardiovasc. Pharmacol. 1987; 10 (suppl 9):52-56

5.  Stone PH, Sacks FM, Smith TW.  Use of hypolipidemic strategies to halt atherosclerosis: evidence for alteration in clinical course.  In, Grundy SM, Bearn AG eds, The role of cholesterol in atherosclerosis: New therapeutic opportunities.  Philadelphia, PA, Hanley and Belfus 1988; 83-103.

6.  Figge HL, Figge J, Souney PF, Mutnick AH, Sacks FM. Nicotinic acid:  A review of clinical use in the treatment of lipid disorders.  Pharmacotherapy 1988;8:287-94.

7.      Sacks, FM.  Dietary fats and blood pressure: a critical review of the evidence.  Nutr Rev 1989;47:291-300.

8.      Sacks FM, Walsh BW. The effects of reproductive hormones on blood lipoproteins and blood pressure. Unresolved issues in biology and clinical practice. Ann NY Acad Sci 1990;592:272-285.

9.      [NIH authorship]. Lipoproteins and childhood antecedents of adult cardiovascular disease. [FM Sacks, author of this chapter]. In, Nutrition, An Evaluation and Assessment of the State of the Science, National Institute of Child Health and Human Development, National Institutes of Health, Public Health Service, U.S. Department of Health and Human Services, 1991, pp.159-176.

10.     Willett WC, Sacks FM. Chewing the fat; how much and what kind. New Engl J Med 1991;324:121-123.

11.     Sacks FM, Willett WC. More on chewing the fat; the good fat and the good cholesterol. New Engl J Med 1991;325:1740-1742.

12.     Sacks FM. Desirable serum total cholesterol with low HDL cholesterol levels.  An undesirable situation in coronary heart disease. Circulation 1992;86:1341-1344.

13.     Working Group, National High Blood Pressure Education Program. Report on primary prevention of hypertension. Arch Intern Med 1993;153:186-208.

14.     Sacks FM. Dietary fiber and cardiovascular disease. Directly protective or an indicator of a healthy lifestyle? Am J Prev Med 1993;9:259-260.

15.     Sacks FM. Hyperlipidemia. In Braunwald E, Rose BD, eds, Intensive Review of Internal Medicine, 4th Ed, Boston, Nimrod Press, 1993:393-405.

16.     Eaker ED, Chesebro JH, Sacks FM, Wenger NK, Whisnant JP (Members, American Heart Association Special Writing Group). AHA Medical/Scientific Statement, Special Report, Cardiovascular Disease in Women. Circulation 1993;88:1999-2009.

17.     Sacks FM. Macronutrients and blood pressure. In Izzo JL, Black HR, eds. Hypertension Primer. The Essentials of High Blood Pressure. Dallas, Texas, Council for High Blood Pressure Research, American Heart Association 1993:178-179.

18.     Morris MC, Sacks FM. Dietary fats and blood pressure. In Swales JD ed, Textbook of hypertension, Oxford, Blackwell, 1994:605-618.

19.     Sacks FM. Hyperlipidemia. In Branch WT, ed, Office practice of medicine, 3rd edition. NY, Saunders, 1994:87-100.

20.     Sacks FM, Walsh BW. Sex hormones and lipoprotein metabolism. Current Opinion in Lipidology 1994;5:236-240.

21.    Sacks FM. Dietary fats and CHD; Overview and effects on serum lipoproteins. J Cardiovasc Risk 1994;1:3-8.

22.    Stone PH, Sacks FM. Strategies for secondary prevention. In Manson J, Ridker P, Gaziano M, Hennekens CH, eds, Prevention of Myocardial Infarction. Oxford University Press 1995.

23.    Sacks FM, Gerhart M, Walsh BW. Sex hormones, lipoproteins, and vascular reactivity. Current Opinion in Lipidology 1995;6:161-166.

24.    Willett WC, Sacks F, Trichopoulou A, Drescher G, Ferro-Luzzi A, Helsing E, Trichopoulos D. Mediterranean diet pyramid: a cultural model for healthy eating. Am J Clin Nutr 1995;61(6 Suppl):1402S-1406S.

25.    Pfeffer MA, Sacks F, Moye LA, Brown L, Rouleau JL, Hartley LH, Rouleau J, Grimm R, Sestier F, Wickemeyer W, Cole TG, Braunwald E. Cholesterol and Recurrent Events: A secondary prevention trial for normolipidemic patients. Am J Cardiol 1995;76:98C-112C.

26.    Sacks FM, Campos H, Judge H, Walsh BW. Estrogen treatment and human lipoprotein metabolism. In Forte TM ed. Hormonal, metabolic, and cellular influences on cardiovascular disease in women. Armonk, NY: Futura, 1997;229-246.

27.    Shepherd J, Olsson AG, Sacks FM, Black DM, Orloff DG, Bilheimer DW. Should separate endpoint trials be required for all lipid-lowering drugs acting by the same mechanism? Am J Cardiol 1998; 81:88F-94F.

28.    Sacks FM. Why cholesterol as a central theme in coronary artery disease? In Esselstyn CB ed, A Symposium: Summit on cholesterol and coronary disease. Am J Cardiol 1998;82:14T-17T.

29.    Sacks FM. Dietary prevention trials. In Hennekens CH, Buring JE, Manson JE, Ridker PM eds. Clinical trials in cardiovascular disease: A companion to Braunwald's Heart Disease.  Philadelphia, WB Saunders Co, 1999; 423-431.

30.    Sacks FM. The overall dietary pattern and blood pressure. In Izzo JL, Black HR, eds. Hypertension Primer. The Essentials of High Blood Pressure. Dallas, Texas, Council for High Blood Pressure Research, American Heart Association. Baltimore, Maryland: Lippincott, Williams and Wilkins 1999: 244-246.

31.    Sacks FM, Ridker PM. Lipid lowering and beyond: results from the CARE study on lipoproteins and inflammation. Herz 1999;24:51-56.

32.    Sacks FM, Appel LJ, Moore TJ, Obarzanek E, Vollmer WM, Svetkey LP, Bray GA, Vogt TM, Cutler JA, Windhauser MM, Lin PH, Karanja N. A dietary approach to prevent hypertension: a review of the Dietary Approaches to Stop Hypertension (DASH) study. Clin Cardiol 1999;22 (7 Suppl): III-6-10).

33.     Sacks FM, Pfeffer MA, Moye LA, Hawkins CM, Davis BR, Rouleau JL, Cole TG, Braunwald E. Cholesterol and Recurrent Events Trial (CARE): The effect of pravastatin on coronary events after myocardial infarction in patients with average cholesterol levels. In Grundy SM editor: Cholesterol lowering therapy: evaluation of clinical trial evidence. New York, Marcel Dekker, 2000: 63-90.

34.     Sacks FM. Lipid-lowering therapy in acute coronary syndromes (editorial on MIRACL trial results). JAMA 2001;285:1758-60.

35.     Vollmer WM, Sacks FM, Svetkey LP.  New insights into the effects on blood pressure of diets low in salt and high in fruits and vegetables and low-fat dairy products. (Published as a "commentary").  Curr Control Trials Cardiovasc Med 2001, 2:71-74.

36.     Sacks FM, Appel LJ. Lifestyle therapy for hypertension. In Antman E ed. Cardiovascular Therapeutics. 2nd Edition. Companion to Braunwald's Heart Disease. Saunders. 2001.

37.     Barter PJ, Sacks FM. Threshold level or not for low density lipoprotein cholesterol. Am J Managed Care 2001; 7(5 Suppl):S125-31.

38.     Kris-Etherton P, Daniels SR, Eckel RH, Engler M, Howard BV, Krauss RM, Lichtenstein AH, Sacks F, St Jeor S, Stampfer M, et al. Summary of the scientific conference on dietary fatty acids and cardiovascular health: conference summary from the nutrition committee of the American Heart Association. Circulation 2001;103:1034-9.

39.     Sacks FM. The relative role of low-density lipoprotein cholesterol and high-density lipoprotein cholesterol in coronary artery disease: evidence from large-scale statin and fibrate trials. Am J Cardiol 2001;88(12A):14N-18N.

40.     Sacks FM. Dietary treatment to prevent cardiovascular disease, Part 1: Effects on Hypertension. Cardiology Rounds 2001; 5 (6). [CME publication of Cardiovascular Division, BWH].

41.     Sacks FM. Dietary treatment to prevent cardiovascular disease, Part 2: Effects on hyperlipidemia. Cardiology Rounds 2001; 5 (7). [CME publication of Cardiovascular Division, BWH].

42.     Sacks FM for the HDL Expert Group on HDL cholesterol. The role of high-density lipoprotein (HDL) cholesterol in the prevention and treatment of coronary heart disease: expert group recommendations. Am J Cardiol 2002;90:139-43.

43.     Sacks FM. Adherence to statin therapy: why aren't we doing better? Editorial. Am J Med 2002;113:685-6.

44.     Sacks FM. Low-Density Lipoprotein lowering therapy: an analysis of the options. Editorial. J Am Coll Cardiol 2002;40:2135-8.

45.     Sacks FM, Katan M. Randomized clinical trials on the effects of dietary fat and carbohydrate on plasma lipoproteins and cardiovascular disease. Am J Med 2002;113 Suppl 9B:13S-24S.

46.     Sacks FM, Appel LJ. Lifestyle modification in the treatment of hypertension. In Antman EM, Cardiovascular Therapeutics, A companion to Braunwald's Heart Disease, 2nd Edition,  WB Saunders, 2002:715-21.

47.     Sacks FM, Appel LJ, Bray GA, Conlin PR, Moore TJ, Svetkey LP, Vollmer WM. Sodium and blood pressure: no data dredging, please! (Editorial). Am J Hypertens 2003;16:614-616.

48.     Sacks FM. Dietary patterns and blood pressure. In: Izzo JL, Black HR, editors. Hypertension Primer, Third Edition. From the Council on High Blood Pressure Research, American Heart Association. Philadelphia, Lippincott, 2003, p. 274-6.

49.     Sacks FM, Campos H. Low density lipoprotein size and cardiovascular disease: a reappraisal. (Clinical Review 163). J Clin Endocrinol Metab 2003;88:4525-32.

50.     Sacks FM. High-intensity statin treatment for coronary heart disease (Editorial on REVERSAL trial).  JAMA 2004;291:1132-4.

51.     Sacks FM. Metabolic syndrome: epidemiology and consequences. J Clin Psychiatry 2004;65[supple 18]:3-12.

52.     Byington RP, Sacks FM. Lessons learned from the prospective pravastatin pooling project. Curr Atheroscler Rep 2004;6:366-74.

53.     Sacks FM. Dietary phytoestrogens to prevent cardiovascular disease: early promise unfulfilled. (Editorial). Circulation 2005;111: 385-7.

54.     Goff DC, Cather C, Evins AE, Henderson DC, Freudenreich O, Copeland PM, Bierer M, Duckworth K, Sacks FM. Medical Morbidity and Mortality in Schizophrenia: Guidelines for Psychiatrists. J Clin Psychiatry. 2005;66:183-194.

55.     Sacks FM, Skerret PJ. Your health in the 21st century. Fine-tuning heart health. Newsweek. 2005. Summer;145(26A):22-3.

56.     Sacks FM, Campos H. Polyunsaturated fatty acids, inflammation and cardiovascular disease: time to widen our view of the mechanisms. Editorial. J Clin Endocrinol Metab 2006; 91:398-400.

57.     Sacks FM, Lichtenstein A, Van Horn L, Harris W, Kris-Etherton P, Winston M for the American Heart Association Nutrition Committee. Soy protein, isoflavones, and cardiovascular health. An American Heart Association Science Advisory for Professionals from the Nutrition Committee. Circulation 2006;113:1034-44.

58.    Appel LJ, Brands DW, Daniels SR, Karanja N, Elmer PJ, Sacks FM. Dietary approaches
       to prevent and treat hypertension: a scientific statement from the American Heart
       Association. Hypertension 2006;47:296-308.

59.    Lichtenstein AH, Appel LJ, Brands M, Carnethon M, Daniels S, Franch HA, Kris-
       Etherton P, Harris WS, Howard B, Karanja N, Lefevre M, Rudel L, Sacks F, Van Horn L,
       Winston M, Wylie-Rosett J, and the American Heart Association Nutrition Committee.
       Diet and lifestyle recommendations revision 2006: a scientific statement from the
       American Heart Association Nutrition Committee. Circulation 2006;114:82-96.

60.    Sacks FM. The apolipoprotein story. Atherosclerosis Suppl 2006;7:23-7.

61.    Sacks FM, Campos H. Polyunsaturated fatty acids, inflammation, and cardiovascular
       disease: time to widen our view of the mechanisms. J Clin Endocrinol Metab
       2006;91:398-400.

62.    Sacks FM, McManus K. Diet and exercise therapy. Chapter 28 in Antman EM,
       Cardiovascular Therapeutics, A companion to Braunwald's Heart Disease, 3rd Edition,
       WB Saunders, 2006.

63.    Sacks FM. Dietary patterns and blood pressure. In: Izzo JL, Sica DA, Black HR, editors.
       Hypertension Primer, Fourth Edition. From the Council on High Blood Pressure
       Research, American Heart Association. Philadelphia, Lippincott, 2008, p. 297-300.

64.    Sacks FM. Major potential for diet treatment for type 2 diabetes. Curr Diab Rep
       2008;8:249-50.

65.    Fruchart JC, Sacks FM, Hermans MP, Assmann G, Brown WV, Ceska R, Chapman MJ,
       Dodson PM, Fioretto P, Ginsberg HN, Kadowaki T, Lablanche JM, Marx N, Plutzky J,
       Reiner Z Rosenson RS, Staels B, Stock JK, Sy R, Wanner C, Zambon A, Zimmet P. The
       Residual Risk Reduction Initiative: a call to acion to reduce residual vascular risk in
       dyslipidaemic patients. Diab Vasc Dis Res 2008;5:319-25.

66.    Pfeffer MA, Sacks FM. Leapfrogging data: no shortcuts for safety or efficacy
       information. Editorial. Circulation 2008;118:2491-4.

67.    Harris WS, Mozaffarian D, Rimm E, Kris-Etherton P, Rudel LL, Appel LJ, Engler MM,
       Engler MB, Sacks F. Omega-6 fatty acids and risk for cardiovascular disease: a science
       advisory from the American Heart Association Nutrition Subcommittee of the Council on
       Nutrition, Physical Activity, and Metabolism; Council on Cardiovascular Nursing; and
       Council on Epidemiology and Prevention. Circulation. 2009;119:902-7.

68.    Johnson RK, Appel LJ, Brands M, Howard BV, Lefevre M, Lustig RH, Sacks F, Steffen
       LM, Wylie-Rosett J; on behalf of the American Heart Association Nutrition Committee
       of the Council on Nutrition, Physical Activity, and Metabolism and the Council on
       Epidemiology and Prevention. Dietary sugars intake and cardiovascular health: A
       scientific statement from the American Heart Association. Circulation 2009;120:1011-20.

69.    Fruchart JC, Sacks FM, Hermans MP. Implications of the ACCORD Lipid study: perspective from the Residual Risk Reduction Initiative (R(3)i). Curr Med Res Opin. 2010;26:1793-97.

70.    Cook NR, Sacks F, MacGregor G. Public policy and dietary sodium restriction (letter to editor). JAMA. 2010;303:1917

71.    Sacks FM, Campos H. Dietary therapy in hypertension. N Engl J Med 2010;362:2102-12.

72.    Sacks MF, Carey VJ, Fruchart JC. Combination lipid therapy in type 2 diabetes. N Engl J Med 2010;363;692-3. Letter to editor presenting original meta-analysis.

73.    Appel LJ, Frohlich ED, Hall JE, Pearson TA, Sacco RL, Seals DR, Sacks FM, Smith SC, Vafiadis DK, Van Horn LV. The importance of population-wide sodium reduction as a means to prevent cardiovascular disease and stroke: a call to action from the American Heart Association. Circulation 2011;15:1138-43.

74.    Braunwald E, Sacks FM, Pfeffer MA, Ridker PM. HMG CoA reduction in patients with average cholesterol concentrations. Clin Chem 2011;Apr 25.

75.    Sacks FM. Lipid and lipoprotein metabolism, and risk for cardiovascular disease. In Eckel RH, ed, Metabolic risk for cardiovascular disease. The AHA clinical series. Wiley-Blackwell, West Sussex, UK, 2011, pp. 18-40.

76.    Braunwald E, Sacks FM, Pfeffer MA, Ridker PM. HMG CoA reduction in patients with average cholesterol concentrations. Clin Chem 2011;57:1072-3.

77.    Sacks FM, Zheng C, Cohn JS. Complexities of plasma apolipoprotein C-III metabolism. J Lipid Res 2011;52:1067-70.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ABBOTT LABORATORIES and ABBOTT RESPIRATORY LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| TEVA PHARMACEUTICALS USA, INC. and TEVA PHARMACEUTICAL INDUSTRIES LTD., | ) ) ) ) | C.A. No. 10-00057 (SLR)(MPT) CONSOLIDATED |
| Defendants. | ) | |

|  |  |
|---|---|
| ABBOTT LABORATORIES and ABBOTT RESPIRATORY LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| WATSON LABORATORIES, INC.- FLORIDA, | ) ) ) |
| Defendants. | ) ) |

**DECLARATION OF ROBERT O. WILLIAMS III, PH.D.**
**IN SUPPORT OF PLAINTIFFS' OPENING CLAIM CONSTRUCTION BRIEF**

I, Robert O. Williams III, Ph.D., submit this declaration in support of the Claim Construction Brief of plaintiffs Abbott Laboratories and Abbott Respiratory LLC ("Abbott").

## I.        INTRODUCTION

1.        I have been retained by Abbott to provide expert opinions and testimony in the above-captioned case.  I understand that Abbott has filed suit against Teva Pharmaceutical Industries, Ltd. and Teva Pharmaceuticals USA, Inc. (collectively, "Teva") and has alleged that Teva's filing of Abbreviated New Drug Application ("ANDA") No. 20-0478 ("Teva's ANDA") for the approval of generic versions of Abbott's drug SIMCOR® infringes certain identified claims of U.S. Patent Nos. 6,080,428 ("the '428 patent"), U.S. Patent No. 6,129,930 ("the '930 patent"), U.S. Patent No. 7,011,848 ("the '848 patent"), U.S. Patent No. 6,818,229 ("the '229 patent"), U.S. Patent No. 6,406,715 ("the '715 patent"), U.S. Patent No. 6,676,967 ("the '967 patent"), U.S. Patent No. 6,746,691 ("the '691 patent"), and U.S. Patent No. 6,469,035 ("the '035 patent") (collectively, the "SIMCOR® Patents").

2.        I also understand that Abbott has filed suit against Watson Laboratories, Inc. – Florida ("Watson") and has alleged that Watson's filing of ANDA No. 20-0601 ("Watson's ANDA") for the approval of generic versions of Abbott's drug SIMCOR® infringes certain identified claims of the SIMCOR® patents.

3.        I have been asked to provide some background regarding drug formulation technology.  In addition, I have been asked to comment on the meaning of certain terms in the claims of the SIMCOR® patents from the perspective of one of ordinary skill in the art in the mid-1990's.

1

## II.     BACKGROUND

4.      I am currently the Johnson & Johnson Centennial Professor of Pharmaceutics and Head of the Division of Pharmaceutics in the College of Pharmacy at the University of Texas at Austin.  I have an undergraduate degree in biology from Texas A&M University and a Bachelor of Science in Pharmacy degree from the University of Texas at Austin.  I am a licensed pharmacist.  I received a doctorate degree in Pharmaceutics from the University of Texas at Austin in 1986.

5.      After receiving my doctorate, I worked in the pharmaceutical industry for about nine years, including at Eli Lilly and Company, Duramed Pharmaceuticals, and Rhone-Poulenc Rorer.  I have worked in the area of research and development of pharmaceutical formulations since about 1986.  I have extensive experience in designing, developing, and analyzing drug delivery systems in various types of dosage forms, including tablets prepared by dry granulation and wet granulation techniques.  I have extensive experience developing modified release drug formulations from about 1984 to the present (e.g., delayed release and sustained release).  I also have extensive experience in characterization of modified release drug formulations, including using dissolution testing.

6.      In 1995, I became an Assistant Professor of Pharmaceutics in the College of Pharmacy at the University of Texas at Austin.  In 1999, I became an Associate Professor of Pharmaceutics, and in 2004, a Professor of Pharmaceutics.  At the University of Texas at Austin, I teach courses at the undergraduate and graduate level in pharmaceutics, product development, pharmaceutical processing, and manufacturing pharmacy.  Specifically, these courses include topics related to dosage form development (e.g., immediate release and modified release solid oral dosage forms, such as tablets).

2

7.      From January 1996 to January 2007, I was the President of PharmaForm, LLC in Austin, Texas, a contract pharmaceutical services company.  From January 2007 – June 2010, I served as a consultant to PharmaForm, LLC.  During this time period, I also served on the Board of Directors of Akela Pharma, Inc.  Since November 2009, I have served as Chief Scientist for Enavail LLC, a particle engineering and drug delivery pharmaceutical company, which is located in Austin, Texas.  My role in each of these companies generally involved drug formulation and dosage form development.

8.      I was elected Fellow of the American Association of Pharmaceutical Scientists (AAPS) in 2006, and Fellow of the American Institute for Medical and Biological Engineering (AIMBE) in 2008.  I have authored or co-authored over 300 published, peer-reviewed articles, abstracts, and book chapters.  I have published numerous articles relating to dosage form development and characterization.  I have co-edited one book on the topic of drug formulation and have a second book on a similar topic that will be published in Fall 2011.  I am a co-inventor on over 20 patents and patent applications, the majority of which relate to pharmaceutical technology.  Most of these patents concern drug delivery, and many concern drug dissolution and bioavailability.  I have given numerous invited lectures world-wide on various topics in pharmaceutics.  I am editor-in-chief of *Drug Development and Industrial Pharmacy* (Informa Healthcare, publisher) and serve as a reviewer for other peer-reviewed journals in my field of expertise.

9.      My curriculum vitae is attached as Exhibit A.

## III.    BACKGROUND OF PHARMACEUTICAL FORMULATIONS

10.     A "dosage form" includes one or more active ingredients, and other pharmacologically inert ingredients.

3

11.     The amount of active ingredient in the dosage form determines its tablet strength. For example, in the case of niacin, a 500 mg tablet contains approximately 500 milligrams of nicotinic acid.  The tablet strength is not necessarily the same thing as the dose.  A specified dose of a drug may require administration of one or more tablets of a given tablet strength.

12.     The inert ingredients in a particular dosage form are typically referred to as "excipients."  An excipient may be included in a tablet dosage form to add color, improve taste, affect the drug release rate, improve stability, act as a processing aid, enhance the physical properties of the tablet, and/or to perform other functions related to the delivery of the active ingredient.

13.     An example of an excipient is a binder or binding agent.  Such an excipient is typically used to aid in tablet production.  A binder is mixed with and imparts cohesive qualities to the powdered materials that are compounded together and compressed to form a tablet.  The binder thus serves to  ensure that the tablet remains intact after compression.  Common binders include polyvinyl pyrollidone, also known as povidone, and starch.

14.     Another example of an excipient is a swelling agent.  When the dosage form is ingested, a swelling agent will gradually swell in the patient's gastrointestinal tract, and release the active ingredient into the gastrointestinal system for absorption into the blood stream.  A swelling agent may be used to control the release of the active ingredient, and thereby to provide a sustained release formulation.  Common swelling agents include polymers, such as hydroxypropyl methylcellulose, hydroxypropyl cellulose, and sodium carboxymethylcellulose; gums, such as sodium alginate and xantham gum; polyethylene oxide; and gelatins.

4

15.     Another example of an excipient is a lubricant, which is typically used as a tableting aid to reduce friction between (i) the tablet punches and the die during tablet compression and ejection, and (ii) the outer surface of a tablet and the surfaces of the die cavity and the tablet press.  The lubricant is blended with the active ingredient and other excipients prior to formation of the tablet.  Common lubricants include magnesium stearate, stearic acid, and hydrogenated vegetable oils.

16.     When a drug product is specified as having a particular percentage of an excipient by weight—such as 1 part by weight of binder per 100 parts by weight of tablet—that does not necessarily mean that it contains exactly 1% binder by weight.  As in any manufacturing process, there is some variability in the amount of binder that goes into the blend or that might be lost during the tableting process, as a result of factors such as the tolerances of the equipment being used to measure the material, the tolerances of the various pieces of equipment that may be used to process the tablet, and the accuracy of the technicians handling the material and equipment.

17.     Likewise, when a drug product is specified as having a particular percentage range of an excipient by weight—such as from about 1 to about 4 parts by weight of binder per 100 parts by weight of tablet—that does not necessarily mean that it contains exactly between 1% and 4% binder by weight.  This is due to the inherent variabilities that are part of any manufacturing process, discussed above.

## IV.   OPINION

### A.     Person Of Ordinary Skill In The Art

JA004786

18.     I understand that for purposes of construing the disputed claim terms, it is necessary to examine those terms from the view point of a person of ordinary skill in the art at the time of the invention.

19.     In my opinion, the arts relevant to the SIMCOR® Patents are the design, formulation, and testing of oral solid dosage forms; biopharmaceutics and pharmacokinetics; and the treatment of patients with lipid disorders.

20.     In my opinion, a person of ordinary skill in the art with respect to the SIMCOR® Patents in the 1990s would have basic knowledge of solid oral dosage formulation, biopharmaceutics and pharmacokinetics, and the treatment of lipid disorders, either through experience working in drug development and formulation or through training (such as a degree in pharmacy or a medical degree), and several years of experience or training in one or more of the relevant arts.

B.     **Disputed Claim Terms**

21.     I have been asked to provide my opinion regarding the understanding of a person of ordinary skill in the art in the mid 1990s regarding the following terms:

- binder ('428 patent, claim 6; '930 patent, claims 19, 24, 28, 134, 139, 143; and '848 patent, claim 6)

- processing aid ('930 patent, claims 19, 25, 29, 134, 140, 144)

- lubricant ('930 patent, claims 25, 26, 140, 141, 144)

- about ('428 patent, claim 6; '930, claim 143; and '848 patent, claim 6)

1.     ***Binder***

22.     In my opinion, in the context of the '428, '930, and '848 patents, a person of ordinary skill in the art would have understood the term "binder" to mean a material that is

6

mixed with and imparts cohesive qualities to the powdered materials that are compounded together and compressed to form a tablet which ensures the tablet remains intact after compression.

23.     The '428, '930, and '848 patents discuss three "test tablet compositions" where nicotinic acid is combined with a binder (povidone), a swelling agent (hydroxypropyl methylcellulose), and a processing aid or lubricant (stearic acid).  ('428 patent, col. 4, l. 4-col. 5, l. 13; '930 patent, col. 4, l. 5-col. 5, l. 21; '848 patent, col. 4, l. 12-col. 5, l. 33.)  The patents further state: "The ingredients were compounded together to form a tablet."  ('428 patent, col. 5, ll. 12-13; '930 patent, col. 5, ll. 20-21; '848 patent, col. 5, ll. 32-33.)  A person of ordinary skill in the art would understand that the ingredients of the test tablet composition, including the binder, are mixed together prior to tablet compression.

24.     The '930 and '848 patents further discuss the Niaspan® tablet formulations, as well as the process for manufacturing Niaspan® tablets.  ('930 patent, col. 6, l. 1-col. 8, l. 32; '848 patent, col. 6, l. 4-col. 8, l. 50.)  The patents state, "Povidone K90 is employed as a granulating/binding agent *in a Niaspan® formulation*."  ('930 patent, col. 5, ll. 46-47; '848 patent, col. 5, ll. 57-58) (emphasis added).  Furthermore, the patents state that the povidone binder is mixed together with the niacin, Methocel E10M, and stearic acid prior to compression to form a tablet.  ('930 patent, col. 6, l. 56-col. 7, l. 10; '848 patent, col. 6, l. 40-col. 7, l. 18.)  A person of ordinary skill in the art would understand the patents as describing the mixing of various powdered components, including a binder, and the subsequent compression of the mixture to form tablets.  A skilled artisan would understand, therefore, that the binder imparts cohesive qualities to this mixture to ensure that the tablet remains intact after compression.

25.     Several publications known in the art support my opinion that a person of ordinary skill in the art would have understood the term "binder" to mean a material that is mixed with and imparts cohesive qualities to the powdered materials that are compounded together and compressed to form a tablet which ensures the tablet remains intact after compression.  For instance, *Remington's Pharmaceutical Sciences* defines "binders" as:

> Agents used to impart cohesive qualities to the powdered material are referred to as binders or granulators.  They impart a cohesiveness to the tablet formulation which insures the tablet remaining intact after compression, as well as improving the free-flowing qualities by the formulation of granules of desired hardness and size.

*Remington's Pharmaceutical Sciences* (1985) at 1605 (emphasis added).  Similarly, *The Theory and Practice of Industrial Pharmacy* describes the use of binders in wet granulation processes:

> Wet granulation forms the granules by binding the powders together with an adhesive, instead of by compaction.  The wet granulation technique employs a solution, suspension, or slurry containing a binder, which is usually added to the powder mixture; however, the binder may be incorporated dry into the powder mix, and the liquid may be added by itself.

Leon Lachman *et al.*, *The Theory and Practice of Industrial Pharmacy*, 3d ed. (1986) at 320 (emphasis added).  The *Handbook of Pharmaceutical Granulation Technology* also discusses the use of binders to provide a cohesiveness to hold tablets together after compression:

> Binders are adhesives that are added to the tablet formulations.  The role of binders is to provide the cohesiveness essential for the bonding of the solid particles under compaction to form a tablet.

Rajendra K. Khankari *et al.*, "Binders and Solvents," *Handbook of Pharmaceutical Granulation Technology*, 1st ed. (1997) at 60.  The *Handbook of Pharmaceutical Excipients* discusses the binder povidone: "In tableting, povidone solutions are used as binders in wet granulation processes.  Povidone is also added to powder blends in the dry form and granulated *in situ* by the

8

addition of water, alcohol, or hydroalcoholic solutions." *Handbook of Pharmaceutical Excipients*, at 392 (1994).  The *Handbook of Pharmaceutical Excipients* characterizes povidone as a "suspending agent [and] tablet binder."  *Id.*

26.    I understand Defendants contend that a binder is "a material used to hold the ingredients of the tablet together, and/or to give the tablet strength."  In my opinion, Defendants' construction is overly broad and potentially covers materials that one of ordinary skill in the art would not consider to be a binder in the context of the '428, '848, and '930 patents.  As explained above, a person of ordinary skill in the art would understand the term "binder" in the context of the '428, '848, and '930 patents to mean a material that is mixed with other excipients prior to compression of the tablet.  Defendants' construction, however, could improperly cover materials that hold the ingredients of the tablet together externally, such as external coatings.

27.    I further understand Defendants contend that for the '930 patent, a binder must "provide sustained release."  I disagree.  A person of ordinary skill in the art would not understand the term "binder" to mean a compound that, generally speaking, prolongs the release of the active ingredient in a tablet.  For example, according to *Polyvinylpyrrolidone Excipients for Pharmaceuticals*, povidone does not act to control the release of active ingredient in sustained release formulations: "Because of its excellent solubility, povidone normally has no delaying effect on the dissolution of active substances.  Though a substance embedded in povidone K 90 dissolves slightly more slowly than it would in povidone K 30, this minor difference cannot be described as a controlled-release effect."  V. Buhler, *Polyvinylpyrrolidone Excipients for Pharmaceuticals: Povidone, Crospovidone and Copovidone* (2005) at 113.  The preferred embodiments of the '930 patent, *i.e.*, Niaspan® tablets, all contain Povidone K90. Furthermore, the specification of the '930 patent nowhere states that a binder provides sustained

9

release.  The specification instead states that the swelling agent (e.g., hypromellose) provides

sustained release.  ('930 patent, col. 4, ll. 22-28.)

28.     Therefore, in my opinion, the term "binder" means a material that is mixed with

and imparts cohesive qualities to the powdered materials that are compounded together and

compressed to form a tablet which ensures the tablet remains intact after compression.  My

understanding of this term would have been the same in the mid-1990s, and, in my opinion,

would have been shared by a person of ordinary skill in the art at that time.

## 2.     *Processing Aid*

29.     In my opinion, a person of ordinary skill in the art would have understood the

term "processing aid" to mean its plain and ordinary meaning, *i.e.*, a material used to aid

processing of the tablet.

30.     I understand Defendants contend that for the '930 patent, a processing aid must

"provide sustained release."  I disagree.  A person of ordinary skill in the art would not

understand the term "processing aid" to mean a compound that, generally speaking, prolongs the

release of the active ingredient in a tablet.  Furthermore, the specification of the '930 patent

nowhere states that a processing aid provides sustained release.  The specification instead states

that the swelling agent (e.g., hypromellose) provides sustained release.  ('930 patent, col. 4, ll.

22-28.)

## 3.     *Lubricant*

31.     In my opinion, a person of ordinary skill in the art would have understood the

term "lubricant" to mean its plain and ordinary meaning, *i.e.*, a material used to provide

lubrication.

10

32.     I understand Defendants contend that for the '930 patent, a lubricant must "provide sustained release."  I disagree.  A person of ordinary skill in the art would not understand the term "lubricant" to mean a compound that, generally speaking, prolongs the release of the active ingredient in a tablet.  Furthermore, the specification of the '930 patent nowhere states that a lubricant provides sustained release.  The specification instead states that the swelling agent (e.g., hypromellose) provides sustained release.  ('930 patent, col. 4, ll. 22-28.)

### 4.     *About*

33.     I understand that the parties disagree over the interpretation of the term "about" in the asserted claims of the '428, '930, and '848 patents.  Below is a side-by-side comparison of the parties' respective constructions of the disputed terms in the applicable claims:

| Claim Term | Abbott's Proposed Construction | Defendants' Proposed Construction |
| --- | --- | --- |
| "from about 1 to about 4 part by weight of binder per 100 parts by weight of tablet"<br><br>('428 patent, claim 6; '848 patent, claim 6) | The amount of [binder] is from approximately 1% to approximately 4% of the weight of the tablet. | The amount of [binder] must be no less than 0.5% and no more than 4.4% of the weight of the tablet |
| "from about 1% to about 5%  part by weight of binder per 100 parts by weight of tablet"<br><br>('930 patent, claims 28, 143) | The amount of [binder] is from approximately 1% to approximately 5% of the weight of the tablet. | The amount of [binder] must be no less than 0.5% and no more than 5.4% of the weight of  the tablet |

JA004792

34.     These claim terms in the '428, '930, and '848 patents relate to percentage by weight of binder when measured against the weight of the tablet.  As I explained in Paragraph 17 above, the specified range of percentage of binder reflects the ideal amount of binder in the formulation.  However, due to the inherent variability in the manufacturing process, the actual amount of binder in the formulation may vary slightly.  In my opinion, the use of "about __%" and "about __ parts by weight per 100 parts by weight" in the context of the '428, '930, and '848 patents is intended to reflect and allow for such variability.  Therefore, in my opinion, a person of ordinary skill in the art would have understood these phrases to mean "approximately __ %" or "approximately __ parts by weight per 100 parts by weight," respectively.

35.     I understand that Defendants contend that the use of the language "about __%" or "about __ parts by weight per 100 parts by weight" should be interpreted as imposing a numerical range of ± 0.5%.  I disagree.  I am not aware of any reference to such a numerical range in the '428, '930, or '848 patents and, therefore, in my opinion, a person of ordinary skill in the art reading those patents would not understand that the inventors intended to adopt such a specific range with their use of the phrases "about __%" and "about __ parts by weight per 100 parts by weight."

JA004793

36.    As this case is ongoing, I may supplement the opinions expressed herein at a later date based upon further information provided to me.

I declare under penalty of perjury that the above is true and correct.

Dated: November 15, 2011

_____
Robert O. Williams III, Ph.D.

**Exhibits**

**Exhibit A**          Curriculum Vitae

13

Curriculum Vitae
Robert O. Williams III
Page 1

CURRICULUM VITAE
Robert O. (Bill) Williams III

**Office Address**                                    **Home Address**
The University of Texas at Austin              4514 West Rapid Springs Cove
College of Pharmacy                              Austin, Texas  78746
Division of Pharmaceutics                      (512)306-8396
2409 University Ave., Room 4.214
1 University Station A1920
Austin, Texas  78712
Office (512)471-4681   Fax (512)471-7474
Email:  williro@mail.utexas.edu

I.   Personal

        Born September 11, 1956 in Beaumont, Texas.  Citizen of the United States.  Married; two
        children.

II.  Education

        May 75 – May 79        Texas A&M University, College Station, Texas
                                         Bachelor of Science in Biology, Graduated with special honors

        Sep 79 – Dec 81         University of Texas at Austin, Austin, Texas.
                                         Bachelor of Science in Pharmacy, Graduated with special honors
                                         Registered Pharmacist – State of Texas

        Aug 82 – May 86        University of Texas at Austin, Austin, Texas
                                         Doctor of Philosophy, Pharmaceutics
                                         Major Professor:  James W. McGinity, Ph.D.

III. Positions Held

        1.  January, 1982 to August, 1982 – Registered, Pharmacist, Walgreen's Pharmacy,
             Beaumont, TX.
        2.  August, 1986 to December, 1988 - Group Leader for Eli Lilly and Company,
             Indianapolis, IN.
        3.  January, 1989 to December, 1990 - Director for Duramed Pharmaceuticals, Cincinnati,
             OH.
        4.  January, 1991 to April, 1992 - Section Manager for Rhone-Poulenc Rorer
             Pharmaceuticals, Collegeville, PA.

Curriculum Vitae
Robert O. Williams III
Page 2

5. April, 1992 to January, 1993 - Department Manager for Rhone-Poulenc Rorer Pharmaceuticals, Collegeville, PA.
6. January, 1993 to August, 1995 - Director for Rhone-Poulenc Rorer Pharmaceuticals, Collegeville, PA.
7. September, 1995 to August, 1999 - Assistant Professor of Pharmaceutics, College of Pharmacy, University of Texas at Austin, Austin, TX.
8. January, 1996 to January, 2007 – President, PharmaForm LLC, Austin, TX.
9. January, 2007 – June, 2010 – Consultant, PharmaForm LLC, Austin, TX.
10. January, 2007 to June, 2010 – Board of Directors, Akela Pharma, Inc., Montreal, Canada
11. September, 1999 to August, 2004 – Associate Professor of Pharmaceutics, College of Pharmacy, University of Texas at Austin, Austin, TX.
12. September, 2004 to present – Professor of Pharmaceutics, Johnson & Johnson Centennial Professor, College of Pharmacy, University of Texas at Austin, Austin, TX.
13. September, 2007 to present – Division Head, Division of Pharmaceutics, College of Pharmacy, University of Texas at Austin, Austin, TX.
14. Founder and Chief Scientist, Enavail LLC, 2009-present, Austin, TX.


IV.  Graduate and Undergraduate Courses Presented

Pharmaceutics, PHR 356C and PHR 156P - UT Austin
Advanced Manufacturing Pharmacy, PHR 381G - UT Austin
Recent Advances in Pharmaceutics, PHR 382R - UT Austin
Advanced Product Development, PHR 381D - UT Austin
Advanced Pharmaceutical Processing, PHR 380Q - UT Austin


V.  Professional Memberships

American Association of Pharmaceutical Scientists           1985 - present
  (Sections of Pharmaceutical Technology, and Pharmaceutics and
  Drug Delivery)
        Member, Planning Committee, Pharmaceutical
           Technology Section (1997-1998)
        Member, Strategic Planning Committee (1999-2000)
        Reviewer, Pharmaceutical Technology Screening Committee (2003, 2004)
        Co-Chair, Strategic Visioning Process (2003-2004)
        Reviewer, Annual Meeting and Exposition Abstract Screening Committee (2006)
        Member, Pharmaceutical Technology Education Committee (2007-present)

Controlled Release Society                                 1995 - present
Association de Pharmacie Galenique Industrielle (APGI)     1998 - present
American Association of Colleges of Pharmacy               1995 - present
Rho Chi (Pharmacy Honor Society)                           1982 - present
Kappa Psi (Graduate Chapter, Pharmacy Professional Fraternity),  1979 - present

Curriculum Vitae
Robert O. Williams III
Page 3

| | |
|---|---|
| Grand Council Deputy - President | 1998 – present |
| International Academy of Compounding | 1999 – 2004 |
| European Federation of Biotechnology | 2002 – present |
| Product Quality Research Institute | 2004 – 2005 |
| (AAPS representative on Drug Product Technical Committee) | |
| Center for Microencapsulation and Drug Delivery, | 2003-present |
| Texas A&M University (Member – Strategic Advisory Board) | |

VI.   <u>Current Research Interests</u>

1.      Small particle technology to enhance dissolution rates and bioavailability.

2.      Formulation of novel liquid and semisolid drug delivery systems.

3.      Study of novel controlled-release aqueous coating formulations.

4.      Preformulation and formulation of novel delivery systems for pulmonary, nasal and buccal delivery.

5.      Peptide and protein delivery; analytical characterization of peptides and proteins.

VII.   <u>Honors and Awards</u>

1.   University Undergraduate Honors Fellow, Texas A&M University; 1978

2.   Distinguished Student Award, Texas A&M University; 1979

3.   Lemmon Award, University of Texas at Austin; 1981

4.   Amaric Corporation Pre-doctoral Fellowship, University of Texas at Austin; 1983 - 1985

5.   Professional Development Award, University of Texas at Austin; 1985

6.   Texas Excellence Teaching Award, University of Texas at Austin; 1998

7.   Phi Lambda Sigma, the Pharmacy Leadership Society, Elected member - 1998

8.   Leadership Fellow, American Association of Colleges of Pharmacy Academic Leadership Fellows Program, 2004-2005.

Curriculum Vitae
Robert O. Williams III
Page 4

9. Paper awarded the Penwest Award for Best Scientific Paper, Novel Curing Process for Cellulose Acetate Phthalate Coated Beads. Proceedings of the 20th Pharmaceutical Technology Conference and Exhibition, Liverpool, UK, April, 2001.

10. Dean's Fellow, College of Pharmacy, University of Texas at Austin, 2004-2005.

11. Fellow, Elected by the American Association of Pharmaceutical Scientists, 2006.

12. Paper awarded the Controlled Release Society's Innovative Aspects of Oral Drug Delivery and Absorption Graduate/Post-Doc Award, Improved Dissolution Rate and Bioavailability Through the Formation of a Highly Miscible Binary Mixture, Proceedings of the Controlled Release Society Annual Meeting, Miami, FL, June, 2005.

13. Paper nominated for the Controlled Release Society's Innovative Aspects of Oral Drug Delivery and Absorption Graduate/Post-Doc Award, Rapid Release, High Potency Itraconazole Formed by Evaporative Precipitation Into Aqueous Solution, Proceedings of the Controlled Release Society Annual Meeting, Miami, FL, June, 2005.

14. Outstanding Thesis Award, Barbara Jean Hoeben, M.S. (May, 2005) – Thesis Title: Comparison of Commercial Itraconazole to Aerosolized Nanoparticle Itraconazole in a Murine Model for the Prevention of Invasive Pulmonary Aspergillosis (IPA).

15. Elected "Fellow" of the American Association of Pharmaceutical Scientists, 2006.

16. Elected "Fellow" of the American Institute of Medical and Biological Engineering, 2008.

17. Received the 2009 William J. Sheffield Outstanding Alumnus Award, Pharmacy Alumni Association, The University of Texas at Austin.

18. Invited paper by W. Yang, J. I. Peters and R. O. Williams III was recognized as one of the Top-10 most cited articles published in *International Journal of Pharmaceutics* during the period 2008-2010 (Elsevier Publishers; September 2010).

VIII. Committees

Academic Performance Committee - 1996 – present, Chairman and Member
Faculty Retreat Planning Committee, Chair - 1996-1997, 2007, 2011
Committee on Committees - 1995 – 1997, 2004 – 2005, 2006
Pharmacy Honors Course - Coordinator for Pharmaceutics - 1996 - 2001
Honors and Awards Committee - 1995 - 2001
Internship Region Assignment Committee, Chairman, 1998 - 2004
Staff Excellence Awards Committee - 1998 – 2000
Financial Aid Committee – 1999 – 2000

Curriculum Vitae
Robert O. Williams III
Page 5

       College Accreditation Committee – 2002 – present
       Admissions and Registration Committee (University Committee) – 2001 – 2003
       Intellectual Property Committee (University Committee) – 2003- present
             Co-Chair – Life Sciences     (2004-2005)
       Faculty Advisor to:     Kappa Psi Pharmaceutical Fraternity
                    Pharmaceutical Association of Compounding
       Drug Product Technical Committee, PQRI – representative for AAPS, 2004-2006
       Post-Tenure Review Committee – Chairman; 2005-2007
       College of Pharmacy, Dean Search Committee – Co-Chairman; 2007
       College of Pharmacy, Executive Committee – Chairman; 2008 – present
       University of Texas at Austin, Office of Technology Commercialization and Associate
             Vice President for Research for Commercialization Search Committee; 2008-
             2010
       Graduate Studies Committee, Pharmacy Doctoral Program (1995 – present)
       Graduate Studies Committee, Translational Science Doctoral Program (2011-present)


IX.   <u>Editorial Responsibilities</u>

    1.   *Drug Development and Industrial Pharmacy* – Editor-in-Chief (2000 – present)

    2.   *International Journal of Pharmaceutics* - reviewer

    3.   *Pharmaceutical Research* - reviewer

    4.   *European Journal of Pharmaceutics and Biopharmaceutics* - reviewer

    5.   *Journal of the Controlled Release Society* - reviewer

    6.   *S. T. P. Pharma. Sciences* - reviewer

    7.   *Pharmaceutical Development and Technology* - reviewer

    8.   Pharmaceutical Technology Conference - International Advisory Board Member

    9.   *International Journal of Pharmaceutical Compounding* – reviewer

   10.   *Journal of Membrane Science* – reviewer

   11.   *AAPS PharmSciTech* – reviewer

   12.   *Journal of Pharmaceutical Sciences* – reviewer

   13.   *Journal of Pharmaceutical and Biomedical Analysis* – reviewer

   14.   *Toxicology Letters* – reviewer

Curriculum Vitae
Robert O. Williams III
Page 6

15. National Institutes of Health, National Institute of Allergy and Infectious Diseases, *Pharmaceutical and Chemical Resources for AIDS Drug Development,* invited reviewer.

16. *The Open Drug Delivery Journal*, Member, Editorial Advisory Board, 2008-present.

17. *Journal of Pharmaceutical Research & Clinical Practice*, Editorial Advisory Board, 2010-present.


X.   Students Currently Being Supervised

Kevin O'Donnell – Ph.D.
Nicole Nelson – Ph.D.
Stephanie Bosselmann – Ph.D.
Bo Lang – Ph.D.
Helene Lirola – Ph.D.
Yi-Bo Wang – Ph.D.
Meimei Zhang – Ph.D.
Houli Li – Ph.D.

Curriculum Vitae
Robert O. Williams III
Page 7

XI.   Personnel Supervised (and Starting Position; if available)

1.   Mongkol Sriwongjanya, Ph.D. (1996 – 1997; Post-doctoral Research Fellow)
     Senior Research Scientist, Andrx Pharmaceuticals, Fort Lauderdale, FL

2.   Jie Liu, Ph.D. (August, 1998) Senior Research Scientist, Baxter Healthcare, New
     Providence, NJ.  Dissertation Title:  Development, Characterization and Optimization
     of Pressurized Metered-Dose Inhalers Formulated to Delivery Small Organic Drugs
     or Proteins with Hydrofluoroalkane Propellants.

3.   Chengjiu Hu, Ph.D. (August, 1999) Senior Research Scientist, DuPont
     Pharmaceuticals, Garden City, NY.  Dissertation Title:  Investigation of Factors
     Influencing the Development of Pressurized Metered Dose Inhalers.

4.   Melisa K. Barron, Ph.D. (August, 2000) Senior Scientist, Dey Laboratories, Napa,
     CA.  Dissertation Title:  Investigation of Formulation and Processing Technique on
     the Characteristics of Polymeric Powders Produced for Suspension Type Pressurized
     Metered Dose Inhalers Systems.

5.   Jiping Liu, Ph.D. (August, 2001) Research Investigator, Sanofi-Synthelabo,
     Philadelphia, PA.  Dissertation Title:  Applications of Cellulose Acetate Phthalate
     Aqueous Dispersion (Aquacoat CPD) for Enteric Coating.

6.   Bobby J. Truong, M.S. (August, 2001).  Thesis Title:  Development of Insulin
     Pressurized Meter-Dose Inhaler for the Pulmonary Drug Delivery by Spray-Freezing
     into Cryogenic Vapor.

7.   Marazban Sarkari, Ph.D. (2000-2001; Post-doctoral Research Fellow) Senior
     Scientist, RxKINETIX, Boulder, CO

8.   Vorapann Mahaguna, Ph.D. (December, 2001) Senior Research Scientist, DuPont
     Pharmaceuticals, Garden City, NY.  Dissertation Title:  Investigation of Cellulose
     Ether Polymers in Controlled Drug Delivery.

9.   Raouf Ghaderi, Ph.D. (2001-2002; Post-doctoral Research Fellow) Senior Research
     Scientist, KOS Pharmaceuticals, NJ

10.  True L. Rogers, Ph.D. (June, 2002) Senior Research Scientist, The Dow Chemical
     Company, Midland, MI.  Dissertation Title:  A Novel Cryogenic Particle Engineering
     Technology to Micronize Water-Insoluble Drugs and Enhance Their Dissolution
     Properties:  Spray-Freezing Into Liquid.

11.  Jiahui Hu, Ph.D. (July, 2003) – Senior Research Scientist, Forest Laboratories,
     Garden City, NY.  Dissertation Title:  A Nanoparticle Engineering Process:  Spray-
     Freezing into Liquid to Enhance the Dissolution of Poorly Water Soluble Drugs.

Curriculum Vitae
Robert O. Williams III
Page 8

12. Bradi L. Jones, Pharm.D., M.S. (August, 2003) – Pharmacist, University of Texas
Health Science Center at San Antonio, San Antonio, TX.  Thesis Title – Investigation
of Pulmonary and Oral Delivery of Itraconazole Produced by Evaporative
Precipitation into Aqueous Solution and Spray Freezing into Liquid Technology in a
Murine Model.

13. Thomas W. Leach, Ph.D. (2002-2004 – Post-doctoral Research Fellow) Senior
Research Scientist, Curagen Inc., New Haven, CT

14. Zhongshui Yu, Ph.D. (July, 2004) – Senior Research Scientist, Hoffmann-La Roche
Pharmaceuticals, Nutley, NJ.  Dissertation Title:  Spray Freezing into Liquid to
Produce Protein Microparticles.

15. Xiaoxia Chen, Ph.D. (July, 2004) – Senior Research Scientist, Hoffmann-La Roche
Pharmaceuticals, Nutley, NJ.  Dissertation Title:  Nanoparticle Engineering
Processes:  Evaporative Precipitation into Aqueous Solution (EPAS) and Anitsolvent
Precipitation to Enhance the Dissolution Rates of Poorly Water Soluble Drugs.

16. Thiago Cardoso Carvalho, R.Ph. (July, 2004) – Visiting Scientist, Universidade
Federal De Minas Gerais, Brazil.

17. Barbara Jean Hoeben, M.S. (May, 2005) – Pharmacist, United States Air Force, San
Antonio, TX.  Thesis Title:  Comparison of Commercial Itraconazole to Aerosolized
Nanoparticle Itraconazole in a Murine Model for the Prevention of Invasive
Pulmonary Aspergillosis (IPA).

18. Jason M. Vaughn, Ph.D. (June, 2005) – Associate Director and Senior Research
Scientist, PharmaForm LLC, Austin, TX.  Dissertation Title:  Improved
Bioavailability and Site Specific Delivery of Poorly Water Soluble Drugs through the
Production of Stabilized Drug Nanoparticles.

19. Jason T. McConville, Ph.D. – (2003-2006; Post-doctoral Research Fellow) –
Assistant Professor of Pharmaceutics, University of Texas at Austin, Austin, TX.

20. Prapasri Sinswat, Ph.D. (August, 2006) – Assistant Professor of Pharmaceutics,
Chulalongkorn University, Bangkok, Thailand.  Dissertation Title:  Enhancing the
Delivery of Poorly Water Soluble Drugs Using Particle Engineering Technologies.

21. Kirk A. Overhoff, Ph.D. (August, 2006) – Senior Pharmaceutical Scientist, Schering
Corporation, Kenilworth, NJ.  Dissertation Title:  Improved Oral Bioavailability of
Poorly Water Soluble Drugs Using Rapid Freezing Processes.

22. Josh D. Engstrom, Ph.D. (August, 2007) – Senior Pharmaceutical Scientist, Bristol
Meyers Squibb, Princeton, NJ.  Dissertation Title:  Stable Submicron Protein
Particles:  Formation, Properties and Pulmonary Applications.

Curriculum Vitae
Robert O. Williams III
Page 9

23. Keat Chow, Ph.D. (2007-2008; Post-doctoral Research Fellow).

24. Masao Nagao, M.S. (2007-2008; Visiting Research Scholar; Takeda Pharmaceuticals, Japan).

25. Dave A. Miller, Ph.D. (August, 2007) – Senior Pharmaceutical Scientist, Hoffman La Roche, Nutley, NJ. Dissertation Title: Improved Oral Absorption of Poorly Water Soluble Drugs by Advanced Solid Dispersion Systems.

26. Michal P. Matteucci, Ph.D. (August, 2007) – Dissertation Title: Highly Supersaturated Aqueous Solutions by Design of Amorphous Pharmaceutical Nanoparticles.

27. Troy P. Purvis, Ph.D. (August, 2007) – Senior Pharmaceutical Scientist, Azaya Therapeutics, San Antonio, TX. Dissertation Title: Nanoparticle Formulations of Poorly Water Soluble Drugs and their Action In Vivo and In Vitro.

28. Yosuhiro Tsutsumi, Ph.D. (2008-2009; Visiting Research Scholar; Daiichi Sankyo Co., Ltd., Pharmaceutical Technology, Japan).

29. Rui Jia, Ph. D. (2008-2009); Visiting Research Scholar; China.

30. Justin A. Tolman, Pharm.D., Ph.D. (January, 2009) – Assistant Professor of Pharmaceutics, School of Pharmacy and Health Professions, Creighton University, Omaha, Nebraska. Dissertation Title: Pulmonary Delivery of Aqueous Voriconazole Solution.

31. Alan B. Watts, Ph.D (July 2009) – Senior Scientist, Microdose Inc., Princeton, NJ, Dissertation Title: Pulmonary Delivery of Tacrolimus for Lung Transplant and Asthma Therapy.

32. Wei Yang, Ph.D. (July 2009) – Senior Scientist, Enavail, LLC, Austin, TX, Dissertation Title: Improvement of Bioavailability of Poorly Water-Soluble Drug via Pulmonary Delivery of Nanoparticles.

33. James C. DiNunzio (July 2009) – Senior Scientist, PharmaForm LLC, Austin, TX, Dissertation Title: Formulation and Processing Technologies for Enhanced Oral Bioavailability of Poorly Water Soluble Compounds.

34. Ikumasa Ohno, Ph.D. (2010-2010; Visiting Research Scholar, Daiichi Sankyo Co., Ltd., Pharmaceutical Technology, Japan).

Curriculum Vitae
Robert O. Williams III
Page 10

XII.  Publications

1.  R.O. Williams III and J.W. McGinity, The Use of Tableting Indices to Study the Compaction Properties of Powders, *Drug Development and Industrial Pharmacy*, 14(1988) 1823-1844.

2.  R.O. Williams III and J.W. McGinity, Compaction Properties of Microcrystalline Cellulose and Sodium Sulfathiazole in Combination with Talc or Magnesium Stearate, *Journal of Pharmaceutical Sciences*, 78(1989) 1025-1034.

3.  M. Schulze, R.O. Williams III, and J.W. McGinity, Compaction Properties of Acrylic Resin Polymers with Plastic and Brittle Drugs, *Drug Development and Industrial Pharmacy*, 16(1990) 741-754.

4.  R.O. Williams III, J. Dorrell, K. Corti, and M. Connolly, Significance of Interactions of a Novel Anti-Emetic Drug and Packaging Components During Clinical Trials, *Drug Development and Industrial Pharmacy*, 18(1992) 2145-2161.

5.  K. S. Balaji, R.O. Williams III, and E. R. Christensen, Comparison of Milling Process: Ball Mill versus Air Classifying Mill, *Drug Development and Industrial Pharmacy*, 20(1994) 841-851.

6.  S. Li, M. Karth, K. Feld, L. DiPaolo, C. Pendharkar, and R. O. Williams III, Evaluation of Bilayer Tablet Machines — A Case Study, *Drug Development and Industrial Pharmacy*, 21(1995) 571-590.

7.  S. Li, R. Felt, L. DiPaolo, M. Huang, and R.O. Williams III, Development and In Vitro - In Vivo Evaluation of a Multiparticulate Sustained Release Formulation of Diltiazem, *Pharmaceutical Research*, 12(1995) 1338-1342.

8.  R. O. Williams III, M. Sriwongjanya, and J. Liu, An In Vitro Method to Investigate Food Effects on Drug Release From Film Coated Beads, *Pharmaceutical Development and Technology*, 2(1997) 1-9.

9.  R. O. Williams III, M. Sriwongjanya, and M. Barron, Compaction Properties of Microcrystalline Cellulose Using Tableting Indices, *Drug Development and Industrial Pharmacy*, 23(1997) 695-704.

10.  R. O. Williams III, J. Liu, and J. J. Koleng, Influence of Metering Chamber Volume and Water Level on the Emitted Dose of a Suspension-Based pMDI Containing Propellant 134a, Pharm. Res., *Pharmaceutical Research*,14(1997) 438-443.

11.  R. O. Williams III and M. Sriwongjanya, Determination of Benzalkonium Chloride and Nonoxynol-9 by HPLC During a Preformulation Study, *S.T.P. Pharma. Sciences*, 7(1997) 241-247.

12.   R. O. Williams III, V. Mahaguna, and M. Sriwongjanya, Determination of Diazolidinyl Urea in a Topical Cream by High-performance Liquid Chromatography, *Journal of Chromatography B, Biomedical Applications*, 696(1997) 303-306.

13.   R. O. Williams III and C. Hu, A Study of an Epoxy Aerosol Can Lining Exposed to Hydrofluoroalkane Propellants, *European Journal of Pharmaceutics and Biopharmaceutics*, 44(1997) 195-203.

14.   R. O. Williams III and V. Mahaguna, Preformulation studies on Freund's Incomplete Adjuvant Emulsion, *Drug Development and Industrial Pharmacy*, 24(1998) 157-162.

15.   R. O. Williams III, M. Repka, and J. Liu, Influence of Propellant Composition on Drug Delivery From a Pressurized Metered-dose Inhaler, *Drug Development and Industrial Pharmacy*, 24(1998) 763-770.

16.   R. O. Williams III and M. Barron, Influence of Temperature on the Emitted Dose of an Oral Metered Dose Inhaler, *Drug Development and Industrial Pharmacy*, 24(1998) 1043-1048.

17.   R. O. Williams III and J. Liu, Influence of Formulation Additives on the Vapor Pressure of Hydrofluoroalkane Propellants, *International Journal of Pharmaceutics*, 166(1998) 99-103.

18.   R. O. Williams III and J. Liu, Formulation of a Protein with Propellant HFA 134a for Aerosol Delivery, *European Journal of Pharmaceutical Sciences*, 7(1998) 137-144.

19.   R. O. Williams III, V. Mahaguna and M. Sriwongjanya, Characterization of an Inclusion Complex of Cholesterol and Hydroxypropyl-β– cyclodextrin, *European Journal of Pharmaceutics and Biopharmaceutics*, 46(1998) 355-360.

20.   R. O. Williams III, J. Brown, and J. Liu, Influence of Micronization Method on the Performance of a Suspension TAA pMDI Formulation, *Pharmaceutical Development and Technology*, 4(1999) 167-179.

21.   R. O. Williams III, M. K. Barron, M. J. Alonso and C. Remunan-Lopez, Investigation of a pMDI System Containing Chitosan Microspheres and P134a, *International Journal of Pharmaceutics*, 174(1998) 209-222.

22.   R. O. Williams III and J. Liu, Influence of Formulation Technique for Hydroxypropyl-beta-cyclodextrin on the Stability of Aspirin in HFA 134a, *European Journal of Pharmaceutics and Biopharmaceutics*, 47(1999) 145-152.

23.   R. O. Williams III, T. Rogers, and J. Liu, Study of Solubility of Steroids in Hydrofluoroalkane Propellants, *Drug Development and Industrial Pharmacy*, 25(1999) 1227-1234.

24. R. O. Williams III, M. A. Repka, and M. K. Barron, Application of Co-Grinding to Formulate a Model pMDI Suspension, *European Journal of Pharmaceutics and Biopharmaceutics*, 48(1999) 131-140.

25. R. O. Williams III and C. Hu, Moisture Uptake and Its Influence on Pressurized Metered-Dose Inhalers, *Pharmaceutical Development and Technology*, 5(2000) 153-162.

26. R. O. Williams III, T. A. Wheatley and J. Liu, Influence of Plasticization and Curing Conditions on the Mechanical Properties of Aqueous Based Cellulose Acetate Phthalate Films, *S. T. P. Pharma Sciences*, 9(1999) 545-553.

27. R. O. Williams III and J. Liu, Influence of Processing and Curing Conditions on Beads coated with an Aqueous Dispersion of Cellulose Acetate Phthalate, *European Journal of Pharmaceutics and Biopharmaceutics*, 49(2000) 243-252.

28. R. O. Williams III and C. Hu, Investigation of Moisture Scavengers in Pressurized Metered Dose Inhalers, *S. T. P. Pharma Sciences*, 10(2000) 243-250.

29. R. O. Williams III, A. M. Patel, M. K. Barron and T. L. Rogers, Investigation of Some Commercially Available Spacer Devices for the Delivery of Glucocorticoid Steroids from a pMDI, *Drug Development and Industrial Pharmacy*, 27(2001) 401-412.

30. R. O. Williams III and J. Liu, The Influence of Plasticizer on Heat-Humidity Curing of Cellulose Acetate Phthalate Coated Beads, *Pharmaceutical Development and Technology*, 6(2001) 607-619.

31. R. O. Williams III, M. Sykora and V. Mahaguna, Method to Recover a Lipophilic Drug From Hydroxypropyl Methylcellulose Matrix Tablets, *AAPS PharmSci Tech*, 2(2001) 1-9.

32. M. Sarkari, J. Brown, X. Chen, S. Swinnea, R. O. Williams III and K. Johnston, Enhanced Drug Dissolution Using Evaporative Precipitation into Aqueous Solution, *International Journal of Pharmaceutics*, 243(2002) 17-31.

33. T. L. Rogers, K. Johnston and R. O. Williams III, A Comprehensive Review – Solution Based Particle Formation of Pharmaceutical Powders by Supercritical or Compressed Fluid Carbon Dioxide and Cryogenic Spray-Freezing Technologies, *Drug Development and Industrial Pharmacy*, 27(2001) 1003-1015.

34. R. O. Williams III, T. D. Reynolds, T. D. Cabelka, M. Sykora and V. Mahaguna, Investigation of Excipient Type and Level on Drug Release from Controlled Release Tablets Containing HPMC, *Pharmaceutical Development and Technology*, 7(2002) 181-193.

35.   R. O. Williams III, B. Browne, C. Augustine, B. Stewart, J. Kimble, T. Rogers, and J. Brown, Influence of Propeller Gas Composition on the Delivery of Drug by Air-Jet Nebulization, *S.T.P. Pharma Sciences*, 11(2001) 443-448.

36.   X. Chen, T. Young, M. Sarkari, R. O. Williams III, and K. Johnston, Preparation of Cyclosporine A Nanoparticles by Evaporative Precipitation into Aqueous Solution, *International Journal of Pharmaceutics*, 242(2002) 3-14.

37.   T.L. Rogers, J. Hu, Z. Yu, K. Johnston, and R.O. Williams III, A Novel Particle Engineering Technology:  Spray-Freezing into Liquid, *International Journal of Pharmaceutics*, 242(2002) 93-100.

38.   J. Liu and R. O. Williams III, Long-term Stability of Heat-Humidity Cured Cellulose Acetate Phthalate Coated Beads, *European Journal of Pharmaceutics and Biopharmaceutics*, 53(2002) 167-173.

39.   Z. Yu, T. Rogers, J. Hu, K. P. Johnston and R. O. Williams III, Preparation and Characterization of Microparticles Containing Peptide Produced by a Novel Process: Spray Freezing Into Liquid, *European Journal of Pharmaceutics and Biopharmaceutics*, 54(2002) 221-228.

40.   J. Hu, T. Rogers, J. Brown, T. Young, K. Johnston, and R. O. Williams III, Improvement of Dissolution Rates of Poorly Water Soluble APIs Using the Novel Spray Freezing Into Liquid Technology, *Pharmaceutical Research*, 19(2002) 1278-1284.

41.   T. L. Rogers, A. C. Nelson, J. Hu, J. N. Brown, M. Sarkari, T. J. Young, K. P. Johnston and R. O. Williams III, A Novel Particle Engineering Technology to Enhance Dissolution of Poorly Water Soluble Drugs:  Spray-Freezing Into Liquid, *European Journal of Pharmaceutics and Biopharmaceutics*, 54(2002) 271-280.

42.   J. Liu and R. O. Williams III, Properties of Heat-Humidity Cured Cellulose Acetate Phthalate Free Films, *European Journal of Pharmaceutical Sciences*, 17(2002) 31-41.

43.   T. L. Rogers, K. P. Johnston and R. O. Williams III, Physical Stability of Micronized Powders Produced by Spray-Freezing into Liquid (SFL) to Enhance the Dissolution of an Insoluble Drug, *Pharmaceutical Development and Technology*, 8(2003) 187-197.

44.   T. L. Rogers, A. C. Nelsen, M. Sarkari, T. J. Young, K. P. Johnston and R. O. Williams III, Enhanced Aqueous Dissolution of a Poorly Water Soluble Drug by Novel Particle Engineering Technology:  Spray-Freezing into Liquid with Atmospheric Freeze-Drying, *Pharmaceutical Research*, 20(2003) 485-493.

45.   T. L. Rogers, K. A. Overhoff, P. Shah, P. Santiago, J. Yacaman, K. P. Johnston and R. O. Williams III, Micronized Powders of a Poorly Water Soluble Drug Produced by

a Spray-Freezing into Liquid Emulsion Process, *European Journal of Pharmaceutics and Biopharmaceutics*, 55(2003) 161-172.

46.  M.K. Barron, T.J. Young, K.P. Johnston and R.O. Williams III, Investigation of Processing Parameters of Spray Freezing Into Liquid to Prepare Polyethylene Glycol Polymeric Particles for Drug Delivery, *AAPS PharmSciTech*, 4(2003) 90-102.

47.  X. Chen, R.O. Williams III and K.P. Johnston, Rapid Dissolution of High Potency Danazol Particles Produced by Evaporative Precipitation from Aqueous Solution, *Journal of Pharmaceutical Sciences*, 93(2004) 1867-1878.

48.  J. Hu, K. P. Johnston and R. O. Williams III, Spray Freezing into Liquid (SFL) Particle Engineering Technology to Enhance Dissolution of Poorly Water Soluble Drugs:  Organic vs. Aqueous-organic Co-solvent Systems, *European Journal of Pharmaceutical Sciences*, 20(2003) 295-303..

49.  V. Mahaguna, R. L. Talbert, J. I. Peters, S. Adams, T. D. Reynolds, F. Y. W. Lam, and R. O. Williams III, Influence of Hydroxypropyl Methylcellulose Polymer on In Vitro and In Vivo Performance of Controlled Release Tablets Containing Alprazolam, *European Journal of Pharmaceutics and Biopharmaceutics*, 56(2003) 461-468.

50.  Z. Yu, A. S. Garcia, K. P. Johnston, and R. O. Williams III, Spray Freezing Into Liquid for Highly Stable Protein Nanostructured Microparticles, *European Journal of Pharmaceutics and Biopharmaceutics*, 58(2004) 529-537.

51.  J. Hu, K. P. Johnston and R. O. Williams III, Rapid Dissolving High Potency Danazol Powders Produced by Spray Freezing into Liquid Process with Organic Solvents, *International Journal of Pharmaceutics*, 271(2004) 145-154.

52.  J. Hu, K. P. Johnston and R. O. Williams III, Rapid Release Tablet Formulation of Micronized Danazol Powder Produced by Spray Freezing into Liquid, *Journal of Drug Delivery Science and Technology*, 14(2004)305-311.

53.  J. Hu, K. P. Johnston and R. O. Williams III, Stable Amorphous Danazol Nanostructured Powders with Rapid Dissolution Rates Produced by Spray Freezing into Liquid, *Drug Development and Industrial Pharmacy*, 30(2004)695-704.

54.  X. Chen, Z. Benhayoune, R. O. Williams III, and K. P. Johnston, Rapid Dissolution of High Potency Itraconazole Particles Produced by Evaporative Precipitation into Aqueous Solution, *Journal of Drug Delivery Science and Technology*, 14(2004)299-304.

55.  W. T. Leach, D. Simpson, T. N. Val, E. C. Anuta, Z. Yu, R. O. Williams III, and K. P. Johnston, Uniform Encapsulation of Stable Protein Nanoparticles by Spray

Freezing for the Reduction of Burst Release, *Journal of Pharmaceutical Sciences*, 94(2005)56-69.

56. J. Hu, K. P. Johnston, and R. O. Williams III, Nanoparticle Engineering Processes for Enhancing the Dissolution Rates of Poorly Water Soluble Drugs – A Review, *Drug Development and Industrial Pharmacy*, 30(2004)247-258.

57. Z. Yu, K. P. Johnston and R. O. Williams III, Spray Freezing into Liquid Versus Spray Freeze Drying:  Influence of Atomization on Protein Aggregation and Biological Activity, *European Journal of Pharmaceutical Sciences*, 27(2006)9-18.

58. P. Sinswat, X. Gao, M. J. Yacaman, R. O. Williams III and K. P. Johnston, Stabilizer Choice for Rapid Dissolving High Potency Itraconazole Particles Formed by Evaporative Precipitation into Aqueous Solution, *International Journal of Pharmaceutics*, 302(2005)113-124.

59. J. M. Vaughn, K. Gao, M.-J. Yacaman, K. P. Johnston, and R. O. Williams III, Comparison of Powder Produced by Evaporative Precipitation into Aqueous Solution (EPAS) and Spray Freezing into Liquid (SFL) Processes Using Novel Z-Contrast STEM and Complimentary Techniques, *European Journal of Pharmaceutics and Biopharmaceutics*, 60(2005)81-89.

60. X. Chen, C. Y-L Lo, M. Sarkari, R. O. Williams III, and K. P. Johnston, Ketoprofen Nanoparticle Gels Formed by Evaporative Precipitation into Aqueous Solution, *AIChE Journal*, 52(2006)2428-2435.

61. T. W. Leach, R. O. Williams III, and K. P. Johnston, Encapsulation of Protein Nanoparticles into Uniform-Sized Microspheres Formed in a Spinning Oil Film, *AAPS PharmSciTech*, 6(2005)605-617.

62. J. T. McConville, T. C. Carvalho, A. N. Iberg, R. L. Talbert, D. Burgess, J. I. Peters, K. P. Johnston and R. O. Williams III, Design and Evaluation of a Restraint-free Small Animal Inhalation Dosing Chamber, *Drug Development and Industrial Pharmacy*, 31(2005)35-42.

63. J. M. Vaughn, J. T. McConville, M. T. Crisp, K. P. Johnston, R. O. Williams III, Supersaturation Produces High Bioavailability Amorphous Danazol Particles Formed by Evaporative Precipitation into Aqueous Solution and Spray Freezing into Liquid Technologies, *Drug Development and Industrial Pharmacy*, 32(2006)559-568.

64. B. J. Hoeben, D. S. Burgess, J. T. McConville, L. K. Najvar, R. L. Talbert, N. P. Wiederhold, B. L. Frei, J. I. Peters, J. R. Graybill, R. Bocanegra, K. A. Overhoff, P. Sinswat, K. P. Johnston and R. O. Williams III, In vivo Efficacy of Aerosolized Nanostructured Itraconazole for the Prevention of Invasive Pulmonary Aspergillosis, *Antimicrobial Agents and Chemotherapy*, 50(2006)1552-1554.

65.   J. T. McConville, K. A. Overhoff, P. Sinswat, J. M. Vaughn, B. L. Frei, D. S. Burgess, R. L. Talbert, J. I. Peters, K. P. Johnston and R. O. Williams III, Targeted High Lung Concentrations of Itraconazole Using Nebulized Dispersions in the Murine Model, *Pharmaceutical Research*, 23(2005)901-911.

66.   J. M. Vaughn, J. T. McConville, D. Burgess, J. I. Peters, K. P. Johnston, R. L. Talbert and R. O. Williams III, Single Dose and Multiple Dose Studies of Itraconazole Nanoparticles, *European Journal of Pharmaceutics and Biopharmaceutics*, 63(2006)95-102.

67.   J. M. Vaughn, N. Wiederhold, J. T. McConville, J. Coalson, R. L. Talbert, D. S. Burgess, K. P. Johnston, R. O. Williams III and J. I. Peters, Murine Airway Histology and Intracellular Uptake of Inhaled Amorphous Itraconazole, *International Journal of Pharmaceutics*, 338(2007)219-224.

68.   T. Purvis, J. M. Vaughn, T. L. Rogers, X. Chen, K. A. Overhoff, P. Sinswat, J. Hu, J. T. McConville, K. P. Johnston and R. O. Williams III, Cryogenic Liquids, Nanoparticles and Microencapsulation, *International Journal of Pharmaceutics*, 324(2006)43-50.

69.   T. Purvis, M. E. Matteucci, M. Todd Crisp, K. P. Johnston and R. O. Williams III, Rapidly Dissolving Repaglinide Powders Produced by the Ultra-Rapid Freezing Process, *AAPS Pharm Sci Tech*, 8(2007)Article 58.

70.   K. A. Overhoff, J. D. Engstrom, B. Chen, B. D. Scherzer, T. E. Milner, K. P. Johnston and R. O. Williams III, Novel Ultra-rapid Freezing Particle Engineering Process for Enhancement of Dissolution Rates of Poorly Water Soluble Drugs, *European Journal of Pharmaceutics and Biopharmaceutics*, 65(2007)57-67.

71.   D. A. Miller, M. Gamba, D. Sauer, T. P. Purvis, N. T. Clemens and R. O. Williams III, Evaluation of the USP Dissolution Test Method A for Enteric Coated Articles by Planar Laser Induced Fluorescence, *International Journal of Pharmaceutics*, 330(2007)61-72.

72.   M. Matteucci, R. O. Williams III, and K. P. Johnston, Drug Nanoparticles by Anti-solvent Precipitation:  Mixing Energy Versus Surfactant Stabilization, *Langmuir*, 22(2006)8951-8959.

73.   P. Sinswat, M. E. Matteucci, K. P. Johnston and R. O. Williams III, Dissolution Rates and Supersaturation Behavior of Amorphous Repaglinide Particles Produced by Controlled Precipitation, *Journal of Biomedical Nanotechnology*, 3(2007)18-27.

74.   M. T. Crisp, C. J. Tucker, R. L. Rogers, R. O. Williams III and K. P. Johnston, Turbidimetric Measurement and Prediction of Dissolution Rates of Poorly Soluble Drug Nanocrystals, *Journal of Controlled Release*, 117(2007)351-359.

75.  D. A. Miller, J. T. McConville, W. Yang, R. O. Williams III and J. W. McGinity, Hot-Melt Extrusion for Enhanced Delivery of Drug Particles, *Journal of Pharmaceutical Sciences*, 96(2007)361-376.

76.  J. Engstrom, D. Simpson, R. O. Williams III and K. P. Johnston, Morphology of Protein Particles Produced by Spray Freezing of Concentration Solutions, *European Journal of Pharmaceutics and Biopharmaceutics*, 65(2007)149-162.

77.  J. Engstrom, D. T. Simpson, C. Cloonan, E. S. Lai, R. O. Williams III, G. B. Kitto and K. P. Johnston, Stable High Surface Area Lactate Dehydrogenase Particles Produced by Spray Freezing into Liquid Nitrogen, *European Journal of Pharmaceutics and Biopharmaceutics*, 65(2007)163-174.

78.  C. A. Alvarez, N. P. Wiederhold, J. T. McConville, J. I. Peters, L. K. Najvar, J. R. Graybill, D. Marks, R. L. Talbert, D. S. Burgess, R. Bocanegra, K. P. Johnston and R. O. Williams III, Aerosolized Nanostructured Itraconazole as Prophylaxis Against Pulmonary Aspergillosis, *Journal of Infection,* 55(2007)68-74.

79.  K. A. Overhoff, A. Moreno, D. A. Miller, K. P. Johnston and R. O. Williams III, Solid Dispersions of Itraconazole and Enteric Polymers Made by Ultra-rapid Freezing, *International Journal of Pharmaceutics*, 336(2007)122-132.

80.  P. Sinswat, K. A. Overhoff, J. T. McConville, K. P. Johnston and R. O. Williams III, Nebulization of Nanoparticulate Amorphous or Crystalline Tacrolimus – Single Dose Pharmacokinetic Study in Mice, *European Journal of Pharmaceutics and Biopharmaceutics*, 69(2008)1057-1066.

81.  M. E. Matteucci, B. K. Brettmann, T. L. Rogers, E. J. Elder, R. O. Williams III and K. P. Johnston, Design of Potent Amorphous Drug Nanoparticles for Rapid Generation of Highly Supersaturated Media, *Molecular Pharmaceutics*, 4(2007)782-793.

82.  J. Tam, J. T. McConville, R. O. Williams III and K. P. Johnston, Amorphous Cyclosporine A Nanodispersions for Enhanced Pulmonary Deposition and Dissolution, *Journal of Pharmaceutical Sciences*, 97(2008)4915-4933.

83.  J. D. Engstrom, E. S. Lai, B. Ludher, B. Chen, T. E. Milner, R. O. Williams III, G. B. Kitto and K. P. Johnston, Formation of Stable Submicron Particles by Thin Film Freezing, *Pharmaceutical Research*, 25(2008)1334-1346.

84.  K. A. Overhoff, J. T. McConville, W. Yang, K. P. Johnston and R. O. Williams III, Effect of Stabilizer on the Maximum Degree and Extent of Supersaturation and Oral Absorption of Tacrolimus Made By Ultra-Rapid Freezing, *Pharmaceutical Research*, 25(2008)167-175.

Curriculum Vitae
Robert O. Williams III
Page 18

85.   D. A. Miller, J. C. DiNunzio and R. O. Williams III, Advanced Formulation Design: Improving Drug Therapies for the Management of Severe and Chronic Pain, *Drug Development and Industrial Pharmacy*, 34(2008)117-133.

86.   J. C. DiNunzio, J. W. McGinity and R. O. Williams III, A Review of Development and Design Technology for Next Generation Dry Powder Inhalers, *Drug Delivery Technologies*, 7(2007)22-34. (invited)

87.   D. A. Miller, J. C. DiNunzio, W. Yang, J. W. McGinity and R. O. Williams III, Enhanced In Vivo Absorption of Itraconazole via Stabilization of Supersaturation Following Acidic-to-Neutral pH Transition, *Drug Development and Industrial Pharmacy*, 34(2008)890-902.

88.   D. A. Miller, J. C. DiNunzio, W. Yang J. W. McGinity and R. O. Williams III, Targeted Intestinal Delivery of Supersaturated Itraconazole for Improved In Vivo Absorption, *Pharmaceutical Research*, 25(2008)1450-1459.

89.   W. Yang, J. Tam, D. A. Miller, J. Zhou, J. T. McConville, K. P. Johnston and R. O. Williams III, High Bioavailability from Nebulized Itraconazole Nanoparticle Dispersions with Biocompatible Stabilizers, *International Journal of Pharmaceutics*, 361(2008)177-188.

90.   W. Yang, J. I. Peters and R. O. Williams III, Inhaled Nanoparticles – A Current Review, *International Journal of Pharmaceutics*, 356(2008)239-247. (invited; recognized as one of Top-10 most cited articles published in IJP during the period 2008-2010)

91.   J. C. DiNunzio and R. O. Williams III, CNS Disorders – Current Treatment Options and the Prospects for Advanced Therapies, *Drug Development and Industrial Pharmacy*, February, 34(2008)1141-1167.

92.   A. B. Watts, J. T. McConville and R. O. Williams III, Current Therapies and Technological Advances in Aqueous Aerosol Drug Delivery, *Drug Development and Industrial Pharmacy*, 34(2008)918-922. (invited)

93.   J. C. DiNunzio, D. A. Miller, W. Yang, J. W. McGinity and R. O. Williams III, Amorphous Compositions Using Concentration Enhancing Polymers for Improved Bioavailability of Itraconazole, *Molecular Pharmaceutics*, 5(2008)968-980. (invited)

94.   A. B. Watts, J. I. Peters and R. O. Williams III, Recent Developments in Drug Delivery to Prolong Survival in Lung Transplant Patients, *Drug Development and Industrial Pharmacy,* 35(2009)259-271.

95.   J. C. DiNunzio, D. A. Miller, J. W. McGinity and R. O. Williams III, Formulating Compositions to Achieve Enhanced Oral Bioavailability Through Supersaturation, *Drug Delivery Technologies*, 8(2008)25-33. (invited)

96.   W. Yang, N. P. Wiederhold and R. O. Williams III, Drug Delivery Strategies for Improved Azole Antifungal Action, *Expert Opinion on Drug Delivery*, 5(2008)119-121 (invited).

97.   J. A. Tolman, N. A. Nelson, Y. J. Son, S. Bosselmann, N. P. Wiederhold, J. I. Peters, J. T. McConville and R. O. Williams III, Characterization and Pharmacokinetic Analysis of Aerosolized Aqueous Voriconazole Solution, *European Journal of Pharmaceutics and Biopharmaceutics*, 72(2009)199-205.

98.   M. E. Matteucci, J. C. Paguio, M. A. Miller, R. O. Williams III and K. P. Johnston, Flocculated Amorphous Nanoparticles for Highly Supersaturated Solutions, *Pharmaceutical Research*, 25(2008)2477-2487.

99.   K. A. Overhoff, K. P. Johnston, J. Tam, J. Engstrom and R. O. Williams III, Use of Thin Film Freezing to Enable Drug Delivery:  A Review, *Journal of Drug Delivery Science and Technology*, 19(2009)89-98. (invited)

100.  M. E. Matteucci, M. A. Miller, R. O. Williams III and K. P. Johnston, Highly Supersaturated Solutions of Amorphous Drugs Approaching Predictions from Configurational Thermodynamic Properties, *Journal of Physical Chemistry B*, 112(2008)16675-16681.

101.  J. D. Engstrom, J. M. Tam, M. A. Miller, R. O. Williams III and K. P. Johnston, Templated Open Flocs of Nanorods for Enhanced Pulmonary Delivery with Pressurized Metered Dose Inhalers, *Pharmaceutical Research*, 26(2009)101-117.

102.  J. A. Tolman, N. P. Wiederhold, J. T. McConville, L. K. Najvar, R. Bocanegra, J. I. Peters, J. J. Coalson, J. R. Graybill, T. F. Patterson and R. O. Williams III, Inhaled Voriconazole for the Prevention of Invasive Pulmonary Aspergillosis, *Antimicrobial Agents and Chemotherapy*, 53(2009)2613-2615.

103.  J. A. Tolman, N. A. Nelson, S. Bosselmann, J. I. Peters, J. J. Coalson, N. P. Wiederhold and R. O. Williams III, Dose Tolerability of Chronically Inhaled Voriconazole Solution in Rodents, *International Journal of Pharmaceutics*, 379(2009)25-31.

104.  J. A. Tolman, N. A. Nelson, N. P. Wiederhold and R. O. Williams III, Pharmacokinetic Profile of Inhaled Voriconazole Following Single and Multiple Doses in Rodents, *AAPS PharmSciTech,* January 2009.

105.  J. A. Tolman and R. O. Williams III, Advances in Pulmonary Delivery of Poorly Water Soluble Drugs:  Influence of Solubilization on Pharmacokinetic Properties, *Drug Development and Industrial Pharmacy*, 36(2010)1-30.

106. M. E. Matteucci, J. C. Paguio, M. A. Miller, R. O. Williams III and K. P. Johnston, Highly Supersaturated Solutions from Dissolution of Amorphous Itraconazole Microparticles at pH 6.8, *Molecular Pharmaceutics*, 6(2009)375-385.

107. A. B. Watts, K. P. O'Donnell, R. L. Talbert, J. J. Coalson, J. I. Peters and R. O. Williams III, Preclinical Evaluation of Inhaled Tacrolimus Colloidal Dispersion – Formulation Stability and 28-Day Safety in a Rodent Model, *European Journal of Pharmaceutics and Biopharmaceutics*, 77(2011)207-215.

108. X. Chen, M. E. Matteucci, C. Y. Lo, R. O. Williams III and K. P. Johnston, Flocculation of Polymer Stabilized Nanocrystal Suspensions to Produce Redispersible Powders, *Drug Development and Industrial Pharmacy*, 35(2009)283-296.

109. James C. DiNunzio, Chris Brough, Dave A. Miller, Robert O. Williams III and James W. McGinity, Fusion Processing of Itraconazole Solid Dispersions by Kinetisol Dispersing:  A Comparative Study to Hot Melt Extrusion, *Journal of Pharmaceutical Sciences*, 99(2010)1239-1253.

110. J. C. DiNunzio, C. Brough, D. A. Miller, R. O. Williams III and J. W. McGinity, Applications of KinetiSol Dispersing for the Production of Plasticizer Free Amorphous Solid Dispersions, *European Journal of Pharmaceutical Sciences,* 40(2010)179-187.

111. J. C. DiNunzio, C. Brough, J. R. Hughey, R. O. Williams III and J. W. McGinity, Fusion Production of Solid Dispersions Containing a Heat Sensitive Active Ingredient by Hot Melt Extrusion and KinetiSol Dispersing, *European Journal of Pharmaceutics and Biopharmaceutics*, 74(2010)340-351.

112. J. C. DiNunzio, J. R. Hughey, C. Brough, D. A. Miller, R. O. Williams III and J. W. McGinity, Production of Advanced Solid Dispersions for Enhanced Bioavailability of Itraconazole Using KinetiSol Dispersing, *Drug Development and Industrial Pharmacy*, (2010) Early Online, 1-15.

113. W. Yang, K. P. Johnston and R. O. Williams III, Comparison of Bioavailability of Amorphous versus Crystalline Itraconazole Nanoparticles via Pulmonary Administration in Rats,  *European Journal of Pharmaceutics and Biopharmaceutics,* 75(2010)33-41.

114. A. B. Watts and R. O. Williams III, Investigation of Brittle-matrix Particles as a Formulation Platform for Dry Powder Inhalation, *Drug Development and Industrial Pharmacy,* October 2009 (submitted).

115. W. Yang, K. T. Chow, B. Lang, N. P. Wiederhold, K. P. Johnston and R. O. Williams III, In Vitro Characterization and Pharmacokinetics in Mice Following Pulmonary

Delivery of Itraconazole as Cyclodextrin Solubilized Solution, *European Journal of Pharmaceutical Sciences,* 39(2010)336-347.

116. A. B. Watts, A. M. Cline, A. R. Saad, G. Hsiung, S. B. Johnson, J. I. Peters and R. O. Williams III, Characterization and Pharmacokinetic Analysis of Tacrolimus Dispersion for Nebulization in a Lung Transplanted Rodent Model, *International Journal of Pharmaceutics* 385(2010)46-52.

117. J. M. Tam, J. D. Engstrom, D. Ferrer, R. O. Williams III and K. P. Johnston, Templated Open Flocs of Anisotropic Particles for Pulmonary Delivery with Pressurized Metered Dose Inhalers, *Journal of Pharmaceutical Sciences,* 99(2010)3150-3165.

118. J. R. Hughey, J. C. DiNunzio, R. C. Bennett, C. Brough, D. A. Miller, H. Ma, R. O. Williams III and J. W. McGinity, Dissolution Enhancement of a Drug Exhibiting Thermal and Acidic Decomposition Characteristics by Fusion Processing:  A Comparative Study of Hot Melt Extrusion and KinetiSol® Dispersing, *AAPS PharmSciTech,* 11(2010)760-774.

119. K. O'Donnell and R. O. Williams III, Nanoparticle Systems for Oral Drug Delivery to the Colon, *International Journal of Nanotechnology*, 8(2011)4-20.  (invited)

120. S. Bosselmann, D. E. Owens III, R. L. Kennedy, M. J. Herpin and R. O. Williams III, Novel Plasma Deposited Stability Enhancement Coating for Amorphous Ketoprofen, *European Journal of Pharmaceutics and Biopharmaceutics*, December 2010 (in press).

121. W. Yang, Donald E. Owens, Jay I. Peters and R. O. Williams III, Improved Bioavailability of Engineered Amorphous Nanostructured Compositions of Poorly Water-Soluble Drugs by Rapid Freezing Particle Engineering Technology, *Drug Delivery Technologies*, 11(2011)22-31.

122. T. C. Carvalho, J. I. Peters and R. O. Williams III, Influence of Particle Size on Regional Lung Deposition – What Evidence is There? *International Journal of Pharmaceutics*, November 2010 (in press), (invited).

123. S. Bosselmann and R. O. Williams III, Has Nanotechnology Led to Improved Therapeutic Outcomes? *Drug Development and Industrial Pharmacy*, January 2011 (in press).

124. J. O. Morales, J. I. Peters and R. O. Williams III, Surfactants-Their Critical Role in Enhancing Drug Delivery to the Lungs, *Therapeutic Delivery*, January 2011 (in press), (invited).

Curriculum Vitae
Robert O. Williams III
Page 22

125.   K. P. O'Donnell and R. O. Williams III, Pulmonary Dispersion Formulations:   The Impact of Dispersed Powder Properties on Pressurized Metered Dose Inhaler Stability, *Drug Development and Industrial Pharmacy*, April 2011 (submitted).

Curriculum Vitae
Robert O. Williams III
Page 23

XIII.     Published Abstracts

1. An Investigation of Compressibility of Some Direct Compression Excipients, Abstracts of the Southwest Pharmaceutics Research Interest Group, Austin, TX, March, 1983.

2. Application of Tableting Indices to Study Compaction Properties of Powders, Abstracts of the Academy of Pharmaceutical Sciences Meeting, Philadelphia, PA, November, 1984.

3. A Study of Powders Using the Hiestand Indices, Abstracts of the Academy of Pharmaceutical Sciences Meeting, Minneapolis, MN, October, 1985.

4. A Study of the Influence of Magnesium Stearate or Talc on the Compaction Properties of Direct Compression Excipients Using Tableting Indices, Proceedings of the Fifth Pharmaceutical Technology Conference, Harrogate, England, April, 1986.

5. The Use of Tableting Indices to Study Compaction Properties of Powders, Eli Lilly and Company, Tippecanoe Laboratories, October, 1986.

6. A Study of the Effects of Magnesium Stearate or Talc on the Compaction Properties of Some Medicaments Using Tableting Indices, Proc. First American Association of Pharmaceutical Scientists, Washington, DC, November, 1986.

7. Influence of Mixing Time on the Compaction Properties of Compacts Continuing Avicel PH101 and Magnesium Stearate, JUC Pharm. Sci. 1987 Meeting, Honolulu, Hawaii, December, 1987.

8. Compaction Properties of Acrylic Polymers in Combination with Plastic and Brittle Drugs, JUC Pharm. Sci. 1987 Meeting, Honolulu, Hawaii, December, 1987.

9. The Characterization of Fenoprofen Calcium Using Tableting Indices, Pharmaceutics Series, The University of Texas at Austin, Austin, TX, April, 1989.

10. Interaction of RG-12915A with Polyvinyl Chloride Infusion Bags, Proc. Sixth Annual Meeting, American Association of Pharmaceutical Scientists, Washington, DC, November, 1991.

11. Process Improvement/Thyroid Milling, Science Expo 1992, Rhone-Poulenc Rorer, Collegeville, PA, October, 1992.

12. Formulation and Characterization of Water-In-Oil Emulsions, Science Expo 1992, Rhone-Poulenc Rorer, Collegeville, PA, October, 1992.

13. Formulation and Characterization of Water-In-Oil Emulsions.  Seventh Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, San Antonio, TX, November, 1992.

14. Utilization of Sodium Chloride, Fructose, and Urea to Modify the Surface Tension of RG-12915A Solutions, Seventh Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, San Antonio, TX, November, 1992.

15. Intravenous and Intradermal In Vivo Assays for Screening Local Tolerance of Injectable. Seventh Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, San Antonio, TX, November, 1992.

16. Evaluation of Effect of Film Coating Formulations on the Quality of Tablet Printing: Solvent versus Aqueous In Systems, Science Expo 1993, Rhone-Poulenc Rorer, Collegeville, PA, October, 1993.

17. Influence of Loading Temperature of the Metering Chamber on Product Performance of a pMDI, Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Seattle, WA, October, 1996.

18. Comparison of Bonding Indices of Different Microcrystalline Cellulose Products, Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Seattle, WA, October, 1996.

19. Investigation of Water Uptake into Metered-Dose Inhaler Products, Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Seattle, WA, October, 1996.

20. Minimization of Food Effect on Drug Release From Aquacoat Coated Pellets, Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Seattle, WA, October, 1996.

21. A Method For Detection of Residual Tween 80 From Aerosol Componentry Using Thin-Layer Chromatography, Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Seattle, WA, October, 1996.

22. Formulation Aspects of Freund's Incomplete Adjuvant Emulsion, Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Seattle, WA, October, 1996.

23. The Influence of Metering Chamber Volume on the Dose Delivery and the Aerodynamic Particle Size Distribution from a pMDI Formulated with P-134a Propellant, Proceedings of the 16th Pharmaceutical Technology Conference, Athens, Greece, April, 1997.

24. The Influence of Water on the Emitted Dose of a pMDI Containing P-134a Propellant, Proceedings of the 16th Pharmaceutical Technology Conference, Athens, Greece, April, 1997.

25. Optimization of Drug Delivery From a MDI with Propellants 134a and 227, Proceedings of the 24th International Symposium on Controlled Release of Bioactive Materials, Stockholm, Sweden, June, 1997.

26. Influence of Food Effects on Drug Release From Aquacoat Coated Beads, Proceedings of the 24th International Symposium on Controlled Release of Bioactive Materials, Stockholm, Sweden, June, 1997.

27. Influence of Micronization Technique on the Delivery of Drug From a Metered-Dose Inhaler Formulation Using Propellant HFA 134a. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Boston, MA, November, 1997.

28. Characterization of Chitosan Microspheres as Protein Carriers for Lung Delivery. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Boston, MA, November, 1997.

29. Pulmonary Delivery of Proteins by Inhalation Aerosols Formulated with HFA 134a Propellant. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Boston, MA, November, 1997.

30. Influence of Temperature on the Integrity of Aerosol Can Linings Following Exposure to Hydrofluoroalkane Propellants. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Boston, MA, November, 1997.

31. Influence of Propellant Type on the Solubility of Triamcinolone Acetonide and Beclomethasone Dipropionate. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Boston, MA, November, 1997.

32. Formulation and Characterization of an Inclusion Complex of Cholesterol and Hydroxypropyl-beta-cyclodextrin. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Boston, MA, November, 1997.

33. Optimization of a Matrix Tablet Formulation Containing a Liquid Active Ingredient Using HPMC. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Boston, MA, November, 1997.

34. Optimization of Granulations Containing Nonoxynol-9 Using Hydroxypropyl-methylcellulose. Proceedings of the 17th Pharmaceutical Technology Conference, Dublin, Ireland, March, 1998.

35. Influence of Hydroxypropyl-beta-cyclodextrin on the Chemical Stability of Aspirin in HFA 134a. Proceedings of the Respiratory Drug Delivery VI Conference, Hilton Head, South Carolina, May, 1998.

36. Modeling the Stability of Aspirin in a pMDI Formulation Containing HFA 134 and Hydroxypropyl-beta-cyclodextrin. Proceedings of the 2nd World Meeting on Pharmaceutics, Biopharmaceutics, and Pharmaceutical Technology, Paris, France, May, 1998.

37. Influence of Propellant Type on Drug Solubility. Proceedings of the 25th International Symposium on Controlled Release of Bioactive Materials, Las Vegas, NV, June, 1998.

38. Optimization of a Matrix Tablet Formulation Containing a Liquid Active Ingredient Using Cellulose Ethers. Proceedings of the 25th International Symposium on Controlled Release of Bioactive Materials, Las Vegas, NV, June, 1998.

39. Evaluation of the Impact of Eudragit Enteric Resin Coating Systems on the Pharmacokinetic Characteristics of Diltiazem Extended-Release Tablets. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, San Francisco, CA, November, 1998.

40. Chitosan Microspheres for Mucosal Delivery of Insulin. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, San Francisco, CA, November, 1998.

41. Influence of Co-Grinding of Drug and a Polymeric Surfactant on Performance of a Pressurized Metered Dose Inhaler Suspension Formulation. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, San Francisco, CA, November, 1998.

42. Investigation of Some Commercially Available Spacer Devices on the Delivery of a Glucocorticoid Steroid from a Pressurized Metered Dose Inhaler. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, San Francisco, CA, November, 1998.

43. Aerosol Delivery of Insulin via a Pressurized Metered Dose Inhaler Formulated with HFA 134a. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, San Francisco, CA, November, 1998.

44. Study of Solubility of Steroids in Hydrofluoroalkane Propellants. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, San Francisco, CA, November, 1998.

45. Influence of Curing Conditions on Drug Release from Ethylcellulose Coated Matrix Bead Formulations. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, San Francisco, CA, November, 1998.

46. Use of Cellulose Ethers in a Vaginal Tablet Containing Nonoxynol-9. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, San Francisco, CA, November, 1998.

47. Moisture Uptake and its Effect on the Performance of pMDIs.  Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, San Francisco, CA, November, 1998.

48. Effect of Plasticizers and Curing Conditions on the Mechanical Properties of Aqueous Based Cellulose Acetate Phthalate Films.  Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, San Francisco, CA, November, 1998.

49. Chitosan Microspheres for Mucosal Delivery of Insulin. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, San Francisco, CA, November, 1998.

50. Co-processing and its Influence on a Model pMDI Formulation Containing Triamcinolone Acetonide and Pluronic F77, Proceedings of the 26th International Symposium on Controlled Release of Bioactive Materials, Boston, MA, June, 1999.

51. Feasibility Study of Buccal Delivery of Insulin Using Propellant-Driven Metered-Dose Applicators.  Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, New Orleans, LA, November, 1999.

52. Development of Moisture Scavenger Systems for Controlling the Water Level in pMDIs. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, New Orleans, LA, November, 1999.

53. Influence of Coating Variables on Drug Release from Beads Coated with Cellulose Acetate Phthalate Aqueous Dispersion. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, New Orleans, LA, November, 1999.

54. Influence of Processing Parameters on Drug Release from Ethylcellulose Coated Matrix Bead Formulations. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, New Orleans, LA, November, 1999.

55. Use of Heliox to Deliver Albuterol by Nebulization – An In Vitro Evaluation. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, New Orleans, LA, November, 1999.

56. Cryogenic Spray Process for the Preparation of Microparticles. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, New Orleans, LA, November, 1999.

57. Development and Validation of a Reverse-Phase HPLC Stability-Indicating Assay for Insulin. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, New Orleans, LA, November, 1999.

58. Investigation of Excipient Type on the Release of Alprazolam from Hydrophilic Matrix Tablets. Proceedings of the Pharmacy Student Research Conference, Denver, CO, June, 2000.

59. Investigation of the Use of Pore Formers to Modify Drug Release from Ethylcellulose Coated Beads. Proceedings of the Pharmacy Student Research Conference, Denver, CO, June, 2000.

60. Method to Recover a Lipophilic Drug from Hydroxypropyl Methylcellulose Matrix Tablets. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Indianapolis, IN, October, 2000.

61. Use of Pore Formers to Modify Drug Release from Ethylcellulose Coated Beads. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Indianapolis, IN, October, 2000.

Curriculum Vitae
Robert O. Williams III
Page 27

62. Investigation of Excipient type and Level on Drug Release from HPMC Controlled Release Tablets. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Indianapolis, IN, October, 2000.

63. Influence of Plasticizers on Heat-Humidity Curing of Cellulose Acetate Phthalate. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Indianapolis, IN, October, 2000.

64. Buccal Delivery of Insulin Using Perosulin Pressurized Metered-Dose Applicator. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Indianapolis, IN, October, 2000.

65. Comparison of the Aerodynamic Particle Size Distribution of pMDIs Obtained Using the Aerosizer and Andersen Cascade Impactor. Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Indianapolis, IN, October, 2000.

66. Novel Curing Process for Cellulose Acetate Phthalate Coated Beads. Proceedings of the 20th Pharmaceutical Technology Conference and Exhibition, Liverpool, UK, April, 2001.
    a. Received the Penwest Award for best scientific paper

67. Buccal Delivery of Insulin to Type I Diabetic Patients with Perosulin Formulation. Proceedings of the American Association of Pharmaceutical Scientists, Denver, CO, October, 2001.

68. Stabilization of a Ketoprofen/PLO Formulation. Proceedings of the American Association of Pharmaceutical Scientists, Denver, CO, October, 2001.

69. Utilization of a Novel Cryogenic Spray-freezing into Liquid Process to Enhance the Dissolution of Danazol. Proceedings of the American Association of Pharmaceutical Scientists, Denver, CO, October, 2001.

70. Improvement of Dissolution Rate of Poorly Water Soluble Drugs Using the Novel Spray-freezing into Liquid Technology. Proceedings of the American Association of Pharmaceutical Scientists, Denver, CO, October, 2001.

71. Evaporative Precipitation into Aqueous Solutions (EPAS) – A New Technology to Enhance Bioavailability for Poorly Water Soluble Drugs. Proceedings of the American Association of Pharmaceutical Scientists, Denver, CO, October, 2001.

72. Amorphous Nifedipine Nanoparticles for Enhanced Bioavailability Formed by Evaporative Precipitation into Aqueous Solution (EPAS). Proceedings of the American Association of Pharmaceutical Scientists, Denver, CO, October, 2001.

73. Pharmacodynamics of Alprazolam Formulated in HPMC Controlled Release Tablets. Proceedings of the American Association of Pharmaceutical Scientists, Denver, CO, October, 2001.

74. Formulation Development and Pharmacokinetics Study of Alprazolam Contained in HPMC Controlled Release Tablets. Proceedings of the American Association of Pharmaceutical Scientists, Denver, CO, October, 2001.

75. Comparison of Cascade Impaction and Time-of-flight Methods for Characterizing Nebulizer Output. Proceedings of the American Association of Pharmaceutical Scientists, Denver, CO, October, 2001.

76. A Process for the Production of Protein Loaded Microparticles Using a Novel Cryogenic Process. Proceedings of the American Association of Pharmaceutical Scientists, Denver, CO, October, 2001.

Curriculum Vitae
Robert O. Williams III
Page 28

77. Properties of Heat-Humidity Cured Cellulose Acetate Phthalate Free Films Prepared by the Spray Method. Proceedings of the American Association of Pharmaceutical Scientists, Denver, CO, October, 2001.

78. Enteric Release Stability of Heat-Humidity Cured Cellulose Acetate Phthalate Coated Beads. Proceedings of the American Association of Pharmaceutical Scientists, Denver, CO, October, 2001.

79. Particle Design for Enhanced Dissolution Rates of Poorly Water Soluble Drugs. Proceedings of the 76th Colloid and Surface Science Symposium, University of Michigan, Ann Arbor, MI, June, 2002.

80. Evaporative Precipitation into Aqueous Solution to Enhance Dissolution of Poorly Water Soluble Drugs. Proceedings of the 4th World Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology, Florence, Italy, April, 2002.

81. Utilization of a Novel Spray-Freezing Into Liquid (SLF) and Atmospheric Freeze Drying (ATMFD) Particle Engineering Technology to Enhance the Dissolution of a Poorly Water Soluble Model Drug. Proceedings of the 4th World Meeting on Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology, Florence, Italy, April, 2002.

82. A Novel Particle Engineering Technology:  Spray Freezing into Liquid To Enhance the Dissolution of Poorly Water Soluble Drugs. Proceedings of the Controlled Release Society Meeting, Seoul, South Korea, July, 2002.

83. A New Process for the Production of Protein Loaded Microparticles Using a Novel Cryogenic Process. Proceedings of the Controlled Release Society Meeting, Seoul, South Korea, July, 2002.

84. A Novel Technique to Enhance Dissolution of Poorly Water Soluble Compounds: Evaporative Precipitation into Aqueous Solution (EPAS). Proceedings of the Controlled Release Society Meeting, Seoul, South Korea, July, 2002.

85. Particle Design for Enhanced Dissolution Rates of Water Insoluble Drugs. Proceedings of the American Institute for Chemical Engineering, Indianapolis, IN, November, 2002.

86. Novel Spray Freezing Process for the Production of Protein Loaded Microparticles. Proceedings of the American Association of Pharmaceutical Scientists Meeting, Toronto, Canada, November 2002.

87. Novel Process to Prepare Microparticles for Depot Delivery:  Spray Freezing Double Emulsion Into Liquid. Proceedings of the American Association of Pharmaceutical Scientists Meeting, Toronto, Canada, November 2002.

88. Formulation of Danazol Micronized by Evaporative Precipitation Into Aqueous Solution. Proceedings of the American Association of Pharmaceutical Scientists Meeting, Toronto, Canada, November 2002.

89. Enhanced Aqueous Dissolution of a Poorly Water Soluble Drug by Novel Particle Engineering Technologies:  Spray-Freezing into Liquid Dried by Atmospheric Freeze-Drying. Proceedings of the American Association of Pharmaceutical Scientists Meeting, Toronto, Canada, November 2002.

90. A Novel Cryogenic Spray Process to Enhance Dissolution of Poorly Water Soluble Drug: Organic Solvent vs. Aqueous-Organic Co-solvent Systems. Proceedings of the American Association of Pharmaceutical Scientists Meeting, Toronto, Canada, November 2002.

91. High Potency Danazol with Enhanced Dissolution Rates by Evaporative Precipitation into Aqueous Solution. Proceedings of the American Association of Pharmaceutical Scientists Meeting, Toronto, Canada, November 2002.

92. Release Mechanism of Alprazolam from Controlled Release Tablets Containing HPMC and Various Excipients. Proceedings of the American Association of Pharmaceutical Scientists Meeting, Toronto, Canada, November 2002.

93. Quantitation of Plasticizers from Cellulose Acetate Phthalate Films by High-Performance Liquid Chromatography (HPLC) – Separation. Proceedings of the American Association of Pharmaceutical Scientists Meeting, Toronto, Canada, November 2002.

94. High Potency Danazol with Enhanced Dissolution Rates by Evaporative Precipitation into Aqueous Solution. Proceedings of the Controlled Release Society, Winter Meeting, Salt Lake City, UT, March 2003.

95. Improvement of Dissolution Rate of Poorly Water Soluble Drug Utilizing a Novel Spray Freezing into Liquid Process:  Organic Solvent vs. Aqueous-Organic Co-solvent Systems. Proceedings of the Controlled Release Society, Winter Meeting, Salt Lake City, UT, March 2003.

96. A Novel Particle Engineering Technology:  Spray Freezing Into Liquid to Enhance the Dissolution of Poorly Water Soluble Drugs. Proceedings of the 21st Pharmaceutical Technology Conference, Dublin, Ireland, March 2003.

97. Enhancement of Danazol Potency by Spray Freezing into Liquid (SFL) Using Organic Solvents. Proceedings of the 30th Controlled Release Society Meeting, Glasgow, Scotland, July 2003.

98. Enhanced Dissolution by Evaporative Precipitation into Aqueous Solution and Formulation of the Processed Dispersions. Proceedings of the 30th Controlled Release Society Meeting, Glasgow, Scotland, July 2003.

99. Spray Freezing into Liquid for Protein Microparticle Preparation:  Influence of Process Parameters on Physicochemical Stability of Protein. Proceedings of the 30th Controlled Release Society Meeting, Glasgow, Scotland, July 2003.

100. Encapsulation of Protein Solids Produced by Spray Freezing into Liquid into Biodegradable Microparticles for Controlled Release. Proceedings of the 30th Controlled Release Society Meeting, Glasgow, Scotland, July 2003.

101. Micronized Powders of a Poorly Water Soluble Drug Produced by a Spray Freezing into Liquid Emulsion Process. Proceedings of the 30th Controlled Release Society Meeting, Glasgow, Scotland, July 2003.

102. Protein Processing via Spray Freezing into Liquid to Achieve Low Burst During Protein Delivery from Biodegradable Polymeric Microspheres. Proceedings of the American Institute for Chemical Engineering, San Francisco, CA, November, 2003.

103. Physicochemical Properties of Itraconazole Produced by Spray-Freezing into Liquid Process. Proceedings of the First EUFEPS Conference, Versailles, France, October, 2003.

104. Stability of Amorphous Danazol Powders Produced by Spray Freezing Into Liquid Technology:  Influence of Excipient Type and Glass Transition Temperature. Proceedings of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October 2003.

105. Low Burst Biodegradable Microspheres Using Protein Solids Prepared Via Spray Freezing Into Liquid Technology.  Proceedings of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October 2003.

106.　The Stability of Protein Powder:  Spray Freezing Into Liquid Versus Spray Freeze Drying.  Proceedings of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October 2003.

107.　The Influence of Process Parameters on the Stability of Protein Nanoparticles Produced by Spray Freezing Into Liquid.  Proceedings of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October 2003.

108.　Nebulization of a Suspension Containing Itraconazole Prepared by Evaporative Precipitation Into Aqueous Solution.  Proceedings of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October 2003.

109.　Spray Freezing Into Liquid of Itraconazole for Pulmonary Delivery.  Proceedings of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October 2003.

110.　High Potency Itraconazole with Enhanced Dissolution Rates Produced by Evaporative Precipitation Into Aqueous Solution.  Proceedings of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October 2003.

111.　Influence of Stabilizer Type on Dissolution Properties of Itraconazole Produced by Evaporative Precipitation Into Aqueous Solution. Proceedings of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October 2003.

112.　Rapid Release High Potency Danazol Powders Produced by Spray Freezing Into Liquid (SFL) – Organic Solvent Process.  Proceedings of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October 2003.

113.　Controlling Particle Characteristics of Itraconazole Powders Produced by Spray-Freezing Into Liquid – Organic Solution Versus Emulsion Liquid Feed Solutions.  Proceedings of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October 2003.

114.　Evaporative Precipitation Into Aqueous Solution Process:  Investigation of Processing Parameters to Enhance Dissolution of Danazol.  Proceedings of the American Association of Pharmaceutical Scientists, Salt Lake City, UT, October 2003.

115.　Stability and Delivery of Protein Powders Prepared by the Spray Freezing into Liquid Nitrogen Technology, Abstracts of Papers, 227th American Chemical Society Meeting, Anaheim, CA, March, 2004.

116.　Comparison of Particle Formation Processes, Spray Freezing into Liquid and Evaporative Precipitation into Aqueous Solution:  How Particle Formation Impacts Morphology and Performance, Proceedings of the 30th Controlled Release Society Meeting, Honolulu, HI, June, 2004.

117.　Enhanced Solubility and Dissolution of Itraconazole Prepared by the Spray Freezing into Liquid Technique, Proceedings of the 30th Controlled Release Society Meeting, Honolulu, HI, June, 2004.

118.　Stable Amorphous Danazol Nanostructured Powders Produced by Spray Freezing into Liquid Technology, Proceedings of the 30th Controlled Release Society Meeting, Honolulu, HI, June, 2004.

119.　Homogenous Encapsulation of Protein Nanoparticles into Uniform Size Microspheres, Proceedings of the National Biotechnology Meeting, Boston, MA, June 2004.

120.　Controlled Precipitation of Naproxen Nanoparticles, Proceedings of the American Institute of Chemical Engineers Meeting, Austin, TX, November, 2004.

Curriculum Vitae
Robert O. Williams III
Page 31

121.    Spray Freezing into Liquid Versus Spray Freeze Drying:  The Influence of Atomization on Protein Aggregation and Biological Activity, Proceedings of the American Association of Pharmaceutical Scientists, Baltimore, MD, November, 2004.

122.    Insulin Loaded Polymeric Microparticles:  Formulation, Characterization, and Release Characteristics, Proceedings of the American Association of Pharmaceutical Scientists, Baltimore, MD, November, 2004.

123.    The Use of Antioxidants to Stabilize Ethyl Lactate, Proceedings of the American Association of Pharmaceutical Scientists, Baltimore, MD, November, 2004.

124.    Ultrarapid Freezing to Micronize Water Insoluble Drugs – A Comparison to Spray Freezing into Liquid, Proceedings of the American Association of Pharmaceutical Scientists, Baltimore, MD, November, 2004.

125.    Design of a Restraint-Free Small Animal Dosing Chamber for Inhalation and Investigation of Drug Distribution Within the Chamber, Proceedings of the American Association of Pharmaceutical Scientists, Baltimore, MD, November, 2004.

126.    Comparison of Powder Produced by Evaporative Precipitation into Aqueous Solution and Spray Freezing into Liquid, Proceedings of the American Association of Pharmaceutical Scientists, Baltimore, MD, November, 2004.

127.    Rapid Release Tablet Formulation Containing Micronized Danazol Powder Produced by Spray Freezing into Liquid, Proceedings of the American Association of Pharmaceutical Scientists, Baltimore, MD, November, 2004.

128.    Morphology of Poorly Water Soluble Drug Nanoparticles by a Cryogenic SEM Technique, Proceedings of the American Association of Pharmaceutical Scientists, Baltimore, MD, November, 2004.

129.    Miscibility of Hydrophilic Polymers and Surfactants with Polyethylene Oxide in Hot-melt Extruded Tablets Containing Poorly Water Soluble Drug, Proceedings of the American Association of Pharmaceutical Scientists, Baltimore, MD, November, 2004.

130.    Influence of Processing on Stability of Insulin – Spray Freezing Into Liquid, Proceedings of the American Association of Pharmaceutical Scientists, Baltimore, MD, November, 2004.

131.    Delivery of Poorly Water Soluble Drugs Using Nebulization, Proceedings of the 15th Drug Delivery to the Lungs Conference, Aerosol Society, London, England, December, 2004.

132.    Comparison of Commercial Itraconazole to Aerosolized Nanoparticle Itraconazole in a Murine Model for the Prevention of Invasive Pulmonary Aspergillus, Proceedings of Alcalde XIX Southwest Leadership Conference, Austin, Texas, April, 2005.

133.    Novel Treatment of Pulmonary Aspergillosis Using Nebulized Itraconazole Nanoparticles in the Murine Model, Proceedings of the Respiratory Drug Delivery – Europe 2005 Conference, Paris, France, May, 2005.

134.    Improved Dissolution Rate and Bioavailability Through the Formation of a Highly Miscible Binary Mixture, Proceedings of the Controlled Release Society Annual Meeting, Miami, FL, June, 2005.

    a.  Paper awarded the Controlled Release Society's Innovative Aspects of Oral Drug Delivery and Absorption Graduate/Post-Doc Award

135.    Rapid Release, High Potency Itraconazole Formed by Evaporative Precipitation Into Aqueous Solution, Proceedings of the Controlled Release Society Annual Meeting, Miami, FL, June, 2005.

      a.   Paper nominated for the Controlled Release Society's Innovative Aspects of Oral Drug Delivery and Absorption Graduate/Post-Doc Award

136.    Particle Engineering for Rapid Dissolution Rates of Poorly Water Soluble Drugs, Proceedings of the American Institute of Chemical Engineers 2005 Annual Meeting, Cincinnati, OH, October, 2005.

137.    Cryogenic Liquids, Nanoparticles and Microencapsulation, Proceedings of the 15th Symposium on Microencapsulation, Parma, Italy, September, 2005.
      a.   Invited Speaker

138.    Improved Danazol Supersaturation and Oral Bioavailability via Formulation into an Amorphous Solid Solution, Proceedings of the American Association of Pharmaceutical Scientists Meeting, Nashville, TN, November, 2005.

139.    Characterization of Nebulized Itraconazole Nanoparticles and Delivery to the Murine Lung, Proceedings of the American Association of Pharmaceutical Scientists Meeting, Nashville, TN, November, 2005.

140.    Treatment of Acute Pulmonary Aspergillosis with Nebulized Itraconazole in the Murine Model, Proceedings of the American Association of Pharmaceutical Scientists Meeting, Nashville, TN, November, 2005.

141.    Poorly Water Soluble Drug Nanoparticles by Anitsolvent Precipitation:  Mixing Energy Versus Surfactant Stabilization, Proceedings of the American Association of Pharmaceutical Scientists Meeting, Nashville, TN, November, 2005.

142.    On-Line Turbidimetric Dissolution Rates of Poorly Water Soluble Drug Nano-structured Particles, Proceedings of the American Association of Pharmaceutical Scientists Meeting, Nashville, TN, November, 2005.

143.    Improvement of Dissolution Rate of Repaglinide Using Controlled Precipitation, Proceedings of the American Association of Pharmaceutical Scientists Meeting, Nashville, TN, November, 2005.

144.    Novel Processes for the Enteric Coating of Empty Gelatin Capsules, Proceedings of the American Association of Pharmaceutical Scientists Meeting, Nashville, TN, November, 2005.

145.    Rapid Dissolving Repaglinide Powders Produced by Ultra-Rapid Freezing Process, Proceedings of the American Association of Pharmaceutical Scientists Meeting, Nashville, TN, November, 2005.

146.    Investigation of Dissolution Properties of Microcrystalline or Stabilized Amorphous Particles of Itraconazole in Melt Extruded Solid Dispersions, Proceedings of the American Association of Pharmaceutical Scientists Meeting, Nashville, TN, November, 2005.

147.    In vivo Efficacy of Aerosolized Nano-structured Itraconazole Formulations for the Prevention of Invasive Pulmonary Aspergillosis, Proceedings of the 45th Interscience Conference on Antimicrobial Agents and Chemotherapy, Washington, D.C., December 2005.

148.    Murine Airway Histology and Alveolar Macrophage Uptake of Inhaled Amorphous Itraconazole, Proceedings of the American Thoracic Society Meeting, San Diego, CA, May, 2006.

149.    Particle Engineering and Formulation for Enhanced Bioavailability of Poorly Water Soluble Drugs, Proceedings of Particles 2006, Medical/Biochemical Diagnostic,

Curriculum Vitae
Robert O. Williams III
Page 33

Pharmaceutical and Drug Delivery Applications of Particle Technology, Orlando, FL, May 2006.

150.    Single Dose Variability and Multi-Dose Studies of Nebulized Itraconazole in a Murine Model, Proceedings of Respiratory Drug Delivery X, Boca Raton, FL, April 2006.

151.    Poorly Water Soluble Drug Nanoparticles by Anitsolvent Precipitation:  Mixing Energy Versus Surfactant Stabilization, Proceedings of the Controlled Release Society Meeting, Vienna, Austria, July 2006.

152.    Sustained Lung Concentrations of Itraconazole Using Nebulized Dispersions in a Murine Model, Proceedings of the Controlled Release Society Meeting, Vienna, Austria, July 2006.

153.    Evaluation of the USP Enteric Test Method A for Delayed-Release Dosage Forms Using PLIF, Proceedings of the Controlled Release Society Meeting, Vienna, Austria, July 2006.

154.    Evaluation of the USP Dissolution Test Method A for Enteric Coated Articles by Planer Laser Induced Fluorescence, Proceedings of the World Congress of Pharmacy and Pharmaceutical Sciences 2006, 66th International Congress of FIP, Salvatore, Brazil, August 2006.

155.    Aerosolized Itraconazole (ITZ) as Prophylaxis Against Invasive Pulmonary Aspergillosis (IPA) Due to *Aspergillus fumigatus*, Proceedings of the Interscience Conference on Antimicrobial Agents and Chemotherapy, San Francisco, CA, September, 2006.

156.    Aerosolized Itraconazole as Prophylaxis Against Invasive Pulmonary Aspergillosis Due to Aspergillus Fumigatus, Proceedings of the American College of Clinical Pharmacy, St. Louis, MO, October, 2006.

157.    In-vitro and In-vivo Comparison of Melt Extruded Particulate Dispersions of PVP and HPMC-Stabilized Nano-Structured Amorphous Particles of Itraconazole, Proceedings of the American Association of Pharmaceutical Scientists, San Antonio, TX, October 2006.

158.    Formation of Stable Submicron Protein Particles by Thin Film Freezing, Proceedings of the American Association of Pharmaceutical Scientists, San Antonio, TX, October 2006.

159.    Anti-solvent Precipitation of Cyclosporin A Nanoparticles for Enhanced Pulmonary Delivery, Proceedings of the American Association of Pharmaceutical Scientists, San Antonio, TX, October 2006.

160.    In-vitro and In-vivo Validation of a High Concentration Preclinical Rodent Dosing Apparatus for Inhalation, Proceedings of the American Association of Pharmaceutical Scientists, San Antonio, TX, October 2006.

161.    Development of a Modified Release System Containing Itraconazole Using the Ultra-Rapid Freezing Technology, Proceedings of the American Association of Pharmaceutical Scientists, San Antonio, TX, October 2006.

162.    Stable Supersaturated Solutions from Nanoparticle Dissolution, Proceedings of the American Association of Pharmaceutical Scientists, San Antonio, TX, October 2006.

163.    Evaluation of the USP Dissolution Test Method A for Enteric-Coated Articles by Planar Laser Induced Fluorescence, Proceedings of the American Association of Pharmaceutical Scientists, San Antonio, TX, October 2006.

164.    Optimization of Rapidly Disintegrating and Dissolving Tablets Containing Itraconazole Nanoparticles Formed by Evaporative Precipitation Into Aqueous Solution, Proceedings of the American Association of Pharmaceutical Scientists, San Antonio, TX, October 2006.

165.    Immunological Response and Alveolar Macrophage Uptake of Inhaled Amorphous ITZ, Proceedings of the American Association of Pharmaceutical Scientists, San Antonio, TX, October 2006.

166.    Engineered Particles for Targeted Drug Delivery, Proceedings 15th International Symposium on Microencapsulation, Lexington, Kentucky, September 2007.

167.    In Vitro Efficacy and In Vivo Safety of Inhaled Nanoparticles of Tacrolimus, Proceedings of the American College of Chest Physicians, Chicago, IL, October, 2007.

168.    Effect of Stabilizer on the Maximum Degree and Extent of Supersaturation and Oral Absorption of Tacrolimus Nanoparticles Made by Ultra-rapid Freezing, Proceedings of the American Association of Pharmaceutical Scientists, San Diego, CA, November, 2007.

169.    Improved Bioavailability of Itraconazole via Pulmonary Administration of Nanoparticles Produced by Ultra-rapid Freezing, Proceedings of the American Association of Pharmaceutical Scientists, San Diego, CA, November, 2007.

170.    Preformulation and Formulation Studies of Rapidly Dissolving Powders of Sirolimus Produced by the Ultra-Rapid Freezing Process, Proceedings of the American Association of Pharmaceutical Scientists, San Diego, CA, November, 2007.

171.    Multiple Dose Pharmacokinetic Study of Tacrolimus Nanoparticles Delivered by Nebulization to Mice, Proceedings of the American Association of Pharmaceutical Scientists, San Diego, CA, November, 2007.

172.    The Influence of Hydrophilic and Enteric Polymers in Targeting *In Vitro* Supersaturation of Itraconazole from Engineered Particles, Proceedings of the American Association of Pharmaceutical Scientists, San Diego, CA, November, 2007.

173.    Influence of Cyclodextrin on Viscosity and Aerosolization by Nebulization, Proceedings of the American Association of Pharmaceutical Scientists, San Diego, CA, November, 2007.

174.    Amphotericin B Formulation Containing Insoluble Aggregates Dispersed in a Lyoprotectant Carrier for Pulmonary Delivery, Proceedings of the American Association of Pharmaceutical Scientists, San Diego, CA, November, 2007.

175.    Supersaturation of Itraconazole in Neutral pH from Engineered Particles and Enteric Dispersions of Engineered Particles Produced by Hot-Melt Extrusion, Proceedings of the American Association of Pharmaceutical Scientists, San Diego, CA, November, 2007.

176.    Design of Pharmaceutical Nanoparticles for Enhanced Therapies, Proceedings of the American Institute of Chemical Engineering Meeting, Salt Lake City, UT, November, 2007.

177.    Suspension of Protein and Poorly Water Soluble Drug Particles for High Dosages with Pressurized Metered Dose Inhalers, Proceedings of the Respiratory Drug Delivery Conference, Scottsdale, AZ, May, 2008.

178.    K. P. Johnston, J. Engstrom, J. Tam, M. Matteucci, A. Mazuski, L. Ma, Robert O. Williams III, T. Milner and M. Feldman, Design of Pharmaceutical Nanoparticles for Drug Delivery, Proceedings of the National American Chemical Society Meeting, Philadelphia, PA, August, 2008.

179.    A. R. Saad, A. Cline, A. B. Watts, G. Hsiung, J. I. Peters, L. Angel, R. O. Williams III and S. B. Johnson, Nanoparticle Tacrolimus Inhalation in Rat Lung Transplant Model, Proceedings of the American College of Chest Physicians, Philadelphia, PA, October, 2008.

180.    J. A. Tolman, N. P. Wiederhold, J. T. McConville, L. K. Najvar, J. R. Graybill, J. J. Coalson, R. Bocanegra, T. F. Patterson and R. O. Williams III, Aerosolized Voriconazole (VRC) as Prophylaxis Against Invasive Pulmonary Aspergillosis (IPA) due to *Aspergillus fumigatus*, Proceedings of the Interscience Conference on Antimicrobial Agents and Chemotherapy, Washington D.C., October 2008.

181.    M. A. Mazuski, M. E. Matteucci, R. O. Williams III and K. P. Johnston, Flocculated Amorphous Nanoparticles for Enhanced Bioavailability of Poorly-Water Soluble Drugs: In Vitro and In Vivo Studies, American Institute of Chemical Engineering, Philadelphia, PA, November 2008.

182.    J. D. Engstrom, J. Tam, M. A. Mazuski, R. O. Williams III and K. P. Johnston, Stable Suspensions of Protein and Poorly Water Soluble Drug Particles for High Dosages with Pressurized Metered Dose Inhalers, American Institute of Chemical Engineering, Philadelphia, PA, November 2008.

183.    N. A. Nelson, N. P. Wiederhold, R. O. Williams III and Cr. R. Frei, Incidence and Clinical Relevance of Viral Co-infection Among Patients with Invasive Aspergillosis (IA) in the United States, 48th Annual ICAAC/IDSA 46th Annual Meeting, Washington, DC, October, 2008.

184.    S. Bosselmann, R. O. Williams III, N. P. Wiederhold and C. R. Frei, Regional and Seasonal Variations in Invasive Aspergillosis in the United States over the Last Decade, 48th Annual ICAAC/IDSA 46th Annual Meeting, Washington, DC, October, 2008.

185.    W. Yang, K. P. Johnston and R. O. Williams III, Comparison of Bioavailability of Amorphous Versus Crystalline Nanoparticulate Itraconazole Via Pulmonary Administration in Rats, Proceedings of the American Association of Pharmaceutical Scientists, Atlanta, GA, November 2008.

186.    J. DiNunzio, C. Brough, R. O. Williams III and J. W. McGinity, Production of Plasticizer Free Itraconazole Solid Dispersions for Enhanced Solid State Properties Using KinetiSol Dispersion, Proceedings of the American Association of Pharmaceutical Scientists, Atlanta, GA, November 2008.

187.    J. DiNunzio, C. Brough, A. Brown, R. O. Williams III and J. W. McGinity, Fusion Processing of Itraconazole and Griseofulvin Solid Dispersions by a Novel High Energy Manufacturing Technology – KinetiSol Dispersing, Proceedings of the American Association of Pharmaceutical Scientists, Atlanta, GA, November 2008.

188.    Y. Tsutsumi, K. T. Chow, W. Yang and R. O. Williams III, Preparation and Characterization of Solid Dispersions of Itraconazole and Enteric Polymers Made by Spray Freezing into Liquid Technology, Proceedings of the American Association of Pharmaceutical Scientists, Atlanta, GA, November 2008.

189.    K. O'Donnell, R. O. Williams III, C. Wah and J. T. McConville, Investigation of Nebulized Dose and Inhaled Dose of Itraconazole Dispersions in a Nose Only Rodent Dosing Chamber, Proceedings of the American Association of Pharmaceutical Scientists, Atlanta, GA, November 2008.

190.    J. Tam, J. Engstrom, M. Mazuski, R. O. Williams III, and K. P. Johnston, Stable Suspensions of Protein and Poorly Water Soluble Drug Particles for High Dosages with

Pressurized Metered Dose Inhalers, Proceedings of the American Association of Pharmaceutical Scientists, Atlanta, GA, November 2008.

191.    A. B. Watts, A. Saad, A. Cline, G. Hsiung, S. Johnson, J. I. Peters and Robert O. Williams III, Pulmonary Administration of a Novel Amorphous Tacrolimus Formulation in a Lung Transplanted Rat Model, Proceedings of the American Association of Pharmaceutical Scientists, Atlanta, GA, November 2008.

192.    K. T. Chow, W. Yang and R. O. Williams III, Dissolution Enhancement of Itraconazole Prepared by a Modified Spray Freezing into Liquid Process with Template Emulsion, Proceedings of the American Association of Pharmaceutical Scientists, Atlanta, GA, November 2008.

193.    M. Nagao, S. Bosselmann and R. O. Williams III, Preparation of Itraconazole Nanoparticles by Advanced Evaporative Precipitation into Aqueous Solution, Proceedings of the American Association of Pharmaceutical Scientists, Atlanta, GA, November 2008.

194.    J. Tolman, N. Nelson, S. Bosselmann, N. Wiederhold and R. O. Williams III, Pharmacokinetic Profile Following Multiple Doses of Inhaled Voriconazole Solution in Mice, Proceedings of the American Association of Pharmaceutical Scientists, Atlanta, GA, November 2008.

195.    J. Tolman, Y. Son, N. Wiederhold, J. T. McConville and R. O. Williams III, Aerosol Characterization and Single Dose Pharmacokinetic Analysis of Nebulized Voriconazole Solution, Proceedings of the American Association of Pharmaceutical Scientists, Atlanta, GA, November 2008.

196.    J. C. DiNunzio, C. Brough, R. O. Williams III and J. W. McGinity, In Vitro Characterization of Concentration Enhancing Polymer Solid Dispersions Containing Itraconazole Produced by KinetiSol Dispersing, Proceedings of the Controlled Release Society, Copenhagen, Denmark, July, 2009.

197.    Y. Tsutsumi, J. C. DiNunzio, K. T. Chow, W. Yang and R. O. Williams III, Preparation and Characterization of Solid Dispersions of Itraconazole and Enteric Polymers Made by Spray Freezing Into Liquid Technology, Proceedings of the 17th International Society of Microencapsulation, Nagoya, Japan, September, 2009.

198.    S. Bosselmann, D. Owens, M. Herpin, R. Kennedy and R. O. Williams III, Enhanced Stability of Itraconazole Hot-Melt Extrudates Through the Deposition of a Hydrophobic Plasma-Polymerized Film, Proceedings of the American Association of Pharmaceutical Scientists, Los Angeles, CA, November 2009.

199.    K. O'Donnell, R. O. Williams III, H. Lirola and J. T. McConville, Investigation of Nebulized Itraconazole Dispersions:  In-Vitro-In-Vivo Comparison of Dose Administered to Mice in a Nose-only Dosing Apparatus, Proceedings of the American Association of Pharmaceutical Scientists, Los Angeles, CA, November 2009.

200.    A. Watts, Y. Son, J. T. McConville and R. O. Williams III, Nanostructured Tacrolimus Produced by Ultra-rapid Freezing for Dry Powder Inhalation, Proceedings of the American Association of Pharmaceutical Scientists, Los Angeles, CA, November 2009.

201.    W. Yang, K. Chow, B. Lang, K. P. Johnston and R. O. Williams III, Pharmacokinetic Study of Inhaled Nebulized Itraconazole as Cyclodextrin Solubilized Solution or Colloidal Dispersion in Mice, Proceedings of the American Association of Pharmaceutical Scientists, Los Angeles, CA, November 2009.

Curriculum Vitae
Robert O. Williams III
Page 37

202.    K. Chow, W. Yang, Y. Tsutsumi and R. O. Williams III, Particle Engineering Studies for Solubility Enhancement of Itraconazole Using Fine Emusion Templating and Cosolvent Approaches with Ultra-rapid Freezing, Proceedings of the American Association of Pharmaceutical Scientists, Los Angeles, CA, November 2009.

203.    J. DiNunzio, C. Brough, J. Hughey, R. O. Williams III and J. W. McGinity, Solid Dispersion Production Containing a Temperature Sensitive Drug via Hote Melt Extrusion and KinetiSol Dispersing, Proceedings of the American Association of Pharmaceutical Scientists, Los Angeles, CA, November 2009.

204.    S. Bosselmann,, D. E. Owens III, R. L. Kennedy, M. J. Herpin and R. O. Williams III, Enhanced Stability of Amorphous Ketoprofen Made by Rapid Freezing Through the Deposition of Hydrophobic Plasma-Polymerized Films, Proceedings of Particles 2010: Medical/Biochemical Diagnostic, Pharmaceutical and Drug Delivery Applications of Particle Technology, Orlando, FL, May, 2010.

205.    S. Bosselmann, M. Nagao, K. T. Chow and R. O. Williams III, Formulation and Characterization of Itraconazole Nanoparticles Made by Advanced Evaporative Precipitation Into Aqueous Solution, Proceedings of Particles 2010: Medical/Biochemical Diagnostic, Pharmaceutical and Drug Delivery Applications of Particle Technology, Orlando, FL, May, 2010. (Invited)

206.    B. Windsor, D. E. Owens III, W. Yang, A. B. Watts and R. O. Williams III, Benefits of Nanostructured Compositions Made by Rapid Freezing to Drug Delivery, Proceedings of Particles 2010:  Medical/Biochemical Diagnostic, Pharmaceutical and Drug Delivery Applications of Particle Technology, Orlando, FL, May, 2010. (Invited)

207.    W. Yang and R. O. Williams III, Comparison of Bioavailability of Engineered Amorphous Nanoparticles Versus Crystalline Nanoparticles and Cyclodextrin Encapsulated Itraconazole Compositions via Pulmonary Administration in Rodents, Proceedings of the Respiratory Drug Delivery Conference, Orlando, FL, April, 2010. (Invited)

208.    S. Bosselmann, D. E. Owens III, R. L. Kennedy, M. J. Herpin and R. O. Williams III, Novel Plasma Deposited Stability Enhancement Coating for Amorphous Ketoprofen, Proceedings of the 240th American Chemical Society Meeting (Polymeric Materials: Science and Engineering), Boston, MA, August, 2010.  (Invited)

209.    K. P. O'Donnell, P. Schmerler and R. O. Williams III, Investigation of a Novel Solvent Removal Technique, Atmospheric Freeze Drying, on the Physico-chemical Properties of Pharmaceutical Powders, Proceedings of the American Association of Pharmaceutical Scientists, New Orleans, LA, November 2010.

210.    W. Yang, D. Owens, B. Lang and R. O. Williams III, Production and Characterization of Nano-structured Beclomethasone Dipropionate Powders Prepared by Rapid Freezing for Dry Powder Inhalation, Proceedings of the American Association of Pharmaceutical Scientists, New Orleans, LA, November 2010.

211.    N. Beinborn, H. Lirola and R. O. Williams III, Effect of Process Variables on Morphology of Voriconazole Formulations Produced by Thin Film Freezing, Proceedings of the American Association of Pharmaceutical Scientists, New Orleans, LA, November 2010.

212.    H. Li, M. Zhang, B. Lang, K. P. O'Donnell and R. O. Williams III, Modified Release Carbamazepine Compositions Prepared by Thin Film Freezing, Proceedings of the American Association of Pharmaceutical Scientists, New Orleans, LA, November 2010.

Curriculum Vitae
Robert O. Williams III
Page 38

213.　R. Bennett, J. Hughey, C. Brough, R. O. Williams III and J. W. McGinity, Solid
Dispersion Comparisons of Griseofulvin in Eudragit L100-55 Carrier Processed by Hot
Melt Extrusion and KinetiSol Dispersing, Proceedings of the American Association of
Pharmaceutical Scientists, New Orleans, LA, November 2010.

214.　J. Hughey, J. DiNunzio, R. Bennett, C. Brough, D. Miller, H. Ma, R. O. Williams III
and J. W. McGinity, The Preparation of Enteric Solid Dispersions of a Chemically
Unstable BCS Class II Compound by Hot Melt Extrusion and KinetiSol Dispersing,
Proceedings of the American Association of Pharmaceutical Scientists, New Orleans,
LA, November 2010.

215.　B. Lang and R. O. Williams III, Influence of Excipient Type on Itraconazole
Compositions Made by Thin Film Freezing-Emulsion Process, Proceedings of the
American Association of Pharmaceutical Scientists, New Orleans, LA, November 2010.

216.　B. Lang and R. O. Williams III, Engineered Itraconazole Compositions by Thin Film
Freezing:  Emulsion vs. Cosolvent Solution Process, Proceedings of the American
Association of Pharmaceutical Scientists, New Orleans, LA, November 2010.

217.　M. Zhang, H. Li, B. Lang, K. O'Donnell, C. Wu and R. O. Williams III, Amorphous
Compositions of Fenofibrate Prepared by Thin Film Freezing, Proceedings of the
American Association of Pharmaceutical Scientists, New Orleans, LA, November 2010.

218.　S. Bosselmann, K. Chow, M. Nagao and R. O. Williams III, Enhanced Dissolution of
Amorphous Itraconazole Nanoparticles Produced by Advanced Evaporative Precipitation
into Aqueous Solution, Proceedings of the American Association of Pharmaceutical
Scientists, New Orleans, LA, November 2010.

Curriculum Vitae
Robert O. Williams III
Page 39

XIV.   <u>Invited Talks</u>

1.  Proprietes de Compaction de Poudres, Servier Laboratories, Orleans, France, June, 1985.

2.  A Study of the Influence of Magnesium Stearate or Talc on the Compaction Properties of Aspirin and Sodium Sulfathiazole Using Tableting Indices, Proceedings of the Fourth International Conference on Pharmaceutical Technology, Paris, France, June, 1986.

3.  Tableting - An Industrial Viewpoint, Pharmaceutics Series, University of Cincinnati, Cincinnati, OH, October, 1990.

4.  Utilization of Sodium Chloride, Fructose, and Urea to Modify the Surface Tension of RG-12915A Solutions, The University of Texas at Austin, Austin, TX, September, 1991.

5.  Tableting Indices in Compaction Studies, Proc. Midwest Regional Meeting, American Association of Pharmaceutical Scientists, Chicago, IL, May, 1992.

6.  Theory and Practical Applications of Tableting Indices in Compaction Studies, Proc. Fifth Annual Meeting, Proceedings of the American Association of Pharmaceutical Scientists, Las Vegas, NV, November, 1990.
    a.  Invited Speaker

7.  Current Issues and Trends in Technology Transfer, Sixth International Congress for Pharmaceutical Engineering, International Society for Pharmaceutical Engineering, Philadelphia, PA, May, 1994.
    a.  Invited Speaker

8.  Simulated Food Effects on Drug Release from Film Coated Pellets, Proceedings of the 15th Pharmaceutical Technology Conference, Oxford, England, March, 1996.

9.  Optimization of Metered-Dose Inhaler Suspension Formulations, Fachbereich Pharmazie, Freie Universitat Berlin, Berlin, Germany, March, 1996.

10.  Formulation and Stability of a Three Component Suspension, Horizon Pharmaceuticals, Louisville, KY, May, 1996.

11.  Optimization of a Matrix Tablet Formulation Containing Nonoxynol-9 Using Cellulose Ethers, The Dow Chemical Company, Cellulosics Division, Midland, MI, November, 1997.

12.  Delivering Steroids to the Nose Using an Aqueous Based Pump System, Honduran Medical Association, Tegucigalpa, Honduras, Central America, October, 1998.
    a.  Invited Plenary Speaker

Curriculum Vitae
Robert O. Williams III
Page 40

13. Preparation of Chitosan Microspheres for Nasal and Pulmonary Release of Therapeutic Macromolecules, Proceedings of the Association of Pharmaceutical Technology Professors of Spain, Santiago, Spain, February, 1999.

14. The Effect of Co-Grinding Drug and a Polymeric Surfactant on a Model pMDI Suspension, Proceedings of the 18th Pharmaceutical Technology Conference, Utrecht, The Netherlands, April, 1999.
    a.  Invited Speaker

15. Buccal Delivery of Insulin Via Aerosol Spray, Proceedings of the Third World Meeting On Pharmaceutics, Biopharmaceutics and Pharmaceutical Technology, Berlin, Germany, April, 2000.
    a.  Session Chair – Scientific Program

16. Introduction to Pharmaceutical Development and Technology, Invited Short Course, International Society of Pharmaceutical Engineers, Philadelphia, PA, May, 2001.
    a.  Invited Speaker

17. Utilization of a Novel Cryogenic Spray-freezing Into Liquid (SFL) Process to Encapsulate Danazol, Proceedings of the 13th International Symposium on Microencapsulation, Angers, France, September, 2001.
    a.  Session Chair – Scientific Program

18. Austin's Road to Bio:  Where We Are and Where We're Going – Drug Delivery and Nanotechnology.  Austin Chamber of Commerce, Austin, TX, January, 2003.
    a.  Invited Expert Panel – Speaker

19. Improvement of Dissolution Rates of Poorly Water Soluble Drugs Using A New Particle Engineering Technology – Spray Freezing into Liquid.  Proceedings of the American Chemical Society, Polymeric Drug Delivery:  Science and Application, New York, NY, September, 2003.
    a.  Invited Speaker
    b.  Session Chair – Engineered Drug Particles

20. Enabling Technologies Helping to Expand Drug Delivery in the Pharmaceutical Industry: Nanotechnology.  International Conference on Drug Development, Austin, Texas, February, 2004.
    a.  Invited Speaker

21. Novel Processes to Enhance Dissolution and Bioavailability of Poorly Water Soluble Drugs, Barnett International Conference on Strategies for Improving Solubility, Philadelphia, PA, June 2004.
    a.  Invited Speaker

Curriculum Vitae
Robert O. Williams III
Page 41

22. Recent Advances in Particle Engineering Processes – Precipitation and Freezing, Short Course, Advances in Controlled Release and Drug Delivery Technologies, The Center for Microencapsulation & Drug Delivery, College Station, TX, October 2004.
    a. Invited Speaker

23. Solid Dispersions and Nanotechnology Systems for Poorly Water Soluble Drugs, Second Annual Anthony P. Simonelli Conference in Pharmaceutical Sciences, Long Island University, New York, NY, June, 2005.
    a. Invited Speaker

24. Cryogenic Liquids, Nanoparticles and Microencapsulation, 15th International Symposium on Microencapsulation, Parma, Italy, September 2005.
    a. Invited Lecture

25. Nanoparticles for Pharmaceutical Applications, DPT Laboratories, LTD., San Antonio, TX, October 2005.
    a. Invited Lecture

26. Texas Life Sciences:  More Than Just Your Medicine Cabinet, Proceedings of the Bio Texas Summit 06 Meeting, Austin, TX, February, 2006.
    a. Invited Lecture and Panelist

27. Enabling Technologies Helping to Expand Drug Delivery in the Pharmaceutical Industry:  Nanotechnology, Committee of Emerging Technology and Telecommunications, City of Austin, Austin, TX, July 2006.
    a. Invited Lecture

28. Manufacturing Challenges for Production of Nanoparticles.  Proceedings of the World Congress of Pharmacy and Pharmaceutical Sciences 2006, 66th International Congress of FIP, Salvatore, Brazil, August 2006.
    a. Invited Lecture

29. An Alternative Route of Delivery for Antifungal Drugs to Treat Fungal Infections – Pulmonary Drug Delivery.  Asuragen Inc., Austin, TX, January 2007.
    a. Invited Lecture

30. Positioning Investors for the Nest Wave in Pain Management, Fentanyl Taifun – Inhaled Fentanyl for Breakthrough Pain, Oppenheimer Healthcare, New York City, NY, March, 2007.
    a. Invited Lecture

31. Advances in Pulmonary Drug Delivery – Inhaled Nanoparticles, Distinguished Faculty Seminar, Celebrating Research Achievements, University of Texas at Austin, College of Pharmacy, Austin, Texas, April, 2007.
    a. Invited Lecture

Curriculum Vitae
Robert O. Williams III
Page 42

32. Pharmaceutical Development in a Collaborative Setting:  A Successful Formula, Proceedings of the International Biotechnology Congress and Exhibition: BioMonterrey 08, Monterrey, Mexico, October 2008.
   a.   Invited Lecture
33. Pulmonary Delivery of Itraconazole Nanoparticles to Treat Life Threatening Fungal Infections, School of Pharmacy, University of Kansas, Lawrence, KS, April 2009.
   a.   Invited Lecture
34. Formulation and Characterization of Itraconazole Nanoparticles Made by Advanced Evaporative Precipitation Into Aqueous Solution, Proceedings of Particles 2010, Orlando, FL, May, 2010.
   a.   Invited Lecture
35. Novel Plasma Deposited Stability Enhancement Coating for Amorphous Ketoprofen, Proceedings of the 240th American Chemical Society Meeting (Polymeric Materials: Science and Engineering), Boston, MA, August, 2010.
   a.   Invited Lecture – Stephanie Bosselmann
36. Novel Particle Engineering Technologies for Enhancing Bioavailability, February, 2010
   a.   Merck & Company, Kenilworth, NJ
   b.   Hoffmann LaRoche, Nutley, NJ
   c.   Columbia Laboratories, Inc., Livingston, NJ
   d.   ThePharmaNetwork, West Orange, NJ

Curriculum Vitae
Robert O. Williams III
Page 43

XV.  Book Reviews

1.  R. O. Williams III.  Solubility and Solubilization in Aqueous Media.  By Samuel H. Yalkowsky (University of Arizona).  Oxford University Press: New York.  1999. xvi + 464 pp., J. Am. Chem. Soc. (2000), 122(40) 9882.

XVI.  Invited Book Chapters and Books

1.  V. Mahaguna, R. O. Williams III and T. C. Hardin, Trends in Antifungal Research. In P. Jolles (ed.), *New Approaches to Drug Development*, Birkhauser Publishers, Boston, (2000) 55-68.

2.  R. O. Williams III and V. Mahaguna, Coatings. In A. Gennar (ed.), *FMC Problem Solver and Reference Manual*, Published by FMC Corporation, Princeton, 2000.

3.  J. M. Vaughn and R. O. Williams III, Pharmaceutical Calculations and Compounding.  In D. Ginsberg (ed.), *ASHP's PharmPrep, Second Edition*.  Published by the American Society of Health-System Pharmacists, Bethesda, MD, 2003.

4.  K. A. Overhoff, K. P. Johnston and R. O. Williams III, Improvement of Dissolution Rate of Poorly Water Soluble Drugs Using a New Particle Engineering Process – Spray Freezing Into Liquid. In S. Svenson (ed.), *Polymeric Drug Delivery Volume II – Polymeric Matrices and Drug Particle Engineering*, Published by ACS Symposium Series, Vol. 924, American Chemical Society, Washington, D.C., 2005.

5.  K. A. Overhoff, A. Moreno, D. A. Miller, K. P. Johnston and R. O. Williams III, Advances in Drug Delivery Technologies for Nanoparticulates. In J. Zach Hilt, J. Brock Thomas and N. A. Peppas (eds.), *Nanotechnology in Therapeutics:  Current Technology and Applications*, Published by Horizon Scientific Press, Norwich, United Kingdom, 2007.

6.  J. M. Vaughn, K. R. Vaughn and R. O. Williams III, Pharmaceutical Calculations and Compounding.  In D. Ginsberg (ed.), *ASHP's PharmPrep, Third Edition*.  Bethesda: American Society of Health-System Pharmacists, Bethesda, 2007.  Online version: updated annually, 2007, 2008, 2009.  www.pharmpreponline.com.

7.  J. M. Vaughn, K. P. O'Donnell and R. O. Williams III, Pharmaceutical Calculations and Compounding.  In D. Ginsberg (ed.), *ASHP's PharmPrep, Fourth Edition*. Bethesda: American Society of Health-System Pharmacists, Bethesda.  Online version:  updated 2010.  www.pharmpreponline.com.

8.  J. M. Vaughn and R. O. Williams III, Nanoparticle Engineering. In J. Swarbrick (ed.), *Encyclopedia of Pharmaceutical Technology, Third Edition*.  Published by Marcel Dekker Inc., New York, NY, 2006, 2384-2398.

9.　　P. Sinswat and R. O. Williams III, Recent Advances in Nanoparticle-Based Drug Delivery Technologies and Their Applications for Particulate Drug Delivery Systems, MNV Ravi Kumar (ed.), *Handbook of Particulate Drug Delivery*.  Published by American Scientific Publishers, Inc., Stevenson Ranch, CA, 2006.

10.　　R. O. Williams III and J. N. Brown, Dissolution of Modified-Release Oral Dosage Forms, V. Gray (ed.), *Dissolution Theory, Methodology and Testing*.  Published by Dissolution Technologies, Inc., Hockessin, DE, 2007.

11.　　J. M. Vaughn, K. R. Vaughn and R. O. Williams III, Pharmaceutical Calculations and Compounding.  In D. Ginsberg (ed.), *ASHP's PharmPrep, Online Edition*.  Published by the American Society of Health-System Pharmacists, Bethesda, MD, 2008.

12.　　T. Purvis, K. A. Overhoff, P. Sinswat and R. O. Williams III, Immunosuppressant Drugs, R. O. Williams II, D. R. Taft and J. T. McConville (eds.), *Advanced Drug Formulation Design to Optimize Therapeutic Outcomes*.  Published by Informa Healthcare, New York City, NY, 2008.

13.　　D. A. Miller, J. W. McGinity and R. O. Williams III, Solid Dispersion Technologies, R. O. Williams II, D. R. Taft and J. T. McConville (eds.), *Advanced Drug Formulation Design to Optimize Therapeutic Outcomes*.  Published by Informa Healthcare, New York City, NY, 2008.

14.　　R. O. Williams III, D. R. Taft and J. T. McConville, *Advanced Drug Formulation Design to Optimize Therapeutic Outcomes*. In Drugs and the Pharmaceutical Sciences v. 172 series. ISBN-13:  978-1-4200-4387-7.  510 pages.  Published by Informa Healthcare, New York City, NY, 2008.

15.　　N. A. Nelson and R. O. Williams III, Polymeric Biomaterials in Pulmonary Drug Delivery.  S. Dumitriu (ed.) In *Polymeric Biomaterials, Third Edition, Volume II, Medicinal and Pharmaceutical Applications of Polymers*.  Published by CRC Press/Taylor & Francis Group, Inc. (in press, 2010) (invited).

16.　　A. B. Watts and R. O. Williams III, Formulation and Production Strategies for Enhancing Bioavailability of Poorly Absorbed Drugs.  M. C. Rogge and D. R. Taft (eds.) In Preclinical Drug Development, Second Edition.  Published by Informa Healthcare, New York City, NY, 2009 (invited).

17.　　A. B. Watts and R. O. Williams III,  Nanoparticles for Pulmonary Delivery, H. Smyth and A. Hickey (eds.) In Controlled Release Society and Technology:  Pulmonary Delivery.  Published by Springer Publishing, 2010. (in press, 2010) (invited).

Curriculum Vitae
Robert O. Williams III
Page 45

XVII.     <u>Patents</u>

1.     R. O. Williams III and Keith P. Johnston, X. Chen and T. Young, Preparation of Drug Particles Using Evaporative Precipitation Into Aqueous Solutions, Publication Issue Date:  June 29, 2004, US Patent 6,756,062 (of provisional application no. 20020081334 filed March 2001).

2.     R. O. Williams III, J. J. Koleng, F. Zhang, G. W. Pasternak and Y. A. Kolesnikov, Methods and Compositions for Treating Pain of the Mucous Membrane, Publication Issue Date: January 21, 2003, US Patent 6,509,028 (of provisional application no. 10/172,455 filed June 17, 2002).

3.     R. O. Williams, K. P. Johnston, T. Young, M. Barron, T. Rogers, Z. Yu, and J. Hu, Process for Production of Nanoparticles and Microparticles by Spray-Freezing Into Liquid, Publication Issue Date:  March 8, 2005, US Patent 6,862,890 (of provisional patent application 06/264,988 filed January 30, 2002).

4.     R. O. Williams, K. P. Johnston, T. Young, M. Barron Z. Yu J. Hu, and T. Rogers, Production of Particles, Nanoparticles and Microparticles by Spray Freezing into Liquid, PCT Publication 2002/02984, January 30, 2002.

5.     R. O. Williams, K. P. Johnston, T. Young, M. Barron, T. Rogers, Z. Yu, and J. Hu, Process for Production of Nanoparticles and Microparticles by Spray-Freezing Into Liquid, PCT Publication WO 02/060411 A2, publication date August 8, 2002.

6.     R. O. Williams III, K. P. Johnston, T. Young and X. Chen, Preparation of Drug Particles Using Evaporative Precipitation Into Aqueous Solutions, PCT Publication WO 02/47659 A2, publication date June 20, 2002, EPO 1,335,705.

7.     R. O. Williams III, K. P. Johnston and J. Vaughn, The Use of Fluid Bed Processing as a Method to Formulate EPAS Processed API, Provisional Patent Application, US Serial No. 60/417,052, filed October 8, 2002.

8.     K. P. Johnston, R. O. Williams III and X. Chen, Preparation of Drug Particles Using Evaporation Precipitation Into Aqueous Solutions, Continuation-In-Part, EV 022537989, 20040067251, filed October 8, 2002.

9.     R. O. Williams III, K. P. Johnston, T. J. Young, T. L. Rogers, M. K. Barron, Z. Yu, and J. Hu, Process for Production of Nanoparticles and Microparticles by Spray Freezing Into Liquid, Continuation-In-Part (of US provisional applications 60/345,473 and 60/264,988; and of PCT application PCT/US02/02894), filed October 18, 2002.

10.    R. E. McCoy, R. O. Williams III and M. A. Libbey, Formulation and System for Intra-oral Delivery of Pharmaceutical Agents.  Publication Issue Date:  December 17,

2002, US Patent 6,495,120 (of provisional application number 60/119,923 filed February 12, 1999).

11.　R. E. McCoy, R. O. Williams III and M. A. Libbey, Formulation and system for intra-oral delivery of pharmaceutical agents.  Publication Issue Date:  December 17, 2002, US Patent 6,495,120. PCT Int. Appl. (2000), 32 pp., WO 0047203 A1 20000817, CAN 133:182984, AN 2000:573662.

12.　R. E. McCoy, M.  A. Libbey, J. Liu and R. O. Williams III, Formulations Comprising Dehydrated Particles of Pharmaceutical Agents and Process for Preparing the Same. Publication Issue Date:  November 26, 2002, US Patent 6,485,706 (of provisional application number 09/502,871 filed February 11, 2000).

13.　R. O. Williams III, F. Zhang, J. J. Koleng, G. W. Pasternak, and Y. Kolesnikov, Methods and Compositions for Treating Pain of the Mucous Membrane, Publication Issue Date:  January 21, 2003, US Patent 6,509,028.

14.　R. O. Williams III and F. Zhang, Topical Compositions and Methods for Treating Pain, Publication Issue Date:  October 28, 2003, US Patent 6,638,981.

15.　R. O. Williams III, K. P. Johnston, J. T. McConville, J. Peters, R. Talbert, and D. Burgess, Enhanced Delivery of Drug Compositions to Treat Life Threatening Infections, Provisional Patent Application filed September, 2004; Non-provisional Patent Application filed August, 2005.  WO 2005-US30543 20050826. Priority: US 2004-605179 20040827.

16.　Dave A. Miller, Jason T. McConville, James W. McGinity, R. O. Williams III, Stabilized HME Composition with Small Drug Particles, U.S. Provisional Patent Application filed November, 2004 as 60/626,400, WO2007001451, PCT/US2005/040535.

17.　R. O. Williams III, F. Zhang, J. J. Koleng, G. W. Pasternak, and Y. Kolesnikov, Compositions for Treating Pain of the Mucous Membrane, European Patent Application filed June, 2001 as 05004444.5; U.S. Serial 12/522,774 filed on 07/10/2009.

18.　R. O. Williams III, Jay I. Peters, Robert Talbert, Keith P. Johnston, Jason T. McConville and Prapasri Sinswat, Enhanced Delivery of Immunosuppressive Drug Compositions for Pulmonary Delivery, Provisional Patent Application filed January 10, 2007 as 60/884383.

19.　R. O. Williams III, Jay I. Peters, Jason T. McConville, Robert Talbert, Keith P. Johnston, Kirk A. Overhoff, Immediate Release of Tacrolimus Composition for Increased Bioavailability, Provisional Patent Application filed April 19, 2007.

Curriculum Vitae
Robert O. Williams III
Page 47

20.     C. Brough, D. Miller, G. Yaniv, J. DiNunzio, R. O. Williams III and J. W. McGinity, Thermokinetic Mixing for Pharmaceutical Applications, Provisional Patent Application filed August 21, 2007 as 60/957,044, published as US2009/0053315 on February 26, 2009.

21.     R. O. Zimmerer, R. O. Williams III, J. T. McConville, J. A. Tolman, N. P. Wiederhold, and J. I. Peters, Treatment of Pulmonary Fungal Infection with Voriconazole via Inhalation, Provisional Patent Application filed May 6, 2008, published as WO/2009/137611 on November 12, 2009.  PCT Application published as PCT/US2009/043027.

22.     R. O. Williams III and Keat Chow Theng, Improved Emulsion Template method to Form Small Particles of Hydrophobic Agents with Surface Enriched Hydrophilicity by Ultra Rapid Freezing, Provisional Patent Application filed November 9, 2009 as 61/259,237.

23.     K. P. Johnston, J. Tam, J. Engstrom, A. B. Watts and R. O. Williams III, Templated Open Flocs of Anisotropic Particles for Enhanced Pulmonary Delivery, Provisional Patent Application filed as 12/371,573.

24.     K. P. Johnston, J. Tam, J. Engstrom, A. B. Watts and R. O. Williams III, Templated Open Flocs of Anisotropic Particles for Enhanced Pulmonary Delivery, PCT Patent Application filed as 2009/034162.

25.     K. P. Johnston, J. Tam, A. B. Watts and R. O. Williams III, Compositions and Methods of Making Brittle-Matrix Particles Through Blister Pack Freezing, Provisional Patent Application filed May 12, 2010 as12/778,795, published as US 2010/0221343 on September 2, 2010 (Continuation-in-part of 12/371,573).

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ABBOTT LABORATORIES and ABBOTT RESPIRATORY LLC<br><br>Plaintiffs,<br><br>v.<br><br>TEVA PHARMACEUTICAL INDUSTRIES, LTD. and TEVA PHARMACEUTICALS USA, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| ABBOTT LABORATORIES and ABBOTT RESPIRATORY LLC<br><br>Plaintiffs,<br><br>v.<br><br>WATSON LABORATORIES, INC. - FLORIDA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

C.A. No. 10-57 (SLR)(MPT)
CONSOLIDATED

**DECLARATION OF MICHAEL B. BOTTORFF IN SUPPORT OF PLAINTIFFS'
OPENING CLAIM CONSTRUCTION BRIEF**

I, Michael B. Bottorff, Pharm.D., submit this declaration in support of the Opening Claim

Construction Brief of Plaintiffs Abbott Laboratories and Abbott Respiratory LLC (collectively,

"Abbott").

## I.      INTRODUCTION

1.      I have been retained by Abbott to provide expert opinions and testimony in the

above-captioned case.  I understand that Abbott has filed suit against Teva Pharmaceuticals

USA, Inc. and Teva Pharmaceutical Industries, Ltd. (collectively, "Teva") and Watson

Laboratories, Inc.-Florida ("Watson") (collectively "Defendants") and has alleged that

Defendants' filing of certain Abbreviated New Drug Applications ("ANDAs") for the approval

of generic versions of Abbott's drug SIMCOR® infringes certain identified claims of U.S. Patent

Nos. 6,080,428 ("the '428 patent"), 6,129,930 ("the '930 patent"), 7,011,848 ("the '848 patent"),

6,818,229 ("the '229 patent"), 6,406,715 ("the '715 patent"), 6,676,967 ("the '967 patent"), and

6,746,691 ("the '691 patent") (collectively, the "SIMCOR® Patents"). I have been asked to

provide background on the metabolism of niacin and comment on the meaning of certain terms

in the claims of the SIMCOR® Patents from the perspective of one of ordinary skill in the art in

the mid-1990s.

### A.    Background

2.      I am a full professor and chair of the Department of Pharmacy Practice in the

School of Pharmacy at South College in Knoxville, Tennessee. I joined the faculty at South

College in November 2011. One of my primary responsibilities at South College is to start a

clinical pharmacy practice that specializes in the treatment of lipid disorders.

3.      From 2009 until November 2011, I was a full professor and department chair at

the University of Charleston School of Pharmacy, Department of Pharmacy Practice. Through

my work at the University of Charleston, I was the co-director of PharmUC, a cardiovascular

risk reduction clinic at the University of Charleston School of Pharmacy. Prior to my experience

with PharmUC, I spent 20 years at the University of Cincinnati, teaching courses on the

therapeutics of cardiology drugs, conducting clinical research, and having a clinical practice with

the cardiology department at the University of Cincinnati School of Medicine.

ACTIVEUS 91432702v1

4.      My current responsibilities include teaching, conducting clinical research, and overseeing the clinical pharmacy practice at South College.  For the past 30 years, I have taught courses on the treatment of cardiovascular diseases, including the clinical pharmacology of antilipidemia therapies, clinical pharmacokinetics, regulatory aspects of drug approval, and pharmacogenomics.

5.      My research interests include the study of the metabolism of cardiovascular drugs. During my career, I have been involved in numerous studies involving the pharmacokinetics, bioavailability, metabolism, and drug interactions of cardiovascular drugs.  In particular, I was a principal investigator on clinical trials investigating statin metabolism and drug interactions.

6.      From 2000 to 2007, I chaired the National Pharmacy Cardiovascular Council.  As part of this work, I published a handbook of lipid disorders for pharmacists.  I also developed training programs through the National Pharmacy Cardiovascular Council for pharmacists managing their own lipid clinics.

7.      I am a fellow of the National Lipid Association and am board-certified by that organization as a lipid specialist.  I also serve on the editorial board of the *Journal of Clinical Lipidology*, the journal of the National Lipid Association.  I published a comprehensive overview of cholesterol therapies and their drug interactions through the National Lipid Association for use by members of the entire medical community.

8.      I have been the author of over 100 peer-reviewed abstracts and articles in the field of clinical pharmacology, pharmacokinetics, and metabolism.  Many of these publications have involved the bioavailability and pharmacokinetics of cardiovascular drugs, including antilipidemia drugs, such as statins.

ACTIVEUS 91432702v1

9.      In 1976, I received my Bachelor of Science in Industrial Management with honors from the Georgia Institute of Technology. I received my Doctor of Pharmacy in 1981 with high distinction from the University of Kentucky. From 1981 until 1983, I was a pharmacy resident at the Albert B. Chandler Medical Center, University of Kentucky College of Pharmacy. I was chief resident from 1982 until 1983.

10.      From 1983 until 1988, I was an Assistant Professor in the Department of Clinical Pharmacy at the University of Tennessee, Memphis. From 1988 until 1989, I was an Associate Professor and Director of Educational Programs at the University of Tennessee, Memphis.

11.      From 1989 until 1997, I was an Associate Professor at the University of Cincinnati, Division of Pharmacotherapy. I served as Chairman of the Division of Pharmacotherapy from 1989 until 1994. I became a full professor at the University of Cincinnati College of Pharmacy, Division of Pharmacy Practice in 1997. I remained at the University of Cincinnati College of Pharmacy until 2009, when I was appointed Professor and Chair of Pharmacy Practice at the University of Charleston School of Pharmacy. I left the University of Charleston in November 2011 to take my current position at South College.

12.      I am or have been a member of numerous scientific societies, including: the Rho-Chi Honor Society, the American Association of Colleges of Pharmacy (1983-89, 2009-present), the American College of Clinical Pharmacy (1985-present), the American Heart Association (1983-89, 2008-present), the American Society for Clinical Pharmacology and Therapeutics (1985-1999), the American Pharmaceutical Association (1990-93), and the National Lipid Association (2006-present). I have chaired the cardiology section of the American College of Clinical Pharmacy and the clinical practice section of the American Pharmaceutical Association.

ACTIVEUS 91432702v1

13.     During my career, I have received numerous honors and awards. For example, I have been elected as a fellow to the National Lipid Association and American College of Clinical Pharmacy.

14.     I am or have been a member of editorial boards, including: *Journal of Applied Therapeutic Research* (1997-present); *Pharmacotherapy* (1998-2007); *Cardiology Review* (1991-2000); *Journal of Clinical Lipidology* (2007-present). I currently serve as a referee for numerous peer-reviewed publications in the area of the pharmaceutical sciences and medicine.

15.     I have also served as a drug development consultant to various pharmaceutical companies including, for example, Merck and Bristol-Myers Squibb. I have given presentations regarding lipid and cardiovascular therapies as a member of the speakers' bureau for several pharmaceutical companies, including Bristol-Myers Squibb, Astra-Zeneca, Pfizer, Boehringer-Ingelheim, Sanofi-Aventis, Astellas, Merck, and Kos Pharmaceuticals. I have also served as a consultant to several state Medicaid boards, advising them on management of their drug formularies. In addition, I testified before the FDA in 1999 when it considered approving statins for over-the-counter sales.

16.     My curriculum vitae is attached as Exhibit A to this declaration.

## II.     BACKGROUND OF THE INVENTION

### A.     Dosage Forms of Niacin

17.     Prior to 1997, there were two dosage forms of niacin available: immediate release and sustained-release niacin. As a practical matter, however, clinically significant, unpleasant (and sometimes dangerous) side effects arising from the administration of the prior art forms of niacin limited their use in treating cholesterol disorders.

ACTIVEUS 91432702v1

*1.    "Immediate Release" Niacin*

18.    Historically, immediate release niacin was the first niacin formulation to be used in the treatment of lipid disorders.

19.    In general, the term "immediate release" refers to products that dissolve quickly after ingestion and are formulated with no intent to modify their rate of release.

20.    For immediate release formulations of niacin, the niacin is generally released and absorbed into the systemic circulation shortly after oral administration (e.g., about 30 to 60 minutes after the tablet has been ingested).

21.    When used to treat dyslipidemia, immediate release niacin was typically administered three times per day in amounts of 1.5 g - 3 g daily. *See, e.g.*, Report of the Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults ("ATP I"), at 54-55.

22.    The use of immediate release niacin, however, has long been linked to "flushing." Flushing is manifested as redness, warmth, tingling, or itching that occurs on a patient's face, neck, chest, or back.  Flushing is an extremely uncomfortable and disturbing side effect of niacin treatment that some patients find unbearable.

23.    Almost all patients experience some form of flushing for some period of time after initiating niacin therapy.  The extent, frequency, and duration of flushing varies from patient to patient.  In my experience, despite its proven effectiveness in treating lipid disorders, many patients stop taking immediate-release niacin because of the flushing side effect.

*2.    "Sustained-Release" Niacin*

24.    Sustained-release niacin formulations were developed to avoid or reduce the flushing associated with immediate release niacin.

- 6 -

25.     "Sustained-release" refers generally to the release of a drug product's active ingredient over a period of time longer than conventional immediate release formulations.

26.     The term "sustained-release" is used interchangeably with other terms, such as "time-released," "controlled-release," and "extended-release."  Like "sustained-release," all of those terms refer to formulations in which the rate of release of the active ingredient is slower than the rate of its release from immediate release dosage forms.

27.     Prior to the inventions claimed in the SIMCOR® patents, when used to treat dyslipidemia, sustained-release niacin formulations were administered at least twice per day in amounts of 1 g - 2 g per day.  *See, e.g.*, Second Report of the Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults ("ATP II"), at III-6.

28.     Although sustained-release niacin products were sometimes effective in reducing the flushing associated with therapeutic amounts of immediate release niacin, the use of sustained-release niacin was associated with a much more significant and dangerous side effect: hepatotoxicity (*i.e.*, liver damage).

**B.     The Metabolism of Niacin**

29.     The side effects associated with both the immediate release and sustained-release forms of niacin can be attributed to niacin's unique metabolism.

30.     Niacin, like many drugs that are administered orally, dissolves in the stomach and is preferentially absorbed in the proximal portion of the intestinal tract into the systemic circulation.  After it is absorbed, but before it enters the general circulation of the body, it is transported by the portal vein directly to the liver.  Upon entering the liver, niacin undergoes first-pass metabolism, *i.e.*, niacin is metabolized prior to entering the general circulation.

31.     As illustrated by Figure 2 of the '715 patent, shown below, the liver utilizes two major biochemical pathways for metabolism of niacin.  Although it was understood that there

- 7 -

were multiple pathways for the metabolism of niacin, the relationship between those two pathways and the side effects associated with various forms of niacin was not understood prior to the contributions by the inventors of the SIMCOR® patents.  The inventors discovered that they could control the amount of niacin metabolized by the respective pathways through manipulating the release rate of niacin.  This discovery allowed the inventors to manage the contribution of each pathway in causing the side effects of niacin-based therapies.



**'715 Patent, Fig. 2**

*1.    Pathway 2: Hepatotoxicity*

32.    Although its name may suggest the opposite, Pathway 2 is actually the initial and primary pathway by which the liver metabolizes niacin.  Niacin is broken down by Pathway 2 into several different niacin metabolites.  One or more of these metabolites may cause hepatotoxicity.

33.    Pathway 2 can become "saturated," which means that it may not be able to metabolize all the niacin present in the liver over a short period of time.  Saturation occurs when all of the available Pathway 2 enzymes are being used in the niacin metabolism process, leaving no enzymes free to break down any additional unchanged niacin.  Thus, Pathway 2 becomes

- 8 -

saturated when the amount of niacin that is transported to the liver is greater than the amount of niacin that the enzymes can break down.  When Pathway 2 becomes saturated, the excess niacin "spills over" to a secondary metabolic pathway, which the inventors of the '715 patent called "Pathway 1."

34.    In the case of immediate release niacin, a large amount of niacin is transported to the liver rapidly, and Pathway 2 becomes quickly saturated.  As a result, Pathway 1 predominates and relatively low amounts of the hepatotoxicity-causing Pathway 2 metabolites are produced.

35.    In the case of many sustained-release niacin formulations, after ingestion, the niacin is gradually released into the upper gastrointestinal tract and transported to the liver. Because the niacin is delivered to the liver more slowly than with immediate release niacin, the Pathway 2 enzymes are able to metabolize most or all of the niacin.  As a result, greater quantities of the hepatotoxicity-causing Pathway 2 metabolites are produced.

36.    The problem is compounded when the sustained-release niacin product is dosed two or more times per day, as was the typical dosing regimen with these products prior to the invention described in the patents-in-suit.  When sustained-release niacin is administered multiple times per day, the body will be continuously exposed to a metabolite profile associated with hepatotoxicity.

2.    *Pathway 1: Flushing*

37.    "Pathway 1" is the "spill over" pathway associated with niacin.  When the enzymes of Pathway 2 become saturated, the excess unchanged niacin will be metabolized by Pathway 1 into nicotinuric acid ("NUA") or appear in the general circulation as unmetabolized niacin.  Predominant metabolism of niacin by Pathway 1 is associated with flushing.

38.    Immediate release niacin is associated with flushing because it is metabolized primarily by Pathway 1.  When immediate release niacin is ingested, all of the niacin will be

ACTIVEUS 91432702v1

rapidly absorbed by the upper gastrointestinal tract and transported to the liver.  Pathway 2 will quickly become saturated with niacin, forcing most of the niacin to "spill over" to Pathway 1.

### 3.   *Urinary Metabolite Analysis*

39.     The body clears the metabolites for many drugs (including niacin) through the urine, and the characterization of the urinary metabolites produced by a particular drug following ingestion is an analytical technique  for understanding drug metabolism.

40.     For niacin, the relative amounts of Pathway 1 and Pathway 2 metabolites produced may be analyzed by measuring the urinary excretion of metabolites from patients following administration of a particular niacin formulation.  As discussed above, the release rate of niacin controls the relative amounts of Pathway 1 and Pathway 2 metabolites produced.  Therefore, a particular niacin formulation will have a unique urinary metabolite profile (*i.e.*, the ratio of Pathway 1 and Pathway 2 metabolites) that depends upon the release rate of the formulation.

### C.     The Invention of the '715 Patent

41.     The inventors of the '715 patent determined that to avoid or minimize the side effects of immediate release and sustained release niacin, it was necessary to achieve a niacin formulation having a release rate that balances the metabolism of niacin between Pathway 1 and Pathway 2.  *See* '715 patent, 14:22-28

42.     The '715 patent claims intermediate release niacin formulations with unique ranges of urinary metabolite profiles that balance the metabolism between Pathway 1 and Pathway 2 in a way that minimizes the side effects of niacin.

ACTIVEUS 91432702v1

## III.   OPINION

### A.   Ordinary Skill in the Art

43.    I understand that for the purposes of construing the disputed claim terms, it is necessary to examine those terms from the viewpoint of a person of ordinary skill in the art at the time of the invention.

44.    The arts relevant to the SIMCOR® Patents are the design, formulation, and testing of oral solid dosage forms; biopharmaceutics and pharmacokinetics; and the treatment of patients with lipid disorders.

45.    In my opinion, a person of ordinary skill in the art with respect to the SIMCOR® Patents in the early to mid-1990s would have basic knowledge of solid oral dosage formulation, biopharmaceutics and pharmacokinetics, and the treatment of lipid disorders, either through experience working in drug development and formulation or through training (such as a degree in pharmacy or a medical degree), and several years of experience or training in one or more of the relevant arts.

### B.   Disputed Claim Terms

46.    I have been asked to provide my opinion regarding the understanding of a person of ordinary skill in the art in the mid-1990s regarding the terms "in vivo urinary metabolite profile," as used in claim 5 of the '715 patent.[1]

---

[1]    Claims 1 and 9 of the '715 patent refer to an "in vitro urinary metabolite profile." The reference to "in vitro" urinary metabolite profiles in claims 1 and 9 of the '715 patent is a typographical error. A person of ordinary skill in the art in the mid-1990s would understand that urinary metabolite profiles are measured using living subjects, or "in vivo." Thus, a person of ordinary skill in the art in the mid-1990s would interpret the claim terms "in vitro urinary metabolite profile" from claims 1 and 9 to mean "in vivo urinary metabolite profile," as used claim 5.

ACTIVEUS 91432702v1

47.     In my opinion, a person of ordinary skill in the art in the mid-1990s would

understand "in vivo urinary metabolite profile" as used in claim 5 of the '715 patent to mean the

relative amounts of Pathway 1 and Pathway 2 metabolites produced by a particular niacin

formulation.  In particular, the '715 patent describes the "in vivo urinary metabolite profile" for

niacin as:

> [t]he percent of the dose excreted in urine as niacin and
> [nicotinuric acid] as well as the percent of the dose excreted in
> urine as metabolites other than niacin and [nicotinuric acid]
> relative to the total dose recovered.

'715 patent, 13:15-18.

48.     I understand that Defendants have asserted that the term "in vivo urinary

metabolite profile" is indefinite.  I disagree.  A person of ordinary skill in the art in the mid-

1990s would have understood how to measure the urinary metabolites produced by a particular

niacin formulation using known techniques and as described in the '715 patent.  See '715 patent,

13:39-44 & Table 8.  The relative amounts of Pathway 1 and Pathway 2 metabolites produced

would be the "in vivo urinary metabolite profile" for a particular niacin formulation.

49.     Moreover, a person of ordinary skill in the art in the mid-1990s would have

understood that the "in vivo urinary metabolite profile" is a property of the particular niacin

formulation, not the subjects used to measure the relative amounts of Pathway 1 and Pathway 2

metabolites produced.  Indeed, the '715 patent repeatedly associates urinary metabolite profiles

with particular niacin *formulations*.  See '715 patent, 13:45-14:28, Fig. 5, Table 8.

50.     Accordingly, in my opinion, a person of ordinary skill in the art would have

understood "in vivo urinary metabolite profile" as used in claim 5 of the '715 patent to mean

"the percent of a dose of a nicotinic acid formulation excreted in urine as niacin and nicotinuric

ACTIVEUS 91432702v1

acid and the percent of the dose excreted in urine as other metabolites relative to the total dose recovered."

51.     As this case is ongoing, I may supplement the opinions expressed herein at a later date based upon further information provided to me.

I declare under the penalty of perjury that the above is true and correct.

Dated: November 15, 2011

_____

Michael B. Bottorff, Pharm.D.

ACTIVEUS 91432702v1

# *CURRICULUM VITAE*

## Michael B. Bottorff, Pharm.D., FCCP, CLS

### August 2009

**Office Address:**

University of Charleston
School of Pharmacy
Department of Pharmacy Practice
2300 MacCorkle Ave
Charleston, WV 25304

**Home Address:**

1619 Quarrier St, Apt-A
Chalreston, WV 25311

**Office Phone:**

(304) 357-4850
(304) 357-4868 (Fax)
E-Mail: michaelbottorff@ucwv.edu

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2009 – Present | Professor and Chair |
| | Department of Pharmacy Practice |
| | School of Pharmacy |
| | University of Charleston |
| | |
| | Co-Director, PharmUC |
| | A Cardiovascular Risk Reduction Clinic offering |
| | Anticoagulation, Lipid, Diabetes and HTN Management Services |
| 1997 – 2009 | Professor of Clinical Pharmacy |
| | Division of Pharmacy Practice |
| | College of Pharmacy |
| | University of Cincinnati |
| 1989 - 1997 | Associate Professor |
| | (Chairman, 1989-94) |
| | Division of Pharmacotherapy |
| | University of Cincinnati |
| 1988 - 1989 | Associate Professor and |
| | Director of Educational Programs |
| | Department of Clinical Pharmacy |
| | University of Tennessee, Memphis |
| 1983 - 1988 | Assistant Professor |
| | Department of Clinical Pharmacy |
| | University of Tennessee, Memphis |

## EDUCATION AND TRAINING

| | |
|---|---|
| Pharmacy Residency<br>1981 - 1983 | Chief Resident<br>Albert B. Chandler Medical Center<br>College of Pharmacy<br>University of Kentucky<br>Lexington, KY |
| Doctor of Pharmacy<br>1977 - 1981 | Graduated with High Distinction<br>University of Kentucky<br>Lexington, KY |
| Bachelor of Science<br>1972 - 1976 | Graduated with Honor<br>Industrial Management<br>Georgia Institute of Technology<br>Atlanta, GA |

# PRESENTATIONS

## *Invited Presentations (selected from over 900 since 1982)*

1. "New inotropic agents." Michigan Society of Hospital Pharmacists, Detroit, MI -- February 1985
2. "Pharmacokinetic software for personal computers." ASHP Computer Systems Conference, Orlando, FL -- March 1985
3. "Advances in cardiovascular therapeutics." Kentucky Society of Hospital Pharmacists, Lexington, KY -- September 1985
4. "Medical management of ischemic heart disease." Virginia Society of Hospital Pharmacists, Williamsburg, VA --October 1986
5. "Clinical pharmacokinetics of antiarrhythmic agents." Norwich Eaton Research and Development, Norwich, NY -- December 1988
6. "Clinical significance of digoxin-like immunoreactive substances." ACCP Regional Symposium on Cardiovascular Therapeutics, Minneapolis, MN -- May 1989 and Pittsburgh, PN -- October 1989
7. "The current state of antiarrhythmic therapy: focus on the newer agents." Washington State Society of Hospital Pharmacists, Tacoma, WA -- October 1989
8. "Pharmacokinetic and pharmacodynamic alterations in critically ill cardiac patients." Twenty-fourth Annual American Society of Hospital Pharmacists Midyear Clinical Meeting, Atlanta, GA -- December 1989
9. "Differentiating between the calcium channel antagonists." Medical Grand Rounds, VA Medical Center, Tampa, FL -- April 1990
10. "Choosing drug therapy for the hypertensive diabetic patient." Texas Society for Hospital Pharmacists." Galveston, TX -- October 1990
11. "Calcium channel antagonists: which to use when." Pharmacy Department, Beth Israel Hospital, Newark, NJ -- November 1990
12. "A comparison of Holter monitoring vs. electrophysiologic testing for guiding the therapy of ventricular arrhythmias." ASHP Symposium on the Treatment of Arrhythmias, Las Vegas, NV -- December 1990
13. "Recent trends in antiarrhythmic therapy." Albany College of Pharmacy 13th Annual Pharmacy Practice Institute, Albany, NY -- February 1991
14. "The effects of positive inotropes on mortality in congestive heart failure." ACCP Symposium on Congestive Heart Failure, Minneapolis, MN -- August 1991
15. "Clinical pharmacology of calcium channel antagonists." Speaker and Program Moderator, ASHP Symposium on Calcium Channel Antagonists: Sustained-Release Technology, New Orleans, LA -- December 1991
16. "Variability in drug response: influence of genetics, race and stereochemistry." Symposium Moderator, APhA Annual Meeting, San Diego, CA -- March, 1992
17. "Interaction of toxicology with clinical pharmacy." Professional Practice in Clinical Toxicology: A Review, American Association of Clinical Chemists, Cincinnati, OH -- June, 1992
18. "Therapeutic dilemmas in the management of lipid disorders." Symposium Moderator at American Society of Hospital Pharmacists Exhibitor's Theater, Orlando, FL -- December, 1992

19.   "Current drug therapy for acute hypertensive emergencies." Emergency Medicine Grand Rounds, University of Cincinnati Department of Emergency Medicine, Cincinnati, OH -- January 1993

20.   "Management of the patient with hyperlipidemia." Pharmacy Grand Rounds, Metro Health Medical Center, Cleveland, OH -- May, 1993

21.   "Evaluating drug therapy in patients with cardiovascular disorders."  Two Day Workshop in Clinical Pharmacy presented at the University of Ulm Hospital, Ulm, Germany -- October 5,6 1993

22.   "Risk factors for cardiovascular disease." Symposium on Lipid Therapy in the Elderly, American Society of Consultant Pharmacists, New Orleans, LA -- November, 1993

23.   "Clinical pharmacology of HMG-CoA reductase inhibitors." National Lipid Education Faculty, Bristol-Myers Squibb, Orlando, FL -- April, 1994

24.   "Drug therapy for lipid disorders." Medical Grand Rounds, St. Joseph Hospital, Parkersburg, WV -- April, 1994

25.   "Altering the natural history of coronary artery disease." Internal Medicine Grand Rounds, Mt. Clemens General Hospital, Michigan State School of Osteopathy, Detroit, MI -- May 1994

26.   "Treatment dilemma: the high-risk patient."  Speaker and Symposium Moderator for "Evolving Challenges in Coronary Artery Disease: Focus on the High Risk Patient," American College of Clinical Pharmacy Annual Meeting, St. Louis, MO -- August, 1994

27.   "Management of congestive heart failure." Family Practice Program, Wright-Patterson Air Force Base, Dayton, OH -- August, 1994

28.   "Treatment options for patients with congestive heart failure." Fayette County Medical Society, Lexington, KY -- August, 1994

29.   "Drug therapy selection for patients with lipid disorders."  Pharmacy Grand Rounds, VA Medical Center, Beckley, WV -- October, 1994

30.   "Medical management of patients with hyperlipidemia."  Internal Medicine Grand Rounds, Bay City Medical Center, Bay City, MI -- November, 1994

31.   "Treatment guidelines for congestive heart failure."  American College of Clinical Pharmacy, New York Chapter, Ossining, NY -- November, 1994

32.   "Principles of Geriatric Drug Therapy." 17th Annual Family Medicine Review, University of Louisville Medical School and Jewish Hospital, Louisville, KY -- April, 1995

33.   "Implementation of treatment guidelines for congestive heart failure." College of Pharmacy, University of Colorado, Denver, CO -- May, 1995

34.   "Beyond diuretics, ACE-inhibitors and digoxin: alternate approaches to the drug therapy for congestive heart failure." Cardiology Grand Rounds, Division of Cardiology, College of Medicine, University of Colorado, Denver, CO -- May, 1995

35.   "Treatment guidelines for congestive heart failure and the Ohio State Medicaid system." CHF Care Standards Advisory Board, Tampa, FL -- May, 1995

36.   "Medical management of congestive heart failure." Mid-Atlantic Consultant Pharmacists MTG, Baltimore, MD -- February, 1996

37.   "Controversies in the management of heart failure." Albany College of Pharmacy, Albany, NY -- March, 1996

38.   "Update on new drugs approved in 1995." University of Louisville Family Practice Symposium, Louisville, KY -- March, 1996

39.   "The role of pharmacy in optimizing outcomes for patients with heart failure." Annual Meeting Ohio Pharmacists Association, Columbus, OH -- March, 1996

40.   "Heart Failure: Implications for the consultant pharmacist." Purdue University Geriatrics Seminar, West Lafayette, IN -- April, 1996

41.   "A disease state management approach to Medicaid patients with heart failure." Invited speaker to the Illinois Medicaid DUR Board, Chicago, IL -- April, 1996

42.   "National guidelines for the diagnosis and management of heart failure." American Medical Directors Association (AMDA), Ohio Affiliate, Columbus, OH -- May, 1996

43.   "Renal pharmacology of drugs used for congestive heart failure." North East Ohio College of Medicine Spring Seminar, Youngstown, OH -- May, 1996

44.   "Impact of heart failure on renal hemodynamics and pharmacology." North East Ohio College of Medicine Grand Rounds, Youngstown, OH -- May, 1996

45.   "Disease state management of heart failure." American Society of Consultant Pharmacists Annual Meeting, Marco Island, FL -- May, 1996

46.   "Impact of new AMDA Heart Failure guidelines." Purdue University Annual Update in Pharmacy Practice, Indianapolis, IN -- July, 1996
47.   "Adequacy of AHCPR heart failure guidelines." American College of Clinical Pharmacy Annual Meeting, Nashville, TN -- August, 1996
48.   "Treatment of heart failure in long-term care facilities." Virginia AMDA Physicians, Norfolk, VA – October, 1996
49.   "Disease state management and the drug therapy for heart failure." Maryland Medicaid DUR Board, Baltimore, MD – November, 1996
50.   "Update on drug trials for the management of hyperlipidemia." American Society of Health System Pharmacists satellite symposium, New Orleans, LA – December, 1996
51.   "Drug therapy selection and monitoring for the patient with heart failure." American Society of Health System Pharmacists, New Orleans, LA – December, 1996
52.   "Disease state management for heart failure." Pennsylvania state Medicaid DUR Board, Harrisburg, PA – December, 1996
53.   "Medicaid DUR and disease state management for heart failure." National DUR Board meeting, San Diego, CA – February, 1997
54.   "The pharmacoeconomics of treating hyperlipidemia." Toledo College of Pharmacy annual CE program, Toledo, OH – April, 1997
55.   "Disease state management for heart failure."  Indiana Medicaid DUR Board, Indianapolis, IN – April, 1997
56.   "Use of angiotensin II receptor antagonists in children." Childrens Hospital pharmacists, Cincinnati, OH – April, 1997
57.   "Treating hyperlipidemia in a managed care environment." Maryland Society of Health System Pharmacists, Baltimore, MD – May, 1997
58    "The medical management of acute myocardial infarction."  Directors of Pharmacy in the Los Angeles area, Los Angeles, CA – May, 1997
59    "Therapeutic frontiers for treating congestive heart failure." Family Practice Physicians Annual MTG, Family Practice Department, Medical University of South Carolina, Charleston, SC – May, 1997
60    Evidence based approach to treating hyperlipidemia. American Pharmaceutical Association Annual Meeting, Dallas, TX – August, 1997
61    Treatment guidelines for heart failure. Michigan AMDA Annual Meeting, Detroit, MI -- October, 1997
62    Treating hypertension in the elderly. American Medical Directors Assoc. Annual Meeting, San Antonio, TX – March, 1998
63    The great lipid debate. Academy of Managed Care Pharmacy Annual Meeting, Philadelphia, PA – May, 1998
64    Formulary decision making for HMG-CoA reductase inhibitors.  Department of Defense, San Antonio, TX – September, 1998
65    Treating hyperlipidemia – new treatment for an old problem. Program chair and presenter, ASHP Midyear Meeting, Las Vegas, NV – December, 1998
66    Natriuretic peptides in heart failure. Program chair and presenter, ASHP Midyear Meeting, Las Vegas, NV – December, 1998
67    Angiotensin II receptor blockers for heart failure and hypertension. Program chair and presenter, ASHP Midyear Meeting, Las Vegas, NV – December, 1998
68    JNC VI guidelines for hypertension. ASHP Midyear Meeting, Las Vegas, NV – December, 1998
69    Are HMG-CoA reductase inhibitors for everyone? Lipid debate, ASHP Midyear Meeting, Las Vegas, NV – December, 1998
70    Comparison of European and NCEP treatment guidelines for hyperlipidemia. Program Moderator, ACCP Spring Meeting, Orlando, FL – April, 1999
71    The great lipid debate. Arizona Society of Hospital Pharmacists, Annual Meeting, Tucson, AZ -- July, 1998
72    Drug metabolism and HMG-CoA reductase inhibitors. A Consultants Conference, Toronto, Ontario – October, 1999
73    Ventricular tachycardia and heart failure – a lethal combination. ACCP Annual Meeting, Kansas City, Kansas – October, 1999
74    Estrogen and womens cardiovascular health.  Program Moderator, ACCP Annual Meeting, Kansas City, Kansas – October, 1999

75    Betablockers are a standard of care for heart failure. ASHP Midyear Meeting, Orlando, FL – December, 1999
76    Understanding and predicting cardiovascular drug interactions. ASHP Midyear Meeting, Orlando, FL –

December, 1999

77    Vasopeptidase inhibition in hypertension and heart failure. Program Moderator and Presenter, ASHP Midyear Meeting, Orlando, FL – December, 1999

78    Cytochrome P450 mechanisms of drug interactions. Michigan APhA Annual Meeting, Detroit, MI – February, 2000

79    Managing hypertension in the diabetic patient.  American Pharmaceutical Association Annual Meeting, Washington D.C. – March 2000

80    Treating hypertension to new blood pressure goals. Cincinnati area physicians, Cincinnati, OH – March, 2000

81    Modern management of heart failure: beta-blockers. American Society of Consultant Pharmacists Annual Meeting, Boston, MA – November, 2000

82    Heart failure therapy: beta-blockers. American Society of Health System Pharmacists Mid-Year Clinical Meeting, Las Vegas, NV – December, 2000

83    Statins in acute coronary syndromes. American Pharmaceutical Association Annual Meeting, San Francisco, CA – March, 2001

84    Expanding the role of statins: acute coronary syndromes. Academy of Managed Care Pharmacy Annual Meeting, Tampa, FL – April, 2001

85    Combination antiplatelet therapy for atherosclerotic disease. Kentucky Society of Hospital Pharmacists Annual Meeting, Louisville, KY – May, 2001

86    Avoiding drug interactions by understanding cytochrome P450. American Association of Physician Assistants Annual Meeting, Chicago, IL – May, 2001

87    Application of the MIRACL trial results. Wright Patterson Aif Force Base, Internal Medicine Grand Rounds, Dayton, OH – October, 2001

88    Innovations in treating dyslipidemias. VA Hospital Internal Medicine Grand Rounds, Lexington, KY – November, 2001

89    Preventing the next cardiovascular event. American Society of Health System Pharmacists Mid-Year Clinical Meeting, New Orleans, LA – December, 2001

90    Lipid management in acute coronary syndromes. Academy of Managed Care Pharmacy Annual Meeting, Salt Lake City, UT – April, 2002

91    New strategies for managing hypertension. American Society for Consultant Pharmacists North Carolina Chapter, Charlotte, NC – April, 2002

92    Using hand-held devices to manage drug-drug interactions. American Association of Physician Assistants Annual Meeting, Boston, MA – May, 2002

93    Drug therapy for the acute coronary syndrome patient. American Association of Nurse Practitioners Annual Meeting, Reno, NV – June, 2002

94    Clinically important drug interactions. Continuing Medical Education Company Winter Seminar, Phoenix, AZ – March, 2005

95    Lipid management in metabolic syndrome. DiMedex Continuing Education Seminar, New York, NY – April, 2005

96    Antiplatelet therapy in acute coronary syndromes. American Geriatric Society Annual Meeting, Orlando, FL – May, 2005

97    Drug interactions with cardiovascular drugs. Iowa Heart Center, Des Monies, IA – June, 2005

98    Statin safety and drug interactions. National Lipid Association Statin Safety Task Force, Washington, DC – July, 2005

99    NCEP goal attainment with statin therapy. PharmMed Continuing Education Seminar, Boston, MA – October, 2005

100   Meeting NCEP treatment guidelines: primary and secondary goals. American Society of Health System Pharmacists, Las Vegas, NV – Dec, 2005

101   Combination antiplatelet therapy for patients with ACS. American Pharmaceutical Association Annual Meeting, San Francisco, CA – March, 2006

102   Update in the medical management of heart failure. Albany College of Pharmacy Annual CE Program, Albany, NY – June, 2006

103   Compliance with lipid medications: a primer for pharmacists. PharmMed CE for Pharmacists, Boston, MA – October, 2006

104   The NLA statin safety report. Deleware Cardiology Annual CE, Wilmington, DE – November, 2006

105   Aggressive management of lipid disorders. American Society of Health System Pharmacists, Orlando, FL – December, 2006

106   Statin selection: issues of efficacy and safety. Wright Patterson AirForce Internal Medicin Grand Rounds,

Dayton, OH – February, 2007
107    New cardiovascular therapies. Michigan Pharmacists Association Annual Meeting, Detroit, MI – March, 2007
108    Promoting compliance with lipid therapies. National Lipid Association Masters Review Course, Phoenix, AZ – May, 2007
109    Optimizing outcomes in patients with metabolic syndrome. University of Cincinnati Interdisciplinary Conference, Greenbriar, WV – November, 2007
110    Safety of antiplatelet therapy in the elderly population. American Society of Consultant Pharmacists Annual Meeting, Philadelphia, PA – November, 2007
111    New AHA guidelines for ACS. American Society of Health System Pharmacists Annual Meeting, Las Vegas, NV – December, 2007

## _Scientific Presentations:_  *(Not published as abstracts)*

1.     "Tobramycin distribution in pericardial fluid, heart tissues and serum in patients undergoing cardiac surgery."  Seventeenth Annual American Society of Hospital Pharmacists Midyear Clinical Meeting, Los Angeles, CA -- December 1982
2.     "Nifedipine stability in cardioplegic solutions."  Eighteenth Annual American Society of Hospital Pharmacists Midyear Clinical Meeting, Atlanta, GA -- December 1983
3.     "In-vitro determination of lidocaine protein binding in preeclamptic patients."  Annual Meeting of the Society of Perinatal Obstetricians, San Antonio, TX -- January 1986
4.     "Bayesian vs. least square methods for aminoglycoside TDM."  Twenty-first Annual American Society of Hospital Pharmacists Midyear Clinical Meeting, Las Vegas, NV -- December 1986
5.     "The clinical significance of digoxin-like immunoreactive substances."  Department of Pharmacy Practice Research Seminar Series, Wayne State University, Detroit, MI -- February 1987
6.     "The pharmacology of DLIS."  Division of Cardiology Research Grand Rounds, Wayne State University, Detroit, MI -- April 1987
7.     "The effects of diltiazem on oxidative drug metabolism."  Ohio Conference on Clinical Pharmacy and Clinical Pharmacology, Columbus, OH -- October 1989
8.     "The contribution of polymorphic drug metabolism to the pharmacodynamic response of metoprolol." Cardiology Research Seminars, Division of Cardiovascular Diseases University of Cincinnati College of Medicine -- August 1990
9.     "Future trends in cardiovascular drug research."  Florida Society of Hospital Pharmacists Annual Meeting, Tarpon Springs, FL -- May 1991
10.    "Heart rate response to exercise for evaluating pharmacodynamic response to stereoselective drug metabolism."  Annual Meeting of the Ohio Conference on Clinical Pharmacy and Clinical Pharmacology, Toledo, OH -- November 1991
11.    "Stereoselective pharmacokinetics and pharmacodynamics of the CYP2D6 metabolic pathway: studies with metoprolol." University of Kentucky Research Seminar Series, Lexington, KY -- February 1992
12.    "Assessing pharmacodynamics of antiarrhythmic agents." American College of Clinical Pharmacy Pharmacodynamic Symposium, Toronto, Canada -- August, 1992
13.    "The influence of CYP2D6 inhibition with quinidine on valproic acid pharmacokinetics." Ohio College of Clinical Pharmacy Annual Meeting, Cincinnati, OH -- October, 1992
14.    "Stereoselective aspects of CYP2D6 metabolism." Research Seminar Series, Division of Clinical Pharmacology, Indiana University Medical School, Indianapolis, IN -- November, 1992
15.    "Differences in drug metabolism between HMG-CoA reductase inhibitors." Scientific Session for the National Pharmacy Cholesterol Council, Orlando, FL -- December, 1992
16.    "Pharmacodynamic modeling in cardiovascular pharmacology."  Scientific Symposium for the American College of Clinical Pharmacy Winter Forum, Ft. Lauderdale, FL -- February, 1993
17.    "Hepatic metabolism of the HMG-CoA reductase inhibitors lovastatin and simvastatin is CYP3A-dependent." Lipid Education Symposium on Issues in Lipid Education in the 1990's: Therapeutic Considerations, San Diego, CA -- March, 1993
18.    "Molecular mechanisms of drug metabolism and its application to predicting drug interactions."  College of Pharmacy Research Seminar Series, University of Kentucky, Lexington, KY -- September, 1993
19.    "Molecular mechanisms of significant drug interactions with the HMG-CoA reductase inhibitors."  Squibb Research Institute, Atlanta, GA -- October, 1993
20.    "Predicting drug interactions with HMG-CoA reductase inhibitors."  Family Practice Grand Rounds, Jewish

Hospital, Louisville, KY -- November, 1993

21.    "Predicting and understanding drug interactions involving the cytochrome P450 system." Cardiology Grand Rounds, University of Cincinnati Medical Center, Cincinnati, OH -- April, 1994

22.    "Molecular biology, drug metabolism and drug interactions." Research Seminar Series, Department of Pharmacy Practice, Ohio State University College of Pharmacy, Columbus, OH -- Sept, 1994

23.    "From molecular biology to the bedside: prediction of drug interactions." University of Cincinnati College of Pharmacy Research Seminars, Division of Pharmaceutical Sciences, Cincinnati, Ohio -- January, 1995

24.    "Advances in congestive heart failure: an opportunity for future research." Department of Clinical Pharmacy, University of Tennessee College of Pharmacy, Memphis, TN -- June, 1995

25.    "Medical advances in the treatment of congestive heart failure: research that focuses on patient outcomes." College of Pharmacy, State University of New York at Buffalo, Buffalo, NY -- July, 1995

26.    "Pharmacokinetic and pharmacodynamic modeling." Symposium Moderator, ACCP Winter Meeting, Monterey, CA -- February, 1996

27.    Understanding and predicting clinically important drug-drug interactions: the role of Cytochrome P450. University of Georgia College of Pharmacy Seminar Series, Augusta, GA – August, 1997

28.    Understanding and predicting clinically important drug-drug interactions: the role of Cytochrome P450. Turkish Cardiology Congress, Istanbul, Turkey – June, 1998

29.    Understanding and predicting clinically important drug-drug interactions: the role of Cytochrome P450. Turkish Endocrinology Congress, Istanbul, Turkey – October, 1998

30.    Understanding and predicting clinically important drug-drug interactions: the role of Cytochrome P450. South American Cardiology Congress, Cartegena, Colombia – November, 1998

31.    Understanding and predicting clinically important drug-drug interactions: the role of Cytochrome P450. European Cardiology Congress, Lisbon, Portugal – February, 1999

32.    Understanding and predicting clinically important drug-drug interactions: the role of Cytochrome P450. University of Pittsburgh Division of Cardiology Grand Rounds, Pittsburgh, PA – December, 1999

33.    Drug interactions and the cytochrome P450 system: how to predict and prevent. St. Louis University Cardiovascular Symposium, St. Louis, MO – April, 2000

34.    Complexities of heart failure drug management. Ohio State College of Pharmacy Cardiovascular Symposium, Columbus, OH – April, 2000

35.    Clinical pharmacology of statins. Lakewood Hospital Grand Rounds, Cleveland, OH – May, 2000

36.    Vasopeptidase inhibition: a new class of drug for heart failure and hypertension. Good Samaritan Hospital Grand Rounds, Dayton, OH – May, 2000

37.    Cytochrome P450 as a mechanism of clinically important drug interactions. University of Chicago Medical Grand Rounds, Chicago, IL – May, 2000

38.    Innovations in heart failure and hypertension: vasopeptidase inhibition. Doctors Hospital Medical Grand Rounds, Columbus, OH – May, 2000

39.    Combining neutral endopeptidase inhibition with ACE-inhibition for hypertension and heart failure. University of Washington Cardiology Grand Rounds, Seattle, WA – May, 2000

40.    Cytochrome P450 principles to predict drug-in-vivo drug-drug interactions. American College of Clinical Pharmacy Indiana Chapter, Indianapolis, IN – November, 2000

41.    How to predict and prevent drug interactions through cytochrome P450. Medical Society of Deleware, Newark, DE – November, 2000

42.    Cardiovascular drug interactions. Cleveland Clinic Department of Preventative Cardiology, Cleveland, OH – January, 2001

43.    Advances in the therapeutics of acute myocardial infarction. American College of Clinical Pharmacy Michigan Chapter, Traverse City, MI – April, 2001

44.    Cardiovascular risk reduction. Cardiology Grand Rounds, Bethesda North Hospital, Cincinnati, OH – September, 2001

45.    Cytochrome P450 and predicting drug interactions. University Hospitals of Cleveland Medical Grand Rounds, Cleveland, OH – November, 2001

46.    Understanding and predicting clinically important drug-drug interactions. Case Western Reserve Cardiology Grand Rounds, Cleveland, OH – March, 2002

47.    Clinically important drug-drug interactions for endocrinologists. Indiana Society of Endocrinologists, Indianapolis, IN – April, 2002

48.    The future of therapeutic interventions for raising HDL. University of Alabama Department of Cardiology Visiting Professorship, Birmingham, AL – May, 2006

49.    Understanding and predicting cytochrome P450-based drug interactions. Nebraska Cardiology Consultants, Omaha, NE – March, 2007

## AWARDS

Academic All-American (basketball), Georgia Tech -- 1976
Rho-Chi President, University of Kentucky -- 1979-80
Jefferson County Academy of Pharmacy Award, University of Kentucky -- 1979
Eli Lilly Achievement Award, University of Kentucky -- 1980
Crawford E. Meyer Award, University of Kentucky -- 1980
Chief Pharmacy Resident, University of Kentucky -- 1982-3
Outstanding Pharmacy Resident, University of Kentucky -- 1983
Outstanding Paper in Clinical Research, Conference of Residents, Omaha, NE--1983
Impact Award, University of Kentucky Residency Program --1983
Outstanding Clinical Pharmacy Educator, University of Tennessee -- 1984
Recipient, Preceptor for American College of Clinical Pharmacy-Merck Cardiovascular Fellowship-- 1985
Academic Challenge Fellowship Award, University of Cincinnati -- 1989-91
Astra Pharmaceuticals Award for Clinical Pharmacy Research, University of Cincinnati -- 1989
Outstanding Didactic Instructor, Pharm.D. Program, University of Cincinnati -- 1990, 1994
Who's Who in Health and Medical Services -- 1990
Speaker, Abstract Plenary Session ACCP Annual Meeting -- 1990
Fellow Recognition, American College of Clinical Pharmacy – 1991
Rho Chi Award for Teaching Excellence, University of Cincinnati – 2000
Faculty Excellence Award for Teaching, P2 students, University of Cincinnati-- 2004
Rho Chi Award for Teaching Excellence, University of Cincinnati -- 2006

## PROFESSIONAL ORGANIZATIONS

Rho Chi Honor Society
American Association of Colleges of Pharmacy (1983-89)
American College of Clinical Pharmacy (Full Member, 1985-2007)
     Member, Educational Affairs Committee (1988-89)
     Chairman, Educational Affairs Committee (1989-90)
     Nominee, Board of Regents (1990, 1994)
     Member, Nominations Committee (1990-92)
     ACCP Fellow (1991)
     Chair, Abstract Review Committee for Winter Meeting (1993)
     Vice-Chair, Awards Committee (1993)
     Chair, Awards Committee (1994)
     Member, Winter Program Committee (1995)
     Chair, 1998 Annual Program Committee (1997)
     Member, Scientific Abstract Award Committee (1997)
American Heart Association (1983-89, 2008-Present)
American Society for Clinical Pharmacology and Therapeutics (1985-1999)
American Pharmaceutical Association (1990-93)
     Chair-Elect, Clinical Section, Academy for Pharmaceutical Research and Science (1991)
     Chairman, Clinical Section, Academy for Pharmaceutical Research and Science (1992)
     Member, Educational Program Committee, 1992 Meeting
     Member, Policy Committee (1992)
National Lipid Association (2006-Present)
     Midwest Board of Directors (2006-2008)

## JOURNAL REFEREE/EDITORIAL BOARDS

**Editorial Advisory Board:**

Journal of Applied Therapeutic Research
Pharmacotherapy (1998-2007)
Cardiology Review
Journal of Clinical Lipidology (2007-present)

**Journal Referee:**
Biopharmaceutics and Drug Disposition
Journal of Pharmaceutical Sciences
American Journal of Hospital Pharmacy
Chest
Pharmacotherapy
DICP, Annals of Pharmacotherapy
Hospital Formulary
Archives of Internal Medicine
American Journal of Pharmaceutical Education
Clinical Pharmacy
American Journal of Cardiology
Journal of Cardiovascular Pharmacology
Drugs and Aging
Drug Safety


# COMMITTEES

## *Committees - University of Cincinnati (1989-Present):*

Chair, Admissions Committee 2006-Present
Member, Division Research and Scholarship Committee, 2000-2005
Chair, College ARPT Committee, 2000-2002
Member, Ad Hoc Committee on New Masters Program, 2001-Present
Member, Strategic Planning Committee 2000
Member, Curriculum Committee 1999-2000
Member, Pharmacoeconomics Faculty Search Committee 1999-2000
Member, Admissions Committee 1999-2000
Member, Ad Hoc College Space Committee, 1997
Member, Task Force for Strengthening MS/PhD Programs, 1997-98
Member, Biopharmaceutics Faculty Search Committee, 1997
Member, Dean Search Committee, College of Pharmacy, 1995-96
Member, Academic Programs Committee, Division of Pharmacy Practice, 1989-Present
Member, Pharmacology Task Force, College of Medicine, 1994
Member, Executive Committee, College of Pharmacy, 1989-1996
Member, Pharm.D. Program Admissions Committee, 1991-94
Member, College of Pharmacy Appointment, Reappointment, Promotion and Tenure Committee,
    1992-Present (Chair, 1993-Present)
Member, College Space Utilization Ad Hoc Committee, 1997-1999
Chair, Task Force on Professional Experience Programs, 1993-94
Chair, ACPE Self-Study Committees on College Administration and Clinical Programs, 1993-94
Member, Medical Center Task Force on Focus Area Review, 1992-93
Member, New Drug Evaluation Unit Review Task Force, 1992
Chairman, College Strategic Planning Non-Academic Internal Audit Committee, 1989-91
Member, Capital Equipment Committee, College of Pharmacy, 1989-91
Chair, Curriculum Committee, College of Pharmacy, 1989-91
Chair, Faculty Search Committee, Division of Pharmacotherapy, 1989-90, 1990-91
Member,  Pharm.D. Planning Committee, College of Pharmacy, 1990-91
Member (alternate), ARPT Committee, College of Pharmacy, 1989-90
Member, Clinical Pharmacists Search Committee, University Hospital, 1991, 1992
Member, University Council on General Education, 1991-93
Member, Space Committee, College of Pharmacy, 1991-92

Member,  Pharm.D. Selection Committee, College of Pharmacy, 1990-91, 1991-92
Leader, Focus Group Discussion on Pharmacotherapy, Curriculum Review Task Force, 1992

### *Committees - National:*

Board of Directors, MidWest Lipid Association 2006-2007
Member, Inter-disciplinary Council, 2001-2006
Chair, National Pharmacy Cardiovascular Council 2000-2007
Chair, ACCP 1998 Annual Program Committee
Chair & Past-Chair, Cardiology Practice & Research Network, American College of Clinical Pharmacy 1998-00
Member, ACCP Scientific Abstract Award Committee, 1997
Vice-Chair, Parke-Davis Pharmacy CE Advisory Board for Hyperlipidemia
Member, Hypertension Advisory Board, Bristol-Myers Squibb, 1996-Present
Member, Cardiac Advisory Board, Bristol-Myers Squibb, 1995-Present
Member, CHF Care Standards Advisory Board, Merck and Co., 1995-1998
Chair, Heart Failure Consensus Panel, State of Ohio Medicaid DUR Board, 1994-1997
Member, National Clinical Pharmacy Cholesterol Council, 1990-Present
    Vice-Chair, 1996-Present
Member, Federal Agency for Health Care Policy and Research, Expert Panel on Congestive Heart
    Failure, 1992-1994
Member, Expert Panel on CHF in the Elderly, Managed Care Resources, 1992-93
Chair, Midwestern Pharmacy Cholesterol Council, 1991-93
Vice Chair, ACCP Awards Committee, 1993
Chair, ACCP Awards Committee, 1994
Member, ACCP Winter Program Committee, 1995
Member, ASHP Cardiovascular Fellowship Review Panel, 1987, 1988, 1990, 1991, 1992
Member, ACCP Educational Affairs Committee, 1988-89
Member, ACCP Cardiovascular Fellowship Review Panel, 1989, 1995, 1996
Chair, ACCP Educational Affairs Committee, 1989-90
Member, Abstract Review Committee, ACCP Annual Meeting, 1987, 1988, 1989,1990,
    1991, 1992, 1994, 1995, 1996, 1997, 1998, 1999, 2000
    Winter Meeting 1994, 1996, 1997, 1998, 1999, 2000
Member, ACCP Grant Review Committee, 1994,1995
Member, AACP Task Force on Pharm.D. Curricula, 1990-91
Member, ACCP Nominations Committee, 1990-91, 1991-92
Chair-elect, APhA Clinical Section of the APRS, 1991
Chair, APhA Clinical Section of the APRS, 1992
Member, APhA Education Committee (Annual Meeting Program), 1991-92
Member, Grant Selection Committee, Astra Clinical Pharmacy Research Award, 1991

# CONSULTING

Scribner Medical Productions, 1989-1992
Norwich Eaton Pharmaceuticals, Cardiovascular Research Group, 1989-1992
Omnicare, 1994-2006
CHF Care Standards Advisory Board, Merck Human Health Division, 1995-1998
International Cardiovascular Advisory Board, Bristol-Myers Squibb, 1995-2005
State Medicaid DUR Boards for Ohio, Indiana, Illinois, Pennsylvania and Maryland (1994-1999)

# OTHER ACTIVITIES

Faculty Preceptor for Dr. Margaret Whidden, Resident in Adult Medicine Department of Clinical
    Pharmacy, 1984-85
Faculty Preceptor for Dr. Timothy J. Hoon, ACCP-Merck Fellow in Cardiovascular Pharmacokinetics

and Therapeutics, 1985-87

Faculty Preceptor for Dr. David Kazierad, Research Fellow in Cardiovascular Pharmacokinetics and Therapeutics, 1987-89

Faculty Preceptor for Karen Schlanz, Research Fellow in Cardiovascular Pharmacokinetics and Pharmacodynamics, 1989-91

Team Leader, American Heart Association Research Funds Teleparty, Cincinnati, Ohio -- November, 1993

Research Sabbatical 1999

Thesis Committee, Sharon Haines, Ph.D. in clinical pharmacology, School of Nursing, 1998-2000

Certified Masters in Lipidology 2007

# GRANTS AND CONTRACTS RECEIVED

1. Therapeutic Drug Monitoring Education for Clinical Chemists ($66,000). Abbott Laboratories, 1983; Co-Investigator (Dr. William Evans, PI).
2. Clofibrate Induced Acetylation of Procainamide ($5,000). American Heart Association, Tennessee Affiliate, 1984; Principal Investigator.
3. Evaluation of Fluorescence Polarization Immunoassays for Digoxin, Procainamide, Ethosuximide and Acetaminophen ($12,000). Abbott Laboratories, 1984; Principal Investigator.
4. Clindamycin Disposition in Patients Undergoing Cardiac Surgery ($2,000). The Upjohn Company, 1984; Principal Investigator.
5. Urapidil in the Treatment of Hypertensive Urgencies ($40,000). Marion Laboratories, 1985; Co-Principal Investigator.
6. Grant to Develop and Test New Assays for Therapeutically Monitored Drugs ($162,000). Abbott Laboratories, 1984-1987; Co-Principal Investigator.
7. Fluorescence Polarization Immunoassay vs HPLC for Flecainide Acetate In Biological Fluids ($6,000). Abbott Laboratories, 1986; Principal Investigator.
8. Na/K ATPase Inhibition By Digitalis-Like Factors in Neonates ($10,000). American Heart Association, Tennessee Affiliate, 1986; Principal Investigator.
9. Age Relationship of DLIS in Neonates ($5,000). LeBonheur Small Grants Program, 1985; Co-Investigator (Dr. Stephanie Phelps, PI).
10. DLIS Evaluation in Neonates ($5,000). ASHP Research and Education Foundation, 1985; Co-Investigator (Dr. Stephanie Phelps, PI).
11. ACCP-Merck Fellowship Award in Cardiovascular Pharmacotherapeutics ($19,500), 1985; Principal Investigator.
12. The Effect of Diltiazem on the Pharmacokinetics and Pharmacodynamics of Encainide and its Active Metabolites ($5,000). Bristol-Meyers, 1987; Principal Investigator.
13. The Effect of Cimetidine on the Disposition of Labetalol Stereoisomers ($33,000). Smith, Kline and French Laboratories, 1987; Co-Investigator (Dr. Richard Lalonde, PI).
14. Indocyanine Green Clearance To Estimate Hepatic Blood Flow in Gastric Bypass Patients ($25,000). Janssen Pharmaceuticals, 1987; Co-Investigator (Dr. Schedawie, PI).
15. The Effect of Cimetidine on the Disposition of Dilevalol ($89,000). Schering Pharmaceuticals, 1987; Co-Principal Investigator (Dr. Richard Lalonde, PI).
16. Stereospecific Inhibition of Propranolol Metabolism: A Comparison of Verapamil and Diltiazem ($19,000). Marion Laboratories, 1988; Co-Investigator (Dr. Richard Lalonde, PI).
17. University of Tennessee-Marion Laboratories Research Fellowship ($25,000). Marion Laboratories, 1988-89; Co-Preceptor (Dr. Richard Lalonde, PI).
18. Quinidine and the Pharmacokinetics and Pharmacodynamics of Hepatic Drug Oxidative Metabolism ($7500). Astra Pharmaceuticals, 1989; Principal Investigator.
19. Academic Challenge Fellowship Award ($50,000). University of Cincinnati, 1989-91; Principal Investigator. (Fellowship support from Dean's office)
20. Stereoselective Aspects of Quinidine Inhibition of Hepatic Drug Metabolism ($8500). University of Cincinnati Research Council, 1990; Principal Investigator.
21. Introduction to Therapeutic Drug Monitoring ($4,500). Abbott Diagnostics Division, 1990; Principal Investigator.
22. The pharmacokinetics and pharmacodynamics of LNF-209, a new cardiotonic agent ($33,000). Norwich Eaton Pharmaceuticals, 1991; Principal Investigator.

23. Cholesterol Awareness Training Program for Pharmacists ($17,000). Squibb U.S. Pharmaceutical Group, 1992; Principal Investigator.

24. Quinidine as a probe for evaluating polymorphic drug metabolism of valproic acid ($1000). Abbott Laboratories, 1992; Principal Investigator.

25. The influence of age on stereoselective renal excretion and organic cation/proton antiport activity. Astra Pharmaceuticals ($10,000), American Diabetes Foundation ($5000), and University of Cincinnati Academic Challenge ($5000); 1992; Co-Principal Investigator.

26. Mechanisms of lidocaine induced elevation in defibrillation threshold and its reversibility ($30,000). American Heart Association, Ohio Affiliate, 1992; Co-Investigator (Dr. Michael Ujhelyi, PI).

27. Analysis of the pharmacologic management of acute myocardial infarction survivors in academic medical centers in the United States ($4875). University Hospital Consortium, Technology Advancement Center (TAC), 1994; Principal Investigator.

28. Development of therapeutic guidelines for the use of angiotensin converting-enzyme inhibitors in congestive heart failure ($16,115). American Society for Hospital Pharmacists, 1994; Principal Investigator.

29. Implementation of CHF guidelines and monitoring patient outcomes: A case for state Drug Utilization Review boards ($20,000). Merck Human Health Division, 1994; Principal Investigator.

30. Drug interactions involving hepatic CYP3A isozyme: studies with HMG-CoA reductase inhibitors and erythromycin ($48,750). Bristol Myers-Squibb Research Institute, 1994; Principal Investigator.

31. Cardiovascular research support, unrestricted grant ($20,000). Bristol Myers - Squibb U.S. Pharmaceutical Group, 1994; Principal Investigator.

32. Congestive heart failure: new treatment guidelines ($10,000). Merck Human Health Division grant for a videotape, 1994; Principal Investigator.

33. Education grant to support DUR educational activities in heart failure ($20,000). Merck Human Health Division, 1995; Principal Investigator

34. Unrestricted grant to support Heart Failure Outcomes Project ($60,000). Bristol-Myers Squibb and Parke-Davis, 1996; Co-Principal Investigator.

35. Unrestricted research grant to support cardiovascular research ($10,000). Bristol-Myers Squibb, 1996; Principal Investigator.

# PUBLICATIONS

### *Abstracts*

1. Batenhorst RL, Bottorff MB, Booth D. Hemodynamic response to IV nitroglycerin in patients with unstable angina. Drug Intelligence and Clinical Pharmacy 1984;18(6):504

2. Phelps SJ, Bottorff MB, Stewart CS. False-positive digoxin concentrations in pediatric patients: age relationship. Clinical Research 1984;32(5):882A.

3. Ramanathan J, Bottorff M. Sibai BM. Maternal and neonatal effects of epidural lidocaine in preeclamptic women undergoing cesarean section. Anesthesia and Analgesia 1985;64:268.

4. Bottorff MB, Ramanathan J, Sibai BM. Lidocaine pharmacokinetics following epidural administration to preeclamptic patients. Drug Intelligence and Clinical Pharmacy 1985;19:456.

5. Phelps SJ, Bottorff MB, Stewart CF, Kamper CA. Evaluation of a digoxin-like immunoreactive substance in pediatric patients. Drug Intelligence and Clinical Pharmacy 1985;19:466.

6. Lalonde RL, Bottorff MB, Straughn AB. Comparison of results obtained by HPLC and FPIA methods in a theophylline pharmacokinetic study. Drug Intelligence and Clinical Pharmacy 1985;19:449.

7. Bottorff MB, Songu-Mize E, Hoon TJ, et al. Na/K ATPase inhibition by digitalis-like factors in neonates. Federation Proceedings 1986;45(3):651.

8. Lalonde RL, Pieper JA, Straka RJ, Bottorff MB, Rutledge DR, Mirvis D. Duration and extent of beta blockade in relation to propranolol pharmacokinetics. Drug Intelligence and Clinical Pharmacy 1986;20(6):461-2.

9. Lalonde RL, Pieper JA, Straka RJ, Bottorff MB, Mirvis DM. Pharmacodynamic modeling of propranolol. Drug Intelligence and Clinical Pharmacy 1986;20(6):462.

10. Bottorff MB, Pieper JA, Boucher BA, Hoon TJ, Ramanathan J, Sibai BM. The effect of preeclampsia on alpha-1-acid glycoprotein and lidocaine protein binding. Drug Intelligence and Clinical Pharmacy 1986;20(6):463.

11. Hoon TJ, Bottorff MB. Relative predictive performance of three theophylline pharmacokinetic programs. Drug Intelligence and Clinical Pharmacy 1986;20(6):463.

**Curriculum Vitae**
**Michael B. Bottorff, Pharm.D.**

12.  Lalonde R, Pieper J, Straka R, Bottorff M. Mirvis D.  Propranolol pharmacokinetics and pharmacodynamics after single and chronic doses.  Acta Pharmacologica et Toxicologica 1986;59(Suppl.V):66.

13.  Bottorff MB, Hoon TJ, Rodman JH, Ramanathan KB.  Urapidil pharmacokinetics in patients with hypertensive urgencies.  Acta Pharmacologica et Toxicologica 1986;59(Suppl. V):277.

14.  Bottorff MB, Hoon TJ, Griffin BG, Ramanathan KB.  Intravenous urapidil in hypertensive emergencies.  Clinical Pharmacology and Therapeutics 1987;41:187.

15.  Lalonde RL, Pieper JA, Straka RJ, Bottorff MB, Mirvis DM.  Pharmacodynamic modeling of free and total propranolol.  Clinical Pharmacology and Therapeutics 1987;41:156.

16.  Straka RJ, Lalonde RL, Pieper JA, Bottorff MB, Mirvis DM.  Nonlinear pharmacokinetics of free propranolol.  Clinical Pharmacology and Therapeutics 1987;41:197.

17.  Hokerman GJ, Heiman DF, Wang PP, Cohen-Giecek C, Bottorff MB.  A fluorescence polarization immunoassay for the quantitation of flecainide acetate.  Clinical Chemistry 1987;33:1017.

18.  Bottorff MB and Lalonde RL.  Clindamycin disposition in patients undergoing cardiac surgery.  Drug Intelligence and Clinical Pharmacy 1987;21:14A.

19.  Schedewie HK, Lee LA, Cowan GS, Gold RE, Bottorff MB, Peters TG, Heerdt ME, Angel JJ.  Hepatic clearance of sufentanil in humans.  Anesthesiology 1987;67:A291.

20.  Bottorff MB, Hoon TJ, Lalonde RL, Kazierad DJ, Mirvis DM.  Effects of diltiazem on the disposition of encainide and its active metabolites.  Clinical Pharmacology and Therapeutics 1988;43:195.

21.  Lalonde RL, Bottorff MB, Straka RJ, Tenero DM, Pieper JA, Wainer IW. Disposition of propranolol enantiomers during accumulation to steady-state.  Clinical Pharmacology and Therapeutics 1988;43:140.

22.  Bottorff MB, Lalonde RL, Kazierad DJ, Hoon TJ, Tsiu S, Mirvis DM.  Effects of high clearance drugs on hepatic oxidative metabolism.  Pharmacotherapy 1988;8:126.

23.  Lalonde RL, Tenero DM, Bottorff MB, Given BD, Kramer WG, Affrime MB. Pharmacodynamic modeling of the cardiovascular effects of dilevalol. Clinical Pharmacology and Therapeutics 1989;45:179.

24.  Tenero DM, Bottorff MB, Given BD, Affrime MB, Alton KB, Kramer WG, Lalonde RL.  Pharmacokinetics and pharmacodynamics of dilevalol alone and with cimetidine.  Clinical Pharmacology and Therapeutics 1989;45:170.

25.  Bottorff MB, Kazierad DJ, Hoon TJ, Lalonde RL.  Effects of diltiazem on the kinetics and dynamics of encainide and its active metabolites.  European Journal of Clinical Pharmacology 1989;36(Suppl.):A149.

26.  Lalonde RL, Tenero DM, Herring VL, Bottorff MB.  Effects of age on the protein binding and apparent affinity of l-propranolol for cardiac beta-receptors.  European Journal of Clinical Pharmacology 1989;36(Suppl.):A182.

27.  Lalonde RL, Tenero DM, Hunt BA, Burlew BS, Herring VL, Bottorff MB.  The effects of age on propranolol isomer disposition and affinity for beta-receptors.  Clinical Pharmacology and Therapeutics 1990;47:162.

28.  O'Rear TL, Drda KD, Bottorff MB, Straka RS, Herring VL, Lalonde RL.  Effects of enzyme inhibition on labetalol pharmacokinetics and pharmacodynamics. Clinical Pharmacology and Therapeutics 1990;47:172.

29.  Hunt BA, Bottorff MB, Tenero DM, Herring VL, Self TH, Lalonde RL.  The effects of calcium antagonists on the pharmacokinetics of propranolol stereoisomers.  Clinical Pharmacology and Therapeutics 1990;47:130.

30.  Schlanz KD, Yingling KW, Verme CN, Harrison DC, Bottorff MB.  Metoprolol pharmacodynamics and quinidine-induced inhibition of polymorphic drug metabolism.  Pharmacotherapy 1990;10:232.

31.  Schlanz KD, Yingling KW, Verme CN, Lalonde RL, Harrison DC, Bottorff MB. Loss of stereoselective metoprolol metabolism following quinidine inhibition of P450IID6.  Pharmacotherapy 1991;11:271-2.

32.  Gearhart MO, Joseph A, Schlanz KD, Bottorff MB. Lack of effects on labetalol pharmacodynamics with quinidine inhibition of P450IID6. Pharmacotherapy 1991;11:P-36.

33.  Bottorff MB, Dean S, Bennett JA, Keck PE. Valproic acid pharmacokinetics are not altered following CYP2D6 inhibition with quinidine. Clinical Pharmacology and Therapeutics 1993;53:223.

34.  Ujhelyi MR,  Roll K, Schur M, Markel ML, Bottorff MB. Increased activity of the organic cation/proton antiport: a pharmacodynamic model. Clinical Pharmacology and Therapeutics 1994; 55:206.

35.  Ujhelyi MR, Schur M, Frede T, Gabel M, Bottorff MB, Markel ML. Mechanisms of lidocaine induced elevation in defibrillation threshold. Journal of the American College of Cardiology 1994; 23:259A.

36.  Ujhelyi MR, Schur M, Frede T, Gabel M, Bottorff MB, Markel ML. Hypertonic saline does not reverse sodium channel blocking actions of lidocaine. Pharmacotherapy 1994; 14(3):347.

37.  Ujhelyi MR, Roll K, Schur M, Markel ML, Bottorff MB.  Age effects on the activity of the organic cation/proton antiport: a pharmacodynamic model. Pharmacotherapy 1994;14(3):365.

38.  Ujhelyi MR, Schur M, Bottorff, MB, et al. Effects of inhibition and stimulation of organic cation secretion on stereoselective renal clearance. Clinical Pharmacology and Therapeutics, 1995;57:217A.

39.  Bottorff MB, Marien ML, Clendening C. Macrolide antibiotics and inhibition of CYP3A isozymes: differences in cyclosporin pharmacokinetics. Clinical Pharmacology and Therapeutics 1997;61:224.

40.    Bottorff MB, Behrens D, Gross A, Markel M.  Differences in in vivo metabolism of pravastatin and lovastatin as assessed by CYP3A inhibition with erythromycin. Pharmacotherapy 1997.
41.    Bottorff, MB, Boyd M. Computerized decision making in hypertension; the role of computerized prompting. International Society for Clinical Pharmacology and Therapeutics, Florence, Italy 2000


### *Refereed Reviews and Book Chapters*

1.    Bottorff MB. Antianginal agents.  In:  Abrams AC, Shank W, eds.  Clinical Drug Therapy: Rationale for Nursing Practice.  Philadelphia: JB Lippincott Co., 1983:515-9.
2.    Bottorff MB.  Drugs for treatment of hypotension and shock.  In: Abrams AC, Shank W, eds.  Clinical Drug Therapy:  Rationale for Nursing Practice. Philadelphia:  JB Lippincott Co., 1983;2:320-9.
3.    Batenhorst RL, Bottorff MB, Kuo CS.  Mechanisms and control of ventricular tachyarrhythmias.  Clinical Pharmacy 1983:2:320-9.
4.    Wong P, Bottorff MB, Heritage RW, et al.  Acute rifampin overdose: a pharmacokinetic study and review of the literature.  Journal of Pediatrics 1984;104(5):781-3.
5.    Bottorff MB, Rutledge DA, Pieper JA.  Evaluation of intravenous amrinone: the first of a new class of positive inotropic agents with vasodilator properties. Pharmacotherapy 1985;5:227-37.
6.    Bottorff MB and Stewart CF.  Analytical techniques and quality control. In:  Taylor W, ed.  Therapeutic drug monitoring.  Irving: Abbott Diagnostics, 1986;51-7.
7.    Hoon TJ and Bottorff MB.  Serum digoxin concentrations. Hospital Therapy 1987;12(7):80-96.
8.    Bottorff MB, Evans WE.  Drug concentration monitoring.  In:  Progress in clinical biochemistry and medicine.  Springer-Verlag, Heidelberg, 1988;1-16.
9.    Lalonde RL, Bottorff MB, Wainer IW.  The study of chiral cardiovascular drugs: analytical approaches and some pharmacological consequences.  In: Reid E, Robinson JD, eds.  Bioanalysis of drugs and metabolites. Plenum Publishing Corporation, 1988;169-77.
10.   Hunt BA, Self TH, Lalonde RL, Bottorff MB.  Calcium channel blockers as inhibitors of drug metabolism. Chest 1989;96:393-9.
11.   Schlanz KD, Myre SA, Bottorff MB.  Pharmacokinetic interactions with calcium channel antagonists (Part I). Clinical Pharmacokinetics 1991;21:344-56.
12.   Schlanz KD, Myre SA, Bottorff MB.  Pharmacokinetic interactions with calcium channel antagonists (Part II). Clinical Pharmacokinetics 1991;21:448-60.
13.   Kazierad DJ, Schlanz KD, Bottorff MB. Beta-blockers.  In:  Evans WE, Schentag JJ, Jusko WJ, eds.  Applied Pharmacokinetics, Third Edition.  Applied Therapeutics Press, 1992; (24)1-41.
14.   Harrison DC, Bottorff MB.  Advances in antiarrhythmic drug therapy. In:  August JT, Anders MW, Murad F, eds.  Advances in Pharmacology.  Academic Press, Inc., 1992;23:179-225.
15.   Bottorff MB.  Bepridil hydrochloride in refractory stable angina.  Pharmacy and Therapeutics 1992;17(1):75-90.
16.   Harrison DC and Bottorff MB. Basic principles of pharmacokinetics: antiarrhythmic drugs. In: Sperelakis N, ed. Physiology and Pathophysiology of the Heart, Third Edition. Kluwer Academic Publishing, 1995:565-587.
17.   Bottorff MB.  Therapeutic options in the treatment of congestive heart failure.  The Long Term Care Director, Premier Issue, 1993;1(1):34-36 (Part I) and 1994;2(1):15-17 (Part II).
18.   Lutomski DM, Bottorff MB, Sangha K. Pharmacokinetic optimization of the treatment of embolic disorders. Clinical Pharmacokinetics, 1995;28:67-92.
19.   Baker DW, Konstam M, Bottorff M, Pitt B. Management of heart failure, I: pharmacologic treatment. JAMA 1994;272:1361-66.
20.   Bottorff MB. Clinical pharmacology of HMG-CoA reductase inhibitors. In: McKenney J and Hawkins D, eds. The Pharmacists Handbook of Lipid Disorders.  Scientific Therapeutics, 1995.
21.   Konstam MA, Dracup K, Baker DW, Bottorff MB, et al. Heart failure: evaluation and care of patients with left ventricular systolic dysfunction. J Card Fail 1995;1(2):183-7.
22    Bottorff MB, Tenero DM. Pharmacokinetics of eprosartan in healthy subjects, patients with hypertension and special populations. Pharmacotherapy 1999;19(suppl):79S-85S
23.   Worz CR and Bottorff MB. Management of hypertension in the elderly. Journal of the American Society of Consultant Pharmacists 1999;20:1-15
24       .Bottorff MB. Fire and forget: pharmacological considerations in coronary care. Atherosclerosis 1999;147:S23-       S30
25.    Bottorff MB. Safety considerations of statin therapy. Cardiology Review 1999;16:5-9
26.   Worz CR and Bottorff MB. Erectile dysfunction in patients with cardiovascular disease. Cardiology Review

**Curriculum Vitae**
**Michael B. Bottorff, Pharm.D.**

1999;16:8-9

27      Bottorff MB and Hansten P. Long-term safety of HMG-CoA reductase inhibition: role of metabolism. Archives      of Internal Medicine 2000;160:2273-2280.

28.   Bottorff MB. Recent advances in the treatment of congestive heart failure. Ann Long Term Care 2001;9:47-56.

29.   Worz CR and Bottorff MB. The role of cytochrome P450-mediated drug-drug interactions in determining safety      of statins. Expert Opin Pharmacother 2001;Jul;2(7):1119-27.

30.   Talbert RL, Spinler SA, Nappi JM, Bottorff MB. Combination antiplatelet therapy: implications for pharmacists. Pharmacotherapy 2002;10:1211-15.

31.   Talbert RL, Spinler SA, Nappi JM, Bottorff MB. Combination antiplatelet therapy: implications for pharmacists. J Am Pharm Assoc 2002;42:880-3

32.   Bottorff MB. Underidentification and undertreatment issues. J Manag Care Pharm 2003;9:6-8

33.   Bottorff MB. New roles for antiplatelet agents in treatment of atherothrombotic diseases. J Am Pharm Assoc 2004;44:S4

34.   Bottorff MB. Statin safety: what to know. Am J Geriatr Cardiol 2004;13:34-8.

35.   Toscani MR, Makkar R, Bottorff MB. Quality improvement in the continuum of care: impact of atherothrombosis in managed care pharmacy. 2004:10:S2-12

35.   Bottorff MB. Statin safety and drug interactions: clinical implications. Am J Cardiol 2006;97:27C-31C

36.   Bottorff MB, Nutescu EA, Spinler S. Antiplatelet therapy in patients with unstable angina and non-ST-segment-elevation myocardial infarction: findings from the CRUSADE national quality improvement initiative. Pharmacotherapy 2007;8:1145-62

### Books Edited

1.   Caviness MD, MacKichan J, Bottorff M, Taylor W (eds.) Therapeutic Drug Monitoring: A guide to clinical application. Abbott Laboratories Diagnostics Division, Irving, TX; 1987.

### Books Written

1.   Konstam MA, Dracup K, Bottorff MB, et al. Heart Failure: Evaluation and Care of Patients with Left-Ventricular Systolic Dysfunction. U.S. Department of Health and Human Services, Agency for Health Care Policy and Research, Clinical Practice Guidelines, Washington, D.C., 1994.

2.   Handbook on the Management of Lipid Disorders. American College of Clinical Pharmacy, 2008.

### Videotapes Made (National Distribution)

1.   Understanding and Predicting Clinically Important Drug Interactions. Bristol-Myers Squibb U.S. Pharmaceutical Group, 1993.

2.   New Treatment Guidelines for Congestive Heart Failure. Scribner Productions, 1994.

3.   Update on Treatment Guidelines for Congestive Heart Failure: 1996. Omnicare, Inc., 1996

### Original Research

1.   Bottorff MB, Graves DA, Batenhorst RL, et al. Nifedipine stability in cardioplegic solution. American Journal of Hospital Pharmacists 1984;41:2068-70.

2.   Lalonde RL, Bottorff MB, Straughn AB. Comparison of high pressure liquid chromatography and fluorescence polarization immunoassay methods in a theophylline pharmacokinetic study. Therapeutic Drug Monitoring 1985;7:442-6.

3.   Ramanathan J, Bottorff M, Jeter JN, Khalil M, Sibai BM. The pharmacokinetics and maternal and neonatal effects of epidural lidocaine in preeclampsia. Anesthesia and Analgesia 1986;65:120-6.

4.   Stewart CF and Bottorff MB. Fluorescence polarization immunoassay for ethosuximide evaluated and compared with two other immunoassay techniques. Clinical Chemistry 1986:32(9):1781-3.

5.   Phelps SJ, Kamper C, Bottorff MB, Alpert B. Effect of age and serum creatinine on the endogenous digoxin-like substances in infants and children. Journal of Pediatrics 1987;110:136-9.

6.   Bottorff MB, Pieper JA, Boucher BA, Hoon TJ, Ramanathan J, Sibai BM. Lidocaine protein binding in preeclampsia. European Journal of Clinical Pharmacology 1987;31:719-22.

7.   Bottorff MB, Lalonde RL, Straughn AB. Comparison of high pressure liquid chromatography and fluorescence polarization immunoassay to assess quinidine pharmacokinetics. Biopharmaceutics and Drug

Disposition 1987;8:213-21.

8. Straka RJ, Lalonde RL, Pieper JA, Bottorff MB, Mirvis DM.  Nonlinear pharmacokinetics of un-bound propranolol after oral administration.  Journal of Pharmaceutical Sciences 1987;76:521-4.

9. Lalonde RL, Pieper JA, Straka RJ, Bottorff MB, Mirvis DM.  Propranolol pharmacokinetics and pharmacodynamics after single doses and at steady-state.  European Journal of Clinical Pharmacology 1987;33:315-8.

10. Straka RJ, Hoon TJ, Lalonde RL, Pieper JA, Bottorff MB.  Liquid chromatography and fluorescence polarization immunoassay methods compared for measuring flecainide acetate in serum.  Clinical Chemistry 1987;33(10):1898-1900.

11. Lalonde RL, Straka RJ, Pieper JA, Bottorff MB, Mirvis DM.  Propranolol pharmacodynamic modeling using unbound and total concentrations in healthy volunteers.  Journal of Pharmacokinetics and Biopharmaceutics 1987;15(6):569-82.

12. Hoon TJ, Wood CA, Whidden MA, Greene WL, Bottorff MB.  The relative predictive performance of two theophylline pharmacokinetic dosing programs.  Pharmacotherapy 1988;8:82-8.

13. Bottorff MB, Hoon TJ, Rodman JH, Gerlach P, Ramanathan KB.  Pharmacokinetics and dynamics of urapidil in severe hypertension.  Journal Clinical Pharmacology 1988;28:420-426.

14. Lalonde RL, Bottorff MB, Straka RJ, Tenero DM, Pieper JA, Wainer IW. Nonlinear accumulation of propranolol enantiomers.  British Journal of Clinical Pharmacology 1988;26:100-2.

15. Kazierad DJ, Hoon TJ, Bottorff MB.  A HPLC method for the determination of encainide and its major metabolites in urine and serum using solid-phase extraction.  Therapeutic Drug Monitoring 1989;11:327-31.

16. Tenero DM, Bottorff MB, Given BD, Kramer WG, Affrime MB, Patrick JE, Lalonde RL.  Pharmacokinetics and pharmacodynamics of dilevalol. Clinical Pharmacology and Therapeutics 1989;46:648-56.

17. Bottorff MB, Lalonde RL, Kazierad DJ, Hoon TJ, Tsiu SJ, Mirvis DM.  The effects of encainide versus diltiazem on oxidative metabolic pathways of antipyrine.  Pharmacotherapy 1989;9(5):315-21.

18. Kazierad DJ, Lalonde RL, Hoon TJ, Mirvis DM, Bottorff MB.  The effect of diltiazem on the disposition of encainide and its active metabolites. Clinical Pharmacology and Therapeutics 1989;46:668-73.

19. Lalonde RL, Tenero DM, Burlew BS, Herring VL, Bottorff MB.  Effects of age on the protein binding and disposition of propranolol stereoisomers. Clinical Pharmacology and Therapeutics 1990;47:447-55.

20. Hunt BA, Bottorff MB, Herring VL, Self TH, Lalonde RL.  Effects of calcium channel blockers on the pharmacokinetics of propranolol stereoisomers. Clinical Pharmacology and Therapeutics 1990;47:584-91.

21. Tenero DM, Bottorff MB, Burlew BS, Williams JB, Lalonde RL.  Altered beta-adrenergic sensitivity and protein binding to l-propranolol in the elderly. Journal of Cardiovascular Pharmacology 1990;16:702-7.

22. Lalonde RL, O'Rear TL, Wainer IW, Drda KD, Herring VL, Bottorff MB. Labetalol pharmacokinetics and pharmacodynamics: evidence of stereoselective disposition.   Clinical Pharmacology and Therapeutics 1990;48:509-19.

23. Jolk L, Lutomski D, Bottorff MB. Accuracy of a first-order method for estimating initial heparin dosage. Clinical Pharmacy 1993;30:597-601.

24. Ujhelyi MR, Schur M, Frede T, Gabel M, Bottorff MB, Markel ML. Mechanisms of antiarrhythmic drug-induced changes in defibrillation thresholds: role of potassium and sodium channel conductance. Journal of the American College of Cardiology, 1996;27:1534-42.

25. Ujhelyi MR, Schur M, Frede T, Bottorff MB, Gabel M, Markel ML. Hypertonic saline does not reverse lidocaine's sodium channel blocking actions: evidence from electrophysiologic and defibrillation studies. Journal of Cardiovascular Pharmacology, 1997;29:61-8.

26. Ujhelyi M, Bottorff MB, Schur M, Roll K, Zhang H, Stewart J, Markel M. Urine proton gradient and organic cation/proton antiport activity. Journal of Pharmacology and Experimental Therapeutics 1996;276:683-9.

27. Ujhelyi MR, Schur M, Frede T, Bottorff MB, Gabel M, Markel ML. Influence of hypertonic saline infusion on defibrillation efficacy. Chest  1996;110:784-90.

28. Ujhelyi M, Bottorff MB, Schur M, Zhang H, Stewart J, Markel M. Urine proton gradient and organic cation/proton antiport activity. Clinical Pharmacology and Therapeutics 1997;62:117-28. 28.

29. Bottorff MB, Yenkowsky JP, Cave DG. Use of diagnostic cluster methodology for therapeutic costing and drug surveillance of HMG-CoA reductase inhibitor therapy. Clinical Therapeutics 1999;21:218-235

30. Bottorff MB and Tenero DM. Pharmacokinetics of eprosartan in healthy subjects, patients with hypertension and special populations. Pharmacotherapy 1999;19:73S-78S

## *Case Reports, Unrefereed Reviews, Letters to the Editor*

1. Bottorff MB, Kuo CS, Batenhorst RL.  High dose procainamide in chronic renal failure.  Drug Intelligence and Clinical Pharmacy 1983;17:279-81.

2.    Phelps SJ, Bottorff MB, Alpert BS.  Endogenous digoxin-like substances.  [Letter]  Journal of Pediatrics 1986;109:10.

3.    Bottorff MB, Phelps SJ, Hoon TJ.  Digoxin-like immunoreactive substances.  [Letter]  Clinical Pharmacy 1987;6:100.

4.    Bottorff MB. Clinical pharmacology of the HMG-CoA reductase inhibitors.  Fat Facts, published by the National Pharmacy Cholesterol Council, 1993; Vol 1(#3):1-3.

5.    Bottorff MB. Comment: possible interaction between nafazodone and pravastatin. Annals of Pharmacotherapy 2000;34:538 (letter).

6.    Bottorff M. Concomitant use of cytochrome P450 3A4 inhibitors and simvastatin. Am J Cardiol 2000;85(8):1042-3.

7.    Bottorff MB. Comment on drug-drug interactions involving statins. Archives of Internal Medicine, 2001.

# PERSONAL INFORMATION

|  |  |
|---|---|
| Birthdate: | January 27, 1954 |
| Birthplace: | Jeffersonville, IN |
| Marital Status: | Leslee G. Bottorff (artist) |
| Children: | Jenna Marie (9/19/85)<br>Frank Leahy (11/8/87)<br>Barbara Lee (7/18/89) |
| Licensure: | Kentucky (#8531)<br>Ohio (#03-2-26400) |

Published by the American Medical Association
1933
Volume 148, Number 1

# archives of
# Internal Medicine

724T 5000004088385 21
UNIVERSITY OF MINNESOTA
BIO-MEDICAL LIBRARY
DIEHL HALL
MINNEAPOLIS MN   55455-0000

## EDITORIALS

A Year of Transition for the Archives                                    J. E. Dalen

Lowering Serum Cholesterol                                               J. E. Dalen

## SPECIAL ARTICLE

Report of the National Cholesterol Education Program Expert Panel on Detection,
Evaluation, and Treatment of High Blood Cholesterol in Adults
The National Heart, Lung, and Blood Institute

## ORIGINAL INVESTIGATIONS

The Automatic Implantable Cardioverter-Defibrillator          J. Borbola, P. Denes, M. D. Ezri,
                                                              R. G. Hauser, C. Serry, M. D. Goldin

Comparison of Oxprenolol vs Methyldopa as Second-Line Antihypertensive Agents in the Elderly
                                                                                   Y. M. Traub

Reversible Proteinuria in Obstructive Sleep Apnea Syndrome           A. H. Sklar, B. A. Chaudhary

Diastolic Function of the Heart in Clinical Cardiology       R. C. Harizi, J. A. Bianco, J. S. Alpert

Influenza Surveillance in an Acute-Care Hospital           S. Weingarten, M. Friedlander, D. Rascon,
                                                              M. Ault, M. Morgan, R. D. Meyer

Premenopausal Bone Mass Is Related to Physical Activity             J. F. Aloia, A. N. Vaswani,
                                                                     J. K. Yeh, S. H. Cohn

Persistent Fever After Recovery From Granulocytopenia in Acute Leukemia           G. H. Talbot,
                                                              M. Provencher, P. A. Cassileth

Risk of Breast Cancer in Relation to Cigarette Smoking           R. C. Brownson, C. W. Blackwell,
                                          D. K. Pearson, R. D. Reynolds, J. W. Richens, Jr, B. W. Papermaster

Attitudes of Medical Residents Regarding Intensive Care for Patients With the Acquired
Immunodeficiency Syndrome       R. M. Wachter, M. Cooke, P. C. Hopewell, J. M. Luce

Severe Hypophosphatemia in Hospitalized Patients                    J. Halevy, S. Bulvik

Reversible Rostral Basilar Artery Syndrome                          M. F. Mehler

Autopsy Study of the Elderly Institutionalized Patient       J. S. Gross, R. R. Neufeld, L. S. Libow,
                                                                     I. Gerber, M. Rodstein

Proteinuria in Diabetes                       R. Klein, B. E. K. Klein, S. Moss, D. L. DeMets

Computed Tomography of the Abdomen in the Diagnosis of Splenic Emboli        J. I. Haft, J. Altieri,
                                                                     L. G. Smith, M. Herskowitz

Complete Contents  5

JA004808

CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER                           TV0044281

Special Article

# Report of the National Cholesterol Education Program Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults

The Expert Panel

● This report of an expert panel of the National Cholesterol Education Program provides new guidelines for the treatment of high blood cholesterol in adults 20 years of age and over. Total cholesterol levels are classified as follows: <200 mg/dL—"desirable blood cholesterol"; 200 to 239 mg/dL—borderline–high blood cholesterol; ≥240 mg/dL—high blood cholesterol. The guidelines detail which patients should go on to have lipoprotein analysis, and which should receive cholesterol-lowering treatment on the basis of their low density lipoprotein (LDL)–cholesterol levels and status with respect to other coronary heart disease risk factors. Dietary therapy is the primary cholesterol-lowering treatment. The report specifies the LDL-cholesterol levels at which dietary therapy should be started and the goals of therapy, and provides detailed guidance on the nature of the recommended dietary changes. If, after six months of intensive dietary therapy, LDL-cholesterol exceeds specified levels, drug treatment should be considered.

(Arch Intern Med 1988;148:36-69)

## OVERVIEW AND SUMMARY

Increased blood cholesterol levels, or, more specifically, increased levels of low density lipoprotein (LDL)–cholesterol, are causally related to an increased risk of coronary heart disease (CHD). Coronary risk rises progressively with an increase in cholesterol level, particularly when cholesterol levels rise above 200 mg/dL (for Système International [SI] conversions throughout text, refer to Appendix I, Table 1). There is also substantial evidence that lowering total and LDL-cholesterol levels will reduce the incidence of CHD.

Two approaches can be used to lower blood cholesterol levels. The first is the subject of this report: a patient-based approach that seeks to identify individuals at high risk who will benefit from intensive intervention efforts. The goal here is to establish criteria that define the candidates for medical intervention and to provide guidelines on how to detect, set goals for, treat, and monitor these patients over time. The second approach, the population (public health) strategy, aims to shift the distribution of cholesterol levels in the entire population to a lower range. These two approaches are complementary and, together, represent a coordinated strategy aimed at reducing cholesterol levels and coronary risk.

### Case finding: Initial Classification by Total Blood Cholesterol (Table 1)

Serum total cholesterol should be measured in all adults 20 years of age and over at least once every five years; this measurement may be made in the nonfasting state. Levels below 200 mg/dL are classified as "desirable blood cholesterol," those 200 to 239 mg/dL as "borderline–high blood cholesterol," and those 240 mg/dL and above as "high blood cholesterol." The cutpoint that defines high blood cholesterol (240 mg/dL) is a value above which risk of CHD rises steeply, and corresponds approximately to the 75th percentile for the adult US population. The cutpoints recommended in this report are uniform for adult men and women of all ages.

MEMBERS OF THE NATIONAL CHOLESTEROL EDUCATION PROGRAM EXPERT PANEL ON DETECTION, EVALUATION, AND TREATMENT OF HIGH BLOOD CHOLESTEROL IN ADULTS

Panel Chairman.—DeWitt S. Goodman, MD

Prevalence, Detection, Diagnosis, and Evaluation Subcommittee.—Chairman: Stephen B. Hulley, MD, MPH; Luther T. Clark, MD; C. E. Davis, PhD; Valentin Fuster, MD; John C. LaRosa, MD; Albert Oberman, MD; Ernst J. Schaefer, MD; Daniel Steinberg, MD, PhD.

Diet Treatment Subcommittee.—Co-Chairmen: W. Virgil Brown, MD, and Scott M. Grundy, MD, PhD; Diane Becker, RN, MPH, ScD; Edwin Bierman, MD; Jacqueline Sooter-Bochenek, RD, MS; Rebecca Mullis, RD, PhD; Neil Stone, MD.

Drug Treatment Subcommittee.—Chairman: Donald B. Hunninghake, MD; Jacqueline M. Dunbar, RN, PhD; Henry N. Ginsberg, MD; D. Roger Illingworth, MD, PhD; Harold C. Sadin, MD; Gustav Schonfeld, MD.

Executive Director of the Panel.—James I. Cleeman, MD.

Ex-Officio Members.—H. Bryan Brewer, Jr, MD; Nancy Ernst, MS, RD; William Friedewald, MD; Jeffrey M. Hoeg; Basil Rifkind, MD.

Consultant.—David Gordon, MD, PhD.

Accepted for publication Sept 28, 1987.

From the National Cholesterol Education Program, National Heart, Lung, and Blood Institute, Bethesda, Md.

Reprint requests to Coordinator, National Cholesterol Education Program, National Heart, Lung, and Blood Institute, Bldg 31, Room 4A 05, Bethesda, MD 20892 (Dr Cleeman).

Cholesterol Adult Treatment Panel Report

JA004809
CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER          TV0044282

| Table 1.—Initial Classification and Recommended Followup Based on Total Cholesterol* | |
|---|---|
| **Classification, mg/dL** | |
| <200 | Desirable blood cholesterol |
| 200 to 239 | Borderline–high blood cholesterol |
| ≥240 | High blood cholesterol |
| **Recommended followup** | |
| Total cholesterol, <200 mg/dL | Repeat within five years |
| Total cholesterol, 200-239 mg/dL | |
|   *Without* definite CHD or two other CHD risk factors (one of which can be male sex) | Dietary information and recheck annually |
|   *With* definite CHD or two other CHD risk factors (one of which can be male sex) | Lipoprotein analysis; further action based on LDL-cholesterol level |
| Total cholesterol ≥240 mg/dL | |

*CHD indicates coronary heart disease; LDL, low density lipoprotein.

| Table 2.—Classification and Treatment Decisions Based on LDL-Cholesterol* | | |
|---|---|---|
| **Classification, mg/dL** | | |
| <130 | Desirable LDL-cholesterol | |
| 130 to 159 | Borderline-high-risk LDL-cholesterol | |
| ≥160 | High-risk LDL-cholesterol | |
| | **Initiation Level, mg/dL** | **Minimal Goal, mg/dL** |
| **Dietary treatment** | | |
| *Without* CHD or two other risk factors† | ≥160 | <160‡ |
| *With* CHD or two other risk factors† | ≥130 | <130§ |
| **Drug treatment** | | |
| *Without* CHD or two other risk factors† | ≥190 | <160 |
| *With* CHD or two other risk factors† | ≥160 | <130 |

*LDL indicates low density lipoprotein; CHD, coronary heart disease.
†Patients have a lower initiation level and goal if they are at high risk because they already have definite CHD, or because they have any two of the following risk factors: male sex, family history of premature CHD, cigarette smoking, hypertension, low high density lipoprotein (HDL)–cholesterol, diabetes mellitus, definite cerebrovascular or peripheral vascular disease, or severe obesity.
‡Roughly equivalent to total cholesterol level of <240 mg/dL‡ or <200 mg/dL.
§As goals for monitoring dietary treatment.

Along with cholesterol testing, all adults should also be evaluated for the presence of other CHD risk factors, including hypertension, cigarette smoking, diabetes mellitus, severe obesity, and a history of CHD in the patient or of premature CHD in family members. Patients with other risk factors should be given other forms of preventive care as appropriate.

Patients with desirable blood cholesterol levels (<200 mg/dL) should be given general dietary and risk reduction educational materials, and advised to have another serum cholesterol test within five years. Patients with cholesterol levels 200 mg/dL or greater should have the value confirmed by repeating the test; the average of the two test results is then used to guide subsequent decisions. Patients with high blood cholesterol (≥240 mg/dL) should undergo lipoprotein analysis, as should those with a borderline–high blood cholesterol (200 to 239 mg/dL) who are at high risk because they have definite CHD or two other CHD risk factors; in this report male sex is considered a risk factor for the purpose of estimating risk status. Patients with confirmed borderline–high blood cholesterol levels who do not have CHD or two other risk factors do not need further evaluation and active medical therapy; they should be given the dietary information designed for the general population and reevaluated at one year.

Some experts believe that patients in the borderline–high blood cholesterol group who have one other risk factor (eg, hypertension), or who are of younger age (20 to 39 years), should also undergo lipoprotein analysis. Although this is not recommended here as a general approach for the borderline–high blood cholesterol group, it is clear that individualized clinical judgment and patient management is appropriate for this group.

**Deciding to Treat: Classification by LDL-Cholesterol (Table 2)**

Once someone is identified as requiring lipoprotein analysis, the focus of attention should shift from total cholesterol to LDL-cholesterol. The ultimate objective of case finding and screening is to identify individuals with elevated LDL-cholesterol levels. Similarly, the specific goal of treatment is to lower LDL-cholesterol levels. Hence, the level of LDL-cholesterol will serve as the key index for clinical decision making about cholesterol-lowering therapy.

Lipoprotein analysis involves measurement of the fasting levels of total cholesterol, total triglyceride, and high density lipoprotein (HDL)–cholesterol. From these values, LDL-cholesterol is calculated as follows: LDL-Cholesterol = Total Cholesterol − HDL-Cholesterol − (Triglyceride/5).

Levels of LDL-cholesterol of 160 mg/dL or greater are classified as "high-risk LDL-cholesterol," and those 130 to 159 mg/dL as "borderline–high-risk LDL-cholesterol." Patients with high-risk LDL-cholesterol levels, and those with borderline-high-risk LDL-cholesterol levels who have definite CHD or two other risk factors (one of which can be male sex), should have a complete clinical evaluation and then begin cholesterol-lowering treatment. A basic principle adopted in this report is that the presence of other risk factors or definite CHD warrants initiating treatment at lower LDL-cholesterol levels and the setting of lower LDL-cholesterol treatment goals. In this scheme, a low level of HDL-cholesterol (below 35 mg/dL) is considered another risk factor (like hypertension) that will affect the assessment of overall coronary risk and, in this way, influence clinical decisions about treatment.

The clinical evaluation should include a complete history, physical examination, and basic laboratory tests. This workup will aim to determine whether the high LDL-cholesterol level is secondary to another disease or a drug, and whether or not a familial lipid disorder is present. The patient's total coronary risk and clinical status, as well as age and sex, should be considered in developing a cholesterol-lowering treatment program.

**Dietary Treatment**

Treatment begins with dietary therapy. The minimal goals of therapy are to lower LDL-cholesterol to levels below the cutpoints for initiating therapy, ie, to below 160 mg/dL, or to below 130 mg/dL if definite CHD or two other CHD risk factors are present. Ideally, even lower levels of LDL-cholesterol should be attained, if possible, to achieve a further reduction in risk.

Although the goal of therapy is to lower the LDL-

JA004810
CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER    TV0044283

cholesterol level, most patients can be managed during dietary therapy on the basis of their total cholesterol levels. This has the advantage of avoiding the additional costs and the need for a fasting blood specimen involved in the measurement of LDL-cholesterol levels. Serum total cholesterol levels of 240 and 200 mg/dL correspond roughly to LDL-cholesterol levels of 160 and 130 mg/dL, respectively. Thus, the monitoring goals during dietary therapy are to lower the serum total cholesterol level to below 240 mg/dL for patients with an LDL-cholesterol goal of <160 mg/dL, or to below 200 mg/dL for patients with an LDL-cholesterol goal of <130 mg/dL.

The general aim of dietary therapy is to reduce elevated cholesterol levels while maintaining a nutritionally adequate eating pattern. Dietary therapy should occur in two steps, the Step-One and Step-Two Diets, that are designed to progressively reduce intakes of saturated fatty acids and cholesterol, and to promote weight loss in patients who are overweight by eliminating excess total calories. The Step-One Diet should be prescribed and explained by the physician and his or her staff. This diet involves an intake of total fat less than 30% of calories, saturated fatty acids less than 10% of calories, and cholesterol less than 300 mg/d. The Step-Two Diet, used if the response to the Step-One Diet is insufficient, calls for a further reduction in saturated fatty acid intake to less than 7% of calories and in cholesterol to less than 200 mg/d. The Step-One Diet calls for the reduction of the major and obvious sources of saturated fatty acids and cholesterol in the diet; for many patients this can be achieved without a radical alteration in dietary habits. The Step-Two Diet requires careful attention to the whole diet so as to reduce intake of saturated fatty acids and cholesterol to a minimal level compatible with an acceptable and nutritious diet. Involvement of a registered dietitian is very useful, particularly for intensive dietary therapy such as the Step-Two Diet.

After starting the Step-One Diet, the serum total cholesterol level should be measured and adherence to the diet assessed at four to six weeks and at three months. If the total cholesterol monitoring goal is met, then the LDL-cholesterol level should be measured to confirm that the LDL goal has been achieved. If this is the case, the patient enters a long-term monitoring program, and is seen quarterly for the first year and twice yearly thereafter. At these visits total cholesterol levels should be measured, and dietary and behavior modifications reinforced.

If the cholesterol goal has not been achieved with the Step-One Diet, the patient should generally be referred to a registered dietitian. With the aid of the dietitian, the patient should progress to the Step-Two Diet, or to another trial on the Step-One Diet (with progression to the Step-Two Diet if the response is still not satisfactory). On the Step-Two Diet, total cholesterol levels should again be measured and adherence to the diet assessed after four to six weeks and at three months of therapy. If the desired goal for total cholesterol (and for LDL-cholesterol) lowering has been attained, long-term monitoring can begin. If not, drug therapy should be considered. A minimum of six months of intensive dietary therapy and counseling should usually be carried out before initiating drug therapy; shorter periods can be considered in patients with severe elevations of LDL-cholesterol (>225 mg/dL) or with definite CHD. Drug therapy should be added to dietary therapy, and not substituted for it.

### Drug Treatment

Drug therapy should be considered for an adult patient who, despite dietary therapy, has an LDL-cholesterol level of 190 mg/dL or higher if the patient does not have definite CHD or two other risk factors (one of which can be male sex). If the patient does have definite CHD or two other risk factors, then drug therapy should be considered at LDL-cholesterol levels of 160 mg/dL or higher. The goals of drug therapy are the same as those of dietary therapy: to lower LDL-cholesterol to below 160 mg/dL, or to below 130 mg/dL if definite CHD or two other risk factors are present. These are minimal goals; if possible, considerably lower levels of LDL-cholesterol should be attained.

Individualized clinical judgment is needed for patients who do not meet these criteria for drug therapy, but have not attained their minimal goals on dietary therapy. These patients include those without definite CHD or two other risk factors whose LDL-cholesterol levels remain in the range of 160 to 190 mg/dL, and patients with CHD or two other risk factors whose LDL-cholesterol levels remain in the range of 130 to 160 mg/dL, on adequate dietary therapy. In general, maximal efforts should be made in this group to achieve lower cholesterol levels and lower CHD risk by means of nonpharmacologic approaches. Consideration should also be given to the use of low doses of bile acid sequestrants in these patients, especially in males. Moreover, many experts feel that patients with definite CHD should receive drug therapy if their minimal LDL-cholesterol goal (<130 mg/dL) has not been reached.

The drugs of first choice are the bile acid sequestrants (cholestyramine, colestipol) and nicotinic acid. Both cholestyramine and nicotinic acid have been shown to lower CHD risk in clinical trials, and their long-term safety has been established. However, these drugs require considerable patient education to achieve effective adherence. Nicotinic acid is the preferred drug in patients with concurrent hypertriglyceridemia (triglyceride levels ≥250 mg/dL), because bile acid sequestrants tend to increase triglyceride levels.

A new class of drugs, to be considered after the bile acid sequestrants and nicotinic acid, is the 3-hydroxy-3-methyl glutaryl coenzyme-A (HMG CoA) reductase inhibitors (eg, lovastatin). These drugs are very effective in lowering LDL-cholesterol levels, but their effects on CHD incidence and their long-term safety have not yet been established.

Other available drugs include gemfibrozil, probucol, and clofibrate. Gemfibrozil and clofibrate are fibric acid derivatives; they are primarily effective for lowering elevated triglyceride levels, but are not approved by the Food and Drug Administration for routine use in lowering cholesterol levels.

After starting drug therapy, the LDL-cholesterol level should be measured at four to six weeks, and then again at three months. If the response to drug therapy is adequate (ie, the LDL-cholesterol goal has been achieved), then the patient should be seen every four months, or more frequently when drugs requiring closer followup are used, in order to monitor the cholesterol response and possible side effects of therapy. For long-term monitoring, serum total cholesterol alone can be measured at most follow-up visits, with lipoprotein analysis (and LDL-cholesterol estimation) carried out once a year.

If the response to initial drug therapy is not adequate, the patient should be switched to another drug, or to a combination of two drugs. The combination of a bile acid sequestrant with either nicotinic acid or an HMG CoA reductase inhibitor has the potential of lowering LDL-cholesterol levels by 40% to 50% or more. The combination of colestipol and nicotinic acid has been shown to beneficially influence coronary atherosclerotic lesions. For most patients, the judicious use of one or two drugs should be

JA004811
CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER                        TV0044284

able to provide an adequate LDL-cholesterol–lowering effect.

Drug therapy is likely to continue for many years, or for a lifetime. Hence, the decision to add drug therapy to the regimen should be made only after vigorous efforts at dietary treatment have not proven sufficient. The patient must be well informed about the goals and side effects of medication and the need for long-term commitment. In the ideal treatment setting, the management of high-risk cholesterol levels would call on the expertise of a variety of professionals. The office nurse or physician's assistant can help greatly in promoting adherence to dietary and drug therapy. A registered dietitian can be of great value in dietary therapy. The pharmacist can help to provide counseling and promote adherence with drug therapy. Consultation with a lipid specialist is useful for patients with unusually severe, complex, or refractory lipid disorders.

## CLASSIFICATION, PREVALENCE, DETECTION, AND EVALUATION
### Background and Introduction

This report provides practical guidelines for clinicians to use in measuring and reducing blood cholesterol in adult patients. (This report addresses patients 20 years of age and above; a separate panel will provide guidelines for children and adolescents.) The report adds a more specific set of recommendations to basic policies set forth by previous bodies, notably the National Institutes of Health (NIH) Consensus Development Conference on Lowering Blood Cholesterol to Prevent Heart Disease.[1] While it is recognized that approaches to modifying the cholesterol levels in whole population groups are important, this report focuses on caring for individual patients.

**Basic Description of Lipids and Lipoproteins.**—Cholesterol is a fatlike substance (lipid) that is a key component of cell membranes and a precursor of bile acids and steroid hormones. Cholesterol travels in the circulation in spherical particles containing both lipids and proteins called lipoproteins. The cholesterol level in blood plasma is determined partly by inheritance and partly by the fat and cholesterol content of the diet. Other factors such as obesity and physical inactivity may also play a role.

Three major classes of lipoproteins can be measured in the serum of a fasting individual: very low density lipoproteins (VLDL), LDL, and HDL. The LDL are the major atherogenic class, and, typically, contain 60% to 70% of the total serum cholesterol. The HDL usually contain 20% to 30% of the total cholesterol, and their levels are inversely correlated with risk for CHD. The VLDL, which are largely composed of triglycerides, contain 10% to 15% of the total serum cholesterol.

Because most of the cholesterol in the serum is found in the LDL, the concentration of total cholesterol is closely correlated with the concentration of LDL-cholesterol. Thus, while LDL-cholesterol is the actual target of cholesterol-lowering efforts, total cholesterol can be used in its place in the initial stages of evaluating a patient's serum lipids. Testing for serum total cholesterol is more available and less expensive and does not require that the patient be fasting. On the other hand, LDL-cholesterol offers more precision as a risk factor and is therefore preferred for clinical decisions about interventions to lower blood cholesterol, especially in patients who may be candidates for cholesterol-lowering drugs.

**Rationale for Intervention.**—*The Evidence That LDL-Cholesterol Is a Cause of CHD.*—The conclusion that high levels of LDL-cholesterol are a cause of coronary athero-



Fig 1.—Relationship of serum cholesterol to coronary heart disease (CHD) death in 361 662 men 35 to 57 years of age during an average followup of six years. Each point represents median value for 5% of the population.[5] Key points are as follows: (1) risk increases steadily, particularly above levels of 200 mg/dL; and (2) the magnitude of the increased risk is large, fourfold in the top 10% as compared with the bottom 10%.

sclerosis and produce an increased risk of CHD comes from the congruent results of many studies.

EPIDEMIOLOGIC EVIDENCE.—A large body of epidemiologic evidence supports a direct relationship between the level of serum total and LDL-cholesterol and the rate of CHD.[2-4] Comparisons among various populations throughout the world reveal a direct correlation between serum cholesterol levels and CHD rates. People who have migrated to a country that has a higher average serum cholesterol level gradually acquire the dietary habits, serum cholesterol level, and CHD rates of their new country. Prospective studies of the individuals within a population have uniformly shown that serum cholesterol levels predict the future occurrence of CHD morbidity and mortality. This association is continuous throughout the range of cholesterol levels in the population (Fig 1).[5,6] At higher levels of serum cholesterol, the relationship becomes particularly strong. For persons with cholesterol values in the top 10% of the population distribution, the risk of CHD mortality is four times as high as the risk in the bottom 10% of the population.

GENETIC AND PHYSIOLOGIC EVIDENCE.—Premature CHD can result from high LDL-cholesterol levels even in the absence of any other risk factors.[7] This is most clearly demonstrated in children who have the rare homozygous familial hypercholesterolemia, a disorder characterized by the absence of the specific cell-surface receptors that normally remove LDL from the circulation.[8] The LDL-cholesterol levels can be as high as 1000 mg/dL, and severe atherosclerosis and CHD can develop during the first two decades of life. Patients with the more common heterozygous form of familial hypercholesterolemia and partial deficiencies of LDL-receptor function commonly develop premature CHD in the middle decades of life.

ANIMAL MODEL EVIDENCE.—Animal models have demonstrated important relationships between LDL-cholesterol and atherosclerosis.[9] Many animal species (including monkeys and baboons) develop atherosclerosis when fed

JA004812

CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER

TV0044285

diets that raise their serum cholesterol levels. These hypercholesterolemic animals develop intimal lesions that progress from fatty streaks to complicated ulcerated plaques resembling those of human atherosclerosis. Severe atherosclerosis in monkeys regresses when the blood cholesterol is lowered substantially for an extended period by diet or drugs. These studies thus support a causal relationship between LDL-cholesterol and atherosclerosis, and suggest that this process may be reversible under some circumstances.

*The Evidence That Reducing LDL-Cholesterol Levels Will Prevent CHD.*—The evidence noted above from epidemiologic, genetic, and animal investigations strongly supports a causal link between elevated serum cholesterol levels and CHD. In addition, clinical trials have shown that this risk can be altered—that lowering LDL-cholesterol in men with high levels decreases the incidence of CHD.

The issue of whether lowering LDL-cholesterol levels by dietary and drug interventions can reduce the incidence of CHD has been addressed in more than a dozen randomized clinical trials. One of the largest, the Coronary Primary Prevention Trial, which compared the cholesterol-lowering drug cholestyramine with a placebo, produced statistically significant reductions in LDL-cholesterol levels and in the incidence of CHD.[10] An aggregate analysis that pools the results of serum cholesterol-lowering trials confirms an effect on CHD incidence. Moreover, the Coronary Drug Project has shown a significant decrease in overall mortality (compared with the placebo group) in a long-term followup of men treated with nicotinic acid after myocardial infarction.[11] In addition, a recent angiographic study showed that cholesterol-lowering dietary and drug therapy slowed the progression and produced regression of coronary atherosclerosis in men with bypass grafts.[12]

In summary, these findings support the conclusion that lowering total and LDL-cholesterol levels will reduce the subsequent incidence of CHD events. Moreover, the pooled analysis of clinical trial findings suggests that intervention is as effective in secondary prevention (preventing recurrent myocardial infarction and death in patients who have had a heart attack) as it is in primary prevention. The direct evidence from clinical trials is strongest in middle-aged men with high initial cholesterol levels. However, the complete set of evidence, including the epidemiologic observations and animal experiments, strongly supports the generalization that reducing total and LDL-cholesterol levels is also likely to reduce CHD incidence in younger and older men, in women, and in individuals with more moderate elevations of cholesterol.

*The Magnitude of the Reduction in CHD.*—Epidemiologic studies and clinical trials are remarkably consistent in supporting the projection that for individuals with serum cholesterol levels initially in the 250 to 300 mg/dL range, each 1% reduction in serum cholesterol level yields approximately a 2% reduction in CHD rates.[13] Thus, for example, it is reasonable to estimate that a 10% to 15% reduction in serum cholesterol level resulting from the diets recommended in this report should reduce CHD risk by 20% to 30%.

The *absolute magnitude* of these benefits will probably be greatest in patients who are at high risk because of the presence of other risk factors, such as cigarette smoking and hypertension. This concept is illustrated in Table 3 using data from the Multiple Risk Factor Intervention Trial (MRFIT). Among nonsmokers with normal blood pressure, the risk of CHD death per 1000 men in the six years of observation was 6.4 in the top quintile of serum cholesterol and 1.6 in the bottom quintile, a difference of

Table 3.—Coronary Heart Disease Deaths per 1000 in Men 35 to 57 Years of Age With an Average Followup of Six Years According to Serum Cholesterol Quintile and Presence or Absence of Other Risk Factors.[14] The Difference in Absolute Risk in the Highest vs the Lowest Quintile of Serum Cholesterol Is Greater in Patients Who Are at High Risk for Other Reasons.

| Serum Cholesterol Quintile, mg/dL | Normotensive Nonsmoker | Hypertensive Smoker |
|---|---|---|
| <182 | 1.6 | 6.3 |
| 182 to 202 | 2.5 | 10.0 |
| 203 to 220 | 2.7 | 15.5 |
| 221 to 244 | 3.8 | 16.6 |
| ≥245 | 6.4 | 21.4 |

4.8. Among smokers with hypertension, the comparable figures were 21.4 and 6.3, a difference of 15.1. Thus, an intervention that lowered cholesterol levels from the highest to the lowest quintile should have three times the benefit (15 vs five deaths prevented per thousand persons) when applied to men who have the other two risk factors (assuming no change in those other risk factors). These risk relationships are the basis for recommending lower cholesterol cutpoints and goals for treating patients who, for other reasons (in addition to cholesterol), are at high risk for developing CHD.

**Classification of Patients by Total and LDL-Cholesterol Levels.**—Population distributions for serum total cholesterol and LDL-cholesterol levels in the United States are provided in Appendix I, Tables. To convert serum values to plasma, multiply by 0.97. To convert cholesterol values in milligrams per deciliter to millimoles per liter, multiply by 0.02586. To convert triglyceride values in milligrams per deciliter to millimoles per liter, multiply by 0.01129.

The classification system (Fig 2) begins with measurement of the total cholesterol level. Serum is most frequently used for this measurement, and cholesterol levels in this report are stated as serum values. (Cholesterol levels can also be measured on plasma. If, as is customary, ethylenediaminetetraacetic acid [EDTA] is used as an anticoagulant, the results should be multiplied by 1.03 to arrive at the serum equivalent.) Levels below 200 mg/dL are classified as "desirable blood cholesterol," those 200 to 239 mg/dL as "borderline-high blood cholesterol," and those 240 mg/dL and above (corresponding to approximately the top 25% of the entire adult population 20 years of age and above) as "high blood cholesterol."

Patients with high blood cholesterol need additional evaluation and are further classified for the purposes of clinical decisions about possible dietary and drug treatment by performing lipoprotein analysis and estimating the more specific determinant of CHD risk, the LDL-cholesterol level. Levels of LDL-cholesterol that are 160 mg/dL and above are classified as "high-risk LDL-cholesterol."

Because the relationship between serum cholesterol level and CHD is a continuous and steadily increasing one (Fig 1), these cutpoints are necessarily somewhat arbitrary. However, this is also true of other risk factors, such as blood pressure, and the success of basing clinical decisions on whether or not a patient is classified as hypertensive indicates the value of establishing cutpoints for clinical decisions. The 240 mg/dL cutpoint for total serum cholesterol is a level at which CHD risk is almost double that at 200 mg/dL, and is rising steeply. Patients with cholesterol levels at or above this cutpoint have sufficiently high risk

JA004813
CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER                    TV0044286



Fig 2.—Classification by total and low density lipoprotein (LDL)–cholesterol levels. Key points are as follows: (1) serum cholesterol is used for initial classification; (2) low density lipoprotein–cholesterol is used for those with high levels.

to warrant more detailed evaluation and possible treatment.

**Other Risk Factors for CHD.**—Coronary heart disease is a disease of multifactorial etiology, and other risk factors should also be considered in preventive medical efforts. These include modifiable factors like hypertension and cigarette smoking, which are appropriate targets for intervention efforts. (Assistance in intervention efforts aimed at hypertension and cigarette smoking may be obtained from two National Heart, Lung, and Blood Institute publications: "The 1984 Report of the Joint National Committee on Detection, Evaluation, and Treatment of High Blood Pressure" [to be updated in 1988]; and "Clinical Opportunities for Smoking Intervention—A Guide for the Busy Physician.") Everyone tested for blood cholesterol should also be examined for other risk factors (Table 4), and intervention should be undertaken as appropriate. All patients should receive educational materials that describe general dietary and life-style approaches to reducing the risk of CHD. (These materials may be obtained from a variety of sources—see the list in the National Cholesterol Education Program publication "Cholesterol Resources for the Physician.") Advice to quit smoking is particularly important because it has the potential not only to reduce CHD risk by 50%, but also to prevent cancer and chronic lung disease.

In addition to being candidates for intervention, these modifiable factors increase the absolute level of CHD risk and thereby enhance the potential value of reducing cholesterol levels. This is also true for the fixed risk factors like older age, male sex, family history of premature CHD, and CHD in the patient. Two other lipid and lipoprotein factors that have a bearing on CHD, HDL-cholesterol and triglyceride, are not dealt with in this report as direct targets for intervention but enter into clinical decisions in ways that are discussed in the sections that follow and in Appendix II.

**The Patient-Based Approach and the Population-Based Approach.**—The 1984 Consensus Conference and other groups have recommended two major strategies for preventing CHD by lowering blood cholesterol levels.[1,13-15] One is the subject of this report: a patient-based approach that seeks to identify individuals at high risk who will benefit from intensive intervention efforts. The goal here is to establish total and LDL-cholesterol cutpoints that define the candidates for medical intervention, and to provide guidelines on how to detect, set goals for, treat, and monitor these patients over time.

The other strategy is the population-based approach that

| Table 4.—Risk Status Based on Presence of CHD Risk Factors Other Than LDL–Cholesterol |
|---|
| The patient is considered to have a high risk status if he or she has one of the following: |
| Definite CHD: the characteristic clinical picture and objective laboratory findings of either: |
|     Definite prior myocardial infarction, or |
|     Definite myocardial ischemia, such as angina pectoris |
| Two other CHD risk factors: |
|     Male sex* |
|     Family history of premature CHD (definite myocardial infarction or sudden death before 55 years of age in a parent or sibling) |
|     Cigarette smoking (currently smokes more than ten cigarettes per day) |
|     Hypertension |
|     Low HDL-cholesterol concentration (below 35 mg/dL confirmed by repeated measurement) |
|     Diabetes mellitus |
|     History of definite cerebrovascular or occlusive peripheral vascular disease |
|     Severe obesity (≥30% overweight) |

*Male sex is considered a risk factor in this scheme because the rates of CHD are three to four times higher in men than in women in the middle decades of life and roughly two times higher in the elderly. Hence, a man with one other CHD risk factor is considered to have a high-risk status, whereas a woman is not so considered unless she has two other CHD risk factors.

seeks to lower the mean serum cholesterol level by modifying the dietary habits of the entire population. This strategy has the general goal of lowering the serum cholesterol levels of the population at large.

These two strategies are complementary, not competitive, and the National Cholesterol Education Program is considering both in the development of its activities. This report is the product of an expert panel focused on the patient-based approach. Another panel is charged with examining the scientific evidence and making recommendations for the population-based approach.

**The Importance of a Multidisciplinary Team Approach.**—This report presents guidelines for interventions that are partly the responsibility of the physicians, dietitians, nurses, pharmacists, and other health professionals who must work together as a team to decide on the best approach for testing and treating each patient, and for implementing and following up these recommendations. The interventions are also the responsibility of the patient, for whom the challenge is to make the dietary and other life-style changes that are needed for successful reduction of CHD risk.

JA004814
CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER                    TV0044287



Fig 3.—Initial classification based on total cholesterol. CHD indicates coronary heart disease; asterisk, must be confirmed by obtaining repeated measurements and then using the average value; double asterisks, one of which can be male sex (Table 4).

### Detection and Evaluation

**Who Should Be Tested.**—The total cholesterol level should be measured in all adults 20 years of age and over at least once every five years. Although screening programs that have the specific purpose of inviting the public to receive this test can be used (provided that care is taken to assure that the screening determination is accurate and that there is appropriate followup for further tests and treatment), the usual approach is through case finding. Case finding is defined as testing the cholesterol level as part of any medical examination.

**Classification of Patients.**—*Initial Classification Based on Total Cholesterol Level.*—The schedule for evaluation and followup of serum cholesterol concentration is shown in Fig 3. The schedule begins with measurement of the nonfasting serum total cholesterol level and an assessment of other nonlipid risk factors including blood pressure, smoking, and history of CHD in the patient or of premature CHD in family members. The presence of a high cholesterol level is confirmed with a second test and then the fasting LDL-cholesterol level is measured in order to provide a more precise estimate of risk on which to base treatment. Patients should be asked not to change their eating habits during this series of baseline tests.

Patients with a *desirable blood cholesterol* level at this initial test (<200 mg/dL) should be given advice and educational materials on the diet recommended for the general population and advised to have another serum cholesterol test within five years. As with all patients, these individuals should also have been evaluated for hypertension, cigarette smoking, and other risk factors, and should be given other forms of preventive medical care as appropriate.

Patients with a serum cholesterol level of 200 mg/dL or greater should have the measurement repeated in one to eight weeks. If the level is within 30 mg/dL of the first result, the average of the two values can be used to guide subsequent decisions; otherwise, a third test should be obtained within another one to eight weeks, and the average of the three values used. Getting more than one cholesterol measurement at the outset of treatment is extremely important to assess the patient's serum cholesterol status accurately, because cholesterol levels can fluctuate considerably from day to day in a given individual. (The standard deviation of repeated measurements in an individual over time has been reported as 18 mg/dL for total cholesterol and 15 mg/dL for LDL-cholesterol.[17])

Most patients with *borderline-high blood cholesterol* levels (200 to 239 mg/dL) confirmed by two or more readings are given dietary education designed to lower their serum cholesterol level and are followed up annually. However, those individuals in the 200-239 mg/dL range who have definite CHD or two other nonlipid CHD risk factors (as defined in Table 4) should have lipoprotein analysis and their LDL-cholesterol level determined.

All patients with *high blood cholesterol* levels (240 mg/dL or greater), as well as those with levels from 200 to 239 mg/dL who have definite CHD or two other

JA004815
CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER          TV0044288

Do Lipoprotein Analysis
- 12-hour fast
- Measure total cholesterol, HDL-cholesterol, and triglycerides
- Estimate LDL-cholesterol = total cholesterol − HDL-cholesterol − triglycerides/5
- Average of 2 to 3 measurements, 1 to 8 weeks apart

Desirable LDL-Cholesterol < 130 mg/dL → Repeat total cholesterol measurement within 5 years / Provide general dietary and risk reduction education

Borderline-High-Risk LDL-Cholesterol 130-159 mg/dL → (−) CHD and (−) Two Risk Factors* → Provide information on the Step 1 Diet / Reevaluate patient status annually / • Remeasure total cholesterol / • Reinforce dietary education

(+) CHD or (+) Two Risk Factors*

High-Risk LDL-Cholesterol ≥ 160 mg/dL → Do Clinical Evaluation (history, physical exam, and laboratory tests) / • Evaluate for secondary causes / • Evaluate for familial disorders / • Consider influences of age, sex, and other CHD risk factors → Set Goal LDL- Cholesterol / • < 160 mg/dL or / • < 130 mg/dL− if (+) CHD or (+) Two Risk Factors* ↓ Go to Figure 5

Fig 4.—Classification based on low density lipoprotein (LDL)–cholesterol. Asterisk indicates one of which can be male sex (Table 4); CHD, coronary heart disease; HDL, high density lipoprotein.

CHD risk factors (Table 4), should be tested for the serum level of LDL-cholesterol.

*Subsequent Classification Based on LDL-Cholesterol Level.*—The action scheme based on LDL-cholesterol level is shown in Fig 4. Two measurements of LDL-cholesterol after an overnight fast are made one to eight weeks apart, and the average is used for clinical decisions unless the two values differ by more than 30 mg/dL (in which case a third test is carried out, and the average of all three is used). The repeated testing of LDL-cholesterol is important for the same reasons given earlier for total cholesterol—the variability of the level from day to day, and the importance of establishing an accurate baseline on which to design the best treatment program. It is possible, however, to save time and effort by making the first LDL-cholesterol measurement on the same specimen that is used for the second test of total cholesterol; this is an especially attractive option for patients with very high levels of total cholesterol (above 260 mg/dL) on the first test.

The LDL-cholesterol levels are classified on the basis of average values as *desirable* (below 130 mg/dL), *borderline-high-risk* (130 to 159 mg/dL), or *high-risk* (160 mg/dL or greater). Patients with desirable LDL-cholesterol fall into the same class as those with desirable total cholesterol levels (<200 mg/dL), and are given general educational materials and tested again within five years. Those with borderline-high-risk LDL-cholesterol (130 to 159 mg/dL) are given information about and advised to follow a fat-modified diet; they are reevaluated annually unless they have definite CHD or two other risk factors (one of which can be male sex [Table 4]). Such patients (with borderline-high-risk LDL-cholesterol who do have CHD or two other risk factors), together with all patients in the high-risk LDL-cholesterol group (≥160 mg/dL), are clinically evaluated as described below, and then enter a cholesterol-lowering treatment program.

**Methods of Detection.**—Serum *total cholesterol* levels can be measured at any time of day in the nonfasting state, since total cholesterol concentrations do not change appreciably after a fat-containing meal. Patients should be following their ordinary eating habits and be in their usual state of health. Patients who are acutely ill, are losing weight, are pregnant, or have had a myocardial infarction within the past three months should be rescheduled; the cholesterol levels obtained in such patients may not be representative of their usual levels. To prevent an effect of posture or stasis on the cholesterol determination, venipuncture should be carried out on patients who have been in the sitting position for at least five minutes, and the tourniquet should be used for as brief a period as possible. The blood may be collected either as serum (no anticoagulant) or as plasma (in EDTA). If blood is obtained without anticoagulant, it should be allowed to clot for 30 minutes at room temperature, and the clot should be detached from the wall of the tube prior to centrifuging. Rapid capillary blood (fingerstick) methodology for cholesterol measurement is currently under development and evaluation. Should this methodology prove reliable, it could be suitable

JA004816
CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER                        TV0044289

for initial cholesterol determinations.

*Low density lipoprotein–cholesterol* determinations can also be carried out on either serum or plasma, provided that, as with total cholesterol measurements, plasma values are multiplied by 1.03 to correct them to the serum cutpoints specified in this report. However, because the LDL-cholesterol value is estimated from measurements of other lipids, including triglyceride, blood samples should be collected from patients who have fasted for at least 12 hours (except for water or black coffee).

The LDL-cholesterol level is estimated from measurements of the levels of total cholesterol, total triglycerides, and HDL-cholesterol. If the triglyceride value is below 400 mg/dL, then this value can be divided by five to estimate the VLDL-cholesterol level. Since total cholesterol is the sum of LDL-cholesterol, HDL-cholesterol, and VLDL-cholesterol, LDL-cholesterol can be calculated as follows (all quantities are in milligrams per deciliter): LDL-Cholesterol = Total  Cholesterol − HDL-Cholesterol − (Triglyceride/5).[18] (A recent report suggests that, in this formula, dividing the triglyceride value by 6, rather than 5, may provide a more accurate estimation of the LDL-cholesterol level.[19] Further studies may validate the use of triglyceride/6 as the preferred way of estimating LDL-cholesterol.) If the triglyceride value is above 400 mg/dL, LDL-cholesterol estimation by the above formula becomes less accurate. For such patients, ultracentrifugation in a specialized laboratory can be used to give a more accurate LDL-cholesterol level; it may be appropriate to refer such patients to a lipid specialist.

The choice of laboratory is an important issue because there is considerable variability in the accuracy with which laboratories measure cholesterol. This measurement variability is another reason for recommending that more than one cholesterol measurement be obtained and average values be used at key decision points in this report. All recommendations about cholesterol levels in this report presuppose accurate and reliable measurements. The physician should seek a laboratory that participates in a suitable standardization program. The issue of laboratory methods and their standardization is being addressed by the Laboratory Standardization Panel of the National Cholesterol Education Program.

**Clinical Evaluation.**—All patients with an LDL-cholesterol level ≥160 mg/dL, and those with a level of 130 to 159 mg/dL and high risk status, as defined in Table 4, should be evaluated clinically. They should then be assigned a goal LDL-cholesterol level and enter the program for cholesterol-lowering treatment.

The clinical evaluation, which includes a history, physical examination, and basic laboratory tests, has three aims. The first is to determine whether the high LDL-cholesterol level is caused by another disease or by a drug. The second is to determine whether a genetic disorder may underlie the elevated LDL-cholesterol. The third aim is to ensure that the patient is fully characterized with regard to age, sex, and the presence or absence of definite CHD and of other CHD risk factors, in order to use this information in decisions about treatment directed at LDL-cholesterol.

*Secondary High Blood Cholesterol.*—The clinical evaluation for secondary (and possibly reversible) forms of high-risk LDL-cholesterol includes consideration of, and, where appropriate, ruling out, the following conditions: hypothyroidism; nephrotic syndrome; diabetes mellitus; obstructive liver disease; and drugs that may raise LDL-cholesterol levels, particularly progestins and anabolic steroids. High blood cholesterol secondary to other diseases or drugs can be detected by clinical evaluation and,

when indicated, by the following laboratory tests: urinalysis, complete blood cell count, and serum thyroid-stimulating hormone (TSH), glucose, alkaline phosphatase, and albumin. When one of the causes of secondary high cholesterol is present, the usual approach is to treat the disease or discontinue the drug (if possible) and then to reevaluate the LDL-cholesterol level.

*Familial Disorders.*—In most cases, high blood cholesterol is not secondary to some other condition, and the patient has a primary form of LDL-cholesterol elevation. This can be either genetic (familial) or sporadic (often diet induced), and the next step is to consider which of these possibilities is more likely. Diagnosing genetic disorders helps clarify the etiology and management of LDL-cholesterol elevations in affected patients, and emphasizes the desirability of measuring cholesterol in first-degree relatives (parents, siblings, children) in order to identify those who may need cholesterol-lowering treatment.

The genetic hyperlipidemias are described in Appendix II; two important ones are summarized here. One of these is familial hypercholesterolemia (FH), an autosomal dominant disorder of the LDL receptor. Heterozygotes with this disorder have a population frequency of about one in 500 and often have serum cholesterol levels greater than 300 mg/dL, tendon xanthomas, and premature CHD. Another important genetic cause of high-risk LDL-cholesterol levels is familial combined hyperlipidemia (FCHL). Affected family members may have high serum levels of LDL-cholesterol, or of triglyceride, or both. Such patients generally do not have tendon xanthomas, but premature CHD is common. The prevalence of these two familial disorders among survivors of myocardial infarction under 60 years of age is 5% for FH and 15% for FCHL.[20]

*Other Lipid Risk Factors.*—The level of plasma HDL-cholesterol is inversely related to CHD rates in most epidemiologic studies even after adjustment for the influence of other risk factors (see Appendix II). Although there is no direct experimental evidence that raising HDL-cholesterol levels reduces the risk of CHD, the life-style interventions that raise the level of this lipoprotein—quitting smoking, reducing obesity, and exercising—are good advice for other reasons and should be recommended to all patients regardless of their HDL-cholesterol levels. One other life-style approach to increasing the level of HDL-cholesterol—increasing the intake of alcohol—is not recommended because of the possibility of encouraging excessive intake. The issue of low HDL-cholesterol and its management is discussed further in Appendix II.

Reliance on a ratio of either total or LDL-cholesterol to HDL-cholesterol as a key factor in decisions regarding treatment is not a practice recommended in this report. Blood pressure and smoking are not combined into a single number because the clinician needs to know both facts separately in order to recommend an intervention. Similarly, HDL-cholesterol and LDL-cholesterol are independent risk factors with different determinants, and combining them into a single number conceals information that may be useful to the clinician. The HDL-cholesterol level does, however, contribute to decisions about treatment for LDL-cholesterol, because a low level increases the CHD risk of the patient (Table 4).

The level of plasma triglyceride is also a risk factor for CHD in most epidemiologic studies. In general, however, it is not an independent risk factor, ie, the association usually disappears when statistically adjusted for plasma total cholesterol and HDL-cholesterol levels. In the Framingham Study, however, the plasma triglyceride level was found to be an independent predictor of CHD risk in

CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER
JA004817
TV0044290

women.[21] The recommended approach to the problem of hypertriglyceridemia is described in the report of the National Institutes of Health Consensus Development Conference on Treatment of Hypertriglyceridemia,[22] and is summarized in Appendix II. In the absence of pathophysiologic or animal evidence that triglyceride is atherogenic or that lowering the plasma level lowers the risk of CHD, intervention specifically directed at this lipid (except in the rare patient with a very high level that may cause pancreatitis) is not generally recommended at this time. On the other hand, many individuals with elevated triglyceride levels have associated low levels of HDL-cholesterol and/or high levels of LDL-cholesterol, which do influence decisions about intervention to reduce the risk of CHD in ways described in this report. Moreover, hypertriglyceridemia alone may be a marker for familial combined hyperlipidemia, which warrants therapy to prevent CHD.

*Other Major (Nonlipid) Risk Factors.*—Information on whether CHD or its other risk factors are present is used to assess whether the patient has reasons unrelated to LDL-cholesterol for being at high risk of a CHD event or death. The search is important because modifiable risk factors such as hypertension and cigarette smoking are themselves important targets for intervention. In addition, the presence of any risk factor, whether modifiable or not, influences clinical decisions about LDL-cholesterol because the increased absolute level of risk may increase the potential benefit from lowering the level of LDL-cholesterol (Table 3).

This principle can be used in a general way by the clinician, and also as a specific rule in the decision schemes set out in Figs 3 and 4. In Fig 4 the presence of high risk status due to factors other than LDL-cholesterol establishes a lower cutpoint for triggering intervention and a lower therapeutic goal for LDL-cholesterol. The definitions of high-risk status are given in Table 4. Because the presence of CHD is by far the strongest factor that influences the risk of recurrent CHD events or death, it is particularly important in clinical decisions for treating LDL-cholesterol. Thus, this report emphasizes the importance of both primary and secondary prevention.

*Race, Sex, and Age.*—The percentage of adults with high blood cholesterol by age, race, and sex is given in Table 5. The prevalence rises with age to plateau at about 50 years of age, and does not vary appreciably by race or sex except for the higher prevalence in older women. (This high prevalence in older women is due to the fact that they have high levels of both LDL- and HDL-cholesterol.) Additional information on the distributions of total and LDL-cholesterol levels in the population is given in Appendix I. This section addresses the CHD risk in different groups, with the implications for managing LDL-cholesterol.

RACE.—Race is not included in Table 4 because available evidence suggests that the clinical management of LDL-cholesterol should not differ according to race in the United States. (This report is not specifically directed at populations in other countries, but the guidelines would probably apply reasonably well to any country where CHD is endemic at similar levels to those in the United States.)

SEX.—Sex, on the other hand, should be considered as a risk factor, as described in Table 4, when determining the risk status of an individual patient. In women as in men, CHD is the major cause of death, and cholesterol levels are predictive of CHD. However, the rates of CHD are three to four times higher in men than in women in the middle decades of life and roughly two times higher in the elderly.[24,25] Hence, the absolute magnitude of the potential

| | Men | | Women | |
|---|---|---|---|---|
| **Age, y** | **White** | **Black** | **White** | **Black** |
| 20-74 | 25.0 | 23.9 | 29.2 | 23.7 |
| 20-24 | 6.1 | 2.9 | 6.5 | 7.0 |
| 25-34 | 15.0 | 19.3 | 12.4 | 8.7 |
| 35-44 | 27.9 | 24.5 | 21.1 | 16.9 |
| 45-54 | 36.5 | 40.3 | 40.6 | 40.7 |
| 55-64 | 37.3 | 35.3 | 53.7 | 46.5 |
| 65-74 | 32.4 | 27.2 | 52.1 | 48.4 |

Table 5.—US Prevalence of High Blood Cholesterol* by Age, Race, and Sex (Percent of Each Population)[23]

*Serum concentration of cholesterol ≥240 mg/dL.

benefit from lowering blood cholesterol in general, and the benefit/risk ratio of drug therapy in particular, is greater for men than for women. Thus, male sex is considered a risk factor in decisions about the cutpoints and goals of cholesterol-lowering treatment.

AGE.—Age is a complicated factor to consider. Beginning at 20 years of age, the mean total and LDL-cholesterol levels increase by about 40 mg/dL during the next two to three decades; in the elderly, the levels decline slightly (see Appendix I for age-specific data). Two major LDL-cholesterol cutpoints are recommended in this report: 160 mg/dL identifies the group with high-risk LDL-cholesterol, and (as discussed later in the section on drug treatment) 190 mg/dL identifies the group with "very-high-risk" LDL-cholesterol for whom consideration of drug therapy is warranted even in the absence of other risk factors. These cutpoints approximate the 75th and 90th percentiles for 35- to 60-year-old patients. Using these same cutpoints in younger patients will have the effect of designating a smaller proportion of the younger population as being in the high-risk categories.

The strategy recommended by the Cholesterol Consensus Conference for making clinical decisions about patients 20 to 39 years of age is to use cutpoints that correspond to the age-specific 75th and 90th percentile values (Appendix I). Using the Consensus Conference recommendations concerning the 75th percentile values, adults 20 to 29 years of age would be considered (in the terminology of the present report) to have high blood cholesterol for levels exceeding 200 mg/dL; those 30 to 39 years of age would be in this category if total cholesterol exceeded 220 mg/dL. Giving dietary treatment to the top 25% of the young adult population is probably desirable in order to prevent the development of atherosclerosis at an earlier stage in the disease. Recommending drug treatment to as large a group as the top 10% of young adults, however, is premature until additional evidence becomes available on the safety of using lipid-lowering drugs for many decades. There is, moreover, the important fact that age is a very strong risk factor, and therefore the absolute magnitude of the benefit (and the benefit/risk ratio) increases with age for the reasons given earlier.

Patients 60 years of age and above are another issue. There is little direct clinical trial evidence on whether elderly patients will benefit from intervention, and the strength of the association between LDL-cholesterol and CHD diminishes with age. However, LDL-cholesterol does continue to have some association with CHD, and the clinical trial evidence for the effectiveness of intervention after myocardial infarction suggests that lowering LDL-cholesterol is beneficial even in patients who already have

JA004818

CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER                    TV0044291

| Nutrient | Recommended Intake | |
|---|---|---|
| | Step-One Diet | Step-Two Diet |
| Total fat | Less than 30% of total calories | Less than 30% of total calories |
| Saturated fatty acids | Less than 10% of total calories | Less than 7% of total calories |
| Polyunsaturated fatty acids | Up to 10% of total calories | Up to 10% of total calories |
| Monounsaturated fatty acids | 10% to 15% of total calories | 10% to 15% of total calories |
| Carbohydrates | 50% to 60% of total calories | 50% to 60% of total calories |
| Protein | 10% to 20% of total calories | 10% to 20% of total calories |
| Cholesterol | Less than 300 mg/d | Less than 200 mg/d |
| Total calories | To achieve and maintain desirable weight | To achieve and maintain desirable weight |

Table 6.—Dietary Therapy of High Blood Cholesterol Level

advanced disease. Moreover, the fact that age is associated with a high risk of CHD in the later decades of life means that the absolute magnitude of the potential benefits of intervention remains substantial in the elderly.[25]

Summarizing the issue of sex and age, the recommendations and cutpoints in this report are meant to apply to all adults 20 years of age and above. There is room, however, for modifications based on the judgment of the physician and the preferences of the patient when dealing with individual patients, particularly young adults, the elderly, and women.

### DIETARY TREATMENT
#### Cutpoints and Goals for Dietary Therapy

Patients with high-risk LDL-cholesterol levels (≥160 mg/dL), and those with borderline-high-risk LDL-cholesterol (130 to 159 mg/dL) who also have definite CHD or two other risk factors (Table 4), should enter a program of dietary therapy instituted by the physician. The *minimal* goals of therapy are as follows: (1) to lower LDL-cholesterol to below 160 mg/dL if the patient has neither definite CHD nor two other CHD risk factors (Table 4); or (2) to lower LDL-cholesterol to below 130 mg/dL if definite CHD or two other CHD risk factors (Table 4) are present. Ideally, dietary means should be used to attain even lower levels of LDL-cholesterol, if possible, to achieve a further reduction in CHD risk.

Although the goal of therapy is to lower the LDL-cholesterol concentration, measurement of serum total cholesterol can be used to monitor the response to diet. The principle is that LDL-cholesterol should be used for the definitive classification of patients and for decision making, but total cholesterol can be substituted for monitoring. For simplicity, a serum total cholesterol of 240 mg/dL corresponds roughly to an LDL-cholesterol of 160 mg/dL, while a total cholesterol of 200 mg/dL corresponds roughly to an LDL-cholesterol of 130 mg/dL. Thus, as a guide for monitoring, the minimal goals of therapy are: (1) to lower total cholesterol to below 240 mg/dL, if the patient has neither definite CHD nor two other CHD risk factors, or (2) to lower total cholesterol to below 200 mg/dL, if definite CHD or two other risk factors are present. It should be emphasized again that even lower levels of total cholesterol are desirable. The use of total cholesterol as a surrogate for LDL-cholesterol applies to patients with average levels of HDL-cholesterol without high total triglyceride levels. If the patient is found to have an abnormally high or low HDL-cholesterol or hypertriglyceridemia on initial classification, so that total cholesterol is not a good surrogate for LDL-cholesterol, it is appropriate to use LDL-cholesterol even in monitoring.

After the cholesterol response to diet has been obtained, LDL-cholesterol should again be measured in order to decide whether or not the goal of therapy has been achieved. In addition, levels of LDL-cholesterol should be employed for making a decision about drug therapy.

#### Overview and General Approach

Three dietary habits typically contribute significantly to elevated plasma cholesterol. First is a high intake of saturated fatty acids. The average intake is 13% to 15% of total calories, but many Americans consume 15% to 20% of their calories as saturated fatty acids. Second is a relatively high intake of cholesterol. Many patients with high-risk LDL-cholesterol levels exceed the current average intake of about 350 to 450 mg/d. Third is a high caloric intake that exceeds body requirements commonly causing obesity. The aim of dietary therapy is to reverse these excesses while maintaining and promoting good nutrition.

This document is directed at the high-risk patient, and its underlying theme is specific therapy for high blood cholesterol. Modification of the diet is an essential element in this therapy. The initial diet modifications recommended for patients in this report are very similar to the diet modifications recommended by the American Heart Association (Dallas) and other organizations for the public at large, as part of a population-based approach for lowering cholesterol. In the program described in this report, however, diet recommendations are provided to patients, in a medical treatment setting, in an intensive manner. Accordingly, the dietary intervention described here is referred to as "dietary treatment." It should be noted that the diets recommended in this report are consistent with good nutrition, and that their aim is to achieve healthy eating patterns. Physicians should emphasize to patients that the goal is not a temporary "diet," but a permanent change in eating behavior.

Diet modification should occur in two steps, which are outlined and compared in Table 6. These diets are designed to progressively reduce the intake of saturated fatty acids and cholesterol and eliminate excess total calories. The Step-One Diet should be prescribed by the physician and implemented by the physician and his or her immediate staff. This diet calls for an intake of total fat less than 30% of calories, saturated fatty acids less than 10% of calories, and cholesterol less than 300 mg/d. The patient's serum cholesterol level should be measured at four to six weeks and at three months after starting the Step-One Diet.

If the minimal goals of therapy are not achieved on this diet by three months, the patient should usually progress to the Step-Two Diet. Adoption of the Step-Two Diet would be facilitated by referral to a registered dietitian. This diet

Cholesterol Adult Treatment Panel Report

JA004819
CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER                    TV0044292

calls for a further reduction in saturated fatty acid intake to less than 7% of calories and cholesterol intake to less than 200 mg/d.

For many high-risk patients, the goals of cholesterol lowering can be achieved by dietary therapy alone. It is important that dietary therapy not be regarded as a failure prematurely. For most patients, dietary therapy should be continued for at least six months before adding drug therapy. Exceptions include patients with very-high LDL-cholesterol levels and other severe dyslipidemias (see Appendix II). If the desired goals of LDL-cholesterol lowering are met by diet modification alone, long-term monitoring is indicated. If reduction of LDL-cholesterol is not satisfactory, lipid-lowering drugs should be considered along with continued dietary intervention. (For detailed information about the effects of diet on serum lipids and lipoproteins and on CHD risk, including key studies and reviews, the reader should consult references 26 through 46.)

### Recommended Diets

**Step-One and Step-Two Diets—Nutrients and Rationale.**—The recommended diets are presented in two steps—the Step-One and Step-Two Diets. The Step-One Diet calls for the reduction of the major and obvious sources of saturated fatty acids and cholesterol in the diet; for many patients this can be achieved without a radical alteration in dietary habits. The Step-Two Diet requires careful attention to the whole diet so as to reduce the intake of saturated fatty acids and cholesterol to a minimal level compatible with an acceptable and nutritious diet. Saturated fatty acids and cholesterol are not essential nutrients, and neither is required in the diet. The body can make these lipids in abundance, and they can be transported from one tissue to another to assure that any local shortage is supplied by lipids produced elsewhere in the body. The real need then is to reduce dietary saturated fatty acids and cholesterol to the levels required to achieve the goals of LDL-cholesterol lowering and still provide a diet that is nutritious and palatable. The fat-modified diets proposed in this report are designed to achieve these aims. The rationale for the recommended characteristics of the Step-One and Step-Two Diets can be described briefly.

*A Nutritionally Balanced Diet.*—A prerequisite for any therapeutic diet is that it be nutritionally adequate.[47] It must contain sufficient amounts of vitamins, minerals, and macronutrients to meet recommended allowances. The diet should contain a variety of foods. Fruits, vegetables, and legumes (peas and beans) are good sources of vitamin A, vitamin C, folic acid, fiber, and many minerals. Whole-grain and enriched breads, cereals, and other grain products contain B vitamins, protein, fiber, and some iron. Poultry and fish are good sources of protein. Meat products are rich in protein and contain iron in a form that is well absorbed; thus, meat can be included in a diet otherwise designed to lower serum cholesterol, although meat fat needs to be curtailed. The same is true of milk products; the nonfat portion of milk is rich in calcium and contains protein. While egg yolks are rich in cholesterol, egg whites contain protein and no cholesterol. Most nuts contain protein and fat, but their fat is largely unsaturated and thus does not raise the serum cholesterol level. Thus, while a serum-cholesterol-lowering diet requires modification of fat, the diet should be nutritious and palatable and include a variety of foods. The following considers the specific modifications that will be required.

*Total Fat.*—Total fat intake in both therapeutic diets should not exceed 30% of total calories. The purpose of decreasing total fat intake is twofold—to facilitate reduction of saturated fatty acid intake and to promote weight reduction in overweight patients by substituting foods of lower caloric density. Total fat in the current American diet averages approximately 35% to 40% of calories. Hence, for most high-risk patients, about one-fifth of their total fat now consumed must be eliminated. In the past, one approach to more intensive dietary therapy of high blood cholesterol (beyond the Step-One Diet) has been to reduce intake of total fat to 20% or less of calories, in parallel with progressive reductions in saturated fatty acids and cholesterol. However, very low fat intakes have low satiety value and often are not well accepted. Recent evidence indicates that a marked reduction in dietary fat is not required for satisfactory lowering of plasma LDL, provided that saturated fatty acids are reduced and the remaining fat is mainly unsaturated. In other words, a decrease in total fat to below 30% of calories may not be needed for the sole purpose of lowering the plasma cholesterol level. Nevertheless, a reduction in total fat to near 20% of calories will facilitate weight reduction and a decrease in saturated fatty acid intake for some patients. For these reasons, a further reduction of fat intake is not required in the Step-Two Diet, but neither is it excluded.

*Saturated Fatty Acids.*—In the Step-One Diet, saturated fatty acids should be decreased to less than 10% of calories. For most patients, saturated fatty acid intake will have to be reduced by about one-third to meet the requirements of the Step-One Diet, and another third for the Step-Two Diet. Several dietary fats are rich in saturated fatty acids. Animal fats that are high in saturated fatty acids include butter fat—contained in butter itself, whole milk, cream, ice cream, and cheese—beef fat, and pork fat. In addition, three plant oils—palm oil, palm kernel oil, and coconut oil—are especially rich in saturated fatty acids.

*Polyunsaturated Fatty Acids.*—When dietary saturated fatty acids are decreased, they can be replaced in part by polyunsaturated fatty acids. The polyunsaturates can be increased to 10% of calories, but they should not exceed this value. The current American diet contains about 7% of calories as polyunsaturated fatty acids, which should be a minimum value for the therapeutic diets. There are two major categories of polyunsaturated fatty acids, commonly referred to as omega-6 and omega-3. The major omega-6 fatty acid is linoleic acid, which has 18 carbon atoms and two double bonds. Substitution of linoleic acid for dietary saturated fatty acids results in a fall in the plasma cholesterol level. Although very high intakes of linoleic acid were once advocated for cholesterol lowering, lack of information about the consequences of long-term ingestion of large amounts of linoleic acid has led most investigators to recommend a ceiling of 10% of total calories. Several vegetable oils are rich in linoleic acid, including safflower oil, sunflower seed oil, soybean oil, and corn oil. Although polyunsaturated oils are high in linoleic acid and low in saturated fatty acids, they also are high in total calories (as are all fats and oils); consequently they can promote weight gain if consumed in large amounts.

The major sources of omega-3 fatty acids are the fish oils. Most omega-3 fatty acids in fish oil have very elongated carbon chains and are highly polyunsaturated. The major acids in this class are eicosapentaenoic acid (EPA) and docosahexaenoic acid (DHA). The omega-3 fatty acids have been found to lower triglyceride levels when given in high doses, but they are not necessarily the desired therapy for hypertriglyceridemia (Appendix II). There is little evidence that omega-3 fatty acids are useful for reducing LDL-cholesterol levels. Although it has been postulated

JA004820
CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER                    TV0044293

by some that they will reduce the risk for CHD, this has not been established. Furthermore, it is not known whether long-term ingestion of these fatty acids will lead to undesirable side effects. The use of fish-oil capsules as a supplement in a therapeutic diet for high-risk cholesterol levels is not recommended here.

Consumption of omega-3 fatty acids should be differentiated from that of fish. Some fish are rich in omega-3 acids while others are not. Epidemiologic data suggest that frequent consumption of fish of any type, seemingly independent of omega-3 fatty acids, is associated with reduced CHD risk. Whether this is true or not, fish can serve as a useful substitute for meats that are richer in saturated fatty acids.

*Monounsaturated Fatty Acids.*—In both therapeutic diets, monounsaturated fatty acids, mainly oleic acid, should comprise 10% to 15% of total calories. Oleic acid is the major fatty acid found in olive oil, rapeseed (canola oil), and high-oleic forms of sunflower seed oil and safflower oil. For many years, oleic acid was considered to be "neutral" in its effect on plasma cholesterol, neither raising nor lowering the cholesterol level. However, recent evidence indicates that oleic acid may cause as much of a decrease in LDL-cholesterol levels as linoleic acid when either is substituted for saturated fatty acids in the diet. The current American diet contains 14% to 16% of calories as monounsaturated fatty acid. Much of it is consumed with animal fats, which are rich in saturated fatty acids. When animal fats are curtailed, a larger portion of monounsaturated fatty acids can come from vegetable oils.

*Dietary Cholesterol.*—Dietary cholesterol causes marked hypercholesterolemia and atherosclerosis in many laboratory animals, including nonhuman primates. Although high intakes of cholesterol in humans rarely cause striking rises in the plasma cholesterol level, controlled metabolic studies show that dietary cholesterol usually raises the plasma cholesterol level. The degree of rise varies from person to person. Overall, excess dietary cholesterol appears to contribute to the high LDL-cholesterol levels seen in high-risk patients and thus may add to CHD risk. Furthermore, concern about dietary cholesterol extends beyond its effects in raising the LDL-cholesterol level. Newly absorbed cholesterol enters the circulation with chylomicrons, which are degraded to cholesterol-rich chylomicron remnants; the latter may be atherogenic. Dietary cholesterol is not required for normal body function.

For practical purposes, a cholesterol intake of less than 300 mg/d is reasonable as part of the first step in dietary management of high-risk LDL-cholesterol. However, further restriction, as recommended in the Step-Two Diet, is justified for patients who do not achieve the goals of therapy on the Step-One Diet, despite adherence. Cholesterol in the diet comes from animal products. Particularly rich sources are egg yolk and organ meats (liver, sweetbreads, and brain). Some shellfish (eg, shrimp) also are moderately high in cholesterol, but not to the extent of egg yolk or organ meats. The flesh of all animals (beef, pork, lamb, chicken, fish) contains cholesterol; it is present in both muscle and fat, and both have approximately the same concentrations on a wet-weight basis. Dairy products containing butter fat also contribute cholesterol to the diet.

*Protein.*—The recommended intake of protein in both therapeutic diets is between 10% and 20% of calories. In laboratory animals, certain plant proteins have a cholesterol-lowering action relative to animal proteins. The same effect has not been established in humans. Thus, the type of protein in the therapeutic diets is not specified.

*Carbohydrate.*—Both recommended diets specify an intake of carbohydrates of 50% to 60% of calories. When dietary fat is reduced, it should be replaced by carbohydrate. Dietary carbohydrates include simple sugars (monosaccharides and disaccharides), complex digestible carbohydrates (starches), and complex indigestible carbohydrates (fiber). Complex carbohydrate should comprise more than half of digestible carbohydrates; this will help ensure ingestion of desirable quantities of vegetable products that contain vitamins, minerals, and fiber. In most people, when digestible carbohydrates are substituted for cholesterol-raising saturated fatty acids, the LDL-cholesterol level will fall to about the same extent as when oleic acid and linoleic acid are substituted in this manner. Very-high-carbohydrate diets can raise plasma triglycerides, but when fat intakes are in the vicinity of 30% of calories, this triglyceride response is minimal.

*Total Calories.*—Obesity is not only associated with elevated serum LDL-cholesterol levels, but is an independent risk factor for CHD. An important recommendation, therefore, is to reduce caloric intake to achieve weight reduction in overweight patients. Weight reduction will lower the LDL-cholesterol level in many people, as well as reduce plasma triglycerides and raise HDL-cholesterol levels. Some patients with high-risk LDL-cholesterol levels are extremely sensitive to caloric intake; and weight reduction and establishment of desirable body weight will completely correct their elevated LDL-cholesterol concentrations. The importance of caloric restriction in overweight, high-risk individuals cannot be overemphasized.

Weight reduction can be facilitated by exercise. Experience has shown that regular exercise will curb the appetite as well as burn off excess calories. It also will lower serum triglycerides and raise HDL-cholesterol levels, and, in some individuals, may lower the LDL-cholesterol level.

*Fiber.*—The indigestible carbohydrates and related polymers come under the category of dietary fiber. One type of fiber is insoluble, an example of which is the cellulose found in wheat bran. Insoluble fiber adds bulk to the stools and contributes to normal colon function. Some authorities believe that a relatively high intake of dietary fiber may help prevent diverticulosis and colon cancer, although this remains to be proven. Excessive intakes of insoluble fibers can be associated with gastrointestinal side effects and even interfere with absorption of vital nutrients such as calcium. Dietary fibers such as cellulose appear to have very little or no effect on blood cholesterol levels.

Another type of fiber is soluble in the intestine but not absorbed. This category includes pectins, certain gums, and psyllium. One of the gums is β-glucan, which is present in oat products and beans. High intake (eg, 15 to 25 g/d) of soluble fiber has been reported to lower the plasma cholesterol level by 5% to 15%. This high intake can produce gastrointestinal side effects, but prolonged usage frequently is associated with improved tolerance.

*Alcohol.*—The average intake of alcohol among Americans is approximately 5% of total calories, but this value varies widely among individuals. Although alcohol is not harmful when taken in moderation, a high consumption is known to have many adverse effects on health. Alcohol affects lipoprotein metabolism in several ways. It does not affect LDL-cholesterol concentrations, but it does increase triglyceride concentrations and HDL-cholesterol levels in many individuals. The mechanism for the rise in HDL-cholesterol is not known, nor is it known whether the higher level so produced imparts any protection against CHD. For patients who can consume moderate amounts of alcohol responsibly, its use can be allowed in the context of

Cholesterol Adult Treatment Panel Report

CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER

IA004824

TV0044294

Table 7.—Recommended Diet Modifications to Lower Blood Cholesterol

| | The Step-One Diet | |
|---|---|---|
| | Choose | Decrease |
| Fish, chicken, turkey, and lean meats | Fish, poultry without skin, lean cuts of beef, lamb, pork or veal, shellfish | Fatty cuts of beef, lamb, pork; spare ribs, organ meats, regular cold cuts, sausage, hot dogs, bacon, sardines, roe |
| Skim and low-fat milk, cheese, yogurt, and dairy substitutes | Skim or 1% fat milk (liquid, powdered, evaporated), buttermilk | Whole milk (4% fat): regular, evaporated, condensed; cream, half and half, 2% milk, imitation milk products, most nondairy creamers, whipped toppings |
| | Nonfat (0% fat) or low-fat yogurt | Whole-milk yogurt |
| | Low-fat cottage cheese (1% or 2% fat) | Whole-milk cottage cheese (4% fat) |
| | Low-fat cheeses, farmer or pot cheeses (all of these should be labeled no more than 2 to 6 g of fat per ounce) | All natural cheeses (eg, blue, roquefort, camembert, cheddar, Swiss), low-fat or "light" cream cheese, low-fat or "light" sour cream, cream cheeses, sour cream |
| | Sherbet, sorbet | Ice cream |
| Eggs | Egg whites (2 whites equal 1 whole egg in recipes), cholesterol-free egg substitutes | Egg yolks |
| Fruits and vegetables | Fresh, frozen, canned, or dried fruits and vegetables | Vegetables prepared in butter, cream, or other sauces |
| Breads and cereals | Homemade baked goods using unsaturated oils sparingly, angel food cake, low-fat crackers, low-fat cookies | Commercial baked goods: pies, cakes, doughnuts, croissants, pastries, muffins, biscuits, high-fat crackers, high-fat cookies |
| | Rice, pasta | Egg noodles |
| | Whole-grain breads and cereals (oatmeal, whole wheat, rye, bran, multigrain, etc) | Breads in which eggs are a major ingredient |
| Fats and oils | Baking cocoa | Chocolate |
| | Unsaturated vegetable oils: corn, olive, rapeseed (canola oil), safflower, sesame, soybean, sunflower | Butter, coconut oil, palm oil, palm kernel oil, lard, bacon fat |
| | Margarine or shortenings made from one of the unsaturated oils listed above, diet margarine | . . . |
| | Mayonnaise, salad dressings made with unsaturated oils listed above, low-fat dressings | Dressings made with egg yolk |
| | Seeds and nuts | Coconut |

the above reservation. However, this report does not specifically recommend use of alcohol in the prevention of CHD.

**Expected Responses to Dietary Therapy.**—The degree of reduction of LDL-cholesterol levels that can be achieved by dietary therapy depends on the dietary habits of the patient before starting the diet and on the inherent responsiveness of the patient. In general, patients with high cholesterol levels show a greater absolute reduction in total and LDL-cholesterol concentrations than do individuals with relatively low cholesterol levels. Metabolic ward studies suggest that switching from the typical American diet to the Step-One Diet could reduce cholesterol levels on average by 30 to 40 mg/dL. Advancing to the Step-Two Diet can be expected to cause a further decline of approximately 15 mg/dL in cholesterol levels. Some individuals may demonstrate even greater reductions on the two diets, and others will have lesser responses. Most of the decrease in total blood cholesterol occurs in the LDL fraction.

### Practical Approach to Dietary Therapy

**Outline of Approach.**—Once a patient is deemed at high risk, dietary therapy should begin in the physician's office. Diet is the cornerstone of treatment of high-risk

cholesterol levels. The view that diet modification is impractical or doomed to failure for most patients is not justified. Many individuals have successfully modified their diets and have obtained a substantial reduction in cholesterol levels. Much of the problem of high cholesterol levels among Americans is due to dietary excesses, and diet modification is the rational approach to this problem for most people.

*Role of the Physician.*—The success of dietary therapy will depend to a large extent on the physician's attitudes, knowledge, and skills in motivating the patient and in organizing a team approach to dietary therapy. The physician can have a major impact on the patient's attitude toward diet modification. A positive attitude on the part of the physician is absolutely vital. The physician should describe to the patient his/her category of high blood cholesterol and should give an overview of the therapeutic plan. The role of diet, and possibly drugs, should be discussed. The physician will need to review the patient's dietary history. The patient should be questioned about current dietary habits with special attention to intake of foods rich in saturated fatty acids and cholesterol (eg, dairy fats—milk, butter, cheese, ice cream—frequency and choices of meat products, bakery goods, eggs, and organ meats). The need to modify eating behavior to achieve the

JA004822
CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER                    TV0044295

goals of therapy should be indicated, and the plan for carrying out dietary treatment, as it involves other members of the team, can be described. Finally, the physician has a vital role to play in the reinforcement of response, in reinforcement of the diet message, and in leadership of the therapeutic team. For assessing adherence to the diet, the physician can review the contents of Table 7 with the patient at follow-up visits.

*Role of the Physician's Staff.*—Another key component of the therapeutic team is the physician's staff. This may include registered nurses, registered physician's assistants, nurse clinicians, and other types of assistants. These individuals should receive appropriate training for their roles in patient management, which will include aiding in further dietary assessment and in dietary education and counseling. Nurses and other assistants can play key roles in patient education (eg, rationale for dietary change, selection of appropriate foods), in promoting behavioral changes, and in monitoring dietary changes. Various educational materials produced by the National Cholesterol Education Program and the American Heart Association can be used to assist in dietary education for patients. Referral to a registered dietitian can facilitate dietary instruction and monitoring of adherence, but if the physician's staff is appropriately trained, it can perform these functions for many patients.

*Role of Registered Dietitians.*—Registered dietitians (RDs) are educated in the science of nutrition and are professionally trained in dietary intervention. They must meet uniform standards for registration. The term "nutritionist" is used in a variety of ways. Some nutritionists are registered dietitians, but others may not be registered and may not have the clinical training in dietary counseling of a registered dietitian. Although such nutritionists may play a role in dietary education, referral to a registered dietitian is particularly valuable for more intensive dietary therapy, such as the Step-Two Diet, and evaluation of nutritional adequacy. Patients who have had difficulty in adhering or responding to the Step-One Diet also have much to gain from counseling by a registered dietitian. Patients who are not initially successful in the Step-One Diet may be referred to a dietitian for another Step-One Diet trial period before progressing to the Step-Two Diet. For some patients, based on the physician's judgment, referral to a registered dietitian may be appropriate from the outset of dietary therapy.

Dietitians can be identified through a local hospital as well as through state and district affiliates of the American Dietetic Association (208 S LaSalle St, Chicago, IL 60604). The American Dietetic Association maintains a roster of dietitians and responds to requests in writing for assistance in locating a registered dietitian in a given area. Dietitians with particular expertise in cholesterol management are available in most large medical centers where they are often part of a multidisciplinary lipid clinic team or cardiac rehabilitation team. The local affiliate of the American Heart Association may have a listing of dietitians who have particular interest and expertise in modifying the diet for purposes of cardiovascular risk reduction.

*Schedule of Dietary Therapy.*—Adherence to the prescribed diet is facilitated by monitoring the patient's response. The Step-One Diet should be employed for three months, and if the desired response is not obtained in spite of good diet adherence, the patient can progress to the Step-Two Diet for another three months. During this period, serum cholesterol levels should be monitored at regular intervals (described below). For most patients, dietary therapy to lower serum total and LDL-cholesterol

should be employed for at least six months before considering drugs. Exceptions to this approach are patients with severe elevations of serum cholesterol (Appendix II) and patients with definite CHD.

**Recommended Dietary Patterns.**—Most patients should be able to adopt and adhere to the Step-One Diet. Table 7 outlines ways to achieve the goals of dietary therapy, and a copy may be given to the patient along with additional educational materials. It should be emphasized to the patient that the recommended diet can be both tasty and nutritious, and that many choices of high-quality and acceptable foods are available in stores and restaurants.

A few general dietary changes underlie implementation of the Step-One Diet. To decrease intake of total fat, saturated fatty acids, and cholesterol, attention should be given to reducing foods containing butter fat—butter itself, cheese, ice cream, cream, whole (4%) milk, and even 2% milk. Only lean cuts of meat should be selected, visible fat should be trimmed away, and fat should be allowed to drain from meat after cooking. The skin of chicken should be removed, and fish should be substituted frequently for meat. Consumption of egg yolks and organ meats (liver, brain, sweetbreads) should be reduced. Shrimp, lobster, and other shellfish contain varying amounts of cholesterol, but are low in fat, and thus may be eaten occasionally. The vegetable oils rich in saturated fatty acids—coconut oil, palm kernel oil, and palm oil—are used in some commercial foods and food products; products that list these oils as ingredients on the label should generally be avoided.

*Specific Food Subgroups.*—Special attention should be given to certain common foods in the diet. This subsection provides specific recommendations:

MEATS.—Beef, pork, and lamb.—Use *lean* cuts of beef, pork, and lamb. Lean cuts of beef include extra-lean ground beef, sirloin tip, round steak, rump roast, arm roast or center-cut ham, loin chops, and tenderloin. Trim all fat off the outside of meats before cooking. It is not necessary to severely curtail the intake of red meat. Lean meat is rich in protein and contains a highly absorbable form of iron. Premenopausal women in particular should avoid severe reduction of lean red meat that would increase the risk for iron-deficiency anemia.

Processed meats.—Eat very little high-fat processed meats—bacon, bologna, salami, sausage, and hot dogs. Processed meats contain large quantities of "hidden" fat, and they are not rich in valuable nutrients.

Organ meats.—The organ meats—liver, sweetbreads, kidneys, and brain—are very rich in cholesterol, and they should be limited.

Chicken and turkey.—These are good sources of protein. The fat of poultry should be reduced by removal of skin and underlying fat layers. Chicken and turkey can be substituted for lean red meat in the diet, but they do not contain as much iron. Chicken and poultry should not be fried in fats rich in saturated fatty acids or covered with fat-rich sauces.

Fish.—Fish are a good source of protein. They contain cholesterol, but usually are low in saturated fatty acids. The preparation of fish is important. Like chicken and turkey, they should not be fried in saturated fats or covered with fat-rich sauces.

Shellfish.—Most shellfish contain less fat than meat and poultry. Their cholesterol content is variable (see Table 8). Some shellfish (eg, shrimp) are relatively high in cholesterol, but even these can be eaten occasionally within the recommended guidelines for cholesterol intake.

A reasonable approach to meat consumption is to limit intake of lean meat, chicken, turkey, and fish to six ounces

Cholesterol Adult Treatment Panel Report

CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER

TV0044296

| Source | Cholesterol Content, mg/3 oz | Total Fat Content, g/3 oz |
|---|---|---|
| Red meats (lean) | | |
| Beef | 77 | 8.7 |
| Lamb | 78 | 8.8 |
| Pork | 79 | 11.1 |
| Veal | 128 | 4.7 |
| Organ meats | | |
| Liver | 270 | 4.0 |
| Pancreas (sweetbreads) | 400 | 2.8 |
| Kidney | 329 | 2.9 |
| Brains | 1746 | 10.7 |
| Heart | 164 | 4.8 |
| Poultry | | |
| Chicken (without skin) | | |
| Light | 72 | 3.8 |
| Dark | 79 | 8.2 |
| Turkey (without skin) | | |
| Light | 59 | 1.3 |
| Dark | 72 | 6.1 |
| Fish | | |
| Salmon | 74 | 9.3 |
| Tuna, light canned in water | 55 | 0.7 |
| Shellfish | | |
| Abalone | 90 | 0.8 |
| Clams | 57 | 1.7 |
| Crab meat | | |
| Alaskan King | 45 | 1.3 |
| Blue crab | 85 | 1.5 |
| Lobster | 61 | 0.5 |
| Oysters | 93 | 4.2 |
| Scallops | 35 | 0.8 |
| Shrimp | 166 | 0.9 |

Table 8.—Cholesterol and Fat Content of Animal Products in Three-Ounce Portions (Cooked)

per day. The cholesterol and total fat content per three ounces (the recommended portion size) of various cooked meats are presented in Table 8.

DAIRY PRODUCTS.—Use skim milk or 1% milk instead of 2% or whole milk, which contains approximately 4% fat. Decrease natural and processed cheeses; substitute low-fat (2%) cottage cheese or synthetic cheeses produced from vegetable oils. Choose yogurt of the nonfat or low-fat (1% to 2%) type. Experiment with evaporated skim milk in recipes calling for heavy cream. Substitute low-fat yogurt or low-fat cottage cheese for sour cream in dips and salad dressings. Have at least two servings of very-low-fat dairy products, such as two glasses of skim (or 1%) milk, daily to help maintain calcium intake.

FATS AND OILS.—The general rule is to reduce intakes of fats and oils that are high in saturated fatty acids and cholesterol. Butter fat is high in both and should be curtailed as much as possible. Lard and beef fat are other blood cholesterol–raising animal fats. Vegetable fats do not contain cholesterol. However, certain vegetable fats— coconut oil, palm oil, and palm kernel oil—are very high in saturates and should be avoided; these fats are often used in bakery goods, processed foods, popcorn oils, and nondairy creamers. Labels on these foods should be read carefully to detect the presence of saturated vegetable oils.

Unsaturated vegetable oils and fats do not raise blood cholesterol, but they should be limited because they are high in calories. Generally, up to six to eight teaspoons a day is acceptable. Desirable liquid vegetable oils are corn oil, cottonseed oil, olive oil, rapeseed (canola) oil, safflower oil, soybean oil, and sunflower oil. Peanut oil is less desirable, but small amounts are acceptable. Margarine represents partially hydrogenated vegetable oil and is preferable to butter. Vegetable shortenings fall into the same category as margarine. Both contain quantities of *trans* fatty acids; these are not naturally occurring and should not be taken in excess. Mayonnaise and salad dressings often are made from unsaturated fats, but they too should be limited because of their high caloric content.

EGGS.—Eat no more than three egg yolks in a week or on the Step-One Diet, and no more than one per week on the Step-Two Diet. Egg yolks often are hidden in cooked and processed foods. Egg whites contain no cholesterol, and they can be eaten often. Experiment with one to two egg whites instead of whole eggs in recipes, or use commercial egg substitutes that do not contain yolk.

FRUITS AND VEGETABLES.—It is advisable to feature fruits and vegetables as an important part of each meal. Both are rich in vitamins, fiber, and some minerals, and contribute to achieving the recommended allowances of these nutrients. Certain green and yellow vegetables may reduce the risk for cancer. Fruits (and even vegetables) can be used for snacks and desserts.

BREADS, CEREALS, PASTA, RICE, DRIED PEAS, AND BEANS.—These products are high in carbohydrate and protein and most are low in fat. Therefore, they can be increased in the diet as substitutes for fatty foods. However, they too contain calories and must not be eaten in excess. Cereals can be eaten as snacks as well as for breakfast. Dried peas and beans are good sources of protein. Combine large quantities of pasta, rice, legumes, and vegetables with smaller amounts of lean meat, fish or poultry to derive complete protein sources with less fat and calories.

NUTS.—Nuts tend to be high in fat, but the fat usually is unsaturated. The intake of nuts should thus be limited mainly to avoid excess calories. The same is largely true for peanut butter.

*Other Eating Tips.*—SNACKS.—Most candies should be limited as snacks; they tend to be rich in simple sugars and fats, and their caloric content outweighs their nutritional value. Some good choices in snacks are graham crackers, rye krisp, melba toast, soda crackers, bagels, English muffins, fruit, ready-to-eat cereals, and vegetables; these are preferable to snack crackers, french fries, and chips. Popcorn should be air popped or cooked in small amounts of liquid vegetable oil.

DESSERTS.—Eat fruits, low-fat fruit yogurt, and fruit ices instead of pastries, cake, and cookies. Also acceptable are sherbet, angel food cake, jello, frozen low-fat yogurt, and, occasionally, ice milk.

COOKING METHODS.—Choose those methods that use little or no fat. They include steaming, baking, broiling, grilling, or stir-frying in small amounts of fat. Foods can be cooked in the microwave or in a nonstick pan without added fat. Limit fried foods and avoid frying in saturated fat. Soups and stews should be chilled after cooking, and the congealed fat that forms on top after a few hours in the refrigerator should be skimmed off. When preparing meals avoid use of excess sodium, which can contribute to raising blood pressure in some people.

EATING AWAY FROM HOME.—Order entrees, potatoes, and vegetables without sauces or butter. When meat exceeds the size of a deck of cards (three to four ounces), the rest can be taken home for another meal. Choose

JA004824

CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER                    TV0044297



Fig 5.—Dietary treatment. Asterisk indicates one of which can be male sex (Table 4); LDL, low density lipoprotein; CHD, coronary heart disease.

vegetable or fruit salads, and ask for salad dressings to be served on the side; use dressings sparingly. Limit high-fat toppings such as bacon, crumbled eggs, cheese, sunflower seeds; and olives, the latter two because they may be high in fat and salt. Ask for margarine instead of butter, and limit the amount of margarine used on bread and baked potatoes.

The physician who follows patients with high blood cholesterol frequently will be asked about specific food items. It may be helpful for the physician to have available a reference on food composition.[48,49]

**Behavioral Modification.**—Long-term adherence to the recommended diets can be achieved only through permanent modification of eating behavior. Several factors are required to achieve long-term success in adapting to a new diet. The rationale for diet change can be provided by the physician. Education of the patient in the principles of the fat-modified diet is the responsibility of the physician, the physician's immediate staff (eg, nurses), and, when utilized, a registered dietitian. The effectiveness of this approach will be facilitated by frequent communication among the different members of the team. Followup and monitoring by physicians is a key element in achieving the goals of LDL lowering on a long-term basis. Sometimes, permanent modification of eating behavior will require prolonged interaction with a registered dietitian. A brief summary of the process of dietary instruction and behavior modification as practiced by dietitians is provided in Appendix III. This discussion may guide physicians in their own instructions to the patient.

An important adjunct to long-term change in eating behavior and life-style is a regular exercise program. Especially useful forms of exercise are activities that require movement of the body over distance, such as walking, stair climbing, running, cycling, and swimming. Improvements in cardiovascular fitness result from exercising regularly at moderate intensity for 15 to 30 minutes at least every other day. However, vigorous exercise must be carried out with caution in high-risk persons, and only with the advice of a physician and under the supervision of trained personnel.

### Monitoring and Followup

**Step-One Diet.**—After starting the Step-One Diet, the serum total cholesterol level should be measured at four to six weeks and at three months. This will allow the patient enough time to adopt new eating habits and to respond to the dietary change. At the end of three months, the physician should assess the patient's adherence to the diet plan and response to dietary therapy. The response can be judged on the basis of the change in serum cholesterol level. If the response is satisfactory, ie, if the total cholesterol monitoring goal is met (<240 mg/dL without definite CHD or two other risk factors, <200 mg/dL with definite CHD or two other risk factors [Table 4]), then the LDL-cholesterol level should be mea-

Cholesterol Adult Treatment Panel Report

JA004825
CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER                TV0044298

sured in order to confirm that the LDL-cholesterol goal has been met. If the LDL goal is met, the phase of long-term monitoring can begin. If the response is not satisfactory, the patient should generally be referred to a registered dietitian and should progress to the Step-Two Diet or to another trial on the Step-One Diet. If this latter approach is selected, the patient should again be evaluated after four to six weeks and three months, with progression to the Step-Two Diet if the response is still not satisfactory.

**Step-Two Diet.**—On the Step-Two Diet, serum cholesterol levels should be measured after three to four weeks and three months of therapy. After three months of treatment with the Step-Two Diet, the physician should again assess the patient's adherence and response to the diet. It is important to document the extent of adherence to the therapeutic diet. If the desired goal for serum cholesterol–lowering has been attained, and a measurement of LDL-cholesterol level confirms that the LDL goal has been met, long-term monitoring can begin; if not, consideration should be given to drug therapy.

**Diet Success: Long-term Monitoring.**—The patient who has achieved the target goals for lowering of LDL-cholesterol by dietary therapy can be declared a diet success. Monitoring of total cholesterol should be carried out on a long-term basis. The fat-modified diet should be maintained indefinitely and the patient should be encouraged to adhere to the recommended eating pattern. Diet education should be continued and reinforced, by a registered dietitian if necessary. The patient should be counseled quarterly for the first year of long-term monitoring and twice yearly thereafter.

Total serum cholesterol should be measured prior to each visit, and the results should be used at the counseling session. For patients who have no lipoprotein abnormalities other than elevated LDL-cholesterol, monitoring at six-month intervals is appropriate. In such patients, the total cholesterol measurement, which can be made with a non-fasting blood sample and is less expensive than lipoprotein analysis, will provide a reasonable index of the LDL-cholesterol level. Many patients who previously have had high cholesterol levels on the typical American diet are "diet sensitive," which explains their originally high level. This means that continuous attention must be given to dietary adherence to avoid a "relapse" to high cholesterol concentrations. If the patient redevelops an elevated cholesterol level, the procedure outlined above for dietary therapy of elevated LDL-cholesterol may have to be reinstituted.

**Inadequate Response to Diet.**—A patient who fails to achieve the goals for lowering of total cholesterol (or LDL-cholesterol) by dietary therapy should be classified as having an inadequate response to diet. This does not necessarily mean diet failure, because a significant reduction in cholesterol levels may have occurred by diet modification. There are four categories of inadequate response to diet that can be distinguished.

1. Patients who have severe elevations of serum cholesterol often cannot achieve the goals of serum cholesterol lowering by diet, no matter how strict the diet. For these patients (Appendix II), it is not necessary to wait for six months of dietary therapy before adding drugs to the regimen.

2. Some patients with high LDL-cholesterol levels are biologically relatively resistant to LDL lowering by diet modification and will not achieve the cholesterol lowering goal despite good adherence to diet.

3. Others will adhere poorly to diet in spite of an intensive effort by the physician and counselors. After a few months it will be obvious that these patients will not adhere to dietary recommendations. Some physicians have the mistaken belief that most patients fall into this category, but this certainly is not true. A concerted effort by the physician, immediate staff, and registered dietitian should minimize the size of this group of patients.

4. For still other patients, a more prolonged period of dietary therapy may be justified. Up to a year, or even longer, may be required for a patient to learn to modify the diet by changing both the pattern of diet and eating habits. There may be a tendency for some physicians to employ drugs too soon instead of making the effort to change the patient's dietary habits. This tendency must be resisted. Adequate time should be allowed for the patient to attempt to modify the diet to achieve the desired goals of therapy.

### Dietary Therapy for Special Groups

**Severe Primary and Secondary Lipid Disorders.**—Patients with severe primary hypercholesterolemia (eg, familial hypercholesterolemia) deserve maximal dietary therapy, ie, the Step-Two Diet. However, many of these patients will not respond adequately to diet and will require drug therapy (see Appendix II). Patients with severe primary hypertriglyceridemia should receive special attention to dietary management, which is described in more detail in Appendix II. The role of the diet in the treatment of low HDL-cholesterol and diabetic dyslipidemia likewise is discussed in Appendix II.

**Elderly High-Risk Patients.**—When considering dietary therapy for elderly patients classified as high risk, the value of diet modification for prevention of atherosclerotic disease must be balanced against the possibility of inadequate or inappropriate nutrition, which is often a problem in the elderly. The Step-One Diet seems prudent in elderly patients classified as high risk, but overly restrictive diets probably should be avoided. Intensive dietary therapy (eg, the Step-Two Diet) is not advisable in most elderly patients. Sound clinical judgment is required in making a decision about diet modification in older individuals classified as high risk, particularly because adequate intakes of calories and protein can be a major problem among the elderly.

**Pregnant Women.**—Elevations in cholesterol and triglyceride levels occur during pregnancy, with maximum levels in the third trimester. These increased levels are not generally clinically significant, but rare cases of hypertriglyceridemia and pancreatitis have been reported. Thus, some investigators recommend that serum triglyceride levels be measured at about the 28th week of gestation. Triglyceride levels generally return to baseline within six weeks postpartum, but elevations in LDL-cholesterol may occasionally persist for six to nine months. Such a response may represent a predisposition to elevated cholesterol. The approach to hyperlipidemic women who become pregnant is discussed in Appendix II.

### Approach to Borderline–High Blood Cholesterol Group

**Assessment of Risk.**—Individuals with cholesterol levels in the range of 200 to 239 mg/dL are classified as having borderline–high blood cholesterol. Several studies indicate that cholesterol concentrations in the borderline-high range impart an increased CHD risk as compared with lower levels. However, while there is a progressive increase in risk as the blood cholesterol level rises from 200 to 240 mg/dL, the absolute risk does not rise sharply if no other risk factors are present (Table 3, "Background section"). For this reason, it is not necessary to enter most

JA004826

CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER                    TV0044299

people with borderline–high blood cholesterol into active medical therapy. They nonetheless deserve to receive dietary information and cholesterol education as discussed below.

Special attention should be given to young adults with borderline–high blood cholesterol because they may be "tracking" toward the high-risk category later in life. In fact, many experts believe that young adults (20 to 39 years of age) with borderline–high blood cholesterol levels warrant full evaluation of serum lipoprotein fractions. This is an area where individualized clinical judgment is appropriate.

As with all patients, those with borderline–high blood cholesterol levels should be evaluated for other CHD risk factors and should be given preventive medical care for these factors if present. As indicated previously, patients in the borderline–high blood cholesterol group who have definite CHD or two other CHD risk factors (one of which can be male sex) should be managed in the same way as patients with high blood cholesterol levels.

Some experts believe that patients in the borderline–high blood cholesterol group who have one other major risk factor (eg, hypertension) also warrant lipoprotein measurements and possible dietary therapy. This is particularly so for young adults. Although this is not recommended here as a general approach for most patients with borderline–high blood cholesterol, it is clear that individualized clinical judgment and patient management is appropriate for this group.

**Dietary Information and Patient Education.**—For individuals with borderline–high blood cholesterol, intensive dietary therapy is not required. The population-based approach for lowering cholesterol levels in the entire community is expected, however, to have a significant impact on the diet and behavior of this group. Since these people are at increased risk for CHD, compared with individuals whose cholesterol levels are below 200 mg/dL, they should be made aware of the significance of their moderately increased risk and given information about how to modify the diet to lower the cholesterol level. The basic recommendation is for the patient to adopt an eating pattern similar to that of the Step-One Diet.

The same materials provided with the Step-One Diet might be made available to these patients by the physician and immediate staff, but intensive monitoring is not required. It should not be necessary to refer the patient to a registered dietitian, and the time devoted to patient instruction will be less than for the high-risk group. It is the physician's responsibility to inform the patient of his or her moderately increased risk, to advise changes in life-style and eating habits, to provide educational materials about diet, and to direct the individual to other sources of educational material. For instance, the local chapter of the American Heart Association usually stocks valuable materials containing dietary advice and practical approaches to diet modification. Sections of this report also can be copied for the patient.

Special attention should be given to dietary counseling of young adults with borderline–high blood cholesterol levels. They should be started on the Step-One Diet, but, in addition, they should be monitored for adherence and response more carefully than middle-aged patients in the same category. Young adults should be counseled on what to eat when away from home, and they should develop exercise habits that will be particularly useful as lifetime habits. Young adults who have an exceptionally high caloric intake because of a high level of exercise should be cautioned against excessive intake of saturated fatty acids, cholesterol, and protein.

**Reevaluation.**—At the least, a follow-up measurement of the patient's cholesterol level should be made at one year and then at one- to two-year intervals. More frequent followup or measurements of lipoprotein fractions can be made at the discretion of the physician. Extra attention should be given to the followup of young adults with borderline–high blood cholesterol. Periodic determinations of serum cholesterol will indicate the physician's heightened and continuing concern; knowledge that the cholesterol level will be checked periodically should motivate the patient to adhere to the recommended diet; and these measurements will enable the physician to detect an increase in cholesterol level to the high blood cholesterol range, should it occur.

## DRUG TREATMENT
### When to Consider Drug Therapy/Treatment Goals

**LDL-Cholesterol Levels for Initiation of Drug Therapy.**—Patients whose LDL-cholesterol levels remain high despite adequate dietary therapy should be considered for drug treatment. At least six months of intensive dietary therapy and counseling should usually be carried out before initiating drug therapy. In individuals with severe elevations of LDL-cholesterol (>225 mg/dL) or with definite CHD, in whom dietary therapy alone is unlikely to be adequate or in whom the urgency of achieving substantial cholesterol lowering is greater, it may be appropriate to try dietary therapy alone for a period shorter than six months before considering drug therapy. A minimum of three months of dietary therapy is required to establish an adequate baseline for evaluating the efficacy of subsequent drug therapy. A registered dietitian, working with the physician to design an adequate treatment plan and assess dietary adherence, may enhance the effectiveness of dietary therapy sufficiently to obviate the need for drugs.

The LDL-cholesterol levels at which drug therapy should be considered after an adequate trial of dietary therapy alone are as follows:

(1) ≥190 mg/dL (very-high-risk LDL-cholesterol) in patients without definite CHD or two other CHD risk factors, one of which can be male sex (Table 4).

(2) ≥160 mg/dL (high-risk LDL-cholesterol) in patients with definite CHD or two other CHD risk factors (Table 4).

Clinical judgment is required when using these guidelines to make decisions about initiating drug therapy. All individuals with LDL-cholesterol levels ≥190 mg/dL are candidates for drug therapy, but the need is less pressing in older women. Men with LDL-cholesterol values between 160 and 190 mg/dL who have any other major risk factor generally should receive drug therapy. In women, however, a more conservative approach to drug therapy is appropriate, in view of the fact that the absolute risk of CHD is lower in women than in men. Thus, for women with LDL-cholesterol levels between 160 and 190 mg/dL, two other major risk factors or definite CHD should be present before initiating drug therapy. The distribution of LDL-cholesterol levels in the population is listed in Appendix I. It should be emphasized that maximum dietary therapy would significantly alter this distribution and decrease the percent of both men and women being considered for drug therapy.

Maximal efforts should be made in all patients to lower cholesterol levels and CHD risk by nonpharmacological approaches, such as diet, weight control, exercise, and other life-style modifications (eg, quitting smoking). This is especially important in patients who have not reached

CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER

JA004827

TV0044300

Table 9.—Summary of the Major Drugs for Consideration*

| Drugs | Reduce CHD Risk | Long-term Safety | Maintaining Adherence | LDL-Cholesterol Lowering, % | Special Precautions |
|---|---|---|---|---|---|
| Cholestyramine, colestipol | Yes | Yes | Requires considerable education | 15-30 | Can alter absorption of other drugs, can increase triglyceride levels and should not be used in patients with hypertriglyceridemia |
| Nicotinic acid | Yes | Yes | Requires considerable education | 15-30 | Test for hyperuricemia, hyperglycemia, and liver function abnormalities |
| Lovastatin† | Not proven | Not established | Relatively easy | 25-45 | Monitor for liver function abnormalities, and possible lens opacities |
| Gemfibrozil‡ | Not proven | Preliminary evidence | Relatively easy | 5-15 | May increase LDL-cholesterol in hypertriglyceridemic patients; should not be used in patients with gallbladder disease |
| Probucol | Not proven | Not established | Relatively easy | 10-15 | Lowers HDL-cholesterol; significance of this has not been established; prolongs QT interval |

*CHD indicates coronary heart disease; LDL, low density lipoprotein; and HDL, high density lipoprotein.
†Recently approved by the Food and Drug Administration for marketing.
‡Not approved by the Food and Drug Administration for routine use in lowering cholesterol. The results of the Helsinki Heart Study should be available soon to define the effect on CHD risk and long-term safety.

their minimal LDL-cholesterol goal on dietary therapy alone, but who do not qualify for drug treatment according to the above guidelines. These patients include those without CHD or two other risk factors (see Table 4), whose LDL-cholesterol levels are in the range of 160 to 190 mg/dL, and those with definite CHD or two other risk factors, whose LDL-cholesterol levels are 130 to 160 mg/dL, on adequate dietary therapy. While drug therapy is not routinely recommended for such patients, consideration should be given to the use of low doses of bile acid sequestrants, especially in men. The sequestrants have a proven record of long-term safety. Moreover, many experts feel that patients with definite CHD should receive drug therapy if their minimal LDL-cholesterol goal (<130 mg/dL) has not been reached.

Low density lipoprotein–cholesterol is the best parameter to use in making the decision to use drugs and for monitoring the response to drug therapy (at least in the first few months). The decision to initiate drug treatment usually commits the patients to long-term therapy, for years or even for life. Since the number of potential patients who are candidates for prolonged administration of drugs is substantial, all decisions to initiate drug therapy must be made only after careful deliberation. Dietary therapy is clearly the safest treatment available. Hence, maximal efforts at dietary therapy should be made before initiating drug therapy, and should be continued even if drug therapy is needed. (For detailed information about the effects of drugs on serum lipids and lipoproteins and on CHD risk, including key studies and reviews, the reader should consult references 7, 10-13, and 50-60.)

**Target Treatment Levels of LDL-Cholesterol.**—The minimum goals of drug therapy are the same as those of dietary therapy, and are as follows:

(1) LDL-cholesterol <160 mg/dL in patients without definite CHD or two other CHD risk factors (one of which can be male sex, [Table 4]).

(2) LDL-cholesterol <130 mg/dL in patients with definite CHD or two other CHD risk factors (Table 4).

The LDL-cholesterol level that is necessary to promote substantial or maximal atherosclerotic regression has not been established, but some investigators believe that an LDL-cholesterol level as low as 100 mg/dL may be considered an ideal goal. Thus, it may be desirable to strive for an LDL-cholesterol level considerably below the minimal target goals of 160 mg/dL or 130 mg/dL, particularly in patients with definite CHD or with other major risk factors, once the decision to institute drug therapy has been made. There is no current evidence or opinion to suggest that further lowering of LDL-cholesterol below 100 mg/dL will produce significant additional benefit.

### Selection and Use of Drugs

**Overview and General Approach.**—The major drugs for consideration include the following: bile acid sequestrants (cholestyramine, colestipol); nicotinic acid; HMG CoA reductase inhibitors (lovastatin); gemfibrozil; and probucol.

A brief summary of the major characteristics of these drugs is provided in Tables 9 and 10.

The drugs of first choice for patients without concurrent hypertriglyceridemia (triglyceride, <250 mg/dL) are the bile acid sequestrants and nicotinic acid. These drugs have been found to reduce CHD risk and to be generally safe in long-term use. They are effective in lowering LDL-cholesterol. Nicotinic acid is preferred for patients with concurrent hypertriglyceridemia (triglyceride, ≥250 mg/dL), because it lowers LDL-cholesterol without exacerbating the hypertriglyceridemia. The bile acid sequestrants can also effectively lower LDL-cholesterol in these patients, but their administration as single drug therapy will sometimes cause substantial increases in serum triglycerides.

Lovastatin is the first available drug in a new class, the HMG CoA reductase inhibitors. It is very effective in lowering LDL-cholesterol levels, produces modest reductions in triglyceride levels, and is easy to administer. The clinical use of lovastatin has been under study for only a few years, and its long-term safety and effects on CHD end points have not yet been established. It is, therefore, not classed as a drug of first choice in this report, and some caution is appropriate in its use.

Gemfibrozil and probucol are other available drugs that are also not classified as drugs of first choice. These drugs are generally not as effective in lowering LDL-cholesterol as are the bile acid sequestrants, nicotinic acid, or the

JA004828

CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER

TV0044301

| Drug | Starting Dose | Maximum Dose | Usual Time and Frequency | Side Effects | Monitoring |
|------|---------------|--------------|--------------------------|--------------|------------|
| Cholestyramine, colestipol | 4 g twice daily, 5 g twice daily | 24 g/d, 30 g/d | Twice daily, within an hour of major meals | Dose-dependent upper and lower gastrointestinal tract | Dosing schedules of coadministered drugs |
| Nicotinic acid | 100-250 mg as single dose | 3 g/d, rarely, doses up to 6 g are used | Three times a day with meals to minimize flushing | Flushing, upper gastrointestinal tract and hepatic | Uric acid, liver function, glucose |
| Lovastatin | 20 mg once daily with evening meal | 80 mg/d | Once (evening) or twice daily with meals | Gastrointestinal tract and hepatic, miscellaneous, including muscle pain | Liver function, creatine kinase, lens |

Table 10.—Drugs Highly Effective in Lowering LDL-Cholesterol*

*LDL indicates low density lipoprotein.

HMG CoA reductase inhibitors. Moreover, these drugs have not been shown to reduce CHD risk and their safety for long-term use has not been established at this time. However, the results of a large clinical trial, the Helsinki Heart Study, evaluating the effects of gemfibrozil on CHD risk are expected soon.[59] If a clinically beneficial effect is seen, the recommended use of gemfibrozil will probably be expanded.

The cost of drugs may also warrant consideration. Cost should be viewed in relation to a drug's effectiveness and safety in cholesterol lowering. The following are the approximate yearly wholesale costs of drugs, derived from data in the 1986 Redbook; retail costs will be somewhat higher. Cholestyramine (Questran) at a daily dose of 16 g or colestipol (Colestid) at a daily dose of 20 g in bulk containers is $500 to $550; "generic" nicotinic acid at a daily dose of 3 g is $50, while Nico-Bid is $700; gemfibrozil (Lopid) at a daily dose of 1.2 g or probucol (Lorelco) at a daily dose of 1 g is approximately $375. Lovastatin is being marketed to the pharmacist at $1.25 per 20-mg tablet; at a dose of 40 mg/d, the yearly wholesale cost will be approximately $910.

Many patients with marked elevations of LDL-cholesterol will not be adequately controlled with single-drug therapy, and the use of combinations of drugs with synergistic mechanisms of action may be particularly effective in these patients. The mechanisms of action, clinical efficacy, and side effects of the drugs of first choice and the HMG CoA reductase inhibitors for the treatment of high-risk LDL-cholesterol levels are discussed in the following section. There then follows a more abbreviated discussion of the other drugs and of combination drug therapy.

**Drugs of First Choice.**—*Bile Acid Sequestrants: Cholestyramine and Colestipol.*—The major effect of the bile acid sequestrants is a lowering of the level of LDL-cholesterol. The sequestrants have the advantage that their use has been shown to reduce CHD risk in large-scale intervention trials and that long-term safety information is also available.[10,13] The sequestrants are not absorbed from the gastrointestinal tract and lack systemic toxicity. Thus, they are particularly suitable for treating younger patients, especially children and women considering pregnancy. The disadvantages of the sequestrants are related to the method of administration and the frequency of gastrointestinal side effects.

The primary action of the sequestrants, which are anion exchange resins, is to bind bile acids in the intestinal lumen; this interrupts the enterohepatic circulation of bile acids and leads to an increased hepatic synthesis of bile acids from cholesterol. Depletion of the hepatic pool of cholesterol results in an increase in LDL receptor activity in the liver. This in turn stimulates removal of LDL from plasma and lowers the concentration of LDL-cholesterol. Bile acid sequestrant therapy may increase hepatic VLDL production and thus increase the plasma concentration of triglycerides.

Cholestyramine and colestipol are both powders that must be mixed with water or fruit juice; they are taken in two (or, occasionally, three) divided doses with meals. The cholesterol-lowering effects of 4 g of cholestyramine are equivalent to those obtained with 5 g of colestipol. Decreases in LDL-cholesterol of 10% to 15% may be achieved with the initial suggested starting dosage schedule of 5 g of colestipol (or 4 g of cholestyramine) taken twice daily. In patients who do not respond adequately, the dose is increased gradually. Generally, the benefits of daily doses exceeding the equivalent of 16 g of cholestyramine are offset by poorer patient adherence and a greater incidence of gastrointestinal side effects. The response to therapy in individual patients is quite variable, but 15% to 30% reductions in the concentrations of LDL-cholesterol may be achieved with 16 to 24 g/d of cholestyramine or an equivalent dose of colestipol. The choice of one or the other of these drugs is dependent on individual patient preference based on taste and palatability. Cholestyramine is available in 9-g packets (each containing 4 g of cholestyramine and 5 g of orange-flavored filler) and in 378-g cans. Colestipol is available in 5-g packets and bottles containing 500 g, and there are no additives. The cost-per-unit dosage for cholestyramine is currently considerably less when it is purchased in bulk containers.

The bile acid sequestrants are contraindicated as single-drug therapy in patients with marked hypertriglyceridemia (triglyceride, >500 mg/dL) or patients with a history of severe constipation. The most common side effects associated with sequestrant therapy are gastrointestinal, and include constipation, bloating, epigastric fullness, nausea, and flatulence. Some suggestions for dealing with these side effects are provided in Appendix IV. These drugs are not absorbed, but they may interfere with the absorption of other anionic drugs if these are taken concurrently. It is generally advisable to take other medications at least one hour before or four hours after the bile acid sequestrants. The sequestrants can interfere with the absorption of digitoxin, warfarin, thyroxine, thiazide diuretics, beta blockers, and, potentially, many other drugs. Decreased absorption of fat-soluble vitamins and folic acid has been reported with prolonged high doses of the resins, primarily in patients with severe liver or small-bowel disease. Routine vitamin supplementation is not needed or recom-

JA004829

CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER

TV0044302

mended in adult patients. Biochemical side effects include a modest increase in plasma triglyceride concentrations in many patients and an occasional mild and usually transient increase in alkaline phosphatase and transaminase.

*Nicotinic Acid.*—The water-soluble B vitamin, nicotinic acid, has been used to lower plasma lipid levels for many years. Administration of nicotinic acid in the Coronary Drug Project was associated with a reduction in recurrent myocardial infarctions and in long-term total mortality.[11,53] Nicotinic acid lowers total and LDL-cholesterol and triglyceride levels and raises HDL-cholesterol levels. Decreases in total cholesterol levels of 25% may be observed. Nicotinic acid decreases the hepatic production of VLDL and, ultimately, the production of LDL-cholesterol. Nicotinamide is not effective in lowering LDL-cholesterol and cannot substitute for nicotinic acid.

Nicotinic acid is a very effective drug that requires considerable physician and patient education (Appendix IV). Although it has frequent side effects, these are generally reversible on reducing the dose or discontinuing the drug. Because of its proven efficacy and safety, the efforts required to use this agent are justified.

Nicotinic acid is the least costly of all the currently available agents. Side effects, especially flushing of the skin, often limit acceptance by patients. The flushing is prostaglandin mediated and can be significantly decreased by pretreatment with aspirin or nonsteroidal anti-inflammatory drugs. Tolerance to this flushing develops rapidly over several weeks. Flushing is greatly reduced by slowly increasing the dose of nicotinic acid and avoiding administration on an empty stomach. The use of sustained-release preparations will also reduce flushing, but the cost is considerably greater.[54] Flushing will return if doses are omitted from the prescribed schedule.

Nicotinic acid therapy is generally initiated with a single dose of 100 to 250 mg/d. This initial dose is usually given after dinner to minimize problems with flushing during normal daily activities. The frequency of dose and total daily dose is slowly increased every four to seven days until the first-level therapeutic dose of 1.5 to 2 g/d is reached. If the LDL-cholesterol is not lowered sufficiently, the dose should be increased to 3 g/d (1.0 g three times per day). In patients with marked elevations of plasma cholesterol, a higher daily dose up to 6 g/d is occasionally used.

Hyperuricemia and abnormalities in liver function studies are other common adverse effects, but are more likely with higher doses of nicotinic acid. Hyperglycemia and a number of gastrointestinal side effects occasionally occur. Liver function, blood glucose, and uric acid levels should be evaluated before beginning nicotinic acid and after reaching therapeutic dosage or increasing the dose level. The medication is supplied in 50-, 100-, and 500-mg tablets. The latter dosage is preferred for chronic therapy. Contraindications to nicotinic acid therapy include peptic ulcer, hepatic disease, and gouty arthritis or significant hyperuricemia.

**New Drugs: Inhibitors of HMG CoA Reductase.**—The discovery of specific competitive inhibitors of the rate-limiting enzyme in cholesterol biosynthesis (HMG CoA reductase) has opened up a new avenue of therapy for patients with primary hypercholesterolemia.[55,56] A number of drugs in this category are currently being evaluated including lovastatin, simvastatin, and pravastatin. Of these, lovastatin has been most extensively studied in humans and has recently been approved for marketing. Long-term safety information is limited or not available, and thus caution in its use is recommended. This is especially true for individuals who are not at high risk.

Although the effects of HMG CoA reductase inhibitors on CHD incidence have not yet been established, mean reductions in LDL-cholesterol of 25% to 45% have been noted in both familial and nonfamilial forms of hypercholesterolemia. The HMG CoA reductase inhibitors increase LDL receptor activity in the liver and increase the rate of receptor-mediated removal of LDL from plasma. Additionally, the production of LDL is also decreased. Patients are generally started on 20 mg of lovastatin once daily with the evening meal. The dose may be increased to 40 and then to 80 mg/d as a single evening dose or divided (twice a day) doses with meals. The cholesterol-lowering effects of lovastatin have persisted for the duration of the observed treatment periods up to two to four years.

Lovastatin at doses of 20 to 80 mg daily has been well tolerated. Reported side effects (often transient) to date have included changes in bowel function, headaches, nausea, fatigue, insomnia, skin rashes, and myositis (myalgia associated with markedly elevated creatine kinase [CPK] levels), which collectively have occurred in less than 5% of treated patients. Biochemical changes have included increases in transaminase and CPK levels. Approximately 1.9% of patients have developed persistent increases in transaminase levels of greater than three times normal after three to 16 months of therapy, requiring discontinuance of therapy. Careful monitoring of liver function studies is essential. Lovastatin does not impair steroid hormone production. There is a concern about the possibility that there may be effects on formation of lens opacities; although no effects have been detected to date in humans, this is still being investigated. Baseline and regular follow-up evaluation of the lens should be done.

If long-term safety can be satisfactorily established, these inhibitors of cholesterol biosynthesis will represent a major advance in the therapy of hypercholesterolemia. These agents are extremely effective in reducing LDL-cholesterol concentrations and, from the patient's point of view, are easy to take.

*Other Drugs.*—*Gemfibrozil.*—Gemfibrozil, a fibric acid derivative, is approved by the Food and Drug Administration primarily for triglyceride lowering to reduce the risk of pancreatitis, and not for routine use in lowering cholesterol to reduce the risk of CHD. It is sometimes used as single drug therapy in patients who do not tolerate the resins or nicotinic acid, and is occasionally used in combination with first-choice drugs (see the section on "Combined Drug Treatment"). The long-term safety and effects of gemfibrozil on CHD risk are still being evaluated in clinical trials. Preliminary evidence for long-term safety of gemfibrozil is available in the interim report of the Helsinki Heart Study.[59] This is a large, placebo-controlled study to evaluate the effect of this drug on CHD risk, and the results should be announced in the near future. If a clinically beneficial effect is demonstrated in this clinical trial, the recommended use of gemfibrozil will probably be expanded.

Gemfibrozil is primarily and highly effective in lowering triglycerides, and there is an associated increase in HDL-cholesterol. Because of the effect of this drug on HDL-cholesterol, the results of the Helsinki Heart Study may be of particular interest. To date, increases of HDL-cholesterol induced by treatment have not been conclusively shown to be associated with a decreased risk of CHD. A decrease in LDL-cholesterol of 10% to 15% may be seen in patients without elevated triglycerides treated with gemfibrozil. An increase in LDL-cholesterol may be seen in primary hypertriglyceridemia, and either increases or decreases in LDL-cholesterol may be seen in patients

JA004830

CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER                    TV0044303

with elevated levels of both cholesterol and triglycerides. Gemfibrozil is well tolerated in most patients. The more common side effects include a variety of gastrointestinal symptoms, and occasional changes in hematologic parameters and liver function tests are noted. Gemfibrozil does potentiate the effects of oral anticoagulants and increases biliary lithogenicity. It is available as 300-mg capsules, and the usual dosage is 600 mg twice daily.*

*Probucol.*—Probucol therapy usually reduces LDL-cholesterol by about 8% to 15%, but there is also an associated reduction in HDL-cholesterol of up to 25%. There are no extensive, long-term clinical studies currently available for assessing probucol's safety or effect on CHD risk. Preliminary information indicates that probucol may inhibit the oxidation and tissue deposition of LDL. Probucol increases the rate of LDL catabolism, part of which may involve nonreceptor-mediated pathways.[57] The role of probucol in the treatment of patients with high LDL-cholesterol is uncertain because of concerns about the reduction in HDL-cholesterol, but xanthoma regression has also been reported as the HDL-cholesterol level decreases. Probucol is sometimes used as single drug therapy in patients who do not tolerate other drugs, and is occasionally used in combination with first-choice drugs (see the section on "Combined Drug Treatment").

Probucol is generally well tolerated, and side effects (including diarrhea, flatulence, abdominal pain, and nausea) occur in less than 5% of patients. Probucol causes prolongation of the QT interval, and the drug should be regarded as contraindicated in patients with electrocardiographic findings suggestive of ventricular irritability, with an initially prolonged QT interval, or taking other drugs that prolong the QT interval. Probucol is stored in adipose tissue, and blood levels fall slowly after therapy is discontinued. It is available in 250-mg tablets, and the usual dose is 500 mg twice daily.

*Clofibrate.*—Clofibrate, like gemfibrozil, is a fibric acid derivative. It is approved by the Food and Drug Administration primarily for triglyceride lowering to reduce the risk of pancreatitis, and not for routine use in lowering cholesterol to reduce the risk of CHD. Its effects on lipids and lipoproteins and its side effects are generally similar to those described above for gemfibrozil. Clofibrate is used less frequently than gemfibrozil, however, because of reports of long-term toxicity in clinical trials, particularly the World Health Organization Clofibrate Study.[58]

**Miscellaneous Drugs.**—These drugs are not recommended for general use.

*Neomycin.*—Neomycin is a nonabsorbable aminoglycoside antibiotic with cholesterol-lowering effects. Reductions in LDL-cholesterol levels of 20% to 25% have been reported. Side effects include diarrhea and abdominal cramps. Neomycin also has a potential to cause serious ototoxicity and nephrotoxicity. This drug is not approved by the Food and Drug Administration as a lipid-lowering agent, and its use should be considered investigational.

*Dextrothyroxine.*—Dextrothyroxine, the optical isomer of L-thyroxine, moderately lowers the concentrations of LDL-cholesterol, but does so at the expense of making the patient moderately hyperthyroid. Dextrothyroxine is approved by the Food and Drug Administration for use in selected young adults with primary hypercholesterolemia who are unable to take other effective lipid-lowering drugs. It is not recommended for use in this report because of the high incidence of adverse cardiovascular effects and hypermetabolic effects. Other available drugs have a more favorable benefit/risk ratio.

**Investigational Drugs.**—There is currently a flurry of activity in the development of new cholesterol-lowering agents. There are several new HMG CoA reductase inhibitors in various stages of development. Simvastatin and pravastatin are currently being extensively investigated in clinical trials. A number of newer fibric acid derivatives are available in Europe, and bezafibrate and fenofibrate have been fairly extensively evaluated in the United States. They appear to be more effective in lowering LDL-cholesterol than gemfibrozil or clofibrate.

**Combined Drug Treatment.**—If the response to single-drug therapy with one of the drugs of first choice is inadequate, combined drug therapy using two agents, preferably with synergistic mechanisms of action, should be considered to further lower LDL-cholesterol.[12,56,60] Experience with such drug combinations is somewhat limited, and it might be advisable to undertake such combination therapy in consultation with a lipid specialist. In patients without concurrent hypertriglyceridemia, the combination of a bile acid sequestrant with either nicotinic acid or lovastatin has the potential of lowering LDL-cholesterol by 45% to 60%. The addition of probucol or gemfibrozil to bile acid sequestrant therapy may occasionally be beneficial, but the efficacy of these combinations is significantly less than the abovementioned combinations. The combination of sequestrants and probucol may result in fewer gastrointestinal complaints.

For patients with both increased LDL-cholesterol levels and hypertriglyceridemia, nicotinic acid and lovastatin represent initial drugs of choice. Lovastatin and nicotinic acid can also be used in combination, or either of these two drugs can be combined with a bile acid sequestrant to obtain a possible additional 20% to 25% reduction in LDL-cholesterol. As yet, there is very little experience with the combination of lovastatin and nicotinic acid in terms of possible adverse effects such as hepatotoxicity. The addition of gemfibrozil to a bile acid sequestrant, lovastatin, or nicotinic acid will usually produce additional lowering of triglycerides, but the effect on change in LDL-cholesterol levels is quite variable. More experience is required with the combination of lovastatin and gemfibrozil to see if there is an increased risk of myositis.

**Other Approaches.**—Effective control of elevated levels of LDL-cholesterol will be attainable in the majority of patients using the primary drugs and drug combinations discussed above. Patients who do not achieve adequate cholesterol reduction after this type of therapy should be

*Additional Note: The following statement was prepared by the Steering Committee of the Cholesterol Adult Treatment Panel (Drs Goodman, Cleeman, Brown, Grundy, Hulley, Hunninghake, and Rifkind) six weeks following the final approval of the report by the National Cholesterol Education Program Coordinating Committee:

Subsequent to the formal endorsement of this report by the National Cholesterol Education Program Coordinating Committee, the results of the Helsinki Heart Study were reported (Frick, MH, et al, *N Engl J Med* 1987;317:1237-1245). This randomized, double-blind five-year trial tested the clinical efficacy and safety of gemfibrozil, 600 mg twice daily, vs placebo in 4081 asymptomatic middle-aged men with elevated blood cholesterol levels. Gemfibrozil moderately reduced the serum levels of total and LDL-cholesterol, and also reduced triglycerides and increased HDL-cholesterol levels. The incidence of CHD was reduced by 34% in the drug-treated group ($P<.02$). This trial thus demonstrates the clinical efficacy and safety of gemfibrozil in reducing coronary risk in patients with high cholesterol levels. In view of these results, it would be reasonable for physicians to consider the use of gemfibrozil more readily when selecting drugs for patients with high cholesterol levels who meet the criteria for drug treatment. Gemfibrozil may be particularly useful, as an alternative to nicotinic acid, in patients with high-risk LDL-cholesterol levels who also have borderline hypertriglyceridemia (triglyceride levels, 250 to 500 mg/dL) and low HDL-cholesterol levels. More extensive review and evaluation of the results of the Helsinki Heart Study may further clarify the place of gemfibrozil in the treatment of patients with high blood cholesterol.

---

intervals thereafter. Additional testing may be required if abnormalities are noted, or if a high dose of drug is being used, or because of the known toxicity profile of a given drug (see previous discussion of major adverse effects for individual drugs). For example, more frequent transaminases are indicated when using lovastatin and more frequent uric acid and liver function determinations with higher doses of nicotinic acid.

The use of the bile acid sequestrants and nicotinic acid requires frequent observation or contact with the patient during the early stage of treatment. Clinic visits and/or telephone contact is usually indicated at least at monthly intervals for three to four months. Lovastatin requires continuing liver function and lens evaluation. Thus, there is a need for judgment regarding the frequency of visits and observation during the early phases of drug therapy. When the final drug regimen has been established, follow-up visits should continue at four-month intervals to promote adherence. Many of the routine patient contacts may not need direct physician involvement but may be handled instead by physician's assistants, nurses, pharmacists, or dietitians.

If the patient has had at least a 15% decrease in LDL-cholesterol and is tolerating the drug but has not achieved the minimal target goal for LDL-cholesterol, consideration should be given to adding another drug as discussed in the "Combined Drug Treatment" section. If the patient has not had a 15% decrease in LDL-cholesterol or is not tolerating the drug, the physician should either switch to another drug or proceed to combination therapy, if necessary. Consultation with a lipid specialist may be useful in the management of patients with persistently high LDL-cholesterol levels despite dietary and drug therapy.

### Adherence to Drug Therapy

**General Comments.**—Drug therapy is likely to continue for a lifetime or for a very prolonged period of time. Hence, the patient must be well informed about the goals of drug treatment and the side effects of medication. The need for a long-term commitment must be emphasized. When dealing with the selection of bile acid sequestrants vs newer, "easier" drugs, safety must be emphasized. It is important to start with small doses of the drugs, especially when using sequestrants and nicotinic acid. The patient must have time to adapt to the drug regimen, and any difficulties must be remedied before proceeding to higher doses. Health professionals who are already involved in patient education would be a logical source of help for the patient who is having problems with side effects. The initial experience with a regimen is likely to predict long-term adherence.

The frequency of medication intake and its impact on life-style must be frankly discussed. The planned regimen should attempt to minimize changes in daily life-style. Reinforcement of adherence by periodic laboratory monitoring and reassurance is essential. There is also a need for patience, an adequate amount of time, and understand-

ing on the part of the health professional. It must be emphasized to patients that the ultimate responsibility for management is theirs, and communication with the appropriate health professional is essential when problems arise. The importance of diet in addition to drugs must continue to be emphasized. Some practical suggestions concerning adherence are summarized in Appendix IV.

**Patient Counseling/Assessment of Adherence.**—The management of a risk factor like elevated serum cholesterol is multifactorial and in the ideal treatment setting would call on the expertise of a variety of professionals. Time and resources dictate a more prudent approach. Drug therapy for many patients can be successfully managed by the physician in his or her office along with the assistance of an office health professional who has skill and experience in teaching patients and some understanding of the side effects of drugs and approaches to their management. This person will generally be a nurse, or a nursing or physician's assistant. The community pharmacist is also a valuable resource for patient education. Additional educational efforts are usually required to ensure the successful utilization of the bile acid sequestrants and nicotinic acid, as compared with the other cholesterol-lowering drugs. There should be regular communication with the supervising physician, but many other health professionals can effectively educate the patient. A sensitive, caring individual who routinely sees the patient (constant caretaker model) and develops the patient's trust is often an important component of an effective adherence counseling program.

It is important that community health care providers utilize appropriate specialist consultation. Lipid specialists are available in most large metropolitan areas. Of major importance is the maintenance of continuing education in the cholesterol area, where knowledge is rapidly growing. Furthermore, consultation on an ongoing basis may be sought so that more difficult cases or situations can be reviewed and consultation obtained for planning treatment. If the target treatment goals for LDL-cholesterol are not achieved or if the patient is having considerable problems with side effects of medication, referral to a specialist in lipid disorders may be indicated. This is especially important if the patient has definite CHD, a genetic disorder with severe hypercholesterolemia, or other major risk factors. It is difficult to provide the best care possible through the use of a multidisciplinary team and also control the cost of treatment to the patient. Minimizing the number of office visits, limiting the number of direct care providers, and using the least costly provider with the broadest skills for routine care will help. Maximizing the response to dietary therapy will minimize the need for costly drug therapy. The use of standardized teaching materials that can be adapted to individual needs, and inexpensive follow-up between office visits (eg, telephone or postcard exchanges) may help patients successfully follow a regimen that has been tailored to their circumstances and that has every likelihood of effectively lowering their elevated cholesterol levels.

### References

1. Consensus Development Conference: Lowering blood cholesterol to prevent heart disease. *JAMA* 1985;253:2080-2086.
2. Atherosclerosis Study Group: Optimal resources for primary prevention of atherosclerotic diseases. *Circulation* 1984;70:157A-205A.
3. Grundy SM: Cholesterol and coronary heart disease: A new era. *JAMA* 1986;256:2849-2858.
4. Hulley SB, Rhodes GG: The plasma lipoproteins as risk factors: Comparison of electrophoretic and ultracentrifugation results. *Metabolism* 1982;31:773-777.
5. Martin MJ, Hulley SB, Browner WS, et al: Serum cholesterol, blood

pressure, and mortality: Implications from a cohort of 361 662 men. *Lancet* 1986;2:933-936.
6. Stamler J, Wentworth D, Neaton J: Is the relationship between serum cholesterol and risk of death from CHD continuous and graded? *JAMA* 1986;256:2823-2828.
7. Schaefer EJ, Levy RI: Pathogenesis and management of lipoprotein disorders. *N Engl J Med* 1985;312:1300-1310.
8. Brown NS, Goldstein JL: A receptor-mediated pathway for cholesterol homeostasis. *Science* 1986;232:34-47.
9. Ross R: The pathogenesis of atherosclerosis—an update. *N Engl J*

Cholesterol Adult Treatment Panel Report

CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER      TV0044306

*Med* 1986;314:488-500.

10. Lipid Research Clinics Program: The Lipid Research Clinics Coronary Primary Prevention Trial results: I. Reduction in the incidence of coronary heart disease. *JAMA* 1984;251:351-364.

11. Canner PL, Berge KG, Wenger NK, et al: Fifteen-year mortality in Coronary Drug Project patients: Long-term benefit with niacin. *J Am Coll Cardiol* 1986;8:1245-1255.

12. Blankenhorn DM, Nessim SA, Johnson RL, et al: Beneficial effects of combined colestipol-niacin therapy on coronary atherosclerosis and coronary venous bypass grafts. *JAMA* 1987;257:3233-3240.

13. Lipid Research Clinics Program: The Lipid Research Clinics Coronary Primary Prevention Trial results: II. The relationship of reduction in incidence of coronary heart disease to cholesterol lowering. *JAMA* 1984;251:365-374.

14. Kannel WB, Neaton JD, Wentworth D, et al: Overall and CHD mortality rates in relation to major risk factors in 325 348 men screened for the MRFIT. *Am Heart J* 1986;112:825-836.

15. Study Group, European Atherosclerosis Society: Strategies for the prevention of coronary heart disease: A policy statement of the European Atherosclerosis Society. *Eur Heart J* 1987;8:77-88.

16. Jacobs D, Barrett-Conner E: Re-test reliability of plasma cholesterol and triglycerides: The Lipid Research Clinics Prevalence Study. *Am J Epidemiol* 1982;116:878-885.

17. Koke JD, Hawkins DL: Estimating baseline values of the variables of intervention in a clinical trial. *Contr Clin Trials* 1985;6:136-145.

18. Friedewald WT, Levy RI, Fredrickson DS: Estimation of the concentration of low-density lipoprotein cholesterol in plasma, without use of the preparative ultracentrifuge. *Clin Chem* 1972;18:499-502.

19. DeLong DM, DeLong ER, Wood PD, et al: A comparison of methods for the estimation of plasma low- and very-low-density lipoprotein cholesterol: The Lipid Research Clinics Prevalence Study. *JAMA* 1986;256:2372-2377.

20. Goldstein JL, Schrott HG, Hazzard WR, et al: Hyperlipidemia in coronary heart disease: II. Genetic analysis of lipid levels in 176 families and delineation of a new inherited disorder, combined hyperlipidemia. *J Clin Invest* 1973;52:1544-1568.

21. Castelli WP: The triglyceride issue: A view from Framingham. *Am Heart J* 1986;112:432-437.

22. Consensus Development Conference: Treatment of hypertriglyceridemia. *JAMA* 1984;251:1196-1200.

23. National Center for Health Statistics: Total serum cholesterol levels of adults 20 to 74 years of age: United States, 1976-1980, *Vital and Health Statistics*, Ser. II, No. 236. Dept Health and Human Services publication (PHS) 86-1686. Government Printing Office, May 1986.

24. Lerner DJ, Kanner WB: Patterns of coronary heart disease morbidity and mortality in the sexes: A 26-year follow-up of the Framingham population. *Am Heart J* 1986;111:383-390.

25. Feinleb M, Gillum RF: CHD in the elderly: The magnitude of the problem in the US, in Wenger NK, Furberg CD, Pitt E (eds): *CHD in the Elderly*. New York, Elsevier, 1986, pp 29-59.

26. Grundy SM, Bilheimer D, Blackburn H, et al: Rationale of the diet-heart statement of the American Heart Association: Report of Nutrition Committee. *Circulation* 1982;65:839A-854A.

27. Stamler J: Population studies, in Levy RI, Rifkind BM, Dennis BH, et al (eds): *Nutrition, Lipids, and Coronary Diseases: A Global View*. New York, Raven Press, 1979, pp 25-88.

28. Hjermann I, Velve Byre K, Holme I, et al: Effect of diet and smoking intervention on the incidence of coronary heart disease. *Lancet* 1981;2:1303-1310.

29. Gotto AM Jr, Bierman EL, Connor WE, et al: Recommendations for treatment of hyperlipidemia in adults: A joint statement of the Nutrition Committee and the Council on Arteriosclerosis. *Circulation* 1984;69:1067A-1090A.

30. Keys A, Anderson JT, Grande F: Serum cholesterol response to changes in the diet. *Metabolism* 1965;14:747-787.

31. Hegsted DM, McGandy RB, Myers ML, et al: Quantitative effects of dietary fat on serum cholesterol in man. *Am J Clin Nutr* 1965;17:281-295.

32. Keys A, Grande F, Anderson JT: Bias and misrepresentation revisited: Perspective on saturated fat. *Am J Clin Nutr* 1974;27:188-212.

33. Keys A (ed): Coronary heart disease in seven countries. *Circulation* 1970;41(suppl 1):I-1-I-211.

34. Herold PM, Kinsella JE: Fish oil consumption and decreased risk of cardiovascular disease: A comparison of findings from animal and human feeding trials. *Am J Clin Nutr* 1986;43:566-598.

35. Mattson FH, Erickson BA, Kligman AM: Effect of dietary cholesterol on serum cholesterol in man. *Am J Clin Nutr* 1972;25:589-594.

36. Ginsberg H, Le NA, Mays C, et al: Lipoprotein metabolism in nonresponders to increased dietary cholesterol. *Arteriosclerosis* 1981;1:463-470.

37. Keys A: Serum cholesterol response to dietary cholesterol. *Am J Clin Nutr* 1984;40:351-359.

38. Schonfeld G, Patsch W, Rudell LL, et al: Effects of dietary cholesterol and fatty acids on plasma lipoproteins. *Am J Clin Invest* 1982;69:1072-1080.

39. Anderson LW, Story L, Sieling B, et al: Hypocholesterolemic effects of oat-bran or bean intake for hypercholesterolemic men. *Am J Clin Nutr* 1984;40:1146-1155.

40. Harlan WR, Hull AL, Schmouder RL, et al: Blood pressure and nutrition in adults: The National Health and Nutrition Examination Survey. *Am J Epidemiol* 1984;120:17-28.

41. Hennekens CH: Alcohol, in Kaplan NM, Stamler J (eds): *Prevention of Coronary Heart Disease*. Philadelphia, WB Saunders Co, 1983, pp 130-138.

42. Hubert HB, Feinleb M, McNamara PM, et al: Obesity as an independent risk factor for cardiovascular disease: A 26-year follow-up of participants in the Framingham Heart Study. *Circulation* 1983;67:968-977.

43. Shekelle RB, Shryock AM, Paul O, et al: Diet, serum cholesterol, and death from coronary heart disease—The Western Electric Study. *N Engl J Med* 1981;304:65-70.

44. Kromhout D, Bosschieter EB, Coulander CdeL: The inverse reaction between fish consumption and 20-year mortality from coronary heart disease. *N Engl J Med* 1985;312:1205-1209.

45. American Heart Association: Dietary guidelines for healthy American adults: A statement for physicians and health professionals by the Nutrition Committee, American Heart Association. *Circulation* 1986;74:1465A-1468A.

46. Raab C, Tillotson JL (eds): *Heart to Heart: A Manual on Nutrition Counseling for the Reduction of Cardiovascular Disease Risk Factors*. National Institutes of Health Publication No. 83-1528.

47. US Dept Agriculture and Dept Health and Human Services: *Nutrition and Your Health: Dietary Guidelines for Americans*, ed 2. US Dept Agriculture Home and Garden Bulletin, No. 232, 1985.

48. Pennington J, Church H: *Bowes and Church's Food Values of Portions Commonly Used*, ed 14. Philadelphia, JB Lippincott, 1985.

49. US Dept Agriculture: Nutritive Value of Foods. US Dept Agriculture Home and Garden Bulletin, No. 72, 1986.

50. Brown WV, Goldberg IJ, Ginsberg HN: Treatment of common lipoprotein disorders. *Progr Cardiovasc Dis* 1984;27:1-21.

51. Hoeg JM, Gregg RE, Brewer HB Jr: An approach to the management of hypercholesterolemia. *JAMA* 1986;255:512-521.

52. Illingworth DR: Lipid-lowering drugs: An overview of indication and optimum therapeutic use. *Drugs* 1987;33:259-279.

53. Coronary Drug Project Research Group: Clofibrate and niacin in coronary heart disease. *JAMA* 1975;231:360-381.

54. Knopp RH, Ginsberg J, Albers JJ, et al: Contrasting effects of unmodified and time-released forms of niacin on lipoproteins in hyperlipidemic subjects: Clues to mechanism of action of niacin. *Metabolism* 1985;34:642-647.

55. Lovastatin Study Group II: Therapeutic response to lovastatin (mevinolin) in nonfamilial hypercholesterolemia: A multicenter trial. *JAMA* 1986;256:2829-2834.

56. Illingworth DR: Mevinolin (lovastatin) plus colestipol in therapy for severe heterozygous familial hypercholesterolemia. *Ann Intern Med* 1984;101:598-604.

57. Steinberg D: Studies on the mechanism of action of probucol. *Am J Cardiol* 1986;57:16H-21H.

58. Committee of Principal Investigators, World Health Organization Clofibrate Trial: A cooperative trial in the primary prevention of ischemic heart disease using clofibrate. *Br Heart J* 1978;40:1069-1118.

59. Helsinki Heart Study Ethical Committee: Safety as a factor in lipid-regulating primary prevention drug trials: The Helsinki Heart Study Interim Report: Royal Society of Medicine Services. *Int Congr Symp Senes* 1986;87:51-61.

60. Kane JP, Malloy MJ, Tun P, et al: Normalization of low-density lipoprotein levels in heterozygous familial hypercholesterolemia with a combined drug regimen. *N Engl J Med* 1981;304:251-258.

# APPENDIXES

## Appendix I

| Table I-1.—Corresponding Levels of Lipids | | | |
|---|---|---|---|
| Cholesterol | | Triglyceride | |
| mg/dL | mmol/L | mg/dL | mmol/L |
| 35 | 0.9 | 250 | 2.8 |
| 130 | 3.4 | 400 | 4.5 |
| 160 | 4.1 | 500 | 5.6 |
| 190 | 4.9 | 1000 | 11.3 |
| 200 | 5.2 | ... | ... |
| 240 | 6.2 | ... | ... |

JA004834
CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER                    TV0044307