IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ABBOTT LABORATORIES and ABBOTT RESPIRATORY LLC | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| TEVA PHARMACEUTICAL INDUSTRIES, LTD. and TEVA PHARMACEUTICALS USA, INC., | ) ) ) ) | |
| Defendants. | ) ) ) | |
| | ) ) | C.A. No. 10-57 (SLR)(MPT) CONSOLIDATED |
| ABBOTT LABORATORIES and ABBOTT RESPIRATORY LLC | ) ) ) | **REDACTED PUBLIC VERSION FILED 1/13/12** |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| WATSON LABORATORIES, INC. - FLORIDA, | ) ) ) | |
| Defendant. | ) ) | |

**JOINT APPENDIX OF INTRINSIC AND EXTRINSIC EVIDENCE**

**VOLUME VII
(JA005114-JA005931)**

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
| Mary B. Graham (#2256) | John W. Shaw (#3362) |
| Jeremy A. Tigan (#5239) | Karen E. Keller (#4489) |
| 1201 N. Market Street | 300 Delaware Ave |
| P.O. Box 1347 | Suite 1120 |
| Wilmington, DE  19899-1347 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 476-2050 |
| mgraham@mnat.com | jshaw@shawkeller.com |
| jtigan@mnat.com | kkeller@shawkeller.com |

OF COUNSEL:

William F. Lee
Vinita Ferrera
Kevin Prussia
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA  02109

Heath Brooks
WILMER CUTLER PICKERING
HALE AND DORR LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
   *Attorneys for Abbott Laboratories and
   Abbott Respiratory LLC*

December 30, 2011

OF COUNSEL:

Christopher J. Sorenson
MERCHANT & GOULD PC
3200 IDS Center
80 S. Eighth Street
Minneapolis, MN  55402

Shane A. Brunner
MERCHANT & GOULD PC
10 East Doty Street
Suite 600
Madison, WI  53703
   *Attorneys for Watson Laboratories, Inc. -
   Florida*

## JOINT APPENDIX OF INTRINSIC AND EXTRINSIC EVIDENCE

| DOCUMENT DESCRIPTION | JOINT APPENDIX PAGE NUMBER | |
|---|---|---|
| | START | END |
| *Volume I* | | |
| Joint Claim Construction Chart (D.I. 150) | JA000001 | JA000015 |
| Claim Term Groupings | JA000016 | JA000026 |
| U.S. Patent No. 6,080,428 | JA000027 | JA000040 |
| U.S. Patent No. 6,129,930 | JA000041 | JA000058 |
| U.S. Patent No. 7,011,848 | JA000059 | JA000071 |
| U.S. Patent No. 6,406,715 | JA000072 | JA000097 |
| U.S. Patent No. 6,818,229 | JA000098 | JA000128 |
| U.S. Patent No. 6,676,967 | JA000129 | JA000158 |
| U.S. Patent No. 6,746,691 | JA000159 | JA000186 |
| U.S. Patent No. 6,469,035 | JA000187 | JA000209 |
| File History for U.S. Patent No. 6,080,428 | JA000210 | JA000736 |
| *Volume II* | | |
| File History for U.S. Patent No. 6,129,930 | JA000737 | JA001539 |
| File History for U.S. Patent No. 7,011,848 | JA001540 | JA001806 |
| *Volume III* | | |
| File History for U.S. Patent No. 6,406,715 | JA001807 | JA002408 |
| File History for U.S. Patent No. 6,818,229 | JA002409 | JA002777 |
| *Volume IV* | | |
| File History for U.S. Patent No. 6,676,967 | JA002778 | JA003239 |
| File History for U.S. Patent No. 6,746,691 | JA003240 | JA003828 |
| *Volume V* | | |
| File History for U.S. Patent No. 6,469,035 | JA003829 | JA004170 |
| Patent Application Serial No. 08/124,392 | JA004171 | JA004360 |

| DOCUMENT DESCRIPTION | JOINT APPENDIX PAGE NUMBER | |
| --- | --- | --- |
| | START | END |
| *Volume VI* | | |
| Rebuttal Expert Report of Dr. Sacks (September 19, 2011) | JA004361 | JA004488 |
| Expert Report of Dr. Keenan (August 19, 2011) | JA004489 | JA004685 |
| Deposition Transcript of Dr. Keenan (November 10, 2011) | JA004686 | JA004756 |
| Declaration of Frank Sacks in Support of Plaintiffs' Opening Claim Construction Brief | JA004757 | JA004780 |
| Declaration of Robert O. Williams, III, Ph.D. in Support of Plaintiffs' Opening Claim Construction Brief | JA004781 | JA004794 |
| Declaration of Michael B. Bottorff in Support of Plaintiffs' Opening Claim Construction Brief | JA004795 | JA004807 |
| Report of the National Cholesterol Education Program Expert Panel On Detection, Evaluation, and Treatment of High Blood Cholesterol In Adults | JA004808 | JA004842 |
| Second Report of the Expert Panel on Detection, Evaluation, and Treatment of High Blood Cholesterol in Adults | JA004843 | JA005025 |
| Keenan, "A Physicians Guide to Niacin Therapy" | JA005026 | JA005030 |
| NIASPAN® Label | JA005031 | JA005040 |
| Teva's Label for Proposed Generic SIMCOR® Product | JA005041 | JA005072 |
| Watson's Label for Proposed Generic SIMCOR® Product | JA005073 | JA005113 |
| *Volume VII* | | |
| Deposition Transcript of David Bova (December 17, 2009) | JA005114 | JA005115 |
| Remington Pharmaceutical Science, pp. 1605-06 (1985) | JA005116 | JA005119 |
| L. Lachman, et al., "The Theory and Practice of Industrial Pharmacy," 3d ed., pp. 320-21 (1986) | JA005120 | JA005123 |
| R. Khankari et al., "Binders and Solvents," Handbook of Pharmaceutical Granulation Technology, 1st ed., p. 60 (1997) | JA005124 | JA005126 |
| Handbook of Pharmaceutical Excipients, 2d ed., pp. 229-32, 280-82, 392-99, 494-97 (1994) | JA005127 | JA005149 |
| V. Buhler, Polyvinylpyrrolidone Excipients for Pharmaceuticals: Povidone, Crospovidone and Copovidone, p. 113 (2005) | JA005150 | JA005155 |

