IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ABBOTT LABORATORIES and ABBOTT RESPIRATORY LLC, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 10-57 (SLR)(MPT) CONSOLIDATED |
| v. | ) ) | |
| WATSON LABORATORIES, INC. – FLORIDA, | ) ) ) | |
| Defendant. | ) | |

## AMENDED EXHIBIT K TO  [PROPOSED] PRETRIAL ORDER

OF COUNSEL:

Christopher J. Sorenson
Aaron M. Johnson
MERCHANT & GOULD P.C.
3200 IDS Center
80 S. Eighth Street
Minneapolis, MN  55402

Shane A. Brunner
MERCHANT & GOULD P.C.
10 East Doty Street
Suite 600
Madison, WI  53703

Dated: January 18, 2012

John W. Shaw (#3362)
Karen E. Keller (#4489)
SHAW KELLER LLP
300 Delaware Avenue
Suite 1120
Wilmington, DE  19801
(302) 476-2050
jshaw@shawkeller.com
kkeller@shawkeller.com

*Attorneys for Watson Laboratories, Inc. – Florida*

**EXHIBIT K (AMENDED)**

**Watson's Deposition Designations, Abbott's Counter-Designations,
Watson's Counter-Counter Designations, and the Parties' Respective Objections**

| Witness | Deposition Designations | | Plaintiffs' Objections | Plaintiffs' Counter-Designations | DEF Obj to PLF Counters | DEF Counters to PLF Counters |
| | FROM | TO | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |
| Thomas Ferder October 28, 2003 | | | | | | |
| | 7:13 | 8:3 | | | | |
| | 19:3 | 19:5 | | | | |
| | 19:7 | 19:9 | | | | |
| | 19:11 | 25:12 | B (24:18-20) LF; S (24:21-25:12 | 62:5; 65:3-25; 66:6-9; 66:18-67:8; 68:17-69:13; 69:24-70:8 | I, NT, R R, NT R, OD R, OD R, OD R, OD | |
| | 25:22 | 26:4 | LF; S | 62:8-19 | | |
| | 26:13 | 26:15 | | | | |
| | 26:21 | 30:5 | B (29:5-24) | | | |
| | 30:25 | 32:22 | | | | |
| | 33:3 | 33:5 | | | | |
| | 33:7 | 33:13 | | | | |
| | 35:9 | 35:17 | I (35:17) | | | |
| | 36:10 | 36:13 | LF | | | |
| | 37:12 | 37:15 | LF | | | |

| Witness | Deposition Designations | | Plaintiffs' Objections | Plaintiffs' Counter-Designations | DEF Obj to PLF Counters | DEF Counters to PLF Counters |
| --- | --- | --- | --- | --- | --- | --- |
| | FROM | TO | | | | |
| | 38:10 | 38:13 | LF | | | |
| | 41:7 | 41:11 | LF | | | |
| | | | | | | |
| Christopher Kiritsy September 18, 2003 | | | | | | |
| | 6:13 | 6:22 | | 5:6-9 | | |
| | 7:8 | 8:6 | | | | |
| | 13:18 | 14:15 | | | | |
| | 15:22 | 16:6 | | | | |
| | 74:9 | 74:10 | | | | |
| | 77:8 | 77:19 | | | | |
| | 79:10 | 79:24 | | | | |
| | 80:2 | 80:10 | | | | 170:7-8; 170:11-15; 170:19-23; 171:2-3; 171:19-24 |
| | 249:18 | 250:6 | I | 249:12-15; 250; 7-17 | R, LF, H R, LF, H | |
| | 250:23 | 252:3 | | 169:17-20; 169:23-170:6; 248:4-249:11 | R, LF, L, K, H, O R, LF, L, K, H, O R, LF | |
| | 252:23 | 253:6 | LF (253:3-6) | | | |
| | 253:9 | 253:24 | LF | | | |
| | 254:2 | 254:20 | | 254:21-255:16 | R, LF, K | |
| | 255:17 | 256:3 | | | | |

| Witness | Deposition Designations | | Plaintiffs' Objections | Plaintiffs' Counter-Designations | DEF Obj to PLF Counters | DEF Counters to PLF Counters |
|---|---|---|---|---|---|---|
| | **FROM** | **TO** | | | | |
| | 256:16 | 257:9 | LF | | | |
| | 257:15 | 258:4 | LF | 257:10-14 | | |
| | 258:7 | 258:12 | LF, K, O | 258:13-259:2 | | |
| | 259:3 | 259:14 | LF | | | |
| | | | | | | |
| David Kropp October 30, 2003 | | | | | | |
| | 5:15 | 6:4 | | | | |
| | 7:15 | 7:19 | | | | |
| | 7:24 | 8:12 | | | | |
| | 8:23 | 9:14 | | | | |
| | 10:11 | 10:20 | | | | |
| | 15:6 | 15:7 | I | | | |
| | 15:9 | 15:14 | | | | |
| | 15:16 | 16:13 | | | | |
| | 16:17 | 16:24 | | | | |
| | 17:19 | 19:15 | | 19:16-18 | | |
| | 19:19 | 20:8 | | 20:9-16 | | |
| | 20:17 | 21:24 | | | | |
| | 22:19 | 24:19 | | | | |
| | 25:11 | 25:24 | | 25:8-9 | | |
| | 26:2 | 26:8 | | | | |
| | 26:12 | 26:20 | LF (29:12-17) | | | |
| | 26:22 | 27:15 | | | | |
| | 27:25 | 29:6 | | | | |

