IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ABBOTT LABORATORIES and ABBOTT RESPIRATORY LLC, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>WATSON LABORATORIES, INC. - FLORIDA, )<br>)<br>Defendant. ) | C.A. No. 10-57 (SLR)(MPT) CONSOLIDATED |
| ABBOTT LABORATORIES and ABBOTT RESPIRATORY LLC, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>WATSON LABORATORIES, INC. – FLORIDA, )<br>)<br>Defendant. ) | C.A. No. 10-373 (SLR) |
| ABBOTT LABORATORIES and ABBOTT RESPIRATORY LLC, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>WATSON LABORATORIES, INC. – FLORIDA, )<br>)<br>Defendant. ) | C.A. No. 11-251 (SLR) |
| ABBOTT LABORATORIES and ABBOTT RESPIRATORY LLC, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>WATSON LABORATORIES, INC. – FLORIDA )<br>Defendant. ) | C.A. No. 11-607 (SLR) |

**JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED BY AND BETWEEN the parties to the above-entitled actions by their attorneys, that:

1. No party admits liability;

2. Each party shall bear its own costs, attorneys' fees, and expenses incurred in connection with the claims dismissed by this Order; and

3. This matter is hereby dismissed without prejudice. The dismissals shall be without prejudice as to any other product or process.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| */s/ Mary B. Graham* | */s/ Karen E. Keller* |
| Mary B. Graham (#2256) | John W. Shaw (#3362) |
| Jeremy A. Tigan (#5239) | Karen E. Keller (#4489) |
| 1201 N. Market Street | 300 Delaware Ave, Suite 1120 |
| P.O. Box 1347 | Wilmington, DE 19801 |
| Wilmington, DE 19899-1347 | (302) 298-0702 |
| (302) 658-9200 | jshaw@shawkeller.com |
| mgraham@mnat.com | kkeller@shawkeller.com |
| jtigan@mnat.com | |
| | OF COUNSEL: |
| OF COUNSEL: | |
| | Christopher J. Sorenson |
| William F. Lee | MERCHANT & GOULD PC |
| Vinita Ferrera | 3200 IDS Center |
| Kevin Prussia | 80 S. Eighth Street |
| WILMER CUTLER PICKERING | Minneapolis, MN 55402 |
| HALE AND DORR LLP | |
| 60 State Street | Shane A. Brunner |
| Boston, MA 02109 | MERCHANT & GOULD PC |
| | 10 East Doty Street |
| Heath Brooks | Suite 600 |
| WILMER CUTLER PICKERING | Madison, WI 53703 |
| HALE AND DORR LLP | *Attorneys for Watson Laboratories, Inc. - Florida* |
| 1875 Pennsylvania Avenue, NW | |
| Washington, DC 20006 | |
| *Attorneys for Abbott Laboratories and Abbott Respiratory LLC* | |

February 9, 2012
5357166

- 3 -

SO ORDERED this _____ day of _____, 2012.

                                                  UNITED STATES DISTRICT JUDGE