| DOCUMENT DESCRIPTION | JOINT APPENDIX PAGE NUMBER | |
|---|---|---|
| | START | END |
| Faber, "Faber on Mechanics of Patent Claim Drafting" (6th Ed. 2011) | JA005156 | JA005160 |
| Manual of Patent Examining Procedure (6th Ed. 2011) | JA005161 | JA005170 |
| Drug Information for the Health Care Professional (U.S. Pharmacopeial Convention, Inc. 1989) | JA005171 | JA005176 |
| Rader, et al., Hepatotoxicity of Unmodified and Time-Release Preparation of Niacin (Am. J. Med., pp. 77-81 (1992)) | JA005177 | JA005182 |
| Goldberg, Clinical Trial Experience with Extended-Release Naicin (Niaspan): Dose-Escalation Study (Am. J. Cardiol., pp. 35U-38U (1998)) | JA005183 | JA005190 |
| Protocol 91/15: A Double-Blind Placebo-Controlled Mutli-Center Trial of the Safety and Efficacy of NiaspanTM—a Dose-Escalation Study, (ABB_SIM 00530316-468) | JA005191 | JA005343 |
| Alderman, et al., Effect of a Modified, Well-Tolerated Niacin Regimen on Serum Total Cholesterol, High Density Lipoprotein Cholesterol and the Cholesterol to High Density Lipoprotein Ratio (Am. J. Cardiol., pp 725-729 (1989)) | JA005344 | JA005350 |
| Keenan, et al., A Clinical Trial of Oat Bran and Niacin in the Treatment of Hyperlipidemia (J. Fam. Pract., pp. 313-319 (1992)) | JA005351 | JA005358 |
| Squires, et al., Low-Dose, Time-Release Nicotinic Acid Effects in Selected Patients With Low Concentrations of High-Density Lipoprotein Cholesterol (Mayo Clin. Proc., pp. 855-860 (1992)) | JA005359 | JA005365 |
| USLT000084 | JA005366 | |
| Physicians' Desk Reference (1992) | JA005367 | JA005371 |
| Deposition Transcript of Thomas W. Ferder (October 28, 2003) | JA005372 | JA005375 |
| Ex. 184 to Ferder Deposition | JA005376 | |
| Deposition Transcript of David Bruce Kropp (October 30, 2003) | JA005377 | JA005379 |
| Ex. 311 to Kropp Deposition | JA005380 | |
| Ex. 312 to Kropp Deposition | JA005381 | JA005383 |
| Deposition Transcript of Kevin J. Lanigan (October 30, 2002) | JA005384 | JA005385 |
| Ex. 305 to Lanigan Deposition | JA005386 | |
| Deposition Transcript of Joseph Errigo. (July 8, 2011) | JA005387 | JA005391 |

| DOCUMENT DESCRIPTION | JOINT APPENDIX PAGE NUMBER | |
| --- | --- | --- |
| | START | END |
| Ex. 78 to Errigo Deposition | JA005392 | |
| Ex. 76 to Errigo Deposition | JA005393 | |
| Ex. 63 to Errigo Deposition | JA005394 | |
| Deposition Transcript of Frank Sacks, MD (November. 30, 2011) | JA005395 | JA005404 |
| Deposition Transcript of Frank Sacks, MD (December 1, 2011) | JA005405 | JA005407 |
| Joseph M. Keenan, M.D. Expert Report (August 19, 2011) | JA005408 | JA005415 |
| Deposition Transcript of Joseph M. Keenan (November 11, 2011) | JA005416 | JA005417 |
| Frank Sacks Declaration (March 1, 2010) | JA005418 | JA005426 |
| Michael B. Bottorff Rebuttal Report (September 19, 2011) | JA005427 | JA005428 |
| Deposition Transcript of Michael B. Bottorff (November 15, 2010) | JA005429 | JA005434 |
| Michael B. Bottorff Expert Report (August 19, 2011) | JA005435 | JA005436 |
| Joseph M. Keenan Rebuttal Report (September 19, 2011) | JA005437 | JA005437 |
| Thomas S. Foster Declaration (March 1, 2010) | JA005441 | JA005443 |
| Michael B. Maurin Rebuttal Report (September 19, 2011) | JA005444 | JA005449 |
| USP XXII, The United States Pharmacopeia (Lupin Claim Construction Appendix at LA0000003) | JA005450 | JA005467 |
| Plaintiffs' Answering Claim Construction Brief (C.A. No. 09-cv-152-JJF, D.I. 58) | JA005468 | JA005471 |
| Supplemental Declaration of Thomas S. Foster, Pharm.D. in Support of Plaintiffs' Responsive Claim Construction Brief (C.A. No. 09-cv-152-JJF, D.I. 66) | JA005472 | JA005476 |
| Declaration of James W. McGinity, Ph.D. in Support of Plaintiffs' Opening Claim Construction Brief (C.A. No. 09-cv-152-JJF, D.I. 56) | JA005477 | JA005479 |
| William F. Elmquist Expert Report (August 19, 2011) | JA005480 | JA005484 |
| Deposition Transcript of David Joseph Bova (June 20, 2011) | JA005485 | JA005486 |
| Notice of Allowability (February 25, 2001) | JA005487 | JA005492 |
| Deposition Transcript of Michael B. Bottorff (February 18, 2011) | JA005493 | JA005496 |
| Deposition Transcript of Michael B. Bottorff (November 16, 2011) | JA005497 | JA005499 |

| DOCUMENT DESCRIPTION | JOINT APPENDIX PAGE NUMBER | |
| --- | --- | --- |
| | START | END |
| Deposition Transcript of Joseph M. Keenan (November 11, 2011) | JA005500 | JA005501 |
| Rebuttal Expert Report of Michael B. Maurin, R.Ph., Ph.D. (September 19, 2011) | JA005502 | JA005510 |
| Deposition Transcript of Michael B. Maurin, R.Ph., Ph.D. (October 28, 2011) | JA005511 | JA005512 |
| Deposition Transcript of Michael B. Bottorff, Pharm.D. (November 16, 2011) | JA005513 | JA005514 |
| Deposition Transcript of Frank Sacks (December 1, 2011) | JA005515 | JA005576 |
| Deposition Transcript of Frank Sacks (November 30, 2011) | JA005577 | JA005706 |
| Opening Expert Report of Robert O. Williams III, Ph.D. Regarding Infringement by Watson's Proposed Generic Simcor® Product (August 19, 2011) | JA005707 | JA005812 |
| Protocol 95/05: The Effect of Manufacturing Variables on the Bioavailability of Niaspan 1000mg Tablets; Final Report (ABB_SIM00780356 – ABB_SIM00780375) | JA005813 | JA005832 |
| Deposition Transcript of David Bova (October 23, 2003) | JA005833 | JA005926 |
| Protocol 95/05: The Effect of Manufacturing Variables on the Bioavailability of Niaspan 1000mg Tablets; Appendix C (ABB_SIM00780428 – ABB_SIM00780432) | JA005927 | JA005931 |