| Witness | Deposition Designations | | Plaintiffs' Objections | Plaintiffs' Counter-Designations | DEF Obj to PLF Counters | DEF Counters to PLF Counters |
| --- | --- | --- | --- | --- | --- | --- |
| | FROM | TO | | | | |
| | 29:17 | 31:5 | B (29:17-30:4) | 42:12-14; 42:19-20; 43:2-6 | R, OD<br>R, OD<br>R, OD | |
| | 32:1 | 32:10 | | 31:6-18 | | |
| | 32:17 | 34:25 | B (33:2-10) | 42:12-14; 42:19-20; 43:2-6 | | |
| | 35:4 | 38:3 | B (36:1-8; 37:1-10) | 42:12-14; 42:19-20; 43:2-6 | | |
| | 38:5 | 40:4 | B (39:1-8) | | | |
| | 43:22 | 44:5 | | | | |
| | | | | | | |
| Joseph Errigo | | | | | | |
| | 8:10 | 8:16 | | | | |
| | 11:8 | 11:10 | | | | |
| | 11:23 | 12:3 | | | | |
| | 13:20 | 14:3 | | | | |
| | 18:17 | 18:19 | I | | | |
| | 19:2 | 19:4 | | | | |
| | 20:8 | 20:21 | | | | |
| | 21:7 | 21:10 | | | | |
| | 23:1 | 23:5 | | | | |
| | 23:17 | 24:2 | | | | |
| | 24:4 | 24:14 | | | | |
| | 24:22 | 25:9 | | | | |
| | 25:17 | 25:24 | | | | |

| Witness | Deposition Designations | | Plaintiffs' Objections | Plaintiffs' Counter-Designations | DEF Obj to PLF Counters | DEF Counters to PLF Counters |
|---|---|---|---|---|---|---|
| | FROM | TO | | | | |
| | 26:8 | 26:15 | | | | |
| | 26:19 | 26:21 | | | | |
| | 27:8 | 27:21 | B (27:15-17; 27:19-20); I (27:21) | 104:15-105:14 | R, OD | |
| | 28:12 | 28:18 | | | | |
| | 28:22 | 28:24 | NT | | | |
| | 32:19 | 32:25 | Mischaracterizes prior testimony; LF; S | 33:5-13 | R | |
| | 46:10 | 46:12 | | | | |
| | 46:14 | 47:6 | | | | |
| | 47:13 | 47:16 | | | | |
| | 47:18 | 48:6 | B (47:19-22) | 104:2-8; 104:15-105:2 | R, OD | |
| | 58:15 | 59:2 | | | | |
| | 59:9 | 59:12 | | 59:3-6; 59:13-15; 59:17-21 | | |
| | 64:11 | 65:14 | B (65:7-10); I (65:14) | 104:15-105:14 | R, OD | |
| | 65:24 | 66:3 | | | | |
| | 66:10 | 66:23 | | | | |
| | 67:3 | 67:9 | B (67:3-6) | 104:9-105:14 | R, OD | |
| | 67:11 | 67:11 | | | | |
| | 67:14 | 67:16 | | | | |
| | 67:18 | 68:3 | | | | |
| | 68:19 | 68:24 | | | | |
| | 69:1 | 69:7 | B (69:4-7) | 104:15-105:14 | R, OD | |

| Witness | Deposition Designations | | Plaintiffs' Objections | Plaintiffs' Counter-Designations | DEF Obj to PLF Counters | DEF Counters to PLF Counters |
|---|---|---|---|---|---|---|
| | FROM | TO | | | | |
| | 69:25 | 70:3 | | 69:13-24; 70:4-13 | R | |
| | 70:14 | 70:18 | | | | |
| | 72:16 | 73:3 | | | | |
| | 75:12 | 75:15 | Mischaracterizes prior testimony; LF | 73:4-14 | I | |
| | 83:22 | 83:25 | Mischaracterizes prior testimony; LF | 80:11-15; 80:19-24; 82:14-20; 106:13-18; 109:23-110:15 | | |
| | 100:6 | 100:22 | | | | |
| | 101:13 | 101:17 | | | | |
| | | | | | | |
| Keith Greathouse December 11, 2003 | | | | | | |
| | 7:12 | 7:15 | | 7:2-4 | R, I, C | |
| | 9:15 | 9:22 | | | | |
| | 10:3 | 10:5 | | | | |
| | 10:16 | 10:22 | | 10:13-15 | R, C | |
| | 11:10 | 11:13 | | | | |
| | 11:16 | 12:8 | | 40:17-41:11 | | |
| | 13:5 | 13:15 | LF, K, B | 12:21-13:2 | R, C | |
| | 15:21 | 16:6 | LF, K, B | 14:18-15:3 | R, C | |
| | 16:8 | 16:8 | LF, K, B | | | |
| | 17:4 | 17:8 | LF, K, B | | | |
| | 18:14 | 18:18 | LF, K | | | |