4784279

REDACTED

Remington's

Pharmaceutical

Sciences

*100 YEARS*

Entered according to Act of Congress, in the year 1885 by Joseph P Remington, in the Office of the Librarian of Congress, at Washington, DC

Copyright 1889, 1894, 1905, 1907, 1917, by Joseph P Remington

Copyright 1926, 1936, by Joseph P Remington Estate

Copyright 1948, 1951, by The Philadelphia College of Pharmacy and Science

Copyright © 1956, 1960, 1965, 1970, 1975, 1980, 1985, by The Philadelphia College of Pharmacy and Science

*All Rights Reserved*

Library of Congress Catalog Card No 60-53334

ISBN 0-912734-03-5

*The use of portions of the text of USP XX, NF XV, and USAN and the USP Dictionary of Drug Names is by permission of the USP Convention.   The Convention is not responsible for any inaccuracy of quotation or for any false or misleading implication that may arise from separation of excerpts from the original context or by obsolescence resulting from publication of a supplement.*

*NOTICE—This text is not intended to represent, nor shall it be interpreted to be, the equivalent of or a substitute for the official United States Pharmacopeia (USP) and/or the National Formulary (NF).   In the event of any difference or discrepancy between the current official USP or NF standards of strength, quality, purity, packaging and labeling for drugs and representations of them herein, the context and effect of the official compendia shall prevail.*

*Printed in the United States of America by the Mack Printing Company, Easton, Pennsylvania*

JA005117

drug substance as the previous tablet, resulted in complaints that larger-than-usual doses were needed to produce the same therapeutic response. On the other hand, literature reports indicate that the reformulation of a commercial digoxin tablet resulted in a tablet, although containing the same quantity of drug substance, that gave the desired clinical response at half its original dose. Methods and principles that can be used to assess the effects of excipients and additives on drug absorption have been reviewed.[6,7] See Chapters 38, 76, and 77.

## Tablet Ingredients

In addition to the active or therapeutic ingredient, tablets contain a number of inert materials. The latter are known as additives or *excipients*. They may be classified according to the part they play in the finished tablet. The first group contains those which help to impart satisfactory processing and compression characteristics to the formulation. These include (1) diluents, (2) binders, and (3) glidants and lubricants. The second group of added substances helps to give additional desirable physical characteristics to the finished tablet. Included in this group are (1) disintegrants, (2) colors, and in the case of chewable tablets, (3) flavors, and (4) sweetening agents.

Although the term *inert* has been applied to these added materials, it is becoming increasingly apparent that there is an important relationship between the properties of the excipients and the dosage forms containing them. Preformulation studies demonstrate their influence on stability, bioavailability, and the processes by which the dosage forms are prepared. The need for acquiring more information and use standards for excipients has been recognized in a joint venture of the Academy of Pharmaceutical Sciences and the Council of the Pharmaceutical Society of Great Britain. The program is called the Codex of Pharmaceutical Excipient Project and the Academy's Industrial Pharmaceutical Technology Section has undertaken its organization and implementation.

### Diluents

Frequently the single dose of the active ingredient is small and an inert substance is added to increase the bulk in order to make the tablet a practical size for compression. Compressed tablets of dexamethasone contain 0.75 mg steroid per tablet, hence it is obvious that another material must be added to make tableting possible. Diluents used for this purpose include dicalcium phosphate, calcium sulfate, lactose, cellulose, kaolin, mannitol, sodium chloride, dry starch, and powdered sugar. Certain diluents, such as mannitol, lactose, sorbitol, sucrose, and inositol, when present in sufficient quantity, can impart properties to some compressed tablets that permit disintegration in the mouth by chewing. Such tablets are commonly called *chewable tablets*. Upon chewing, properly prepared tablets will disintegrate smoothly at a satisfactory rate, have a pleasant taste and feel, and leave no unpleasant aftertaste in the mouth. Diluents used as excipients for direct compression formulas have been subjected to prior processing to give them flowability and compressibility. These are discussed under *Direct Compression*, p 1613.

Most tablet formulators tend to use consistently only one or two diluents selected from the above group in their tablet formulations. Usually these have been selected on the basis of experience and cost factors. However, in the formulation of new therapeutic agents the compatibility of the diluent with the drug must be considered. For example, calcium salts used as diluents for the broad-spectrum antibiotic tetracycline have been shown to interfere with the drug's absorption from the gastrointestinal tract. When drug substances have low water solubility, it is recommended that water-soluble diluents be used to avoid possible bioavailability problems. Highly adsorbent substances, eg, bentonite and kaolin, are to be avoided in making tablets of drugs used clinically in small dosage, such as the cardiac glycosides, alkaloids, and the synthetic estrogens. These drug substances may be adsorbed to the point where they are not completely available after administration. The combination of amine bases with lactose, or amine salts with lactose in the presence of an alkaline lubricant, results in tablets which discolor on aging.

Microcrystalline cellulose (Avicel) is usually used as an excipient in direct compression formulas. However, its presence in 5–15% concentrations in wet granulations has been shown to be beneficial in the granulation and drying processes in minimizing case-hardening of the tablets and in reducing tablet mottling.

### Binders

Agents used to impart cohesive qualities to the powdered material are referred to as binders or granulators. They impart a cohesiveness to the tablet formulation which insures the tablet remaining intact after compression, as well as improving the free-flowing qualities by the formulation of granules of desired hardness and size. Materials commonly used as binders include starch, gelatin, and sugars as sucrose, glucose, dextrose, molasses, and lactose. Natural and synthetic gums which have been used include acacia, sodium alginate, extract of Irish moss, panwar gum, ghatti gum, mucilage of isapol husks, carboxymethylcellulose, methylcellulose, polyvinylpyrrolidone, Veegum, and larch arabogalactan. Other agents which may be considered binders under certain circumstances are polyethylene glycol, ethylcellulose, waxes, water, and alcohol.

The quantity of binder used has considerable influence on the characteristics of the compressed tablets. The use of too much binder or too strong a binder will make a hard tablet which will not disintegrate easily and which will cause excessive wear of punches and dies. Differences in binders used for CT Tolbutamide resulted in differences in hypoglycemic effects observed clinically. Materials which have no cohesive qualities of their own will require a stronger binder than those with these qualities. Alcohol and water are not binders in the true sense of the word; but because of their solvent action on some ingredients such as lactose, starch, and celluloses, they change the powdered material to granules and the residual moisture retained enables the materials to adhere together when compressed.