| Witness | Deposition Designations | | Plaintiffs' Objections | Plaintiffs' Counter-Designations | DEF Obj to PLF Counters | DEF Counters to PLF Counters |
|---|---|---|---|---|---|---|
| | FROM | TO | | | | |
| | 18:21 | 18:22 | LF, K | | | |
| | 30:14 | 30:18 | LF, K, B | 29:7-16, 18-22 | R, C | |
| | 30:20 | 30:20 | LF, K, B | | | |
| | 30:22 | 31:4 | LF | | | |
| | | | | | | |
| Kevin Lanigan October 30, 2002 | | | | | | |
| | 4:16 | 4:18 | | | | |
| | 5:19 | 5:21 | | | | |
| | 7:15 | 7:17 | | | | |
| | 12:11 | 13:3 | | | | |
| | 14:10 | 14:22 | | | | |
| | 16:6 | 16:10 | I (16:6) | | | |
| | 16:16 | 17:21 | | | | |
| | 18:4 | 18:15 | | | | |
| | 20:2 | 20:5 | | | | |
| | 20:8 | 20:10 | I | | | |
| | 20:16 | 20:20 | | | | |
| | 20:22 | 21:16 | | | | |
| | 22:21 | 22:25 | | | | |
| | 23:4 | 23:8 | | | | |
| | 23:25 | 24:19 | | | | |
| | 24:22 | 25:1 | | | | |
| | 27:7 | 27:10 | | | | |
| | 27:17 | 27:19 | R | 26:20-25 | R, C, I | |

| Witness | Deposition Designations | | Plaintiffs' Objections | Plaintiffs' Counter-Designations | DEF Obj to PLF Counters | DEF Counters to PLF Counters |
|---|---|---|---|---|---|---|
| | FROM | TO | | | | |
| | 28:1 | 28:6 | | | | |
| | 28:9 | 28:11 | | | | |
| | 28:13 | 28:16 | I (28:16) | | | |
| | 28:23 | 29:1 | | | | |
| | 29:5 | 29:23 | B (29:19-23) | | | |
| | 30:2 | 30:11 | B | | | |
| | 30:14 | 30:17 | S | | | |
| | 30:21 | 31:3 | S | | | |
| | 31:6 | 31:8 | S | | | |
| | 31:11 | 31:21 | | | | |
| | 31:25 | 32:19 | | 33:1-4; 33:10-14; 33:18-25; 34:3-4 | R, O | |
| | 37:5 | 39:20 | | | | |
| | 39:25 | 40:2 | | | | |
| | 40:8 | 40:13 | | | | |
| | 41:19 | 43:18 | B (42:5-43:5) | | | |
| | 43:21 | 44:10 | | | | |
| | 44:12 | 46:4 | | | | |
| | 46:19 | 46:24 | | | | |
| | 49:3 | 49:5 | | | | |
| | 49:13 | 50:2 | | | | |
| | 60:21 | 60:24 | | | | |
| | 61:2 | 61:10 | | | | |
| | 61:13 | 61:15 | | 61:16-18; 61:21-22 | | |

| Witness | Deposition Designations | | Plaintiffs' Objections | Plaintiffs' Counter-Designations | DEF Obj to PLF Counters | DEF Counters to PLF Counters |
|---|---|---|---|---|---|---|
| | FROM | TO | | | | |
| | 65:17 | 67:2 | I (65:17); B (66:6-9) | 54:1-8; 54:10-13; 54:16; 57:7-12; 57:16; 58:2-4; 58:8-11; 58:15; 61:23-62:1; 62:21-23; 63:2 | R | |
| | 67:5 | 67:9 | | | | |
| | | | | | | |
| Kuldid Malhotra October 29, 2003 | | | | | | |
| | 4:8 | 4:9 | | 4:2-5 | | |
| | 5:12 | 5:25 | | | | |
| | 6:8 | 6:19 | | | | |
| | 6:24 | 7:16 | | | | |
| | 13:6 | 13:9 | | | | |
| | 13:17 | 14:4 | | | | |
| | 16:10 | 16:18 | | | | |
| | 17:2 | 18:13 | | | | |
| | 18:24 | 19:9 | | | | |
| | 31:15 | 31:19 | | 31:20-23; 35:9-11; 35:20-23; 37:2-5 | I | 33:4-11, 33:12-13, 16-19 |
| | 32:5 | 32:13 | | 32:17-21 | I | 33:4-11, 33:12-13, 16-19 |
| | 61:9 | 62:12 | S, LF, K (61:21-62:12) | | | 62:13-21 |