Binders are used both as a solution and in a dry form depending on the other ingredients in the formulation and the method of preparation. The same amount of binder in solution will be more effective than if it were dispersed in a dry form and moistened with the solvent. By the latter procedure the binding agent is not as effective in reaching and wetting each of the particles within the mass of powders. Each of the particles in a powder blend has a coating of adsorbed air on its surface, and it is this film which must be penetrated before the powders can be wetted by the binder solution. Since powders differ with respect to the ease with which they can be wetted, it is preferable to incorporate the binding agent in solution. By this technique it is often possible to gain effective binding with a lower concentration of binder. It should be noted that there are several "pregelatinized" starches available which are intended to be added in the dry form so that water alone can be used as the granulating solution.

The direct compression method for preparing tablets (see page 1613) requires a material that not only is free-flowing but also sufficiently cohesive to act as a binder. This use has been described for a number of materials including microcrystalline cellulose, microcrystalline dextrose, amylose, and polyvinyl-

pyrrolidone. It has been postulated that microcrystalline cellulose is a special form of cellulose fibril in which the individual crystallites are held together largely by hydrogen bonding. The disintegration of tablets containing the cellulose occurs by breaking the intercrystallite bonds by the disintegrating medium.

**Starch Paste**—Corn starch is widely used as a binder. The concentration may vary from 10 to 20%. It is usually prepared as it is to be used by dispersing corn starch in sufficient cold purified water to make a 10% *w/w* solution and warming in a water bath with continuous stirring until a translucent paste forms.

**Gelatin Solution**—Gelatin is generally used as a 10–20% solution; gelatin solutions should be freshly prepared as needed and used while warm or they will solidify. The gelatin is added to cold purified water and allowed to stand until it is hydrated. It is then warmed in water bath to dissolve the gelatin and the solution is made up to the final volume on a weight basis to give the concentration desired.

**Glucose Solution**—Generally a 25–50% solution is used. Glucose does not dry out well and is therefore not suitable where the tablets are subject to humid conditions. These solutions are not true 25 and 50% solutions since the corn syrup contains only approximately 80% solids. To prepare the binder solution, the corn syrup is weighed and dissolved in purified water. Sufficient purified water is added to give the concentration desired on a weight basis. If clarification is desirable, it can be strained through cloth.

**Ethylcellulose**—This is insoluble in water. It is used effectively as a binder when dissolved in alcohol, or as a dry binder in a granulation which is then wetted with alcohol. As a binder in solution it is usually used as a 5% solution. It is widely used as a binder for moisture-sensitive materials. To make the solution, ethylcellulose is dissolved in anhydrous denatured alcohol and made up to the final volume on a weight basis.

**PVP**—Polyvinylpyrrolidone can be used as an aqueous or an alcoholic solution and this versatility has increased its popularity. Concentrations range from 2% and vary considerably.

It will be noted that binder solutions are usually made up to weight rather than volume. This is to enable the formulator to determine the weight of the solids which have been added to the tablet granulation in the binding solution. This becomes part of the total weight of the granulation and must be taken into consideration in determining the weight of the compressed tablet which will contain the stated amount of the therapeutic agent.

### Lubricants

Lubricants have a number of functions in tablet manufacture. They prevent adhesion of the tablet material to the surface of the dies and punches, reduce interparticle friction, facilitate the ejection of the tablets from the die cavity, and may improve the rate of flow of the tablet granulation. Commonly used lubricants include talc, magnesium stearate, calcium stearate, stearic acid, and hydrogenated vegetable oils. Most lubricants with the exception of talc are used in concentrations less than 1%. When used alone, talc may require concentrations as high as 5%. Lubricants are in most cases hydrophobic materials. Poor selection or excessive amounts can result in "waterproofing" the tablets, resulting in poor tablet disintegration and dissolution of the drug substance.

The addition of the proper lubricant is highly desirable if the material to be tableted tends to stick to the punches and dies. Immediately after compression most tablets have the tendency to expand and will bind and stick to the side of the die. The choice of the proper lubricant will effectively overcome this.

The method of adding a lubricant to a granulation is important if the material is to perform its function satisfactorily. The lubricant should be finely divided by passing it through a 60- to 100-mesh nylon cloth onto the granulation. In production this is called "bolting" the lubricant. After adding the lubricant the granulation is tumbled or mixed gently to distribute the lubricant without coating the particles too well or breaking them down to finer particles.

Prolonged blending of lubricant with a granulation can materially affect the hardness, disintegration time and dissolution performance for the resultant tablets. The quantity of lubricant varies, being as low as 0.1%, and in some cases as high as 5%. Lubricants have been added to the granulating agents in the form of suspensions or emulsions. This technique serves to reduce the number of operational procedures and thus reduce the processing time.

In selecting a lubricant, proper attention must be given to its compatibility with the drug agent. Perhaps the most widely investigated drug is acetylsalicylic acid. Different talcs varied significantly the stability of aspirin. Talc with a high calcium content and a high loss on ignition was associated with increased aspirin decomposition. From a stability standpoint, the relative acceptability of tablet lubricants for combination with aspirin was found to decrease in the following order: hydrogenated vegetable oil, stearic acid, talc, and aluminum stearate.

The primary problem in the preparation of a water-soluble tablet is the selection of a satisfactory lubricant. Soluble lubricants reported to be effective include sodium benzoate, a mixture of sodium benzoate and sodium acetate, sodium chloride, leucine, and Carbowax 4000. However, it has been suggested that formulations used to prepare water-soluble tablets may represent a number of compromises between compression efficiency and water solubility. While magnesium stearate is one of the most widely used lubricants, its hydrophobic properties can retard disintegration and dissolution. To overcome these waterproofing characteristics sodium lauryl sulfate is sometimes included. One compound found to have the lubricating properties of magnesium stearate without its disadvantages is magnesium lauryl sulfate. Its safety for use in pharmaceuticals has not yet been established.

### Glidants

A glidant is a substance which improves the flow characteristics of a powder mixture. These materials are always added in the dry state just prior to compression (ie, during the lubrication step). Colloidal silicon dioxide [Cab-o-sil (*Cabot*); Quso (*Phila Quartz*)] is the most commonly used glidant and is generally used in low concentrations of 1% or less. Talc (asbestos-free) is also used and may serve the dual purpose as lubricant/glidant.

### Disintegrants

A disintegrant is a substance, or a mixture of substances, added to a tablet to facilitate its breakup or disintegration after administration. The active ingredient must be released from the tablet matrix as efficiently as possible to allow for its rapid dissolution. Materials serving as disintegrants have been chemically classified as starches, clays, celluloses, algins, gums, and crosslinked polymers.