| Witness | Deposition Designations | | Plaintiffs' Objections | Plaintiffs' Counter-Designations | DEF Obj to PLF Counters | DEF Counters to PLF Counters |
|---|---|---|---|---|---|---|
| | **FROM** | **TO** | | | | |
| | 74:19 | 74:23 | S, LF, K | | | |
| | 76:10 | 76:15 | | 76:16-19 | | |
| | 128:17 | 129:8 | | 130:9-11, 14-22; 130:23-131:11; 132:9-12 | | |
| | 133:13 | 134:14 | LF, K, S | | | |
| | 142:21 | 142:23 | LF | 143:19-21; 143:24-144:5; 144:7-9; 147:6-23 | LF, K, O, S | |
| | 143:2 | 143:9 | LF, K | | | |
| | 143:12 | 143:18 | | | | |
| | 154:21 | 154:24 | | | | |
| | 156:23 | 157:2 | LF, K | 156:15-22; 157:3-8 | I | 157:9-158:2 |
| | 157:9 | 158:2 | LF, K | | | |
| | 204:23 | 205:3 | I, LF, B | | | |
| | | | | | | |
| McGovern, Dr. Mark 07/19/2011 | | | | | | |
| | 7:2 | 7:11 | | | | |
| | 17:14 | 18:6 | | | | |
| | 18:8 | 19:17 | | | | |
| | 21:15 | 22:6 | | | | |
| | 22:14 | 22:22 | | | | |

| Witness | Deposition Designations | | Plaintiffs' Objections | Plaintiffs' Counter-Designations | DEF Obj to PLF Counters | DEF Counters to PLF Counters |
|---|---|---|---|---|---|---|
| | FROM | TO | | | | |
| | 22:24 | 24:1 | | | | |
| | 24:7 | 24:16 | | | | |
| | 34:5 | | | | | |
| | 34:9 | 34:21 | | | | |
| | 35:6 | 36:21 | | | | |
| | 36:23 | 37:3 | | | | |
| | 37:5 | 37:6 | | | | |
| | 37:8 | 37:13 | | | | |
| | 37:15 | | | | | |
| | 38:16 | 40:4 | | | | |
| | 40:6 | 40:10 | | | | |
| | 66:3 | 66:18 | | | | |
| | 66:24 | 69:23 | | | | |
| | 69:25 | 70:20 | | | | |
| | 72:17 | 73:22 | | | | |
| | 75:21 | 76:2 | | | | |
| | 76:9 | 78:19 | | | | |
| | 79:22 | 80:1 | | | | |
| | 81:5 | 82:10 | | | | |
| | 82:12 | 82:14 | | | | |

| Witness | Deposition Designations | | Plaintiffs' Objections | Plaintiffs' Counter-Designations | DEF Obj to PLF Counters | DEF Counters to PLF Counters |
|---|---|---|---|---|---|---|
| | FROM | TO | | | | |
| | 84:20 | 86:23 | | | | |
| | 87:1 | 87:6 | | | | |
| | 87:20 | 88:20 | | | | |
| | 88:22 | | | | | |
| | 92:9 | 94:2 | | | | |
| | 94:5 | 95:1 | | | | |
| | 112:16 | 112:21 | | | | |
| | 114:1 | 114:3 | | | | |
| | 114:5 | 114:16 | | | | |
| | 114:18 | 114:21 | | | | |
| | 114:23 | 115:1 | | | | |
| | 115:3 | 115:18 | | | | |
| | 115:20 | 115:23 | | | | |
| | 115:25 | 116:15 | | | | |
| | 116:17 | 116:19 | | | | |
| | 116:21 | 117:1 | | | | |
| | 117:3 | 117:19 | | | | |
| | 117:21 | 118:4 | | | | |
| | 118:6 | 118:12 | | | | |
| | 118:23 | 119:6 | | | | |

| Witness | Deposition Designations | | Plaintiffs' Objections | Plaintiffs' Counter-Designations | DEF Obj to PLF Counters | DEF Counters to PLF Counters |
|---|---|---|---|---|---|---|
| | FROM | TO | | | | |
| | 119:8 | 119:11 | | | | |
| | 119:13 | | | | | |
| | 120:6 | 120:8 | | | | |
| | 120:10 | 123:1 | | | | |
| | 124:5 | 124:9 | | | | |
| | 124:11 | 125:9 | | | | |
| | 125:11 | 125:21 | | | | |
| | 125:23 | 126:14 | | | | |
| | 126:16 | | | | | |
| | 127:4 | 128:24 | | | | |
| | 129:19 | 129:21 | | | | |
| | 129:23 | | | | | |
| | 129:25 | 132:22 | | | | |
| | 134:3 | 134:11 | | | | |
| | 135:16 | 135:21 | | | | |
| | 151:25 | 152:1 | | | | |
| | 152:3 | 152:9 | | | | |
| | 152:11 | 153:7 | | | | |
| | 153:18 | 153:19 | | | | |
| | 153:21 | 153:24 | | | | |