The oldest and still the most popular disintegrants are corn and potato starch which have been well-dried and powdered. Starch has a great affinity for water and swells when moistened, thus facilitating the rupture of the tablet matrix. However, others have suggested that its disintegrating action in tablets is due to capillary action rather than swelling; the spherical shape of the starch grains increases the porosity of the tablet, thus promoting capillary action. Starch, 5%, is

# The Theory and Practice
# of Industrial Pharmacy

## LEON LACHMAN

## HERBERT A. LIEBERMAN

## JOSEPH L. KANIG

### THIRD EDITION

JA005129

Lea & Febiger
600 Washington Square
Philadelphia, PA 19106-4198
U.S.A.
(215) 922-1330

Library of Congress Cataloging in Publication Data
Main entry under title:

The Theory and practice of industrial pharmacy.

   Includes bibliographies and index.
   1. Pharmacy.    2. Drug trade.    I. Lachman, Leon,
1929–    .    II. Lieberman, Herbert A., 1920–
III. Kanig, Joseph L., 1921–    [DNLM: 1. Drug
Industry.
QV 704 T396]
RS192.L33 1985    615′.19    84-27806
ISBN 0-8121-0977-5

First Edition, 1970
Second Edition, 1976

Copyright © 1986 by Lea & Febiger. Copyright under the
International Copyright Union. All Rights Reserved. This
book is protected by copyright. No part of it may be repro-
duced in any manner or by any means without written per-
mission from the publisher.

PRINTED IN THE UNITED STATES OF AMERICA

Print No. 4 3 2 1

JA005121

There are many modifications available on roll compactors. Roll designs cover a complete range from smooth to sign curves and serrated surfaces. The shapes and sizes of the screw feed assembly are available in a wide range of designs. Most compactors can be fitted with liquid-cooled rolls and chambers. All manufacturers of roller compactors have pilot plant facilities and offer complete testing programs. Trial runs are advisable, so that the compactor is suitable for the materials to be compacted.

## Wet Granulation

The wet granulation technique uses the same preparatory and finishing steps (screening or milling, and mixing) as the two previously discussed granulation techniques. The unique portions of wet granulation process involve the wet massing of the powders, wet sizing or milling, and drying. The theory, equipment, and methods associated with drying are discussed in Chapter 3.

**Methods.** Wet granulation forms the granules by binding the powders together with an adhesive, instead of by compaction. The wet granulation technique employs a solution, suspension, or slurry containing a binder, which is usually added to the powder mixture; however, the binder may be incorporated dry into the powder mix, and the liquid may be added by itself.

The method of introducing the binder depends on its solubility and on the components of the mixture. Since, in general, the mass should merely be moist rather than wet or pasty, there is a limit to the amount of solvent that may be employed. Therefore, when only a small quantity is permissible, the binder is blended in with the dry powders initially; when a large quantity is required, the binder is usually dissolved in the liquid. The solubility of the binder also has an influence on the choice of methods, since the solution should be fluid enough to disperse readily in the mass.

The liquid plays a key role in the granulation process. Liquid bridges are developed between particles, and the tensile strength of these bonds increases as the amount of liquid added is increased. These surface tension forces and capillary pressure are primarily responsible for initial granule formation and strength. Once the granulating liquid has been added, mixing continues until a uniform dispersion is attained and all the binder has been activated. During granulation, particles and agglomerates are subjected to consolidating forces by action of machine parts and of interparticulate forces. Granulation in large blenders requires 15 min to an hour. The length of time depends on the wetting properties of the powder mixture and the granulating fluid, and upon the efficiency of the mixer. A rough way of determining the end point is to press a portion of the mass in the palm of the hand; if the ball crumbles under moderate pressure, the mixture is ready for the next stage in processing, which is wet screening.

The wet screening process involves converting the moist mass into coarse, granular aggregates by passage through a hammer mill or oscillating granulator, equipped with screens having large perforations. The purpose is to further consolidate granules, increase particle contact points, and increase surface area to facilitate drying. Overly wet material dries slowly and forms hard aggregates, which tend to turn to powder during subsequent dry milling. There are many instances in which wet milling may be omitted, with a considerable saving of time. The formulator should be alert to these opportunities and not follow the old method blindly.

A drying process is required in all wet granulation procedures to remove the solvent that was used in forming the aggregates and to reduce the moisture content to an optimum level of concentration within the granules. During drying, interparticulate bonds result from fusion or recrystallization and curing of the binding agent, with van der Waals forces playing a significant role.

After drying, the granulation is screened again. The size of the screen depends upon the grinding equipment used and the size of the tablet to be made.

The use of volatile or inflammable solvents for wet granulation creates other problems. Safety considerations demand that at a minimum, the work areas be well-ventilated to reduce direct toxic effects or to keep the solvent vapor concentration below explosion limits. Also, all equipment should be electrically grounded to prevent sparks that could initiate explosions. Explosion-proof or explosion-resistant motors may also be required. If solvent granulating systems are to be used, the entire process should be thoroughly discussed, and the facilities should be inspected by the company's safety engineer.

Exhausting solvent vapors or drying granulations made with solvents also requires special precautions. Environmental Protection Agency (EPA) regulations limit the amount of solvent vapors that can be exhausted into the atmosphere. Such EPA limits could require recovery or burning of the solvent vapors, which are expensive operations. Ovens employed for drying granulations wetted with explosive solvents should employ high airflow rates, to stay well

below vapor explosive limit concentrations in air. Such ovens should also contain appropriate controls to prevent explosions due to accumulation of vapors following a power outage or during later resumption of power.

**Equipment.** When traditional equipment is used in the conventional wet granulation scheme (Table 11-4), the entire process is labor-intensive and time-consuming. The equipment used for granulation is not highly effective for dry mixing. Therefore, in many instances, a different mixer is used for dry mixing prior to gran-

ulating. Examples are sigma blade and planetary mixers. Granulating mixers are slow, are generally poor powder mixers, and require care for even addition of granulating liquids. Also, considerable time is needed to distribute the binder properly throughout the mass.

While some tablets are still made in the traditional manner, newer equipment has been developed that can accomplish both dry mixing and wet granulation efficiently and in much less time. These new mixers are classified as high-speed mixer/granulators.