| Witness | Deposition Designations | | Plaintiffs' Objections | Plaintiffs' Counter-Designations | DEF Obj to PLF Counters | DEF Counters to PLF Counters |
|---|---|---|---|---|---|---|
| | FROM | TO | | | | |
| | 163:24 | 164:7 | | | | |
| | 164:9 | 164:13 | | | | |
| | 164:15 | 164:21 | | | | |
| | 165:19 | 165:22 | | | | |
| | | | | | | |
| Padley, Dr. Robert 08/23/2011 | | | | | | |
| | 8:7 | 8:17 | | | | |
| | 9:21 | 9:22 | | | | |
| | 10:18 | 11:1 | | | | |
| | 14:22 | 16:18 | | | | |
| | 16:20 | 17:8 | | | | |
| | 24:7 | 24:14 | | | | |
| | 24:20 | 25:23 | | | | |
| | 28:7 | 30:2 | | | | |
| | 30:4 | 31:19 | | | | |
| | 32:6 | 35:10 | | | | |
| | 35:17 | 35:22 | | | | |
| | 37:16 | 38:7 | | | | |
| | 39:4 | 39:23 | | | | |

| Witness | Deposition Designations | | Plaintiffs' Objections | Plaintiffs' Counter-Designations | DEF Obj to PLF Counters | DEF Counters to PLF Counters |
|---|---|---|---|---|---|---|
| | FROM | TO | | | | |
| | 40:11 | 41:8 | | | | |
| | 41:11 | | | | | |
| | 43:4 | 44:5 | | | | |
| | 44:25 | 45:9 | | | | |
| | 70:2 | 70:14 | | | | |
| | 70:16 | 71:5 | | | | |
| | 111:25 | 113:5 | | | | |
| | 113:8 | 114:20 | | | | |
| | 114:23 | 115:9 | | | | |
| | 115:12 | 115:20 | | | | |
| | 115:23 | 116:10 | | | | |
| | 116:13 | 117:17 | | | | |
| | 117:20 | 118:3 | | | | |
| | 118:6 | 119:14 | | | | |
| | 119:17 | 119:23 | | | | |
| | 120:2 | 120:9 | | | | |
| | 120:18 | 120:19 | | | | |
| | 120:22 | 121:4 | | | | |
| | 121:7 | 121:9 | | | | |
| | 121:12 | | | | | |

| Witness | Deposition Designations | | Plaintiffs' Objections | Plaintiffs' Counter-Designations | DEF Obj to PLF Counters | DEF Counters to PLF Counters |
|---|---|---|---|---|---|---|
| | **FROM** | **TO** | | | | |
| | 125:2 | 125:19 | | | | |
| | 125:22 | 126:4 | | | | |
| | 126:7 | 126:14 | | | | |
| | 126:17 | 126:23 | | | | |
| | 136:3 | 136:20 | | | | |
| | 136:24 | 137:20 | | | | |
| | 139:10 | 139:19 | | | | |
| | 140:11 | 141:16 | | | | |
| | 141:19 | 142:4 | | | | |
| | 144:25 | 145:1 | | | | |
| | 145:4 | 145:23 | | | | |
| | 146:2 | | | | | |
| | 146:4 | 146:6 | | | | |
| | 146:9 | 146:22 | | | | |
| | 146:25 | 147:15 | | | | |
| | 147:19 | 148:2 | | | | |
| | 148:5 | 148:6 | | | | |
| | 148:9 | 148:10 | | | | |
| | 148:13 | 148:22 | | | | |
| | 153:5 | 154:20 | | | | |

| Witness | Deposition Designations | | Plaintiffs' Objections | Plaintiffs' Counter-Designations | DEF Obj to PLF Counters | DEF Counters to PLF Counters |
| | FROM | TO | | | | |
|---|---|---|---|---|---|---|
| | 154:22 | 154:23 | | | | |
| | 154:25 | 155:3 | | | | |
| | 155:6 | 155:17 | | | | |
| | 155:19 | 156:5 | | | | |
| | 156:7 | 158:12 | | | | |
| | 158:15 | | | | | |
| | 175:7 | 177:18 | | | | |
| | 177:21 | 178:25 | | | | |
| | 179:3 | 179:14 | | | | |
| | 179:17 | 180:7 | | | | |
| | 180:10 | 180:16 | | | | |
| | 180:19 | 181:8 | | | | |
| | 181:11 | 182:5 | | | | |
| | 182:8 | 182:20 | | | | |
| | 183:22 | 184:9 | | | | |
| | 184:19 | 185:21 | | | | |
| | 186:19 | 187:20 | | | | |
| | 201:12 | 202:12 | | | | |
| | 202:15 | 203:3 | | | | |
| | 203:6 | 204:10 | | | | |