**TABLE 11-4.** *Some Common Tablet Excipients*

| Diluents | |
|---|---|
| Lactose USP | |
| Lactose USP, anhydrous | Mannitol USP |
| Lactose USP, spray-dried | Sorbitol |
| Directly compressible starches | Sucrose USP powder |
| Hydrolyzed starches | Sucrose-based materials |
| Microcrystalline cellulose NF | Calcium sulfate dihydrate NF |
| Other cellulose derivatives | Dextrose |
| Dibasic calcium phosphate dihydrate NF | |

| Binders and Adhesives | |
|---|---|
| Acacia | |
| Cellulose derivatives | Starch, pregelatinized |
| Gelatin | Sodium alginate and alginate |
| Glucose |   derivatives |
| Polyvinylpyrrolidone (PVP) | Sorbitol |
| Starch, paste | Tragacanth |

| Disintegrants | |
|---|---|
| Starch | |
| Starch derivatives | Cellulose derivatives |
| Clays | Alginates |
| Cellulose | PVP, cross-linked |

| Lubricants | |
|---|---|
| Stearic acid | |
| Stearic acid salts | Polyethylene glycols |
| Stearic acid derivatives | Surfactants |
| Talc | Waxes |

| Glidants and Flow Promoters | |
|---|---|
| Silica derivatives | |
| Talc | |
| Cornstarch | |

| Colors, Flavors and Sweeteners | |
|---|---|
| FD & C and D & C dyes and lakes | |
| Spray-dried and other flavors | |
| Natural sweeteners | |
| Artificial sweeteners | |

JA005123

# Handbook of Pharmaceutical Granulation Technology

edited by

**Dilip M. Parikh**

*Atlantic Pharmaceutical Services Inc.*
*Owings Mills, Maryland*



MARCEL DEKKER, INC.

NEW YORK · BASEL · HONG KONG

---

Modern Pharmaceutics: Third Edition, Revised and Expanded, *edited by Gilbert S. Banker and Christopher T. Rhodes*

Microencapsulation: Methods and Industrial Applications, *edited by Simon Benita*

Oral Mucosal Drug Delivery, *edited by Michael J. Rathbone*

Clinical Research in Pharmaceutical Development, *edited by Barry Bleidt and Michael Montagne*

The Drug Development Process: Increasing Efficiency and Cost-Effectiveness, *edited by Peter G. Welling, Louis Lasagna, and Umesh V. Banakar*

Microparticulate Systems for the Delivery of Proteins and Vaccines, *edited by Smadar Cohen and Howard Bernstein*

Good Manufacturing Practices for Pharmaceuticals: A Plan for Total Quality Control, Fourth Edition, Revised and Expanded, *Sidney H. Willig and James R. Stoker*

Aqueous Polymeric Coatings for Pharmaceutical Dosage Forms: Second Edition, Revised and Expanded, *edited by James W. McGinity*

Pharmaceutical Statistics: Practical and Clinical Applications, Third Edition, *Sanford Bolton*

Handbook of Pharmaceutical Granulation Technology, *edited by Dilip M. Parikh*

Biotechnology of Antibiotics: Second Edition, Revised and Expanded, *edited by William R. Strohl*

Mechanisms of Transdermal Drug Delivery, *edited by Russell O. Potts and Richard H. Guy*

Pharmaceutical Enzymes, *edited by Albert Lauwers and Simon Scharpé*

Development of Biopharmaceutical Parenteral Dosage Forms, *edited by John A. Bontempo*

**ADDITIONAL VOLUMES IN PREPARATION**

Drug Products for Clinical Trials: An International Guide to Formulation • Production • Quality Control, *edited by Christopher T. Rhodes and Donald C. Monkhouse*

Automation and Validation of Information in Pharmaceutical Processing, *edited by Joseph deSpautz*

Development and Formulation of Veterinary Dosage Forms, *edited by Gregory E. Hardee and J. Desmond Baggot*

Pharmaceutical Project Management, *edited by Anthony Kennedy*

What lies behind us and what lies before us are tiny matters
compared to what lies within us.

—*Oliver Wendell Holmes*

To my lovely wife
Leena

and my talented son
Neehar

Thanks for your patience and support during this project.

Library of Congress Cataloging-in-Publication Data

Handbook of pharmaceutical granulation technology / edited by Dilip M.
Parikh.
    p.  cm. — (Drugs and the pharmaceutical sciences; 81)
    Includes bibliographical references and index.
    ISBN 0-8247-9882-1 (hardcover : alk. paper)
    1. Drugs—Granulation—Handbooks, manuals, etc.   I. Parikh, Dilip
M.  II. Series.
    [DNLM: 1. Technology, Pharmaceutical.  2. Powders.   W1 DR893B
v. 81  1997 / QV 778 H236  1997]
RS199.G73H36  1997
615'.4—dc21
DNLM/DLC
for Library of Congress                                           97-11743
                                                                    CIP

The publisher offers discounts on this book when ordered in bulk quantities.
For more information, write to Special Sales/Professional Marketing at the
address below.

This book is printed on acid-free paper.

**Copyright © 1997 by MARCEL DEKKER, INC.  All Rights Reserved.**

Neither this book nor any part may be reproduced or transmitted in any form
or by any means, electronic or mechanical, including photocopying, micro-
filming, and recording, or by any information storage and retrieval system,
without permission in writing from the publisher.

MARCEL DEKKER, INC.
270 Madison Avenue, New York, New York 10016
http://www.dekker.com

Current printing (last digit):
10 9 8 7 6 5 4 3 2 1

**PRINTED IN THE UNITED STATES OF AMERICA**

60                                                                 Khankari and Hontz

# I.  INTRODUCTION

Binders are the adhesives that are added to the tablet formulations. The role of binders is to provide the cohesiveness essential for the bonding of the solid particles under compaction to form a tablet. In a wet granulation process, binders promote size enlargement to provide granules and, thereby, improve flowability of the blend during the manufacturing process. Binders may also improve the hardness of the tablets by enhancing intragranular as well as intergranular forces. In a direct compression process, binders often act as fillers and impart compressibility to the powder blend. The cohesive properties of binders may reduce friability of the tablets and, thus, aid in their elegance. Although the purpose of using binders in a tablet formulation is not to influence its disintegration and dissolution rate, these properties may be modified owing to the altered wettability of the formulation.

# II.  TYPES OF BINDERS

Binders are classified as natural polymers, synthetic polymers, or sugars. The selection of a binder for a particular system is mostly empirical and depends on the previous experience of the formulator. Selection of the quantity of binder required in a particular system can be determined by optimization studies, using parameters such as granule friability, tablet friability, hardness, disintegration time, and the drug dissolution rate. Some commonly used binders in wet granulation, with their usual concentration range along with the granulating system, are listed in Table 1.