| Witness | Deposition Designations | | Plaintiffs' Objections | Plaintiffs' Counter-Designations | DEF Obj to PLF Counters | DEF Counters to PLF Counters |
|---|---|---|---|---|---|---|
| | FROM | TO | | | | |
| | 204:23 | 205:2 | | | | |
| | 205:5 | 205:25 | | | | |
| | 206:4 | 206:14 | | | | |
| | 206:17 | 207:4 | | | | |
| | 214:10 | 215:8 | | | | |
| | 215:11 | 215:18 | | | | |
| | 217:2 | 217:19 | | | | |
| | 217:22 | 218:8 | | | | |
| | 218:17 | 219:3 | | | | |
| | 219:5 | 219:13 | | | | |
| | 219:15 | 219:22 | | | | |
| | 219:24 | 220:2 | | | | |
| | 220:5 | 220:13 | | | | |
| | 220:15 | 220:18 | | | | |
| | 220:20 | 220:25 | | | | |
| | 221:3 | 221:9 | | | | |
| | 221:12 | 221:17 | | | | |
| | 221:20 | 222:3 | | | | |
| | 222:5 | 222:7 | | | | |
| | 234:4 | 236:4 | | | | |

| Witness | Deposition Designations | | Plaintiffs' Objections | Plaintiffs' Counter-Designations | DEF Obj to PLF Counters | DEF Counters to PLF Counters |
|---|---|---|---|---|---|---|
| | FROM | TO | | | | |
| | 236:18 | 237:17 | | | | |
| | 237:20 | 240:14 | | | | |
| | 240:17 | 240:23 | | | | |
| | 241:25 | 242:22 | | | | |
| | 242:25 | 244:1 | | | | |
| | 244:8 | 244:13 | | | | |
| | 244:17 | 245:3 | | | | |
| | 245:6 | 245:12 | | | | |
| | 245:19 | 245:22 | | | | |
| | 245:25 | 246:22 | | | | |
| | 246:25 | 248:16 | | | | |
| | 248:19 | 250:4 | | | | |
| | 254:15 | 255:20 | | | | |
| | 255:23 | 257:16 | | | | |
| | 257:19 | 257:21 | | | | |
| | 258:9 | 259:18 | | | | |
| | 259:20 | 260:1 | | | | |
| | 260:4 | 260:11 | | | | |
| | 260:13 | 260:24 | | | | |
| | 261:3 | 261:10 | | | | |

| Witness | Deposition Designations | | Plaintiffs' Objections | Plaintiffs' Counter-Designations | DEF Obj to PLF Counters | DEF Counters to PLF Counters |
|---|---|---|---|---|---|---|
| | FROM | TO | | | | |
| | 261:13 | 261:19 | | | | |
| | 261:21 | 262:6 | | | | |
| | 262:8 | 262:16 | | | | |
| | 263:2 | 263:15 | | | | |
| | 263:17 | 264:1 | | | | |
| | 264:4 | 264:8 | | | | |
| | 264:11 | 264:19 | | | | |
| | 264:22 | 265:5 | | | | |
| | 265:8 | | | | | |
| | 265:11 | 265:25 | | | | |
| | 266:3 | 266:18 | | | | |
| | 266:21 | 267:3 | | | | |
| | 267:6 | 267:13 | | | | |
| | 267:16 | 267:21 | | | | |
| | 267:24 | | | | | |
| | 268:11 | 270:23 | | | | |
| | 271:7 | 273:2 | | | | |
| | 273:5 | 280:15 | | | | |
| | 280:18 | 281:21 | | | | |
| | 281:24 | 282:21 | | | | |

| Witness | Deposition Designations | | Plaintiffs' Objections | Plaintiffs' Counter-Designations | DEF Obj to PLF Counters | DEF Counters to PLF Counters |
|---|---|---|---|---|---|---|
| | FROM | TO | | | | |
| | 282:24 | 283:7 | | | | |
| | 283:10 | 283:16 | | | | |
| | 283:23 | 284:2 | | | | |
| | 284:5 | 284:21 | | | | |
| | 284:23 | 285:10 | | | | |
| | 285:12 | 286:17 | | | | |
| | 286:19 | 287:3 | | | | |
| | 299:11 | 306:14 | | | | |
| | 306:16 | 307:24 | | | | |
| | 308:1 | 308:8 | | | | |
| | 308:10 | 309:14 | | | | |
| | | | | | | |
| Sutcliffe, Marianne R. July 15, 2011 | | | | | | |
| | 6:9 | 6:15 | | | | |
| | 7:10 | 7:15 | | | | |
| | 43:2 | 43:4 | | | | |
| | 65:10 | 65:22 | | | | |
| | 73:9 | 74:22 | | | | |
| | 75:20 | 76:10 | | | | |