The basic properties of some widely used binders, with their method of incorporation, will be discussed in this section [1–4].

## A.  Natural Polymers

### 1.  Starch

Starch is a polymeric carbohydrate obtained from various plant sources, such as potato, wheat, maize, rice, and tapioca. It is a generally regarded as safe (GRAS)-listed material and one of the most widely used tablet binders. It is insoluble in cold water and in alcohol, but it gelatinizes (hydrolyzes) in hot water to form a paste. Starch paste can be prepared by dispersing starch in 1–1.5 parts of cold water for initial wetting, followed by addition of 2 to 4 times as much boiling water, with continuous stirring, until a translucent paste is obtained. This is further diluted by cold water to the desired concentration. Alternatively, starch paste can also be prepared by heating the

61

cold water suspension of starch to boiling in a steam-jacketed kettle with constant stirring.

Freshly prepared starch paste is used at a concentration of 5–25% w/w in a tablet granulation. Relatively soft and friable granules are produced when starch paste is used as a binder. Consequently, it yields tablets that disintegrate readily. During the wet-massing process, the high viscosity of the starch paste makes it difficult to evenly distribute the binder in the powder blend.

## Binders and Solvents

### Table 1  Commonly Used Granulating Systems

| Binder | Method of incorporation | % used in formula | Solvent | % used in granulating system |
|---|---|---|---|---|
| **Natural polymers** | | | | |
| Starch | Wet mixing | 2–5 | Water | 5–25 |
| Pregelatinized starch | Wet mixing | 2–5 | Water | 10–15 |
|  | Dry mixing | 5–10 | Water |  |
| Gelatin | Wet mixing | 1–3 | Water | 5–10 |
| Acacia | Wet mixing | 3–5 | Water | 10–15 |
| Alginic acid | Dry mixing | 1–5 | Water | 3–5 |
| Sodium alginate | Wet mixing | 1–3 | Water |  |
| **Synthetic polymers** | | | | |
| Polyvinylpyrrolidone | Wet mixing | 0.5–5 | Water or hydroalcoholic solution | 5–10 |
| Methylcellulose | Dry mixing | 5–10 |  |  |
|  | Wet mixing | 1–5 | Water | 2–15 |
| HPMC | Dry mixing | 5–10 |  |  |
|  | Wet mixing | 2–5 | Water or hydroalcoholic solution | 5–10 |
| Na-CMC | Dry mixing | 5–10 |  |  |
|  | Wet mixing | 1–5 | Water | 5–15 |
| Ethylcellulose | Dry mixing | 5–10 |  |  |
|  | Wet mixing | 1–5 | Ethanol | 2–10 |
|  | Dry mixing | 5–10 |  |  |
| **Sugars** | | | | |
| Glucose | Wet mixing | 2–25 | Water | 25–50 |
| Sucrose | Wet mixing | 2–25 | Water | 50–67 |
| Sorbitol | Wet mixing | 2–10 | Water | 2–25 |

*Source:* Ref. 3.



# Handbook of Pharmaceutical Excipients

## SECOND EDITION

*A joint publication of the American Pharmaceutical Association and the Royal Pharmaceutical Society of Great Britain*

AMERICAN PHARMACEUTICAL ASSOCIATION

DEFENDANT'S
EXHIBIT
235

CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER                    ABB_SIM 00943000

# Handbook of
# PHARMACEUTICAL
# EXCIPIENTS

CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER

ABB_SIM 00943001

# Handbook of
# PHARMACEUTICAL
# EXCIPIENTS

## Second Edition

*Edited by*
**Ainley Wade** and **Paul J Weller**

American Pharmaceutical Association
Washington

The Pharmaceutical Press
London

1994

L097669

CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER

ABB_SIM 00943002

© Copyright 1986, 1994 by the American Pharmaceutical Association, 2215 Constitution Avenue NW, Washington, DC 20037-2985, USA, and The Pharmaceutical Press, Royal Pharmaceutical Society of Great Britain, 1 Lambeth High Street, London, SE1 7JN, England.

A catalogue record for this book is available from the British Library.

Library of Congress Catalog Card Number: 94–79492.

International Standard Book Number (ISBN) in the UK: 0 85369 305 6
International Standard Book Number (ISBN) in the USA: 0 91730 66 8

No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording, or any information storage or retrieval system, without prior written permission from the joint publishers.

Typeset in Great Britain by Alden Multimedia, Northampton.
Printed and bound in Great Britain by

L097670

CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER

ABB_SIM 00943003

# Hydroxypropyl Methylcellulose

## 1. Nonproprietary Names

BP: Hypromellose
PhEur: Methylhydroxypropylcellulosum
USP: Hydroxypropyl methylcellulose

## 2. Synonyms

Cellulose, hydroxypropyl methyl ether; *Culminal MHPC;* E464; HPMC; *Methocel;* methylcellulose propylene glycol ether; methyl hydroxypropylcellulose; *Metolose; Pharmacoat.*

## 3. Chemical Name and CAS Registry Number

Cellulose, 2-Hydroxypropyl methyl ether
[9004-65-3]

## 4. Empirical Formula Molecular Weight

The PhEur 1992 describes hydroxypropyl methylcellulose as a partly *O*-methylated and *O*-(2-hydroxypropylated) cellulose. It is available in several grades which vary in viscosity and extent of substitution. Grades may be distinguished by appending a number indicative of the apparent viscosity, in mPa s, of a 2% w/w aqueous solution at 20°C. Hydroxypropyl methylcellulose defined in the USP XXII specifies the substitution type by appending a four digit number to the nonproprietary name, e.g. hydroxypropyl methylcellulose 1828. The first two digits refer to the approximate percentage content of the methoxy group ($OCH_3$). The second two digits refer to the approximate percentage content of the hydroxypropoxy group ($OCH_2CHOHCH_3$), calculated on a dried basis. Molecular weight is approximately 10 000-1 500 000.

## 5. Structural Formula



Where R is H, $CH_3$ or [$CH_3CH(OH)CH_2$].

## 6. Functional Category

Coating agent; film-former; stabilizing agent; suspending agent; tablet binder; viscosity-increasing agent.

## 7. Applications in Pharmaceutical Formulation or Technology

Hydroxypropyl methylcellulose is widely used in oral and topical pharmaceutical formulations.

In oral products, hydroxypropyl methylcellulose is primarily used as a tablet binder,[1] in film-coating[2-7] and as an extended release tablet matrix.[8-12] Concentrations of between 2-5% w/w may be used as a binder in either wet or dry granulation processes. High viscosity grades may be used to retard the release of water-soluble drugs from a matrix.