| Witness | Deposition Designations | | Plaintiffs' Objections | Plaintiffs' Counter-Designations | DEF Obj to PLF Counters | DEF Counters to PLF Counters |
|---------|------|------|-----------------------|----------------------------------|-------------------------|------------------------------|
|         | FROM | TO   |                       |                                  |                         |                              |
|         | 76:13 | 77:11 |                      |                                  |                         |                              |
|         | 77:14 | 78:4 |                       |                                  |                         |                              |
|         | 78:17 | 78:20 |                      |                                  |                         |                              |
|         | 78:25 | 79:7 |                       |                                  |                         |                              |
|         | 79:11 | 81:25 |                      |                                  |                         |                              |
|         | 82:2 | 82:9 |                        |                                  |                         |                              |
|         | 82:11 | 82:22 |                      |                                  |                         |                              |
|         | 84:15 | 84:18 |                      |                                  |                         |                              |
|         | 85:23 | 86:15 |                      |                                  |                         |                              |
|         | 86:17 |      |                       |                                  |                         |                              |
|         | 144:8 | 144:16 |                     |                                  |                         |                              |
|         | 144:20 | 144:23 |                    |                                  |                         |                              |
|         | 145:6 | 145:12 |                     |                                  |                         |                              |
|         | 199:15 | 201:5 |                     |                                  |                         |                              |
|         | 201:20 | 203:9 |                     |                                  |                         |                              |
|         | 208:1 | 210:17 |                     |                                  |                         |                              |
|         | 210:19 | 212:17 |                    |                                  |                         |                              |
|         | 212:19 | 213:17 |                    |                                  |                         |                              |
|         | 213:19 | 213:21 |                    |                                  |                         |                              |
|         | 213:23 | 214:14 |                    |                                  |                         |                              |

| Witness | Deposition Designations | | Plaintiffs' Objections | Plaintiffs' Counter-Designations | DEF Obj to PLF Counters | DEF Counters to PLF Counters |
|---|---|---|---|---|---|---|
| | FROM | TO | | | | |
| | 214:16 | 215:15 | | | | |
| | 215:17 | | | | | |
| | 215:20 | 217:11 | | | | |
| | 217:14 | 217:15 | | | | |
| | 217:17 | 218:1 | | | | |
| | 218:3 | 218:21 | | | | |
| | 239:1 | 241:13 | | | | |
| | 241:21 | 246:18 | | | | |
| | 246:20 | 246:22 | | | | |
| | 247:14 | 247:16 | | | | |
| | 247:18 | 247:21 | | | | |
| | 247:23 | 248:1 | | | | |
| | 248:3 | 249:8 | | | | |
| | 249:10 | 249:14 | | | | |
| | 249:16 | 249:21 | | | | |
| | 249:23 | 250:4 | | | | |
| | 250:6 | 250:25 | | | | |
| | | | | | | |
| Toth, George 08/25/2011 | | | | | | |

| Witness | Deposition Designations | | Plaintiffs' Objections | Plaintiffs' Counter-Designations | DEF Obj to PLF Counters | DEF Counters to PLF Counters |
|---|---|---|---|---|---|---|
| | FROM | TO | | | | |
| | 5:1 | 5:12 | | | | |
| | 6:8 | 6:11 | | | | |
| | 10:23 | 11:11 | | | | |
| | 11:23 | 12:13 | | | | |
| | 16:1 | 17:18 | | | | |
| | 17:24 | 21:13 | | | | |
| | 27:14 | 28:19 | | | | |
| | 38:23 | 40:1 | | | | |
| | 41:10 | 41:11 | | | | |
| | 41:13 | 41:16 | | | | |
| | 46:23 | 48:3 | | | | |
| | 53:17 | 54:21 | | | | |
| | 56:6 | 56:16 | | | | |
| | 57:10 | 57:22 | | | | |
| | 64:7 | 64:25 | | | | |
| | 66:21 | 68:2 | | | | |
| | 68:9 | 70:12 | | | | |
| | 71:13 | 71:16 | | | | |
| | 81:25 | 82:17 | | | | |
| | 85:14 | 85:17 | | | | |

| Witness | Deposition Designations | | Plaintiffs' Objections | Plaintiffs' Counter-Designations | DEF Obj to PLF Counters | DEF Counters to PLF Counters |
|---|---|---|---|---|---|---|
| | FROM | TO | | | | |
| | 86:7 | 88:5 | | | | |
| | 88:15 | 90:6 | | | | |
| | 90:18 | 93:12 | | | | |
| | 114:6 | 117:13 | | | | |
| | 118:2 | 119:4 | | | | |
| | 120:14 | 121:25 | | | | |
| | 124:18 | 124:21 | | | | |
| | 131:21 | 131:24 | | | | |
| | 132:1 | 134:9 | | | | |
| | 135:8 | 136:25 | | | | |
| | 140:3 | 141:21 | | | | |
| | 153:6 | 155:10 | | | | |
| | 155:12 | 156:14 | | | | |
| | 160:20 | 162:23 | | | | |
| | 170:16 | 172:21 | | | | |
| | 172:24 | 173:23 | | | | |
| | | | | | | |
| Williams, Medgar July 12, 2011 | | | | | | |
| | 7:10 | 7:13 | | | | |