Depending upon the viscosity grade, concentrations between 2-10% w/w are used as film-forming solutions to film-coat tablets. Lower viscosity grades are used in aqueous film-coating solutions while higher viscosity grades are used with organic solvents.

Hydroxypropyl methylcellulose is also used as a suspending and thickening agent in topical formulations, particularly ophthalmic preparations. Compared with methylcellulose, hydroxypropyl methylcellulose produces solutions of greater clarity, with fewer undispersed fibres present, and is therefore preferred in formulations for ophthalmic use. Concentrations of between 0.45-1.0% w/w may be added as a thickening agent to vehicles for eye-drops and artificial tear solutions.

Hydroxypropyl methylcellulose is also used as an emulsifier, suspending agent and stabilizing agent in topical gels and ointments. As a protective colloid, it can prevent droplets and particles from coalescing or agglomerating, thus inhibiting the formation of sediments.

In addition, hydroxypropyl methylcellulose is used as an adhesive in plastic bandages and as a wetting agent for hard contact lenses. It is also widely used in cosmetics and food products.

## 8. Description

Hydroxypropyl methylcellulose is an odorless and tasteless, white or creamy-white colored fibrous or granular powder.

## 9. Pharmacopeial Specifications

| Test | PhEur 1992 | USP XXII (Suppl 2) |
|---|---|---|
| Identification | + | + |
| Appearance of solution | + | — |
| pH (1% w/w solution) | 5.5-8.0 | — |
| Apparent viscosity | + | + |
| Loss on drying | ≤ 10.0% | ≤ 5.0% |
| Residue on ignition | | |
| for viscosity grade > 50 mPa s | — | ≤ 1.5% |
| for viscosity grade ≤ 50 mPa s | — | ≤ 3.0% |
| for type 1828 of all viscosities | — | ≤ 5.0% |
| Sulfated ash | ≤ 1.0% | — |
| Arsenic | — | ≤ 3 ppm |
| Chlorides | ≤ 0.5% | — |
| Heavy metals | ≤ 20 ppm | ≤ 0.001% |
| Methoxy content | | |
| Type 1828 | — | 16.5-20.0% |
| Type 2208 | — | 19.0-24.0% |
| Type 2906 | — | 27.0-30.0% |
| Type 2910 | — | 28.0-30.0% |
| Hydroxypropoxy content | | |
| Type 1828 | — | 23.0-32.0% |
| Type 2208 | — | 4.0-12.0% |
| Type 2906 | — | 4.0-7.5% |
| Type 2910 | — | 7.0-12.0% |

## 10. Typical Properties

*Acidity/alkalinity:*
pH = 5.5-8.0 for a 1% w/w aqueous solution.

L097671

CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER
ABB_SIM 00943004

230   *Hydroxypropyl Methylcellulose*

**SEM: 1**
Excipient: Hydroxypropyl methylcellulose
Manufacturer: Shin-Etsu Chemical Co Ltd
Lot No.: 83214
Magnification: 60x
Voltage: 10kV



**SEM: 2**
Excipient: Hydroxypropyl methylcellulose
Manufacturer: Shin-Etsu Chemical Co Ltd
Lot No.: 83214
Magnification: 600x
Voltage: 10kV



*Ash*: 1.5-3.0%, depending upon the grade.
*Autoignition temperature*: 360°C
*Density (tapped)*: 0.50-0.70 g/cm³ for *Pharmacoat*.
*Melting point*: browns at 190-200°C; chars at 225-230°C. Glass transition temperature is 170-180°C.
*Moisture content*: hydroxypropyl methylcellulose absorbs moisture from the atmosphere, the amount of water absorbed depending upon the initial moisture content and the temperature and relative humidity of the surrounding air. *See also* HPE Data.
*Solubility*: soluble in cold water, forming a viscous colloidal solution; practically insoluble in chloroform, ethanol (95%) and ether, but soluble in mixtures of ethanol and dichloromethane, and mixtures of methanol and dichloromethane. Certain grades of hydroxypropyl methylcellulose are soluble in aqueous acetone solutions, mixtures of dichloromethane and propan-2-ol, and other organic solvents. *See also* Section 11.
*Specific gravity*: 1.26
*Viscosity (dynamic)*: a wide range of viscosity types are commercially available. Aqueous solutions are most commonly prepared although hydroxypropyl methylcellulose may also be dissolved in aqueous alcohols such as ethanol and propan-2-ol provided the alcohol content is less than 50% w/w. Dichloromethane and ethanol mixtures may also be used to prepare viscous hydroxypropyl methylcellulose solutions. Solutions prepared using organic solvents tend to be more viscous; increasing concentration also produces more viscous solutions, *see* Table I.
To prepare an aqueous solution, it is recommended that hydroxypropyl methylcellulose is dispersed and thoroughly hydrated in about 20-30% of the required amount of water. The water should be vigorously stirred and heated to 80-90°C then the remaining hydroxypropyl methylcellulose added. Cold water should then be added to produce the required volume.
When a water-miscible organic solvent such as ethanol, glycol, or mixtures of ethanol and dichloromethane is used, the hydroxypropyl methylcellulose should first be dispersed into the organic solvent, at a ratio of 5-8 parts of solvent to 1 part of hydroxypropyl methylcellulose. Cold water is then added to produce the required volume.

**Table I: Dynamic viscosity (mPa s) of *Pharmacoat 603* (Shin-Etsu Chemical Co Ltd) solutions in various solvents at 20°C.**

| Solvent | Viscosity (mPa s) at 20°C Concentration (% w/w) | | | |
| --- | --- | --- | --- | --- |
| | 2 | 6 | 10 | 14 |
| Dichloromethane: ethanol (50:50) | 4 | 28 | 150 | 580 |
| Ethanol: water (50:50) | 8 | 32 | 120 | 350 |
| Water | 3 | 15 | 45 | 100 |

| | HPE Laboratory Project Data | | |
| --- | --- | --- | --- |
| | Method | Lab # | Results |
| Moisture content | MC-20 | 15 | 2.10% [a] |
| Moisture content | MC-20 | 15 | 3.10% [b] |
| Moisture content | EMC-1 | 15 | *See* Fig. 1. [a] |

Supplier: a. Dow Chemical Company; b. Aqualon.

## 11. Stability and Storage Conditions

Hydroxypropyl methylcellulose powder is a stable material although it is hygroscopic after drying.

CONFIDENTIAL INFORMATION UNDER PROTECTIVE ORDER                         ABB_SIM 00943005