| Witness | Deposition Designations | | Plaintiffs' Objections | Plaintiffs' Counter-Designations | DEF Obj to PLF Counters | DEF Counters to PLF Counters |
| | FROM | TO | | | | |
|---|---|---|---|---|---|---|
| | 11:9 | 12:15 | | | | |
| | 19:2 | 20:10 | | | | |
| | 23:25 | 25:3 | | | | |
| | 25:6 | | | | | |
| | 28:21 | 29:3 | | | | |
| | 34:17 | 35:7 | | | | |
| | 35:10 | 36:10 | | | | |
| | 36:20 | 37:1 | | | | |
| | 37:15 | 38:3 | | | | |
| | 38:6 | 38:8 | | | | |
| | 38:21 | 39:7 | | | | |
| | 39:18 | 39:22 | | | | |
| | 39:25 | 40:7 | | | | |
| | 46:8 | 47:18 | | | | |
| | 82:21 | 85:12 | | | | |
| | 85:14 | 86:18 | | | | |
| | 90:13 | 90:19 | | | | |
| | 94:18 | 94:23 | | | | |
| | 95:10 | 95:13 | | | | |
| | 95:16 | 96:7 | | | | |

| Witness | Deposition Designations | | Plaintiffs' Objections | Plaintiffs' Counter-Designations | DEF Obj to PLF Counters | DEF Counters to PLF Counters |
|---|---|---|---|---|---|---|
| | FROM | TO | | | | |
| | 104:24 | 107:1 | | | | |
| | 107:3 | 107:12 | | | | |
| | 107:14 | 107:20 | | | | |
| | 107:23 | | | | | |
| | 219:18 | 221:18 | | | | |
| | 221:20 | 222:7 | | | | |
| | 222:9 | 222:11 | | | | |
| | 224:21 | 225:3 | | | | |
| | 225:5 | 225:7 | | | | |
| | 226:7 | 226:15 | | | | |

### Key of Abbott's Objections to Watson's Designations

| Abbreviation | Objection |
| --- | --- |
| B | Not Best Evidence (FRE 1002, 1003 and/or 1004) |
| C | Cumulative, Duplicative, Wasteful or Undue Delay (FRE 403) |
| H | Hearsay/Improper Use of Deposition (FRE 802 and/or FRCP 32) |
| K | Lack of Personal Knowledge/Incompetent (FRE 602) |
| L | Calls for Legal Conclusion |
| NR | Nonresponsive |
| LF | Lack of Foundation (FRE 103, 104 and/or 105) |
| O | Improper Lay or Expert Opinion (FRE 701-703) |
| R | Relevance (FRE 402) |
| S | Calls for Speculation |
| I | Incomplete (FRE 106) |
| NT | Not Testimony |
| 30(b)(6) | Beyond the Scope of the Rule 30(b)(6) Deposition Topic |

### Key of Watson's Objections to Abbott's Counter-Designations

| Key | Objection |
|-----|-----------|
| A | The exhibit has not been properly authenticated under rules 901, 902, or 903. |
| B | This is not the best evidence of the document it purports to be. |
| C | This document's or testimony's probative value is substantially outweighed by a danger of confusion of issues, undue delay, waste of time, or presentation of needlessly cumulative evidence under Rule 403. |
| E | This testimony seeks to offer an expert opinion on topics beyond the scope for which the expert was qualified under Rule 702. |
| F | No foundation has been laid to admit this document either because as no sponsoring witness has testified about it, for example, under Rule 803 or because a sponsoring witness lacks personal knowledge under Rule 611. |
| H | This document or testimony contains or embodies an out-of-court statement. It is inadmissible as hearsay if offered to prove the truth of that statement unless the proponent can qualify it as nonhearsay or an exception to hearsay under Rule 801 et seq. To the extent that it is offered for another purpose, it is confusing and prejudicial. |
| I | One or more other documents or other testimony ought to, in fairness, be considered along with this document or testimony. |
| ID | This document is an improper demonstrative exhibit that is not evidence under Rules 901 through 903 and 1002. |
| NP | This document was not properly produced during discovery or was not timely identified by Abbott and therefore it should be excluded. |
| O | This testimony or line of questioning offers or seeks to elicit opinion testimony from a lay witness beyond that permitted in Rule 701. |
| OS | This testimony is beyond the parties' agreed-upon 30(b)(6) scope and is therefore improper. |

| P | This document's or testimony's probative value is substantially outweighed by a danger of unfair prejudice under Rule 403. |
|---|---|
| R | This document or testimony is not relevant any issue in this case under Rules 401 and 402. |
| RM | This document or testimony is not relevant unless offered as proof of issue that is relevant to this case. |
| S | This document is an improper summary under Rule 1006 and either summarizes material that can be conveniently examined in court or is an inaccurate, incomplete, or misleading summary. |
| V&A | This question is vague and ambiguous because it is either indefinite and uncertain or susceptible to multiple interpretations. |